# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
State of California et al. (see attached)

**DEFENDANTS**
Kristi Noem et al. (see attached)

**(b)** County of Residence of First Listed Plaintiff: n/a
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Washington, D.C.
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
(see attached)

Attorneys *(If Known)*
(see attached)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [x] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Administrative Procedure Act; Immigration and Nationality Act

Brief description of cause:
Challenge to executive and administrative action under the APA, INA, and U.S. Constitution

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 12/12/2025

SIGNATURE OF ATTORNEY OF RECORD: /s/ *Gerard J. Cedrone*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**Plaintiffs and Attorneys:**

1. STATE OF CALIFORNIA

    Michael L. Newman
    Marissa Malouff
    James E. Stanley
    Denise Levey
    Lorraine Lopez
    James E. Richardson
    Jeanelly Orozco Alcalá
    CALIFORNIA OFFICE OF THE ATTORNEY GENERAL
    300 S. Spring St., Suite 1702
    Los Angeles, CA 90013
    (213) 269-6341

2. COMMONWEALTH OF MASSACHUSETTS

    Michelle Pascucci
    Gerard J. Cedrone
    MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL
    One Ashburton Place, 20th Floor
    Boston, MA 02108
    (617) 963-2282

3. STATE OF ARIZONA

    Joshua G. Nomkin
    ARIZONA OFFICE OF THE ATTORNEY GENERAL
    2005 North Central Avenue
    Phoenix, Arizona 85004
    (602) 542-3333

4. STATE OF COLORADO

    David Moskowitz
    Nora Passamaneck
    COLORADO DEPARTMENT OF LAW
    1300 Broadway, #10
    Denver, CO 80203
    (720) 508-6000

5.  STATE OF CONNECTICUT

    Francesca Testa
    CONNECTICUT OFFICE OF THE ATTORNEY GENERAL
    165 Capitol Avenue
    Hartford, CT 06106
    (860) 808-5210

6.  STATE OF DELAWARE

    Ian R. Liston
    Vanessa L. Kassab
    DELAWARE DEPARTMENT OF JUSTICE
    820 N. French Street
    Wilmington, DE 19801
    (302) 683-8899

7.  STATE OF HAWAIʻI

    David D. Day
    Kalikoʻonālani D. Fernandes
    HAWAIʻI DEPARTMENT OF THE ATTORNEY GENERAL
    425 Queen Street
    Honolulu, HI 96813
    (808) 586-1360

8.  STATE OF ILLINOIS

    Aleeza Strubel
    Elizabeth Morris
    ILLINOIS Office OF THE ATTORNEY GENERAL
    115 S. LaSalle St., 35th Floor
    Chicago, IL 60603
    (312) 814-3000

9.  STATE OF MARYLAND

    Virginia A. Williamson
    MARYLAND OFFICE OF THE ATTORNEY GENERAL
    200 Saint Paul Place, 20th Floor
    Baltimore, MD 21202
    (410) 576-6584

10. STATE OF MICHIGAN

    Neil Giovanatti
    MICHIGAN DEPARTMENT OF THE ATTORNEY GENERAL
    525 W. Ottawa Street
    Lansing, MI 48909
    (517) 335-7603

11. STATE OF MINNESOTA

    Joseph R. Richie
    MINNESOTA OFFICE OF THE ATTORNEY GENERAL
    445 Minnesota Street, Suite 1400
    St. Paul, Minnesota, 55101
    (651) 300-0921

12. STATE OF NEVADA

    K. Brunetti Ireland
    Melina Meneguin Laverenza
    OFFICE OF THE NEVADA ATTORNEY GENERAL
    1 State of Nevada Way, Ste. 100
    Las Vegas, NV 89119
    (702) 486-3420

13. STATE OF NEW JERSEY

    Max G. Lesser
    Melina Meneguin Laverenza
    NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
    25 Market Street
    Trenton, NJ 08625
    (609) 575-6143

14. STATE OF NEW YORK

    Zoe Levine
    Victoria Ochoa
    28 Liberty Street
    New York, NY 10005
    (212) 416-8329

15.   STATE OF NORTH CAROLINA

      Laura Howard
      Daniel P. Mosteller
      NORTH CAROLINA DEPARTMENT OF JUSTICE
      P.O. Box 629
      Raleigh, N.C. 27602
      (919) 716-6026

16.   STATE OF OREGON

      Thomas H. Castelli
      OREGON DEPARTMENT OF JUSTICE
      100 S.W. Market Street
      Portland, OR 97201
      (971) 673-1880

17.   STATE OF RHODE ISLAND

      Kyla Duffy
      RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL
      150 South Main Street
      Providence, RI 02903
      (401) 274-4400

18.   STATE OF VERMONT

      Jonathan T. Rose
      OFFICE OF THE VERMONT ATTORNEY GENERAL
      109 State Street
      Montpelier, VT 05609
      (802) 828-3171

19.   STATE OF WASHINGTON

      Sara L. Wilmot
      Kate S. Worthington
      WASHINGTON STATE OFFICE OF THE ATTORNEY GENERAL
      7141 Cleanwater Drive SW
      P.O. Box 40111
      Olympia, WA 98504-0111
      (360) 709-6470

```
20.   STATE OF WISCONSIN

            Faye B. Hipsman
            WISCONSIN DEPARTMENT OF JUSTICE
            P.O. Box 7857
            Madison, WI 53707-7857
            (608) 264-9487
```

(continued on next page)

**Defendants and Attorneys:**

1. KRISTI NOEM, in her official capacity as Secretary of Homeland Security

    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530
    (202) 514-2000

2. UNITED STATES DEPARTMENT OF HOMELAND SECURITY

    Same as above.

3. MARCO RUBIO, in his official capacity as Secretary of State

    Same as above.

4. UNITED STATES DEPARTMENT OF STATE

    Same as above.

5. LORI CHAVEZ-DeREMER, in her official capacity as Secretary of Labor

    Same as above.

6. UNITED STATES DEPARTMENT OF LABOR

    Same as above.

7. PAMELA J. BONDI, in her official capacity as Attorney General of the United States

    Same as above.

8. UNITED STATES DEPARTMENT OF JUSTICE

    Same as above.

9. UNITED STATES OF AMERICA

    Same as above.