AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of California | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-13829 |
| Kristi Noem | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Commonwealth of Massachusetts.

Date: 12/12/2025

/s/ Gerard J. Cedrone
*Attorney's signature*

Gerard J. Cedrone (BBO No. 699674)
*Printed name and bar number*

Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
*Address*

gerard.cedrone@mass.gov
*E-mail address*

(617) 963-2282
*Telephone number*

*FAX number*