IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-13829 |

### NOTICE OF APPEARANCE

Please enter the appearance of Michelle Pascucci as counsel for plaintiff the Commonwealth of Massachusetts in the above-captioned matter.

        Respectfully submitted,

        COMMONWEALTH OF MASSACHUSETTS

        By and through its Attorneys,

        ANDREA JOY CAMPBELL
        ATTORNEY GENERAL

        */s/ Michelle R. Pascucci*
        Michelle R. Pascucci (BBO No. 690889)
        State Trial Counsel
        One Ashburton Place
        Boston, Massachusetts 02108
        Ph. (617) 963-2255
        Michelle.Pascucci@mass.gov

Dated: December 12, 2025

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

                                          */s/ Michelle R. Pascucci*
                                          Michelle R. Pascucci