UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>                  *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>                  *Defendants*. | No. 1:25-cv-13829 |

### MOTION FOR ADMISSION PRO HAC VICE OF JAMES E. RICHARDSON, MARISSA MALOUFF, DENISE LEVEY, AND LORRAINE LOPEZ

Pursuant to Local Rule 83.5.3, I, Gerard J. Cedrone, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of attorneys James E. Richardson, Marissa Malouff, Denise Levey, and Lorraine Lopez, members of the bar of California, to serve as counsel for the Plaintiff State of California in this matter.

As set forth in the accompanying certification, James E. Richardson, Marissa Malouff, Denise Levey, and Lorraine Lopez (1) are members in good standing of the bar of every jurisdiction to which they have been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which they are members of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorneys James E. Richardson, Marissa Malouff, Denise Levey, and Lorraine Lopez *pro hac vice* to the bar of this Court.

| | |
|---|---|
| December 13, 2025 | Respectfully submitted.<br><br>ANDREA JOY CAMPBELL<br>  *Attorney General of Massachusetts*<br><br> /s/ *Gerard J. Cedrone*                        <br>Gerard J. Cedrone (BBO No. 699674)<br>  *Deputy State Solicitor*<br>Office of the Attorney General<br>One Ashburton Place, 20th Floor<br>Boston, MA 02108<br>(617) 963-2282<br>gerard.cedrone@mass.gov<br><br>*Counsel for the*<br>  *Commonwealth of Massachusetts* |

2