**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *et al.*<br><br>*Defendants.* | No. 1:25-cv-13829 |

## <u>CERTIFICATE OF JAMES E. RICHARDSON</u>

In support of my application for admission *pro hac vice* in this matter, I, James E. Richardson, hereby certify that:

1.      I am a Deputy Attorney General in the California Department of Justice, Office of the Attorney General. I represent the State of California in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in California, New York, the Supreme Court of the United States, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Eastern District of California, and the United States District Court for the Northern District of California.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

December 12, 2025                              /s/ *James E. Richardson*
                                              James E. Richardson
                                              Deputy Attorney General
                                              Office of the Attorney General California
                                              300 South Spring Street
                                              Los Angeles, CA 90013
                                              Tel: (213) 269-6698
                                              Email: James.Richardson@doj.ca.gov

                                              *Attorney for Plaintiff State of California*

2