**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.* | |
| *Plaintiffs,* | |
| v. | No. 1:25-cv-13829 |
| KRISTI NOEM, *et al.* | |
| *Defendants.* | |

## CERTIFICATE OF MARISSA MALOUFF

In support of my application for admission *pro hac vice* in this matter, I, Marissa Malouff, hereby certify that:

1.      I am a Supervising Deputy Attorney General in the California Department of Justice, Office of the Attorney General. I represent the State of California in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in California, Colorado, the United States District Court for the Northern District of California, the United States District Court for the Central District of California, the United States District Court for the District of Oregon, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the First Circuit, and the Supreme Court of the United States.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under

Local Rule 83.5.3) revoked for misconduct.

    5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

December 12, 2025

/s/ *Marissa Malouff*
Marissa Malouff
Supervising Deputy Attorney General
Office of the Attorney General California
300 South Spring Street
Los Angeles, CA 90013
Tel: (213) 269-6467
Email: Marissa.Malouff@doj.ca.gov

*Attorney for Plaintiff State of California*

2