# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, *et al.*

                         *Plaintiffs*,

     v.

KRISTI NOEM, *et al.*

                         *Defendants*.

No. 1:25-cv-13829

## <u>CERTIFICATE OF LORRAINE LOPEZ</u>

In support of my application for admission *pro hac vice* in this matter, I, Lorraine Lopez, hereby certify that:

1.       I am a Deputy Attorney General in the California Department of Justice, Office of the Attorney General. I represent the State of California in the above action.

2.       I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in California, the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of California, the United States District Court for the Northern District of California, and the United States Court of Appeals for the First Circuit.

3.       I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.       I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

2

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

December 12, 2025                          /s/ *Lorraine Lopez*
                                          Lorraine Lopez
                                          Deputy Attorney General
                                          Office of the Attorney General California
                                          300 South Spring Street
                                          Los Angeles, CA 90013
                                          Tel: (213) 269-6616
                                          Email: Lorraine.Lopez@doj.ca.gov

                                          *Attorney for Plaintiff State of California*