## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, *et al.* <br><br> *Defendants*. | No. 1:25-cv-13829 |

### CERTIFICATE OF JEANELLY OROZCO ALCALÁ

In support of my application for admission *pro hac vice* in this matter, I, Jeanelly Orozco Alcalá, hereby certify that:

1.  I am a Deputy Attorney General in the California Department of Justice, Office of the Attorney General. I represent the State of California in the above action.

2.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in California, New York, and the United States District Court for the Northern District of California.

3.  I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.  I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.  I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

December 12, 2025

/s/ *Jeanelly Orozco Alcalá*
Jeanelly Orozco Alcalá
Deputy Attorney General
Office of the Attorney General California
1515 Clay Street
Oakland, CA 94612
Tel: (510) 879-1303
Email: Jeanelly.OrozcoAlcala@doj.ca.gov

*Attorney for Plaintiff State of California*