**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF CALIFORNIA, *et al.*

                   *Plaintiffs*,

   v.

KRISTI NOEM, *et al.*

                   *Defendants*.

No. 1:25-cv-13829

**CERTIFICATE OF JAMES STANLEY**

In support of my application for admission *pro hac vice* in this matter, I, James Stanley, hereby certify that:

1.     I am a Supervising Deputy Attorney General in the California Department of Justice, Office of the Attorney General. I represent the State of California in the above action.

2.     I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in California, New York, the United States District Court for the Eastern District of California, the United States District Court for the Northern District of California, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States Court of Appeals for the First Circuit.

3.     I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.     I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under

Local Rule 83.5.3) revoked for misconduct.

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

December 12, 2025                        /s/ *James Stanley*
                                        James Stanley
                                        Supervising Deputy Attorney General
                                        Office of the Attorney General California
                                        1300 I Street
                                        Sacramento, CA 95814
                                        Tel: (916) 210-6475
                                        Email: James.Stanley@doj.ca.gov

                                        *Attorney for Plaintiff State of California*