UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, *et al.* <br><br> *Defendants*. | No. 1:25-cv-13829 |

# CERTIFICATE OF MICHAEL L. NEWMAN

In support of my application for admission *pro hac vice* in this matter, I, Michael L. Newman, hereby certify that:

1. I am a Senior Assistant Attorney General in the California Department of Justice, Office of the Attorney General. I represent the State of California in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of California and the District of Columbia, as well as each federal district in California, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

December 12, 2025

/s/ *Michael L. Newman*
Michael L. Newman
Senior Assistant Attorney General
Office of the Attorney General California
300 South Spring Street
Los Angeles, CA 90013
Tel: (213) 269-6280
Email: Michael.Newman@doj.ca.gov

*Attorney for Plaintiff State of California*