**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.* | |
| *Plaintiffs*, | |
| v. | No. 1:25-cv-13829 |
| KRISTI NOEM, *et al.* | |
| *Defendants*. | |

## <u>CERTIFICATE OF NORA Q. PASSAMANECK</u>

In support of my application for admission *pro hac vice* in this matter, I, Nora Q. Passamaneck, hereby certify that:

1.     I am a Senior Assistant Attorney General in the Colorado Office of the Attorney General. I represent the State of Colorado in the above action.

2.     I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Colorado, State of New York, State of Massachusetts, the U.S. District Court for the District of Colorado, the U.S. District Court for the Eastern District of New York, the U.S. District Court for the Southern District of New York, U.S. the U.S. Court of Appeals for the Tenth Circuit, and the U.S. Court of Appeals for the Federal Circuit.

3.     I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.     I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule

83.5.3) revoked for misconduct.

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: December 16, 2025

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Nora Q. Passamaneck*
Nora Q. Passamaneck, CO Reg. No. 49362
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
Nora.Passamaneck@coag.gov

*Attorney for Plaintiff State of Colorado*

2