# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *et al.*<br><br>*Defendants*. | No. 1:25-cv-13829 |

## CERTIFICATE OF JOSHUA G. NOMKIN

In support of my application for admission *pro hac vice* in this matter, I Joshua G. Nomkin, hereby certify that:

1.    I am an Assistant Attorney General in the Office of the Arizona Attorney General.  I represent the State of Arizona in the above action.

2.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.  I have been admitted to practice in the states of Arizona and California (voluntary inactive status), the District of Arizona, and the United States Courts of Appeals for the First Circuit and Ninth Circuit.

3.    I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.    I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked  for misconduct.

5.    I am familiar with and agree to comply with the Local Rules of this Court.

2

I hereby certify under penalty of perjury that the foregoing is true and correct.

December 15, 2025

/s/ Joshua G. Nomkin
Joshua G. Nomkin (AZ Bar No. 039213)
   *Assistant Attorney General*
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Joshua.Nomkin@azag.gov
acl@azag.gov

*Attorney for the State of Arizona*