AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | ) | |
|---|---|---|
| State of California, et. al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13829 |
| Kristi Noem, et. al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of California                                                                          .

Date:    12/15/2025                                                          /s/ Lorraine Lopez
                                                                                  *Attorney's signature*

                                                                  Lorraine Lopez (CA Bar No.: 273612)
                                                                  *Printed name and bar number*

                                                                  Office of the Attorney General of the State of California
                                                                  300 South Spring Street
                                                                  Los Angeles, CA 90013
                                                                  *Address*

                                                                  lorraine.lopez@doj.ca.gov
                                                                  *E-mail address*

                                                                  (213) 269-6616
                                                                  *Telephone number*

                                                                  *FAX number*

Print          Save As...                                                                          Reset