**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF CALIFORNIA, *et al.*

*Plaintiffs*,

v.

KRISTI NOEM, *et al.*

*Defendants.*

No. 1:25-cv-13829-LTS

### CERTIFICATE OF FRANCESCA TESTA

In support of my application for admission *pro hac vice* in this matter, I, Francesca Testa, hereby certify that:

1.      I am an Assistant Attorney General in the Connecticut Office of the Attorney General. I represent the State of Connecticut in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the Bar of the State of Connecticut and the United States District Court of Connecticut.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked  for misconduct.

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and  correct.

December 16, 2025

/s/ *Francesca Testa*
Francesca Testa (ct 31930)
*Assistant Attorney General*
Connecticut Office of the Attorney General
Health and Education
165 Capitol Avenue
Hartford, CT 06106
Tel: 860-808-5210
Fax: 860-808-5385

2