IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-13829-LTS |

## NOTICE OF APPEARANCE

Please enter the appearance of Julia S. Canney as counsel for plaintiff the Commonwealth of Massachusetts in the above-captioned matter.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS

By and through its Attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Julia S. Canney*
Julia S. Canney (BBO No. 717328)
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02108
Ph. (617) 963-2851
julia.s.canney@mass.gov

Dated: December 16, 2025

1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Julia S. Canney*
Julia S. Canney