**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

<table>
<tr><td>

STATE OF CALIFORNIA, *et al.*

        *Plaintiffs*,

  v.

KRISTI NOEM, *et al.*

        *Defendants*.

</td><td>

No. 25-cv-13829-LTS

</td></tr>
</table>

## CERTIFICATE OF KALIKOʻONĀLANI D. FERNANDES

In support of my application for admission *pro hac vice* in this matter, I, Kalikoʻonālani D. Fernandes, hereby certify that:

I am the Solicitor General at the Hawaiʻi Department of the Attorney General. I represent the State of Hawaiʻi in the above action.

1.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Hawaiʻi and Washington, D.C., in the U.S. District Court for the District of Hawaiʻi, the First Circuit Court of Appeals, the Second Circuit Court of Appeals, the Fourth Circuit Court of Appeals, the Ninth Circuit Court of Appeals, the D.C. Circuit Court of Appeals, and the U.S. Supreme Court.

2.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

3.      I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

2

4.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and  correct.

December 16, 2025

/s/ Kaliko'onālani D. Fernandes
Kaliko'onālani D. Fernandes (HI 9964)
  *Solicitor General*
Department of the Attorney General
425 Queen Street
Honolulu, Hawai'i 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawai'i*

2