**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF CALIFORNIA, *et al.*

          *Plaintiffs*,

   v.

KRISTI NOEM, *et al.*

          *Defendants*.

No. 25-cv-13829-LTS

## CERTIFICATE OF DAVID D. DAY

In support of my application for admission *pro hac vice* in this matter, I, David D. Day, hereby certify that:

I am the Special Assistant to the Attorney General at the Hawai'i Department of the Attorney General. I represent the State of Hawai'i in the above action.

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Hawai'i, in the U.S. District Court for the District of Hawai'i, the First Circuit Court of Appeals, the Second Circuit Court of Appeals, the Fourth Circuit Court of Appeals, the Ninth Circuit Court of Appeals, the D.C. Circuit Court of Appeals, and the U.S. Supreme Court.

2. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

3. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

2

4.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

December 16, 2025

/s/ David D. Day
David D. Day  (HI 9427)
  *Special Assistant to the Attorney General*
Department of the Attorney General
425 Queen Street
Honolulu, Hawaiʻi 96813
(808) 586-1360
david.d.day@hawaii.gov

*Counsel for the State of Hawaiʻi*

2