**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.* | |
| *Plaintiffs*, | |
| v. | No. 25-cv-13829-LTS |
| KRISTI NOEM, *et al.* | |
| *Defendants*. | |

## CERTIFICATE OF ALEEZA STRUBEL

In support of my application for admission *pro hac vice* in this matter, I, Aleeza Strubel, hereby certify that:

1.      I am a Complex Litigation Counsel in the Office of the Illinois Attorney General. I represent the State of Illinois in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in United States Supreme Court, State of Illinois, Northern District of Illinois.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked  for misconduct.

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and  correct.

December 16, 2025

/s/ Aleeza Strubel
Aleeza Strubel
IL Bar No. 6278548