# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, *et al.*

        *Plaintiffs*,

    v.

KRISTI NOEM, *et al.*

        *Defendants*.

No. 25-cv-13829-LTS

## CERTIFICATE OF ELIZABETH A.F. MORRIS

In support of my application for admission *pro hac vice* in this matter, I, Elizabeth A.F. Morris, hereby certify that:

1.      I am Deputy Chief, Special Litigation in the Office of the Illinois Attorney General. I represent the State of Illinois in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Illinois the United States Court of Appeals for the Seventh Circuit, and the United States District Courts for the Northern District of Illinois, the Central District of Illinois, and the Southern District of Illinois.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

December 16, 2025

/s/ Elizabeth A.F. Morris
Elizabeth A.F. Morris
IL Bar No. 6297239