**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| STATE OF CALIFORNIA, *et al.* |
| *Plaintiffs*, |
| v. |
| KRISTI NOEM, *et al.* |
| *Defendants*. |

No. 25-cv-13829-LTS

**CERTIFICATE OF JOSEPH RICHIE**

In support of my application for admission *pro hac vice* in this matter, I, Joseph Richie, hereby certify that:

1.      I am a Special Counsel in the Minnesota Office of the Attorney General.  I represent the State of Minnesota in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.  I have been admitted to practice in the State of Minnesota, the State of New York, the U.S. Supreme Court, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Second Circuit,[1] the U.S. Court of Appeals for the Eighth Circuit, U.S. Court of Appeals for the Federal Circuit, the U.S. District Court for the District of Minnesota, the U.S. District Court for the District of Colorado, the U.S. District Court for the Southern District of New York, and the U.S. District Court for the Eastern District of New York.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which

---

[1] I am no longer admitted to the Second Circuit because I declined to renew my admission. *See* Second Circuit L.R. 46.1(a)(2). I was a member in good standing at all times while admitted to the Second Circuit bar.

I am a member of the bar.

4.    I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked  for misconduct.

5.    I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and  correct.

December 17, 2025                          /s/ Joseph Richie
                                           JOSEPH RICHIE