UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *et al.*<br><br>*Defendants*. | No. 1:25-cv-13829-LTS |

## MOTION FOR ADMISSION PRO HAC VICE OF MELINA MENEGUIN LAYERENZA AND MAX G. LESSER

Pursuant to Local Rule 83.5.3, I, Julia S. Canney, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of attorney Melina Meneguin Layerenza, member of the bar of the States of New Jersey and New York; the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Ninth, Tenth, and Eleventh Circuits; and the United States District Courts for the Eastern and Southern Districts of New York; and Max G. Lesser, member of the bar of the District of Columbia, the State of New Jersey, and the Commonwealth of Pennsylvania, to serve as counsel for Plaintiff New Jersey in this matter.

As set forth in the accompanying certification, Melina Meneguin Layerenza and Max G. Lesser are members in good standing of the bar of every jurisdiction to which they have been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which they are members] of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorneys Melina Meneguin Layerenza and Max G. Lesser *pro hac vice* to the bar of this Court.

December 17, 2025					Respectfully submitted.

ANDREA JOY CAMPBELL
 ATTORNEY GENERAL OF MASSACHUSETTS

 /s/ *Julia S. Canney*
Julia S. Canney (BBO No. 717328)
 *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2851
Julia.s.canney@mass.gov

*Counsel for the
 Commonwealth of Massachusetts*