**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.* | |
| *Plaintiffs*, | |
| v. | No. 1:25-cv-13829-LTS |
| KRISTI NOEM, *et al.* | |
| *Defendants*. | |

**CERTIFICATE OF MELINA M. MENEGUIN LAYERENZA**

In support of my application for admission *pro hac vice* in this matter, I, Melina M. Meneguin Layerenza, hereby certify that:

1.      I am an Assistant Attorney General and Senior Counsel to the Attorney General of New Jersey. I represent the State of New Jersey in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the States of New Jersey and New York; the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Ninth, Tenth, and Eleventh Circuits; and the United States District Courts for the Eastern and Southern Districts of New York.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

2

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and  correct.

December 17, 2025                                    /s/ *Melina Meneguin Layerenza*
                                                    Melina Meneguin Layerenza
                                                    Assistant Attorney General and Senior Counsel
                                                    to the New Jersey Attorney General