**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>     *Plaintiffs*,<br><br> v.<br><br>KRISTI NOEM, *et al.*<br><br>     *Defendants*. | No. 1:25-cv-13829-LTS |

**CERTIFICATE OF MAX G. LESSER**

In support of my application for admission *pro hac vice* in this matter, I, Max G. Lesser, hereby certify that:

1. I am a Deputy Attorney General in the New Jersey Attorney General's Office. I represent the State of New Jersey in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the District of Columbia, the State of New Jersey, and the Commonwealth of Pennsylvania.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

2

December 17, 2025                                         /s/ Max G. Lesser
                                                         MAX G. LESSER
                                                         *Deputy Attorney General*
                                                         New Jersey Attorney General's Office