**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.* | |
| *Plaintiffs*, | |
| v. | No.1:25-cv-13829-LTS |
| KRISTI NOEM, *et al.* | |
| *Defendants*. | |

## CERTIFICATE OF KYLA DUFFY

In support of my application for admission *pro hac vice* in this matter, I, Kyla Duffy, hereby certify that:

1.      I am a Special Assistant Attorney General in the Rhode Island Office of the Attorney General. I represent the State of Rhode Island in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Rhode Island and the District Court for the District of Rhode Island.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked  for misconduct.

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and  correct.

2

Dated: December 17, 2025                /s/ Kyla Duffy_____
                                     Kyla Duffy (RI Bar No. 10897)
                                     *Special Assistant Attorney General*
                                     150 South Main Street
                                     Providence, RI 02903
                                     (401) 274-4400
                                     kduffy@riag.ri.gov

                                     *Counsel for the State of Rhode Island*

2