AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of California, et. al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13829 |
| Kristi Noem, et. al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of California   .

Date:   12/17/2025

/s/ Jeanelly Orozco Alcalá
*Attorney's signature*

Jeanelly Orozco Alcalá (CA Bar No.: 325049)
*Printed name and bar number*

Office of the Attorney General of the State of California
1515 Clay St. 20th Floor
Oakland, CA 94612
*Address*

Jeanelly.OrozcoAlcala@doj.ca.gov
*E-mail address*

(510) 879-1303
*Telephone number*

(510) 622-2270
*FAX number*