# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of California, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13829 |
| Kristi Noem, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Rhode Island                    .

Date:    12/17/2025

/s/ Kyla Duffy
*Attorney's signature*

Kyla Duffy (RI Bar No. 10897)
*Printed name and bar number*
150 South Main Street
Providence, RI 02903

*Address*

kduffy@riag.ri.gov
*E-mail address*

(401) 274-4400
*Telephone number*

(401) 222-2995
*FAX number*