AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of California, et. al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-13829 |
| Kristi Noem, et. al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of California                    .

Date:   12/17/2025                   /s/ James E. Richardson
                                         *Attorney's signature*

                              James E. Richardson (CA Bar No.: 331958)
                                   *Printed name and bar number*

                              Office of the Attorney General of the State of
                                               California
                                       300 South Spring Street
                                       Los Angeles, CA 90013
                                              *Address*

                              James.Richardson@doj.ca.gov
                                           *E-mail address*

                                        (213) 269-6698
                                        *Telephone number*


                                           *FAX number*