AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of California, et. al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-13829 |
| Kristi Noem, et. al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of California                           .

Date:    12/17/2025                    /s/ Michael Newman
                                              *Attorney's signature*

                                   Michael Newman (CA Bar No.: 222993)
                                         *Printed name and bar number*

                                   Office of the Attorney General of the State of
                                                       California
                                             300 South Spring Street
                                             Los Angeles, CA 90013
                                                       *Address*

                                         michael.newman@doj.ca.gov
                                                  *E-mail address*

                                               (213) 269-6280
                                                *Telephone number*


                                                   *FAX number*