IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-13829-LTS |

### NOTICE OF APPEARANCE

Please enter the appearance of Nita K. Klunder as counsel for plaintiff the Commonwealth of Massachusetts in the above-captioned matter.

        Respectfully submitted,

        COMMONWEALTH OF MASSACHUSETTS

        By and through its Attorneys,

        ANDREA JOY CAMPBELL
        ATTORNEY GENERAL

        */s/ Nita K. Klunder*
        Nita K. Klunder (BBO No. 689304)
        Assistant Attorney General
        One Ashburton Place
        Boston, Massachusetts 02108
        Ph. (617) 963-2394
        nita.klunder@mass.gov

Dated: December 17, 2025

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

                                        */s/ Nita K. Klunder*
                                        Nita K. Klunder