AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of California, et. al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-13829 |
| Kristi Noem, et. al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of California.

Date:   12/17/2025

/s/ Marissa Malouff
*Attorney's signature*

Marissa Malouff (CA Bar No.: 316046)
*Printed name and bar number*

Office of the Attorney General of the State of California
300 South Spring Street
Los Angeles, CA 90013
*Address*

marissa.malouff@doj.ca.gov
*E-mail address*

(213) 269-6467
*Telephone number*

*FAX number*