AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of California, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-13829 |
| Kristi Noem, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Minnesota                                                                                                .

Date:   12/17/2025

s/ Joseph Richie
*Attorney's signature*

Joseph Richie
*Printed name and bar number*

445 Minnesota St., Suite 600
St. Paul, MN 55101-2125

*Address*

joseph.richie@ag.state.mn.us
*E-mail address*

(651) 300-0921
*Telephone number*

(651) 282-5832
*FAX number*