AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of California, et. al.,<br>*Plaintiff*<br>v.<br>Kristi Noem, et. al.,<br>*Defendant* | Case No. 1:25-cv-13829 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of California                                                                                                                  .

Date:   12/17/2025                                                  /s/ James Stanley
                                                                                *Attorney's signature*

                                                                    James Stanley (CA Bar No.: 316288)
                                                                    *Printed name and bar number*

                                                                    Office of the Attorney General of the State of
                                                                    California
                                                                    300 I Street
                                                                    Sacramento, CA 95814
                                                                    *Address*

                                                                    james.stanley@doj.ca.gov
                                                                    *E-mail address*

                                                                    (916) 210-6475
                                                                    *Telephone number*

                                                                    *FAX number*