AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| STATE OF CALIFORNIA; ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13829 |
| KRISTI NOEM; ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Hawaiʻi .

Date: 12/17/2025

/s/ Kalikoʻonālani D. Fernandes
*Attorney's signature*

Kalikoʻonālani D. Fernandes - HI 9964
*Printed name and bar number*

Department of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
*Address*

kaliko.d.fernandes@hawaii.gov
*E-mail address*

(808) 586-1360
*Telephone number*

*FAX number*