AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| STATE OF CALIFORNIA; ET AL.  )<br>*Plaintiff*  )<br>v.  )<br>KRISTI NOEM; ET AL.  )<br>*Defendant*  ) | Case No. 1:25-cv-13829 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Hawai'i.

Date: 12/17/2025

/s/ David D. Day
*Attorney's signature*

David D. Day - HI 9427
*Printed name and bar number*

Department of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
*Address*

david.d.day@hawaii.gov
*E-mail address*

(808) 586-1284
*Telephone number*

*FAX number*