AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| STATE OF CALIFORNIA, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-13829 |
| KRISTI NOEM, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Arizona.

Date:   12/18/2025

/ s / Joshua G. Nomkin
*Attorney's signature*

Joshua G. Nomkin (AZ Bar No. 039213)
*Printed name and bar number*

2005 N. Central Ave.
Phoenix, AZ 85004

*Address*

Joshua.Nomkin@azag.gov; ACL@azag.gov
*E-mail address*

(602) 542-4288
*Telephone number*

(602) 542-8308
*FAX number*