AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| California, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13829-LTS |
| Noem, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Michigan.

Date:   12/18/2025

/s/ Neil Giovanatti
*Attorney's signature*

Neil Giovanatti
*Printed name and bar number*

525 W. Ottawa Street
Lansing, MI 48933

*Address*

GiovanattiN@michigan.gov
*E-mail address*

(517) 335-7603
*Telephone number*

(517) 335-1152
*FAX number*

Print    Save As...    Reset