**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　　　*Defendants.* | No.: 1:25-cv-13829-LTS |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

As reflected in the attached affidavit, plaintiffs have served defendant the United States of America in accordance with Fed. R. Civ. P. 4(i)(1) and have served defendants Kristi Noem, in her official capacity as Secretary of Homeland Security; the United States Department of Homeland Security; Marco Rubio, in his official capacity as Secretary of State; the United States Department of State; Lori Chavez-DeRemer, in her official capacity as Secretary of Labor; the United States Department of Labor; Pamela J. Bondi, in her official capacity as United States Attorney General; and the United States Department of Justice in accordance with Fed. R. Civ. P. 4(i)(2).

Accordingly, all defendants have been served with a summons and a copy of the complaint.

December 18, 2025

Respectfully submitted.

ANDREA JOY CAMPBELL
  *Attorney General of Massachusetts*

 /s/ *Gerard J. Cedrone*
Gerard J. Cedrone (BBO No. 699674)
  *Deputy State Solicitor*
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov