## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, *et al.*,

Plaintiffs,

v.

KRISTI NOEM, *et al.*,

Defendants.

No. 1:25-cv-13829-LTS

### DECLARATION OF CERTIFIED MAIL SERVICE ON DEFENDANTS

I hereby declare as follows:

1.    I am over the age of eighteen and am not a party to this litigation.

2.    I received summonses directed to defendants Kristi Noem, U.S. Department of Homeland Security, Marco Rubio, U.S. Department of State, Lori Chavez-DeRemer, U.S. Department of Labor, Pamela Bondi, U.S. Department of Justice, and the United States of America.

3.    On 12/16/25, I sent copies of the summonses described in the preceding paragraph, along with copies of the Complaint (Dkt. No. 1 and attachments), via certified mail, to:

| | Summons Directed To: | Summons and Complaint Mailed To: |
|---|---|---|
| 1 | Kristi Noem, Secretary of Homeland Security | Kristi Noem Office of the General Counsel U.S. Department of Homeland Security 2707 Martin Luther King Jr. Ave., S.E. Washington, D.C. 20528-0485 |
| 2 | U.S. Department of Homeland Security | Office of the General Counsel U.S. Department of Homeland Security 2707 Martin Luther King Jr. Ave., S.E. Washington, D.C. 20528-0485 |
| 3 | Marco Rubio, Secretary of State | Marco Rubio c/o The Executive Office of the Legal Adviser and Bureau of Legislative Affairs Suite 5.600 600 19th St., N.W. Washington, D.C. 20522 |

| 4 | U.S. Department of State | U.S. Department of State<br>c/o The Executive Office of the Legal Adviser<br>and Bureau of Legislative Affairs<br>Suite 5.600<br>600 19th St., N.W.<br>Washington, D.C. 20522 |
|---|---|---|
| 5 | Lori Chavez-DeRemer,<br>Secretary of Labor | Lori Chavez-DeRemer<br>U.S. Department of Labor<br>200 Constitution Ave., N.W.<br>Washington, D.C. 20210 |
| 6 | U.S. Department of Labor | U.S. Department of Labor<br>200 Constitution Ave., N.W.<br>Washington, D.C. 20210 |
| 7 | Pamela J. Bondi,<br>Attorney General of the United States | Pamela J. Bondi<br>c/o Assistant Attorney General for<br>Administration<br>U.S. Department of Justice<br>Justice Management Division<br>950 Pennsylvania Ave., N.W.<br>Room 1111<br>Washington, D.C. 20530 |
| 8 | U.S. Department of Justice | U.S. Department of Justice<br>c/o Assistant Attorney General for<br>Administration<br>U.S. Department of Justice<br>Justice Management Division<br>950 Pennsylvania Ave., N.W.<br>Room 1111<br>Washington, D.C. 20530 |
| 9 | United States of America | Attorney General of the United States<br>Assistant Attorney General for<br>  Administration<br>U.S. Dept. of Justice<br>Justice Management Division<br>Room 1111<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 |

4.    Additionally, on _12/16/25_, I sent copies of the summonses for all parties described in paragraph 2, along with copies of the Complaint (Dkt. No. 1 and attachments), via certified mail, to:

2

| | |
|---|---|
| Attorney General of the United States | Attorney General of the United States<br>Assistant Attorney General for<br>  Administration<br>U.S. Dept. of Justice<br>Justice Management Division<br>Room 1111<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 |
| Office of the United States Attorney for the District of Massachusetts | Office of the United States Attorney<br>  for the District of Massachusetts<br>Civil-Process Clerk<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210 |

I declare under penalty of perjury that the foregoing is true and correct.

December 16, 2025

Date

Signature

Donald F. Brooker Jr.

Printed Name

3