AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of California, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-13829 |
| Noem, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Illinois                                                                                        .

Date:     12/18/2025

s/ Elizabeth A.F. Morris
*Attorney's signature*

Elizabeth A.F. Morris (IL Bar No: 6297239)
*Printed name and bar number*
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603

*Address*

elizabeth.morris@ilag.gov
*E-mail address*

(773) 590-7965
*Telephone number*

(312) 814-4452
*FAX number*