**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF CALIFORNIA, *et al.*

*Plaintiffs*,

v.

KRISTI NOEM, *et al.*

*Defendants.*

No. 1:25-cv-13829-LTS

**<u>CERTIFICATE OF JONATHAN ROSE</u>**

In support of my application for admission *pro hac vice* in this matter, I, Jonathan Rose, hereby certify that:

1.     I am the Solicitor General in the Vermont Office of the Attorney General. I represent the State of Vermont in the above action.

2.     I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.  I have been admitted to practice in the U.S. Court of Appeals, 1st Circuit; the U.S. Court of Appeals, 2nd Circuit; the U.S. Court of Appeals, 4th Circuit; U.S. District Court, Vermont; the U.S. Supreme Court and the Vermont Supreme Court.

3.     I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.     I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked  for misconduct.

2

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and  correct.

December 18, 2025                                            */s/ Jonathan T. Rose*
                                                                          Jonathan T. Rose
                                                                          Solicitor General
                                                                          109 State Street
                                                                          Montpelier, VT 05609
                                                                          802-828-3171
                                                                          jonathan.rose@vermont.gov