**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>                             *Plaintiffs*,<br><br>    v.<br><br>KRISTI NOEM, *et al.*<br><br>                             *Defendants*. | No. 25-cv-13829-LTS |

**MOTION FOR ADMISSION PRO HAC VICE OF ZOE LEVINE AND VICTORIA OCHOA**

Pursuant to Local Rule 83.5.3, I, Julia S. Canney, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of attorneys Zoe Levine and Victoria Ochoa, members the bar of New York, to serve as counsel for Plaintiff State of New York in this matter.

As set forth in the accompanying certification, Zoe Levine and Victoria Ochoa (1) are members in good standing of the bar of every jurisdiction to which they have been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which they are members of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorney Zoe Levine and Victoria Ochoa *pro hac vice* to the bar of this Court.

2

December 19, 2025                        Respectfully submitted.

                                         ANDREA JOY CAMPBELL
                                           ATTORNEY GENERAL OF MASSACHUSETTS

                                          /s/ *Julia S. Canney*
                                         Julia S. Canney (BBO No. 717328)
                                           *Assistant Attorney General*
                                         Office of the Attorney General
                                         One Ashburton Place, 20th Floor
                                         Boston, MA 02108
                                         (617) 963-2851
                                         Julia.s.canney@mass.gov

                                         *Counsel for the*
                                           *Commonwealth of Massachusetts*

2