# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *et al.*<br><br>*Defendants*. | No. 25-cv-13829-LTS |

## CERTIFICATE OF ZOE LEVINE

In support of my application for admission *pro hac vice* in this matter, I, Zoe Levine, hereby certify that:

1.     I am Special Counsel for Immigrant Justice in the New York Office of the Attorney General. I represent the State of New York in the above action.

2.     I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in New York; the United States Supreme Court; the United States Courts of Appeals for the First, Second, Fourth, Eighth, and Ninth Circuits; and the United States District Court for the Southern District of New York.

3.     I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.     I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked  for misconduct.

5.     I am familiar with and agree to comply with the Local Rules of this Court.

2

I hereby certify under penalty of perjury that the foregoing is true and correct.

December 19, 2025                          /s/ Zoe Levine
                                          Zoe Levine
                                          Special Counsel for Immigrant Justice
                                          28 Liberty St.
                                          New York, NY 10005
                                          (212) 416-8329
                                          zoe.levine@ag.ny.gov

                                          Attorney for the State of New York