**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| STATE OF CALIFORNIA, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *et al.*<br><br>*Defendants.* |

No. 25-cv-13829-LTS

**CERTIFICATE OF VICTORIA OCHOA**

In support of my application for admission *pro hac vice* in this matter, I, Victoria Ochoa, hereby certify that:

1.      I am an Assistant Attorney General in the New York Office of the Attorney General. I represent the State of New York in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in New York and the United States Court of Appeals for the First Circuit.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked  for misconduct.

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and  correct.

2

December 19, 2025

/s/ Victoria Ochoa
Victoria Ochoa
Assistant Attorney General
28 Liberty St.
New York, NY 10005
(212) 416-8724
victoria.ochoa@ag.ny.gov

Attorneys for the State of New York

2