AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of California, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13829-LTS |
| Kristi Noem, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Connecticut   .

Date:   12/19/2025

/s/ Francesca Testa
*Attorney's signature*

Francesca Testa, ct31930
*Printed name and bar number*
Connecticut Office of Attorney General
165 Capitol Avenue, 4th Floor
Hartford, CT 06106

*Address*

francesca.testa@ct.gov
*E-mail address*

(860) 808-5210
*Telephone number*

(860) 808-5385
*FAX number*