AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of California, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13829-LTS |
| Noem, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Vermont                                                                                          .

Date:    12/19/2025                                                    */s/ Jonathan T. Rose*
                                                                                 *Attorney's signature*

                                                                        Jonathan T. Rose, VT 4415
                                                                      *Printed name and bar number*

                                                                       Vermont Attorney General's Office
                                                                              109 State Street
                                                                           Montpelier, VT  05609

                                                                                      *Address*

                                                                      jonathan.rose@vermont.gov
                                                                                 *E-mail address*

                                                                              (802) 828-3171
                                                                            *Telephone number*

                                                                              (802) 828-3187
                                                                                *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

                                                                            */s/ Jonathan T. Rose*
                                                                              Jonathan T. Rose