AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

State of California, et al. )
*Plaintiff* )
v. ) Case No. 25-cv-13829
Noem, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Illinois.

Date: 12/22/2025

s/ Aleeza Strubel
*Attorney's signature*

Aleeza Strubel (IL Bar No: 6278548)
*Printed name and bar number*
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603

*Address*

aleeza.strubel@ilag.gov
*E-mail address*

(773) 914-3046
*Telephone number*

(312) 814-4452
*FAX number*