**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.* | |
| *Plaintiffs*, | |
| v. | No. 1:25-cv-13829-LTS |
| KRISTI NOEM, *et al.* | |
| *Defendants*. | |

## <u>MOTION FOR ADMISSION PRO HAC VICE OF SARA L. WILMOT AND KATE S. WORTHINGTON</u>

Pursuant to Local Rule 83.5.3, I, Julia S. Canney, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move for the admission *pro hac vice* of attorneys Sara L. Wilmot and Kate S. Worthington, members of the bar of Washington State, to serve as counsel for Plaintiff State of Washington in this matter.

As set forth in the accompanying certifications, Sara L. Wilmot and Kate S. Worthington (1) are members in good standing of the bar of every jurisdiction to which they have been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which they are members of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) agree to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorneys Sara L. Wilmot and Kate S. Worthington *pro hac vice* to the bar of this Court.

2

December 22, 2025

Respectfully submitted.

ANDREA JOY CAMPBELL
  ATTORNEY GENERAL OF MASSACHUSETTS

 /s/ *Julia S. Canney*
Julia S. Canney (BBO No. 717328)
  *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2851
Julia.s.canney@mass.gov

*Counsel for the*
  *Commonwealth of Massachusetts*

2