**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF CALIFORNIA, *et al.*

*Plaintiffs*,

v.

KRISTI NOEM, *et al.*

*Defendants*.

No. 1:25-cv-13829-LTS

**CERTIFICATE OF SARA L. WILMOT**

In support of my application for admission *pro hac vice* in this matter, I, Sara L. Wilmot, hereby certify that:

1.      I am an Assistant Attorney General at the Washington State Office of the Attorney General. I represent the State of Washington in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in U.S. District Court for the Eastern District of Washington, and Washington State Superior Court and Appellate Courts.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked  for misconduct.

5.      I am familiar with and agree to comply with the Local Rules of this Court.

2

I hereby certify under penalty of perjury that the foregoing is true and correct.

December 22, 2025

/s/ Sara L. Wilmot
SARA L. WILMOT
Assistant Attorney General
7141 Cleanwater Drive SW
P.O. Box 40111
Olympia, WA 98504-0111
(360) 709-6470
sara.wilmot@atg.wa.gov

2