**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>      *Plaintiffs*,<br><br>  v.<br><br>KRISTI NOEM, *et al.*<br><br>      *Defendants*. | No. 1:25-cv-13829-LTS |

## <u>CERTIFICATE OF KATE S. WORTHINGTON</u>

In support of my application for admission *pro hac vice* in this matter, I, Kate S. Worthington, hereby certify that:

1. I am an Assistant Attorney General at the Washington State Office of the Attorney General. I represent the State of Washington in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in U.S. District Court for the Western District of Washington, U.S. District Court for the District of Oregon, U.S. Court of Appeals for the First Circuit, U.S. Court of Appeals for the Ninth Circuit, and Washington State Superior and Appellate Courts.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

2

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and  correct.

December 22, 2025                                    /s/ Kate. S. Worthington
                                                    KATE S. WORTHINGTON
                                                    Assistant Attorney General
                                                    7141 Cleanwater Drive SW
                                                    P.O. Box 40111
                                                    Olympia, WA 98504-0111
                                                    (360) 709-6470
                                                    kate.worthington@atg.wa.gov

2