AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| State of California, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-13829-LTS |
| Noem, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Washington.

Date:   12/22/2025

/s/ Kate S. Worthington
*Attorney's signature*

KATE S. WORTHINGTON, WSBA No. 47556
*Printed name and bar number*

7141 Cleanwater Drive SW
P.O. Box 40111
Olympia, WA 98504-0111
*Address*

Kate.Worthington@atg.wa.gov
*E-mail address*

(360) 709-6470
*Telephone number*

*FAX number*