AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of California, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13829-LTS |
| Noem, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Washington.

Date: 12/22/2025

/s/ Sara L. Wilmot
*Attorney's signature*

SARA L. WILMOT, WSBA No. 56898
*Printed name and bar number*

7141 Cleanwater Drive SW
P.O. Box 40111
Olympia, WA 98504-0111
*Address*

Sara.Wilmot@atg.wa.gov
*E-mail address*

(360) 709-6470
*Telephone number*

*FAX number*