**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| STATE OF CALIFORNIA, *et al.* |
| *Plaintiffs*, |
| v. |
| KRISTI NOEM, *et al.* |
| *Defendants*. |

No 1:25-cv-13829-LTS

## CERTIFICATE OF THOMAS H. CASTELLI

In support of my application for admission *pro hac vice* in this matter, I, Thomas H. Castelli, hereby certify that:

1.      I am a Senior Assistant Attorney General in the Oregon Department of Justice. I represent the State of Oregon in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I am admitted to practice. I have been admitted to practice in Oregon, Tennessee (inactive), the United States District Court for the District of Oregon, United States District Court for the Middle District of Tennessee, United States District Court for the Western District of Tennessee, and the Sixth Circuit Court of Appeals.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked  for misconduct.

2

5.      I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and  correct.

December 23, 2025                              DAN RAYFIELD
Attorney General, State of Oregon

/s/ Thomas H. Castelli
THOMAS H. CASTELLI (OSB NO. 226448)
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
thomas.castelli@doj.oregon.gov

Attorney for State of Oregon

2