**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>                              *Plaintiffs*,<br><br>        v.<br><br>KRISTI NOEM, *et al.*<br><br>                              *Defendants*. | No. 25-cv-13829-LTS |

## CERTIFICATE OF FAYE B. HIPSMAN

In support of my application for admission *pro hac vice* in this matter, I, Faye B. Hipsman, hereby certify that:

1.    I am an Assistant Attorney General in the Wisconsin Office of the Attorney General. I represent the State of Wisconsin in the above action.

2.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the state of Wisconsin, the Eastern District of Wisconsin, the Western District of Wisconsin, the First Circuit Court of Appeals and the Seventh Circuit Court of Appeals.

3.    I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.    I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked  for misconduct.

5.    I am familiar with and agree to comply with the Local Rules of this Court.

2

I hereby certify under penalty of perjury that the foregoing is true and correct.

December 23, 2025

/s/ Faye B. Hipsman
FAYE B. HIPSMAN
Assistant Attorney General
State Bar #1123933

Attorney for the State of Wisconsin

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-9487
(608) 294-2907 (Fax)
faye.hipsman@wisdoj.gov

2