**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *et al.*<br><br>*Defendants*. | No. 1:25-cv-13829-LTS |

### MOTION FOR ADMISSION PRO HAC VICE OF IAN R. LISTON, VANESSA L. KASSAB, & JENNIFER KATE AARONSON

Pursuant to Local Rule 83.5.3, I, Nita K. Klunder, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of attorneys Ian R. Liston, Vanessa L. Kassab, & Jennifer Kate Aaronson, members of the bar of the State of Delaware, to serve as counsel for Plaintiff State of Delaware in this matter.

As set forth in the accompanying certification, Ian R. Liston, Vanessa L. Kassab, & Jennifer Kate Aaronson (1) are members in good standing of the bar of every jurisdiction to which they have been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which they are members of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorney Ian R. Liston, Vanessa L. Kassab, & Jennifer Kate Aaronson *pro hac vice* to the bar of this Court.

December 23, 2025

Respectfully submitted.

ANDREA JOY CAMPBELL
  ATTORNEY GENERAL OF MASSACHUSETTS

 /s/ *Nita K. Klunder*
Nita K. Klunder (BBO No. 689304)
 *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2394
nita.klunder@mass.gov

*Counsel for the*
  *Commonwealth of Massachusetts*