**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF CALIFORNIA, *et al.*,

                *Plaintiffs,*

    v.

KRISTI NOEM, *et al.*,

                *Defendants.*

No. 1:25-cv-13829-LTS

## CERTIFICATE OF VANESSA L. KASSAB

In support of my application for admission *pro hac vice* in this matter, I, Vanessa L. Kassab, hereby certify that:

1.    I am a Deputy Attorney General in the Delaware Office of the Attorney General. I represent the State of Delaware in the above action.

2.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Delaware, the State of New Jersey, the Commonwealth of Pennsylvania, the United States District Court for the District of Delaware, the United States District Court for the Eastern District of Pennsylvania, the United States Court of Appeals, for the District of Columbia, the United States Court of Appeals, for the Ninth Circuit, and the United States Court of Appeals for the First Circuit.

3.    I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.    I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.    I am familiar with and agree to comply with the Local Rules of this Court.

2

I hereby certify under penalty of perjury that the foregoing is true and correct.

December 23, 2025

/s/ *Vanessa L. Kassab*
Vanessa L. Kassab
Deputy Attorney General
820 N. French Street
Wilmington, DE 19801
(302) 683-8881

2