UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, *et al.*

          *Plaintiffs*,

v.

KRISTI NOEM, *et al.*

          *Defendants*.

No. 1:25-cv-13829-LTS

**MOTION FOR ADMISSION PRO HAC VICE OF VIRGINIA A. WILLIAMSON**

    Pursuant to Local Rule 83.5.3, I, Nita K. Klunder, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of attorney Virginia A. Williamson, a member of the bar of Maryland, to serve as counsel for Plaintiff State of Maryland in this matter.

    As set forth in the accompanying certification, Virginia A. Williamson (1) is a member in good standing of the bar of every jurisdiction to which she has been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which she is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

    WHEREFORE, this Court should admit attorney Virginia A. Williamson *pro hac vice* to the bar of this Court.

December 23, 2025                              Respectfully submitted.

                                                             ANDREA JOY CAMPBELL
                                                                ATTORNEY GENERAL OF MASSACHUSETTS

                                                            /s/ *Nita K. Klunder*
                                                            Nita K. Klunder (BBO No. 689304)
                                                           *Assistant Attorney General*
                                                           Office of the Attorney General
                                                           One Ashburton Place, 20th Floor
                                                           Boston, MA 02108
                                                           (617) 963-2394
                                                           nita.klunder@mass.gov

                                                           *Counsel for the*
                                                            *Commonwealth of Massachusetts*