**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.* | |
| *Plaintiffs*, | |
| v. | No. 1:25-cv-13829-LTS |
| KRISTI NOEM, *et al.* | |
| *Defendants*. | |

**CERTIFICATE OF VIRGINIA A. WILLIAMSON**

In support of my application for admission *pro hac vice* in this matter, I, Virginia A. Williamson, hereby certify that:

1.      I am an Assistant Attorney General in the Maryland Office of the Attorney General.  I represent the State of Maryland in the above action.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.  I have been admitted to practice in Maryland, the District of Columbia, the United States Supreme Court, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States District Court for the District of Columbia, and the United States District Court for the District of Maryland.  Except for admission *pro hac vice* to appear in particular cases, I have not been admitted to any other courts.

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice* admission to the United States District Court

for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule

83.5.3) revoked  for misconduct.

5.    I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and  correct.

December 23, 2025

_/s/ Virginia A. Williamson_
Virginia A. Williamson
Maryland Office of the Attorney General
200 St. Paul Pl., Baltimore, MD 21202
vwilliamson@oag.maryland.gov
(410) 576-6584
Maryland Bar No. 1612140340

*Attorney for Plaintiff State of Maryland*