# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.* | |
| *Plaintiffs,* | |
| v. | Case No. 1:25-cv-13829-LTS |
| KRISTI NOEM, *et al.* | |
| *Defendants.* | |

## <u>MOTION FOR ADMISSION PRO HAC VICE OF K. BRUNETTI IRELAND</u>

Pursuant to Local Rule 83.5.3, I, Nita K. Klunder, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move for the admission *pro hac vice* of K. BRUNETTI IRELAND, a member of the bar of Nevada, to serve as counsel for Plaintiff STATE OF NEVADA in this matter.

As set forth in the accompanying certification, K. BRUNETTI IRELAND (1) is a member in good standing of the bar of every jurisdiction to which he has been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which he is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorney K. BRUNETTI IRELAND *pro hac vice* to the bar of this Court.

December 23, 2025

Respectfully submitted.

ANDREA JOY CAMPBELL
  ATTORNEY GENERAL OF MASSACHUSETTS

 /s/ *Nita K. Klunder*
Nita K. Klunder (BBO No. 689304)
 *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2394
nita.klunder@mass.gov

*Counsel for the*
  *Commonwealth of Massachusetts*