**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.* | |
| *Plaintiffs,* | |
| v. | Case No. 1:25-cv-13829-LTS |
| KRISTI NOEM, *et al.* | |
| *Defendants.* | |

## CERTIFICATE OF K. BRUNETTI IRELAND

In support of my application for admission *pro hac vice* in this matter, I, K. BRUNETTI IRELAND, hereby certify that:

1. I am the Chief of Special Litigation in the Nevada Office of the Attorney General. I represent the State of Nevada in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Nevada (all state courts), the State of California (all state courts), the United States District Court for the District of Nevada, the United States District Court for Central District Court of California, United States District Court for Northern District Court of California, United States District Court for Southern District Court of California, the United States District Court for the District of Columbia, the Second Circuit Court of Appeals, the Ninth Circuit Court of Appeals, the Court of Federal Claims and the United States Supreme Court.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.     I have not previously had *pro hac vice* admission to the United States District Court

for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule

83.5.3) revoked  for misconduct.

5.     I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and  correct.

December 23, 2025                                     */s/ K. Brunetti Ireland*
                                                      K. Brunetti Ireland (NV Bar. No. 15368)
                                                      Chief of Special Litigation
                                                      Office of the Nevada Attorney General
                                                      1 State of Nevada Way, Ste. 100
                                                      Las Vegas, NV 89119
                                                      (702) 486-3420
                                                      KIreland@ag.nv.gov