AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| State of California, et. al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-13829 |
| Kristi Noem, et. al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of New Jersey.

Date: 12/29/2025

/s/ Max G. Lesser
*Attorney's signature*

Max G. Lesser (NJ Bar No. 413822022)
*Printed name and bar number*

New Jersey Office of the Attorney General
25 Market Street, 8th Floor
Trenton NJ 08611
*Address*

max.lesser@law.njoag.gov
*E-mail address*

(609) 575-6143
*Telephone number*

(609) 376-3377
*FAX number*