AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | ) | |
|---|---|---|
| State of California, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-13829-LTS |
| Kristi Noem, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New York.

Date: 12/30/2025

/s/ Zoe Levine
*Attorney's signature*

Zoe Levine, NY Bar No. 4813705
*Printed name and bar number*

New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
*Address*

zoe.levine@ag.ny.gov
*E-mail address*

(212) 416-8329
*Telephone number*

*FAX number*