AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| STATE OF CALIFORNIA, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13829-LTS |
| KRISTI NOEM, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF NEVADA.

Date: 01/02/2026

/s/ K. Brunetti Ireland
*Attorney's signature*

K. Brunetti Ireland, NSB No. 15368
*Printed name and bar number*

1 State of Nevada Way
Suite 100
Las Vegas, NV 89119
*Address*

KIreland@ag.nv.gov
*E-mail address*

(702) 486-3420
*Telephone number*

(702) 486-3768
*FAX number*