AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| STATE OF CALIFORNIA, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13829 |
| KRISTI NOEM, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Delaware.

Date: 01/06/2025

/s/ Ian R. Liston
*Attorney's signature*

Ian R. Liston, pro hac vice
*Printed name and bar number*

820 N. French Street
Wilmington, DE 19801

*Address*

Ian.Liston@delaware.gov
*E-mail address*

(302) 683-8899
*Telephone number*

(302) 577-6499
*FAX number*