AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| STATE OF CALIFORNIA, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-13829 |
| KRISTI NOEM, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Delaware.

Date: 01/06/2026

/s/ Jennifer Kate Aaronson
*Attorney's signature*

Jennifer Kate Aaronson, pro hac vice
*Printed name and bar number*
820 N. French Street
Wilmington, DE 19801

*Address*

jennifer.aaronson@delaware.gov
*E-mail address*

(302) 683-8803
*Telephone number*

(302) 577-6499
*FAX number*

Print     Save As...     Reset