AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of California, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-13829-LTS |
| Kristi Noem, et al, ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New York                                                                                                  .

Date:    01/07/2025                                                /s/ Victoria Ochoa
                                                                          *Attorney's signature*

                                                                 Victoria Ochoa, NY Bar No. 6039093
                                                                     *Printed name and bar number*

                                                                 New York Office of the Attorney General
                                                                          28 Liberty Street
                                                                         New York, NY 10005

                                                                              *Address*

                                                                    victoria.ochoa@ag.ny.gov
                                                                          *E-mail address*

                                                                         (357) 714-1388
                                                                        *Telephone number*

                                                                           *FAX number*