# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-13829-LTS |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey Alderette as counsel for all federal Defendants in the above-captioned matter.

**PLEASE TAKE NOTICE** that Jeffrey Alderette, Trial Attorney, United States Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section, enters his appearance as counsel for Defendants in the above-captioned matter without waiving objection to, among other things, service, venue or jurisdiction.

Respectfully Submitted,

/s/ *Jeffrey Alderette*
JEFFREY ALDERETTE
Trial Attorney (D.C. No. 1738711)
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 860-9941
e-Mail: Jeffrey.Alderette@usdoj.gov
*Attorney for Defendant*

Dated: January 12, 2026

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

                                                                                          /s/ *Jeffrey Alderette*
                                                                                          JEFFREY ALDERETTE
                                                                                          Trial Attorney (D.C. No. 1738711)
                                                                                          United States Department of Justice
                                                                                          Civil Division