AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of California, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13829 |
| Kristi Noem, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Maryland.

Date: 01/12/2026

*/s/ Virginia Williamson*
*Attorney's signature*

Virginia A. Williamson (MD Bar No. 1612140340)
*Printed name and bar number*

200 St. Paul Place
Baltimore, Maryland 21202

*Address*

vwilliamson@oag.maryland.gov
*E-mail address*

(410) 576-6584
*Telephone number*

*FAX number*

Print    Save As...    Reset