AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of California, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-13829 |
| Kristi Noem, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Wisconsin.

Date: 01/13/2026

s/Faye B. Hipsman
*Attorney's signature*

Faye B. Hipsman #1123933
*Printed name and bar number*

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
*Address*

faye.hipsman@wisdoj.gov
*E-mail address*

(608) 264-9487
*Telephone number*

(608) 294-2907
*FAX number*