AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| State of California, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-13829 |
| Kristi Noem, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New Jersey.

Date:   01/16/2026

/s/ Melina M. Meneguin Layerenza
*Attorney's signature*

Melina Meneguin Layerenza (NJ Bar No 447532024)
*Printed name and bar number*

Office of the New Jersey Attorney General
33 Washington Street, 9th Floor
Newark, NJ 07102
*Address*

melina.meneguin@njoag.gov
*E-mail address*

(609) 414-4366
*Telephone number*

*FAX number*