AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| State of California et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-13829-LTS |
| Kristi Noem et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of North Carolina.

Date: 01/23/2026

/s/ Daniel P. Mosteller
*Attorney's signature*

Daniel P. Mosteller, NC Bar #36958
*Printed name and bar number*
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
*Address*

dmosteller@ncdoj.gov
*E-mail address*

(919) 716-6026
*Telephone number*

*FAX number*