AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| State of California, et.al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-13829-LTS |
| Kristi Noem, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Oregon.

Date: 01/23/2026

s/ Thomas H. Castelli
*Attorney's signature*

Thomas H. Castelli., OSB# 226448
*Printed name and bar number*
The Oregon Department of Justice
100 SW Market Street
Portland, OR  97201
*Address*

Thomas.Castelli@doj.oregon.gov
*E-mail address*

(503) 480-6387
*Telephone number*

*FAX number*