IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>       *Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>       *Defendants.* | No. 1:25-cv-13829 |

**JOINT MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE AND EXTENSION OF TIME FOR DEFENDANTS TO ANSWER**

  All Parties respectfully move the Court to enter an order implementing the proposed summary judgment briefing and pleading schedule described below. Having met and conferred, the Parties agree and stipulate as follows:

1. The matter is suitable for resolution on the basis of the administrative record to be produced by Defendants, declarations of relevant witnesses, and publicly available information suitable for judicial notice.

2. The Parties' respective claims and defenses are suitable for resolution through summary judgment.

3. In light of the proposed summary judgment schedule, it is unnecessary for Defendants to answer Plaintiffs' complaint before Defendants' cross-motion for summary judgment is due to be filed; as described below, the Parties propose that such filing be due on March 9, 2026.

4. In light of the proposed summary judgment schedule below, an Initial Scheduling Conference pursuant to the District of Massachusetts Local Rules ("L.R.") 16.1(a) and Joint Statement pursuant to L.R. 16.1(d) are unnecessary.

5. In light of the parties' claims and arguments, the Statement of Material Undisputed Facts described in L.R. 26.1 and the Court's Standing Order is not required in this case.

6. In lieu of the Statement of Material Undisputed Facts, a page-limit increase of five pages per document (ten pages total per side) as compared to the limits in the Court's Standing Order is appropriate.

7. Pursuant to this Court's Standing Order, the Parties jointly propose the following schedule for summary judgment briefing:

   a. **January 23, 2026:** Defendants shall produce the certified administrative record concerning the action challenged in Plaintiffs' Complaint;

   b. **February 6, 2026:** Plaintiffs shall file their motion for summary judgment and memorandum in support, with the memorandum not to exceed 25 pages;

   c. **March 9, 2026**: Defendants shall file (1) their motion for summary judgment and (2) their motion to dismiss supported by a single memorandum as their memorandum in opposition to Plaintiffs' motion, their memorandum in support of their motion to dismiss, and their memorandum in support of their cross-motion, not to exceed 35 pages;

   d. **April 2, 2026**: Plaintiffs shall file a single memorandum as both their reply in support of their motion and their opposition to Defendants' cross-motion, not to exceed 20 pages; and

e. **April 13, 2026**: Defendants may file a single memorandum as both their reply in support of their cross-motion and their surreply in opposition to Plaintiff's motion, not to exceed 10 pages.

THEREORE, the Parties respectfully request that the Court enter an order (1) extending Defendants' deadline to file an answer to March 9, 2026; (2) imposing the schedule described above, or other schedule for briefing cross-motions for summary judgment that the Court may deem appropriate; and (3) relieving the Parties of their obligations to submit an Initial Scheduling Conference pursuant to L.R. 16.1(a), Joint Statement pursuant to L.R. 16.1(d), and a Statement of Material Undisputed Facts pursuant to L.R. 26.1 and the Court's Standing Order.

January 23, 2026                                          Respectfully submitted,


ROB BONTA                                                 BRETT A. SHUMATE
  *Attorney General of California*                        Assistant Attorney General
                                                          Civil Division
 /s/ *James E. Richardson*
Michael L. Newman*                                        TIBERIUS DAVIS
  *Senior Assistant Attorney General*                     Counsel To The Assistant Attorney General
Marissa Malouff*
James E. Stanley*                                         ALEXANDRA McTAGUE
  *Supervising Deputy Attorneys General*                  Senior Litigation Counsel
Denise Levey*
Lorraine Lopez*                                           /s/ *Jeffrey Alderette*
James E. Richardson*                                      JEFFREY ALDERETTE
Jeanelly Orozco Alcalá*                                   Trial Attorney (D.C. No. 1738711)
  *Deputy Attorney General*                               United States Department of Justice
Office of the Attorney General                            Civil Division
300 S. Spring St., Suite 1702                             Office of Immigration Litigation
Los Angeles, CA 90013                                     P.O. Box 868, Ben Franklin Station
(213) 269-6341                                            Washington, DC 20044
james.richardson@doj.ca.gov                               Tel.: (202) 860-9941
                                                          e-Mail: Jeffrey.Alderette@usdoj.gov
*Counsel for the State of California*
                                                          *Attorneys for Defendant*

| | |
|---|---|
| ANDREA JOY CAMPBELL<br>  *Attorney General of Massachusetts* | KRISTIN K. MAYES<br>  *Attorney General of Arizona* |

