IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> *Defendants.* | No. 1:25-cv-13829 |

**NOTICE OF COMPLIANCE**

Defendants, through their undersigned counsel, hereby file the certified administrative records for the alleged agency actions Plaintiffs challenged in the above-captioned case, in compliance with the parties' Joint Scheduling Motion of January 23, 2026. Defendants' production does not constitute a waiver of any of Defendants' arguments including that there is no final agency action in this case nor that an administrative record is not required to decide the issues presented. Defendants note that these are the same certified administrative records that were produced in *Chamber of Commerce of the United States & Association of American Universities v. U.S. Dep't of Homeland Security, et al.*, No. 1:25-cv-3675 (D.D.C.).

Respectfully Submitted,

TIBERIUS DAVIS
Counsel To The Assistant Attorney General

ALEXANDRA McTAGUE
Senior Litigation Counsel

*/s/ Jeffrey Alderette*

JEFFREY ALDERETTE
Trial Attorney (D.C. No. 1738711)
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 860-9941
e-Mail: Jeffrey.Alderette@usdoj.gov
*Attorney for Defendant*

Dated: January 23, 2026