**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA

and

ASSOCIATION OF AMERICAN                    Case No. 1:25-cv-3675-BAH
UNIVERSITIES

                                Plaintiffs,

        v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY et al.,

                                Defendants.

**CERTIFICATION OF
ADMINISTRATIVE RECORD**

I, Larry W. Talbott, hereby declare under penalty of perjury:

1. I am employed by the United States Department of State, Bureau of Consular Affairs, Visa Office, Office of Information Management and Liaison. The facts attested to herein are based upon my personal knowledge and upon information provided to me in my official capacity.

2. I certify that the following documents annexed hereto constitutes the Department of State's Administrative Record in this matter:

    A. Email guidance transmitted on September 19, 2025 from the Bureau of Consular Affairs to consular sections;

1

SBU - LEGAL

B.  ALDAC transmitted on September 20, 2025 from the Bureau of Consular

Affairs to consular sections;

C.  Announcement on the Department's website (travel.state.gov) regarding

implementation of the proclamation, posted September 21, 2025,

D.  FAQs on the Department's website (travel.state.gov) regarding the

proclamation, posted September 21, 2025; and.

E.  List of websites considered.


I declare under penalty of perjury, pursuant to 28 U.S.C. § 1476, that the foregoing is true

and correct to the best of my knowledge.


Executed on December 5, 2025


Larry W Talbott  Digitally signed by Larry W Talbott
Date: 2025.12.05 20:35:04 -05'00'

Larry W. Talbott
Deputy Director
Office of Information Management and Liaison
Visa Office, Bureau of Consular Affairs
U.S. Department of State

2

Beaumont, Taylor W.

| | |
|---|---|
| **From:** | The-Visa-Office |
| **Sent:** | Friday, September 19, 2025 10:21 PM |
| **To:** | The-Visa-Office |
| **Subject:** | ACTION REQUEST:  Operational Guidance – Restriction on Entry of Certain Nonimmigrant Workers |

Dear Colleagues,

Presidential Proclamation Restriction on Entry of Certain Nonimmigrant Workers, issued on September 19, 2025, restricts the entry of aliens in H-1B status and restricts issuance of H-1B visas, <u>except</u> for those aliens whose petitions are accompanied or supplemented by a payment of $100,000.  This proclamation takes effect at 12:01 a.m. EDT on September 21, 2025.

Posts are instructed to immediately implement the following operational guidance in this email pending additional guidance via ALDAC:

- **Continue to adjudicate all H-1B applicants:**  Posts should <u>not cancel appointments</u> of <u>individuals affected by the suspension</u>.  Posts should continue to adjudicate applications as per regular procedures.
- Until additional press guidance is available on CA Web, refer external inquiries to the White House announcement at whitehouse.gov.

**VO will provide additional guidance – we ask that you please hold all questions until after the release of the ALDAC.**

Sincerely,
The Visa Office

*Sent to:* Consular Chiefs, RCOs, and MCCAs

*Sent by:* Catherine Miller-Little, CA/VO/F/EI Division Chief

SENSITIVE BUT UNCLASSIFIED

1



| MRN: | 25 STATE 92902 |
|---|---|
| Date/DTG: | Sep 20, 2025 / 202243Z SEP 25 |
| From: | SECSTATE WASHDC |
| Action: | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *Immediate* |
| E.O: | 13526 |
| TAGS: | CMGT, CVIS |
| Captions: | SENSITIVE |
| Reference: | 25 State 5914 |
| Subject: | Action Request: Restriction on Entry to the United States of Certain Nonimmigrant Workers Pursuant to Section 212(f) of the INA (8 U.S.C. 1182(f)) |

1. (U) This is an action request. **See paragraphs 3-9**.

2. **(SBU) SUMMARY:** Presidential Proclamation (PP) "Restriction on Entry of Certain Nonimmigrant Workers," issued on September 19, 2025, restricts the entry of aliens into the United States as H-1B nonimmigrants if they are seeking to perform services in a specialty occupation. This PP restricts the issuance of H-1B visas, <u>except</u> for those aliens whose petitions are accompanied or supplemented by a payment of $100,000. The PP's restrictions on visa issuance and entry apply ONLY to aliens seeking visa issuance or entry into the United States based on H-1B petitions filed after the PP's effective date of September 21, 2025 at 12:01 a.m. Eastern Daylight Time (EDT). The PP does NOT direct the revocation of valid H-1B visas issued before the effective date. **END SUMMARY.**

## ACTION REQUEST/IMPLEMENTATION GUIDANCE

### Prior to September 21, 2025, at 12:01 a.m. EDT

3. (SBU) From the release of this ALDAC until September 21, 2025, at 12:01 a.m. EDT, GSS vendors and posts should continue scheduling H-1B and H-4 applicants, and posts should continue visa processing in accordance with standard procedures, including approving eligible applicants, printing visas, and returning passports with issued visas. Posts should not cancel appointments for individuals who might be affected by the PP.

