UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al*,<br><br>     *Defendants.* | No. 1:25-cv-13829-LTS |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

  Pursuant to 5 U.S.C. § 706, Federal Rule of Civil Procedure 56, Local Rules 7.1 and 56.1, this Court's Standing Order, and the Order entered by the Court on January 26, 2026 (Doc. No. 85), Plaintiffs respectfully move for summary judgment on all causes of action in their complaint (Doc. No. 1), declaratory relief, vacatur of the challenged agency action, and a permanent injunction.

  Wherefore, and for the reasons set forth in the accompanying memorandum of law, declarations, and evidence filed in support of this motion, Plaintiffs respectfully request that the Court enter judgment in favor of the Plaintiffs.

February 6, 2026                                                        Respectfully submitted.

**ROB BONTA**
 *Attorney General of California*

 /s/ *James E. Richardson*
 Michael L. Newman*
  *Senior Assistant Attorney General*
 Marissa Malouff*
 James E. Stanley*
  *Supervising Deputy Attorneys General*
 Denise Levey*
 Lorraine Lopez*
 Jeanelly Orozco Alcalá*
 James E. Richardson*
  *Deputy Attorneys General*
 300 S. Spring St., Suite 1702
 Los Angeles, CA 90013
 (213) 269-6341
 james.richardson@doj.ca.gov

**ANDREA JOY CAMPBELL**
 *Attorney General of Massachusetts*

 /s/ *Julia S. Canney*
 Michelle Pascucci (BBO No. 690889)
 Nita K. Klunder (BBO No. 689304)
  *State Trial Counsels*
 Gerard J. Cedrone (BBO No. 699674)
  *Deputy State Solicitor*
 Julia S. Canney (BBO No. 717328)
  *Assistant Attorney General*
 One Ashburton Place
 Boston, MA 02108
 (617) 963-2851
 julia.s.canney@mass.gov

**KRISTIN K. MAYES**
 *Attorney General of Arizona*

 /s/ *Joshua G. Nomkin*
 Joshua G. Nomkin*
  *Assistant Attorney General*
 2005 North Central Avenue
 Phoenix, AZ 85004
 (602) 542-3333
 joshua.nomkin@azag.gov

**PHILIP J. WEISER**
 *Attorney General of Colorado*

 /s/ *David Moskowitz*
 David Moskowitz*
  *Deputy Solicitor General*
 Nora Passamaneck*
  *Senior Assistant Attorney General*
 1300 Broadway, #10
 Denver, CO 80203
 (720) 508-6000
 david.moskowitz@coag.gov

1

| | |
|---|---|
| **WILLIAM TONG** <br> *Attorney General of Connecticut* <br><br> /s/ *Francesca Testa* <br> Francesca Testa* <br> *Assistant Attorney General* <br> 165 Capitol Avenue <br> Hartford, CT 06106 <br> (860) 808-5210 <br> francesca.testa@ct.gov | **KATHLEEN JENNINGS** <br> *Attorney General of Delaware* <br><br> /s/ *Vanessa L. Kassab* <br> Ian R. Liston* <br> *Director of Impact Litigation* <br> Vanessa L. Kassab* <br> *Deputy Attorneys General* <br> 820 N. French Street <br> Wilmington, DE 19801 <br> (302) 683-8899 <br> vanessa.kassab@delaware.gov |
| **ANNE E. LOPEZ** <br> *Attorney General of Hawaiʻi* <br><br> /s/ *Kalikoʻonālani D. Fernandes* <br> David D. Day* <br> *Special Assistant to the Attorney General* <br> Kalikoʻonālani D. Fernandes* <br> *Solicitor General* <br> 425 Queen Street <br> Honolulu, HI 96813 <br> (808) 586-1360 <br> kaliko.d.fernandes@hawaii.gov | **KWAME RAOUL** <br> *Attorney General of Illinois* <br><br> /s/ *Aleeza Strubel* <br> Aleeza Strubel* <br> *Complex Litigation Counsel* <br> Elizabeth Morris* <br> *Deputy Chief, Special Litigation Bureau* <br> 115 S. LaSalle St., 35th Floor <br> Chicago, IL 60603 <br> (312) 814-3000 <br> aleeza.strubel@ilag.gov |
| **ANTHONY G. BROWN** <br> *Attorney General of Maryland* <br><br> /s/ *Virginia A. Williamson* <br> Virginia A. Williamson* <br> *Assistant Attorney General* <br> 200 Saint Paul Place, 20th Floor <br> Baltimore, MD 21202 <br> (410) 576-6584 <br> vwilliamson@oag.maryland.gov | **DANA NESSEL** <br> *Attorney General of Michigan* <br><br> /s/ *Neil Giovanatti* <br> Neil Giovanatti* <br> *Assistant Attorney General* <br> 525 W. Ottawa Street <br> Lansing, MI 48909 <br> (517) 335-7603 <br> giovanattin@michigan.gov |

