**TABLE OF EXHIBITS**

| Exhibit | Description |
|---|---|
| AZ-1 | Declaration of Karen Pugliesi, Executive Vice President and Provost of Northern Arizona University |
| AZ-2 | Declaration of Daniel R. Erickson, Superintendent of Sonoita Elementary School District |
| AZ-3 | Declaration of Carolyn W. Stewart, Superintendent of Bullhead City School District #15 |
| AZ-4 | Declaration of Ruben Diaz, Superintendent of Baboquivari Unified School District |
| CA-1 | Declaration of Pamela Brown, Vice President of Institutional Research and Academic Planning for the University of California |
| CA-2 | Declaration of Nathan S. Evans, Associate Vice Chancellor, Academic Affairs for the California State University. |
| CA-3 | Declaration of Ingrid Roberson, Chief Deputy Superintendent at the California Department of Education |
| CA-4 | Declaration of Dr. Sylvia Greenwood, Acting Associate Superintendent of Human Resources for West Contra Costa Unified School District |
| CO-1 | Declaration of Dr. Matt Gianneschi, President of Colorado Mountain College |
| CO-2 | Declaration of Leticia Levi, Senior Manager of the Educator Pathways and Development for Denver Public Schools |
| CT-1 | Declaration of Karen Buffkin, General Counsel and Secretary to the Board Regents for the Connecticut State Colleges and Universities (CSCU) system |
| CT-2 | Declaration of Nancy Navarretta, Commissioner of the State of Connecticut Department of Mental Health and Addiction Services |
| DE-1 | Declaration of Cynthia Marten, Secretary of Education for the Delaware Department of Education |
| HI-1 | Declaration of Jan N.S. Gouveia, Vice President of Administration for the University of Hawai'i System |
| HI-2 | Declaration of Debora Halbert, Vice President for Academic Strategy for the University of Hawaii System |
| HI-3 | Declaration of Leonard R. Gouveia, Jr., Executive Director of the Research Corporation of the University of Hawai'i |
| IL-1 | Declaration of Dr. Marie Lynn Miranda, Chancellor of the University of Illinois Chicago, and Vice President of the University of Illinois System |
| IL-2 | Declaration of Dr. Tony Sanders, State Superintendent of Education of the Illinois State Board of Education |
| IL-3 | Declaration of Christine Murphy Judson, Executive Director, Talent Acquisition for Chicago Public Schools |
| MD-1 | Declaration of David L. Di Maria, Vice Provost for Global Engagement at the University of Maryland, Baltimore County |
| MD-2 | Declaration of Amy Ramirez, Executive Director, Global Learning and International Services for the University of Maryland, Baltimore |

| MD-3 | Declaration of Emily Nielson, Chief Capital Officer for Baltimore City Public Schools |
| --- | --- |
| MA-1 | Declaration of Denise Barton, Chief Deputy General Counsel for the University of Massachusetts |
| MI-1 | Declaration of Elizabeth Hertel, Director of the Michigan Department of Health and Human Services |
| MN-1 | Declaration of Eric Davis, Vice Chancellor for Human Resources for the Minnesota State Colleges and Universities |
| MN-2 | Declaration of Diane Rydrych, Division Director of the Minnesota Department of Health |
| NV-1 | Declaration of Katie Korgan, Acting Executive Vice President and Provost of the University of Nevada, Las Vegas |
| NJ-1 | Declaration of John A. Pelesko, Ph.D., Provost and Executive Vice President for Academic Affairs at the New Jersey Institute for Technology |
| NJ-2 | Declaration of Eric Garfunkel, Vice President for Global Affairs at Rutgers University |
| NY-1 | Declaration of Christopher Coulston, University Executive Deputy General Counsel for the City University of New York |
| NY-2 | Declaration of Anne Bink, Senior Vice Chancellor for Operations and Management and Chief Operating Officer for the State University of New York |
| NY-3 | Declaration of Dr. Sewit Teckie, Vice President Clinical Operations at New York City Health and Hospitals Corporation |
| NC-1 | Declaration of Maurice Green, North Carolina Superintendent of Public Instruction |
| NC-2 | Declaration of Dr. Eric L. Cunningham, Superintendent of Halifax County Schools. |
| OR-1 | Declaration of Dr. Roy Haggerty, Provost and Executive Vice President for Oregon State University |
| OR-2 | Declaration of Lindsay Pepper, Director of Scholar Services for the University of Oregon |
| RI-1 | Declaration of Kristin Johnson, Vice Provost at the University of Rhode Island |
| VT-1 | Declaration of Dr. Kirk Dombrowski, Vice President for the University of Vermont |
| WA-1 | Declaration of Timothy H. Dellit, M.D., Chief Executive Officer of University of Washington School of Medicine |
| WA-2 | Declaration of Ursula Elspeth Owen, J.D., International Scholars Operations Manager for the University of Washington |
| WA-3 | Declaration of Katherine Hellmann, Director of International Student and Scholar Services for Washington State University |
| WA-4 | Declaration of Faye-Lynn Gallant, Associate Vice President of Strategy, Management and Budget for Western Washington University |
| WA-5 | Declaration of Caren Lincoln, Senior Director of Human Resources for Eastern Washington University |
| WI-1 | Declaration of Frances Vavrus, Vice Provost and Dean at the University of Wisconsin-Madison |