# Exhibit AZ-1

**DECLARATION OF KAREN PUGLIESI**

I, Karen Pugliesi, declare:

1. I am a resident of the State of Arizona. I have served as the Executive Vice President and Provost at Northern Arizona University (NAU) since 2021.

2. As Executive Vice President and Provost, I have personal knowledge of the matters set forth below, or I have knowledge of the matters based on my review of information and records provided to me by NAU employees, and I believe that information to be true. In my capacity as Executive Vice President and Provost, I oversee and foster collaboration across NAU's academic units and support initiatives that enhance teaching, learning, and student success, aimed to advance NAU's mission.

3. NAU participates in the H-1B visa program by submitting petitions for such visas to employ individuals with highly specialized knowledge, training, and skill that cannot be otherwise obtained in the U.S. workforce, including international faculty.

4. Between 2020 and 2025, NAU obtained over 50 approvals from the United States Citizenship and Immigration Services for new employment of H-1B workers, who have filled critically important positions supporting specialized teaching, research, and operational needs at NAU.

5. In the future, NAU intends to submit H-1B petitions for international workers who are currently outside of the United States. Absent the $100,000 fee, NAU reasonably expects that it would submit approximately four such petitions in each of the next two years to employ new teaching faculty. Like other H-1B workers, these new teaching faculty would be critically important to NAU. A $100,000 fee would prohibit NAU from sponsoring these H-1B workers.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

1

2

Executed in Flagstaff, Arizona this 4th day of February, 2026.

By *Karen Pugliesi*
Karen Pugliesi
Executive Vice President and Provost
Northern Arizona University