# Exhibit AZ-2



Sonoita Elementary School District
Elgin Elementary School
23 Elgin Rd
Elgin, AZ 85611
(520) 455-5514
Daniel R. Erickson, Superintendent
Successfully Empowering Students Diversely    Every Eagle Shines

### DECLARATION OF DANIEL R. ERICKSON

I, Daniel Erickson hereby declare:

1. I am a resident of the State of Arizona. I have 30 years as an educator, including 2 years as the Superintendent of Sonoita Elementary School District as well as 22 years in other administrative roles including assistant principal, elementary school principal, middle school principal, director, assistant superintendent, and superintendent.
2. As Superintendent of Sonoita Elementary School District, I have personal knowledge of the matters set forth below. In my capacity as Superintendent, I am responsible for collaborating with my business manager to set a budget for each fiscal year. I also provide a recommended budget for the Governing Board's review and approval. My business manager, under my supervision, coordinates the hiring process including advertising, screening, interviewing and completing background checks. After this process is complete we make recommendations to the Governing Board for new hires. This includes approvals for hiring international teachers and filing Sonoita Elementary School District's petitions for H-1B visas.
3. Sonoita Elementary School District has one school. This school enrolls around 110 students and is located in Elgin, Arizona. The district has twenty-six employees, thirteen of whom are teachers. Of these teachers, two are noncitizens who require a work visa.
4. In order to fill a vacancy, Sonoita Elementary School District engages in multiple activities, including but not limited to - posting positions on our website and other recruitment sites, attending job fairs at state colleges and universities, and posting positions in local newspapers and publications. Recruiting processes for foreign employees do not differ from recruiting for domestic candidates. On average, Sonoita Elementary School District receives approximately one application for each teaching position. Often the applicant lacks the basic requirement of the open teaching position thereby causing the district to recruit qualified teachers from outside of the United States who require a work visa.
5. Overall, it takes 3-4 months to hire a suitable candidate for a teaching position. It takes longer for specialized or hard-to-fill positions, such as those serving students with special needs or teaching Science, Technology, Engineering, and Math classes.
6. Recruiting is now much more difficult compared to years past. During my tenure as a school principal from 2004-2016, I would post openings and have well over fifty highly qualified teacher applicants. However, as time goes on and the teacher shortage in Arizona continues to get worse, we are struggling to find qualified applicants.
7. Sonoita Elementary School District's status as a small rural district makes hiring even more difficult. It is located over fifty miles from the city of Tucson, and many new graduates are not willing or able to make the drive each day. The large majority of new teachers cannot afford to buy a home in Sonoita or the surrounding communities. Furthermore, the lack of adequate funding for Arizona schools makes it difficult to recruit new teachers who can make more money



**Sonoita Elementary School District**
**Elgin Elementary School**
23 Elgin Rd
Elgin, AZ 85611
(520) 455-5514
Daniel R. Erickson, Superintendent
*Successfully Empowering Students Diversely    Every Eagle Shines*

in a larger school/school district. Therefore, Sonoita Elementary School District relies on foreign teachers to supplement staffing.

8. H-1B visas are a crucial tool to recruit and retain qualified teachers. The district's ability to petition for H-1B visas attracts more qualified candidates to apply and further enables school districts to retain talented educators.

9. For the past three school years, Sonoita Elementary School District intended to submit H-1B petitions for international teachers, including teachers that may be outside the United States.

10. If it were not subject to a $100,000 fee, Sonoita Elementary School District estimates that it would submit one-two H-1B petitions to fill teaching positions for the next school year, and one-two the following year. These positions would be a significant portion of the District's thirteen-teacher staff. If the $100,000 fee is in place, Sonoita Elementary School District will be unable to sponsor any petition. This will likely result in vacancies for middle school, elementary, and specialist positions.

11. If in the likely event that Sonoita Elementary School District is unable to fill these positions, students will suffer. We have been able to provide one teacher per grade level and keep small class sizes, which greatly benefit our student's education. By not filling open positions, we would have to combine classes, increase class sizes, eliminate our art program, reduce classified staff positions, and have teachers cover added duty. Each of these will cause harm to the academic achievement of our students as well undue stress on our hard-working teachers and staff.

Executed on January 6, 2026 Sonoita, Arizona.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*[signature]*
By Daniel R. Erickson
Superintendent
Sonoita Elementary School District