# Exhibit AZ-3

## DECLARATION OF CAROLYN W. STEWART

I, Carolyn W. Stewart, hereby declare:

1.  I am a resident of the State of Arizona. I have fifty-six years as an educator, including twenty-six years as a Principal in the Bullhead City School District #15 ("BCSD"). This is my seventh year as Superintendent of the District.

2.  As a former Principal and as Superintendent of BCSD, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by District employees.

3.  As Superintendent, I am responsible for recommending to the Governing Board candidates and budgeting for those hired. Since BCSD is a small district, I am intimately aware of the number and qualifications of applicants. This includes approvals for hiring international teachers and filing BCSD petitions for H-1B visas.

4.  In my capacity as a Principal, I was responsible for recruiting, interviewing, and recommending teachers for hire. For the first twenty years in that role, finding qualified, desirable teachers was easy: there were usually five to twenty applicants for most positions. For the last six years, applications from the US dropped to one to three applicants for most vacancies and zero for others.

5.  BCSD has five PreK-8th grade schools. These schools enroll 2,121 students and are located in Bullhead City, Arizona. The district has 309 employees, 150 of whom are teachers. Of these teachers, fifty-three are noncitizens who require a work visa. BCSD is currently awaiting approval for H-1B visas for four teachers to fill the remaining vacancies in the District.

1

6.  In order to fill a vacancy, BCSD posts positions on its website, on state job boards, with Arizona colleges and universities, and with other colleges and universities from which we have hired outstanding candidates in the past. BCSD also has a strong relationship with Northern Arizona University through its "Grow Your Own" program. Individuals from Mohave County interested in becoming teachers can participate in a fully funded undergraduate program without leaving the area. Over the past ten years, BCSD and other districts in the county have "grown" several dozen teachers.

7.  But there still are not enough teachers to fill all the vacancies. On average, Bullhead City School District receives from one to twenty-five applications for a job, depending on the role. Of these applicants, approximately 98% meet the minimum qualifications for the position. And, of this number, approximately 99% are from candidates who require a work visa. Teacher candidates from the U.S. are not as interested in positions in rural districts, particularly those whose salaries cannot compete with urban and suburban districts.

8.  Recruiting is now much more difficult compared to years past. For many years, BCSD enjoyed a rich pipeline of well-trained teacher candidates from midwestern colleges and universities. As veteran teachers retired, new candidates chose to stay closer to home and the number of applications fell off. BCSD relies on foreign-born teachers to fill these staffing gaps.

9.  On the whole, it takes one-to-two months to hire a suitable candidate for a teaching position. It takes longer for specialized or hard-to-fill positions, such as those serving students with special needs or teaching Science, Technology, Engineering, and Math classes.

2

10. For several years, BCSD has hired international teachers through the J-1 cultural exchange program. For school year 2025-26 and on, BCSD has committed to becoming a sponsor for H-1B teachers so that we can retain teachers for longer than the J-1 visa permits. The District contracted with an outside agency to find and vet H-1B candidates.

11. H-1B visas are becoming a crucial tool to recruit and retain qualified teachers. The ability to petition for H-1B visas attracts more qualified candidates to apply and further enables school districts to retain talented educators. Stability of staffing increased students' academic outcomes. Thus, BCSD seeks to host H-1B employees with longer-term commitment to the district.

12. Beginning near the end of calendar year 2024, BCSD initiated recruitment of H-1B teachers (through the partner agency) and began the H-1B petition process for international teachers, including for teachers who had previously worked for BCSD. Teachers who have worked here want to return.

13. The district currently has six teacher vacancies, four of which have been offered to those awaiting approval through the H-1B portal. If it were not subject to a $100,000 fee, BCSD estimates that it would submit at least five additional H-1B petitions to fill positions for the next school year, and five the following year for positions in special education, speech therapy, junior high math and science, and kindergarten through 5th grade general education. BCSD cannot afford to sponsor any petition to which a $100,000 fee applies.

14. In the likely event that BCSD is unable to fill these positions, students will suffer. There are few substitute teachers available and most of those are hired as long-term substitutes in vital classrooms. As with the current school year, students will be reassigned to other

3

general education teachers, increasing class sizes dramatically and "specials" classes such as music, band, chorus, art, physical education, and library—all of which have been retained through times of tight budgets—are at risk of disappearing.

15. The most significant outcome will affect BCSD programs for students with disabilities: 20 of the 24 special education teachers in the District are international teachers requiring a visa. Stability of staff is critical in those classrooms – BCSD would prefer to continue to employ these specific teachers to better assist students with disabilities. Absent a $100,000 fee, BCSD would use the H-1B visa program to provide stability

Executed on 29 January 2026, in Bullhead City, Arizona.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

By _____

Carolyn Stewart, PhD
Superintendent
Bullhead City School District #15

4