 /s/ *Gerard J. Cedrone*　　　　　　　　　 /s/ *Joshua G. Nomkin*

Michelle Pascucci (BBO No. 690889)　　JOSHUA G. NOMKIN*
  *State Trial Counsel*　　　　　　　　　  *Assistant Attorney General*
Gerard J. Cedrone (BBO No. 699674)　　Office of the Attorney General
  *Deputy State Solicitor*　　　　　　　2005 North Central Avenue
Julia S. Canney (BBO No. 717328)　　　 Phoenix, AZ 85004
  *Assistant Attorney General*　　　　　 (602) 542-3333
Office of the Attorney General　　　　　 joshua.nomkin@azag.gov
One Ashburton Place, 20th Floor
Boston, MA 02108　　　　　　　　　　　*Counsel for the State of Arizona*
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for the*
  *Commonwealth of Massachusetts*

PHILIP J. WEISER　　　　　　　　　　　WILLIAM TONG
  *Attorney General of Colorado*　　　　  *Attorney General of Connecticut*

 /s/ *David Moskowitz*　　　　　　　　　 /s/ *Francesca Testa*

DAVID MOSKOWITZ*　　　　　　　　　FRANCESCA TESTA*
  *Deputy Solicitor General*　　　　　　  *Assistant Attorney General*
NORA PASSAMANECK*　　　　　　　　165 Capitol Avenue
  *Senior Assistant Attorney General*　 Hartford, CT 06106
 Colorado Department of Law　　　　　 (860) 808-5210
 1300 Broadway, #10　　　　　　　　　 francesca.testa@ct.gov
 Denver, CO 80203
 (720) 508-6000　　　　　　　　　　　*Counsel for the State of Connecticut*
 david.moskowitz@coag.gov

*Counsel for the State of Colorado*

KATHLEEN JENNINGS
  *Attorney General of Delaware*

 /s/ *Vanessa L. Kassab*
IAN R. LISTON*
  *Director of Impact Litigation*
VANESSA L. KASSAB*
  *Deputy Attorney General*
  Delaware Department of Justice
  820 N. French Street
  Wilmington, DE 19801
  (302) 683-8899
  vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

KWAME RAOUL
  *Attorney General of Illinois*

 /s/ *Aleeza Strubel*
ALEEZA STRUBEL*
  *Complex Litigation Counsel*
ELIZABETH MORRIS*
  *Deputy Chief, Special Litigation Bureau*
  Office of the Illinois Attorney General
  115 S. LaSalle St., 35th Floor
  Chicago, IL 60603
  (312) 814-3000
  aleeza.strubel@ilag.gov

 *Counsel for the State of Illinois*

ANNE E. LOPEZ
  *Attorney General of Hawaiʻi*

 /s/ *Kalikoʻonālani D. Fernandes*
DAVID D. DAY*
  *Special Assistant to the Attorney General*
KALIKOʻONĀLANI D. FERNANDES*
  *Solicitor General*
  425 Queen Street
  Honolulu, HI 96813
  (808) 586-1360
  kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

ANTHONY G. BROWN
  *Attorney General of Maryland*

 /s/ *Virginia A. Williamson*
VIRGINIA A. WILLIAMSON*
  *Assistant Attorney General*
  200 Saint Paul Place, 20th Floor
  Baltimore, MD 21202
  (410) 576-6584
  vwilliamson@oag.maryland.gov