### As of September 21, 2025, at 12:01 a.m. EDT

4. (SBU) As of September 21, 2025, at 12:01 a.m. EDT, GSS vendors and posts should continue scheduling H-1B and H-4 applicants, and posts should continue adjudicating all applications, for petitions submitted prior to September 21, 2025, at 12:01 a.m. EDT. The Department will send guidance SEPTEL on identifying and adjudicating any applications affected by the proclamation. The Department will not provide refunds for MRV receipts, as these applicants are still permitted to proceed with their application, including an interview appointment. Posts should continue to review and approve, as appropriate, expedite requests for H-1B and H-4 applicants in accordance with standard guidance on expediting appointments, even if the applicant is affected by the PP. The restrictions of the PP apply to H-1B visa applicants with petitions filed after the effective date.

### Restriction on Issuance

5. (SBU) The PP's restriction on issuance and entry under INA 212(f) applies to H-1B visa applicants with petitions filed AFTER 12:01 a.m. EDT on

UNCLASSIFIED

September 21, 2025, <u>except</u> for those aliens whose petitions are accompanied or supplemented by a payment of $100,000, as verified by DHS. Guidance on confirming payments and exceptions will come SEPTEL.

**B in Lieu of H**

6. (SBU) The PP further instructs the Secretary of State to "prevent misuse of B visas by alien beneficiaries of approved H-1B petitions that have an employment start date beginning prior to October 1, 2026." If you encounter a B visa applicant who you suspect is seeking a B visa to carry out activities in the United States that would otherwise more appropriately fall under an H-1B visa, including a B-1 visa in lieu of an H-1 visa, you must carefully consider the applicant's eligibility for the B visa and whether he or she overcomes INA 214(b). **If the applicant is otherwise eligible, including based on careful review of 9 FAM 402.2-5(F), which outlines circumstances in which a B-1 visa may be issued in lieu of an H-1, you must consult with the Visa Office before proceeding with issuance by emailing your VO/F Visa Policy Analyst.** CA is reviewing relevant guidance to make any necessary updates in accordance with the proclamation.

**H-1 Categories Not Subject to the PP**

7. (SBU) The PP applies only to H-1B applicants seeking to perform services in the United States in a specialty occupation. Visa applicants with an approved H-1B1, H-1B2, or H-1B3 petition from USCIS are not subject to the PP, as their basis for status and visa issuance falls outside the scope of the PP, and should continue to be admitted to the United States as normal per the terms of their visas. Consular sections may proceed with adjudication and issuance for any qualified applicants in these categories.

UNCLASSIFIED

UNCLASSIFIED

**Petition Revocations**

8.  (SBU) Consular sections should not return H-1B petitions for revocation based solely on lack of payment as described in the PP.  However, consular sections should continue to return petitions in all other circumstances where a revocation recommendation is warranted.  See CAWeb for additional resources.

9.  (U) **Additional Guidance:**  CA will provide additional guidance SEPTEL and will schedule webinars in the coming days to provide information to the field and answer additional questions.

10.  (U) **Mission Website:**  CA will coordinate with GPA to publish a notice at the top of the visa page on mission websites.  CA/EX will work with GSS vendors to provide cleared language for their websites.  Posts should not ask their local GSS contacts to put alternative language on post-specific GSS websites.

11.  (U) **Inquiries:**  Posts must refer any U.S. media inquiries regarding E.O.s and PPs to ▮▮▮▮▮▮▮▮▮▮▮ and congressional inquiries regarding E.O.s and PPs to ▮▮▮▮▮▮▮▮▮▮▮▮▮.  Posts should refer local media inquiries regarding payment to USCIS.  Posts should refer local media inquiries regarding entry to CBP.  Posts may continue to reply to routine case-specific constituent inquiries about cases subject to the PP.  Posts may respond to requests from international media regarding E.O.s and PPs using CA's cleared press guidance, on ▮▮▮▮ copying ▮▮▮▮▮▮▮▮▮▮

UNCLASSIFIED

| Signature: | RUBIO |
|---|---|
| XMT: | BASRAH, AMCONSUL; CARACAS, AMEMBASSY; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; SANAA, AMEMBASSY; ST PETERSBURG, AMCONSUL; VLADIVOSTOK, AMCONSUL; YEKATERINBURG, AMCONSUL |

UNCLASSIFIED
SBU

An official website of the United States Government Here's how you know

🇺🇸

Home > H-1B FAQ

# H-1B FAQ

SEPTEMBER 21, 2025

On Friday, September 19, 2025, President Donald J. Trump signed a Proclamation, "Restriction on Entry of Certain Nonimmigrant Workers," that took an important, initial, and incremental step to reform the H-1B visa program to curb abuses and protect American workers.