| | |
|---|---|
| **KEITH ELLISON**<br> *Attorney General of Minnesota* | **AARON D. FORD**<br> *Attorney General of Nevada* |
| /s/ *Joseph R. Richie*<br>Joseph R. Richie*<br> *Special Counsel*<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101<br>(651) 300-0921<br>joseph.richie@ag.state.mn.us | /s/ *K. Brunetti Ireland*<br>K. Brunetti Ireland*<br> *Chief of Special Litigation*<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>(702) 486-3420<br>kireland@ag.nv.gov |
| **JENNIFER DAVENPORT**<br> *Acting Attorney General of New Jersey* | **LETITIA JAMES**<br> *Attorney General of New York* |
| /s/ *Max G. Lesser*<br>Max G. Lesser*<br> *Deputy Attorney General*<br>Melina Meneguin Layerenza*<br> *Assistant Attorney General*<br>25 Market Street<br>Trenton, NJ 08625<br>(609) 575-6143<br>max.lesser@law.njoag.gov | /s/ *Zoe Levine*<br>Zoe Levine*<br> *Special Counsel for Immigrant Justice*<br>Victoria Ochoa*<br> *Assistant Attorney General*<br>28 Liberty St.<br>New York, NY 10005<br>(212) 416-8329<br>zoe.levine@ag.ny.gov |
| **JEFF JACKSON**<br> *Attorney General of North Carolina* | **DAN RAYFIELD**<br> *Attorney General of Oregon* |
| /s/ *Daniel P. Mosteller*<br>Daniel P. Mosteller*<br> *Associate Deputy Attorney General*<br>P.O. Box 629<br>Raleigh, NC 27602<br>(919) 716-6026<br>dmosteller@ncdoj.gov | /s/ *Thomas H. Castelli*<br>Thomas H. Castelli*<br> *Senior Assistant Attorney General*<br>100 S.W. Market Street<br>Portland, OR 97201<br>(971) 673-1880<br>thomas.castelli@doj.oregon.gov |

| | |
|---|---|
| **PETER F. NERONHA**<br>*Attorney General of Rhode Island* | **CHARITY R. CLARK**<br>*Attorney General of Vermont* |
| /s/ *Kyla Duffy*<br>Kyla Duffy*<br>*Special Assistant Attorney General*<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400<br>kduffy@riag.ri.gov | /s/ *Jonathan T. Rose*<br>Jonathan T. Rose*<br>*Solicitor General*<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>jonathan.rose@vermont.gov |
| **NICHOLAS W. BROWN**<br>*Attorney General of Washington* | **JOSHUA L. KAUL**<br>*Attorney General of Wisconsin* |
| /s/ *Sara L. Wilmot*<br>Sara L. Wilmot*<br>*Assistant Attorney General*<br>Kate S. Worthington*<br>*Assistant Attorney General*<br>7141 Cleanwater Drive S.W.<br>P.O. Box 40111<br>Olympia, WA 98504<br>(360) 709-6470<br>sara.wilmot@atg.wa.gov | /s/ *Faye B. Hipsman*<br>Faye B. Hipsman*<br>*Assistant Attorney General*<br>P.O. Box 7857<br>Madison, WI 53707<br>(608) 264-9487<br>faye.hipsman@wisdoj.gov |

* admitted *pro hac vice*