*Counsel for the State of Maryland*

| | |
|---|---|
| DANA NESSEL<br>  *Attorney General of Michigan*<br><br>/s/ Neil Giovanatti<br>NEIL GIOVANATTI*<br>  *Assistant Attorney General*<br>Michigan Department of the Attorney General<br>525 W. Ottawa Street<br>Lansing, MI 48909<br>(517) 335-7603<br>giovanattin@michigan.gov<br><br>*Counsel for the State of Michigan* | KEITH ELLISON<br>  *Attorney General of Minnesota*<br><br>/s/ Joseph R. Richie<br>JOSEPH R. RICHIE*<br>  *Special Counsel*<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101<br>(651) 300-0921<br>joseph.richie@ag.state.mn.us<br><br>*Counsel for the State of Minnesota* |
| AARON D. FORD<br>  *Attorney General of Nevada*<br><br>/s/ K. Brunetti Ireland<br>K. BRUNETTI IRELAND*<br>  *Chief of Special Litigation*<br>  Office of the Nevada Attorney General<br>  1 State of Nevada Way, Ste. 100<br>  Las Vegas, NV 89119<br>  (702) 486-3420<br>  kireland@ag.nv.gov<br><br>*Counsel for the State of Nevada* | JENNIFER DAVENPORT<br>  *Acting Attorney General of New Jersey*<br><br>/s/ Max G. Lesser<br>MAX G. LESSER*<br>  *Deputy Attorney General*<br>MELINA MENEGUIN LAYERENZA*<br>  *Assistant Attorney General*<br>  Office of the Attorney General<br>  25 Market Street<br>  Trenton, NJ 08625<br>  (609) 575-6143<br>  max.lesser@law.njoag.gov<br><br>*Counsel for the State of New Jersey* |
| LETITIA JAMES<br>  *Attorney General of New York*<br><br>/s/ Zoe Levine<br>ZOE LEVINE*<br>  *Special Counsel for Immigrant Justice*<br>VICTORIA OCHOA*<br>  *Assistant Attorney General*<br>  28 Liberty St.<br>  New York, NY 10005<br>  (212) 416-8329<br>  zoe.levine@ag.ny.gov<br><br>*Counsel for the State of New York* | JEFF JACKSON<br>  *Attorney General of North Carolina*<br><br>/s/ Daniel P. Mosteller<br>DANIEL P. MOSTELLER*<br>  *Associate Deputy Attorney General*<br>North Carolina Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>(919) 716-6026<br>dmosteller@ncdoj.gov<br><br>*Counsel for the State North Carolina* |

DAN RAYFIELD
  *Attorney General of Oregon*

/s/ *Thomas H. Castelli*
THOMAS H. CASTELLI*
  *Senior Assistant Attorney General*
Oregon Department of Justice
100 S.W. Market Street
Portland, OR 97201
(971) 673-1880
thomas.castelli@doj.oregon.gov

*Counsel for the State of Oregon*

PETER F. NERONHA
  *Attorney General of Rhode Island*

/s/ *Kyla Duffy*
KYLA DUFFY*
  *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400
kduffy@riag.ri.gov

*Counsel for the State of Rhode Island*

CHARITY R. CLARK
  *Attorney General of Vermont*

/s/ *Jonathan T. Rose*
JONATHAN T. ROSE*
  *Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-3171
jonathan.rose@vermont.gov

*Counsel for the State of Vermont*

NICHOLAS W. BROWN
  *Attorney General of Washington*

/s/ *Sara L. Wilmot*
SARA L. WILMOT*
  *Assistant Attorney General*
KATE S. WORTHINGTON*
  *Assistant Attorney General*
  7141 Cleanwater Drive S.W.
  P.O. Box 40111
  Olympia, WA 98504
  (360) 709-6470
  sara.wilmot@atg.wa.gov

*Counsel for the State of Washington*

JOSHUA L. KAUL
  *Attorney General of Wisconsin*

/s/ *Faye B. Hipsman*
FAYE B. HIPSMAN*
  *Assistant Attorney General*
Wisconsin Department of Justice
P.O. Box 7857
  Madison, WI 53707
  (608) 264-9487
  faye.hipsman@wisdoj.gov

*Counsel for the State of Wisconsin*

* admitted *pro hac vice*

**LOCAL RULE 7.1 CERTIFICATION**

  I hereby certify that I conferred with counsel for the Defendants and that the parties were able to resolve the issues presented by this motion.

Dated: January 23, 2026

                /s/ James E. Richardson
                JAMES E. RICHARDSON
                Attorney for Plaintiff State of California

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: January 23, 2026

                                                 /s/ James E. Richardson
                                                 JAMES E. RICHARDSON
                                                 Attorney for Plaintiff State of California