This Proclamation:

> Requires a $100,000 payment to accompany any new H-1B visa petitions submitted after 12:01 a.m. eastern daylight time on September 21, 2025. This includes the 2026 lottery, and any other H-1B petitions submitted after 12:01 a.m. eastern daylight time on September 21, 2025.

> Authorizes the Department of Homeland Security and the Department of State to coordinate to take all necessary and appropriate action to implement this Proclamation.

>> U.S. Citizenship and Immigration Services has so far taken such action by issuing guidance regarding the Proclamation, available **here** .

>> U.S. Customs and Border Protection has also issued guidance, available **here** .

Cookie Settings

The Department of State has posted guidance to all consular offices, consistent with the guidance from U.S. Citizenship and Immigration Services and U.S. Customs and Border Protection guidance.

This Proclamation does not:

Apply to any previously issued H-1B visas, or any petitions submitted prior to 12:01 a.m. eastern daylight time on September 21, 2025.

Does not change any payments or fees required to be submitted in connection with any H-1B renewals. The fee is a one-time fee on submission of a new H-1B petition.

Does not prevent any holder of a current H-1B visa from traveling in and out of the United States.

Further steps that will be taken to reform the H-1B program, as contemplated in the Proclamation, include:

A rulemaking by the Department of Labor to revise and raise the prevailing wage levels in order to upskill the H-1B program and ensure that it is used to hire only the best of the best temporary foreign workers.

A rulemaking by the Department of Homeland Security to prioritize high-skilled, high-paid aliens in the H-1B lottery over those at lower wage levels.

Additional reforms are also under consideration and will be announced in the coming months.

White House

USA.gov

Office of the Inspector General

Archives

Contact Us

H-1B FAQ - United States Department of State

America 250



Privacy Policy

Accessibility Statement

Copyright Information

FOIA

No FEAR Act

Restriction on Entry of Certain Nonimmigrant Workers

# Restriction on Entry of Certain Nonimmigrant Workers

Last Updated: September 21, 2025

Presidential Proclamation (PP) _Restriction on Entry of Certain Nonimmigrant Workers_⧉, issued on September 19, 2025, restricts the entry of aliens into the United States as H-1B nonimmigrants if they are seeking to perform services in a specialty occupation.  This restricts the issuance of H-1B visas, <u>except</u> for those aliens whose petitions filed with U.S. Citizenship and Immigration Services (USCIS) are accompanied or supplemented by a payment of $100,000. **The Proclamation's restrictions on visa issuance and entry apply only to aliens seeking visa issuance or entry into the United States based on H-1B petitions filed with USCIS <u>after</u> the Proclamation's effective date of September 21, 2025, at 12:01 a.m. Eastern Daylight Time (EDT).**

No visas have been revoked pursuant to the Proclamation. All exceptions to this Proclamation will be determined by the Department of Homeland Security as set forth in the Proclamation.

The full text of the proclamation is available here: https://www.whitehouse.gov/presidential-actions/2025/09/restriction-on-entry-of-certain-nonimmigrant-workers/⧉

**White House Fact Sheet:** https://www.whitehouse.gov/fact-sheets/2025/09/fact-sheet-president-donald-j-trump-suspends-the-entry-of-certain-alien-nonimmigrant-workers/⧉

**H-1B FAQs on state.gov:** https://www.state.gov/h-1b-faq/

## E.  LIST OF WEBSITES CONSIDERED

1.  https://www.whitehouse.gov/presidential-actions/2025/09/restriction-on-entry-of-certain-nonimmigrant-workers/

2.  https://www.whitehouse.gov/fact-sheets/2025/09/fact-sheet-president-donald-j-trump-suspends-the-entry-of-certain-alien-nonimmigrant-workers/

3.  https://www.uscis.gov/sites/default/files/document/memos/H1B_Proc_Memo_FINAL.pdf

4.  https://x.com/CBP/status/1969512486627095007