# Exhibit AZ-4

## DECLARATION OF RUBEN DIAZ

I, Ruben Diaz, hereby declare:

1. I have twenty-six years as an educator, including three as the Superintendent of the Baboquivari Unified School District ("BUSD").

2. As Superintendent of BUSD, I have personal knowledge of the matters set forth below, or have knowledge of the matters based on my review of information and records provided to me by BUSD employees.

3. In my capacity as Superintendent, I am responsible for all the oversight under state, federal, and board policy as it relates to the operational, financial, and educational duties and responsibilities. This includes overseeing the approvals for hiring international teachers and filing BUSD petitions for H-1B visas.

4. BUSD has six schools. These schools enroll about 1,000 K-12 students and are located in the Tohono O'odham Nation in Southern Arizona. The district has approximately 200 employees, sixty of whom are teachers. Of these teachers, twenty are noncitizens who require a work visa. BUSD averages between ten to fifteen vacancies each year. The district currently has eleven teacher and twelve staff vacancies.

5. Recruiting is now much more difficult compared to years past. BUSD is located within a rural American Indian Reservation. Our District serves an attendance area similar to the state of Connecticut. Some of our students drive two hours each way to be in school. To incentivize teachers to apply, the district offers subsidized affordable housing, one of the highest teacher salaries in Arizona, and a bus that travels ninety minutes each way to transport teachers from Tucson, our closest city. But recruitment remains difficult. BUSD must rely on foreign-born teachers to supplement staffing.

1

6. In order to fill a vacancy, BUSD posts vacancies in multiple local and nation-wide platforms including Handshake, LinkedIn, Indeed, and local university job boards. In addition, BUSD airs commercials on the radio in English and Spanish, attends local and out-of-state universities' recruitment fairs, holds a recruitment fair in the district, and offers virtual as well as in person tours to prospective candidates. For prospective international teachers, BUSD works with some sponsoring agencies assisting international teachers with the paperwork related to working visas, credentialing, fingerprinting, traveling arrangements, translation of documents, and more. BUSD encourages international teachers to apply the same way prospective national candidates apply on our application platform. As part of the process, BUSD supports all teacher applicants by providing them with an online tour and a presentation to answer as many questions they may have about our district, students, community, and paperwork. Lastly, BUSD also informs international and domestic teachers of our affordable housing opportunities in the District as part of its recruitment and retention strategy.

7. Despite its extensive efforts, BUSD has not been able to fill all teaching vacancies in the last fifteen years, even with a pool of international applicants. On average, BUSD receives a single application for each job vacancy. The applicant often does not meet the minimum qualifications for the position. And, if there is an applicant satisfying the qualification requirements, the applicant is often international and requires a work visa. International applicants apply to 70% of our teaching vacancies.

8. BUSD now recruits ten months ahead in order to hire a suitable candidate for a teaching position. It takes longer for vacancies in a rural American Indian Reservation, and even more challenging to fill specialized or hard-to-fill positions, such as those serving

students with special needs or teaching Science, Technology, Engineering, and Math classes. Based on the anticipated vacancies, BUSD started posting 2026-2027 positions as early as December 2025.

9. H-1B visas are a crucial tool to recruit and retain qualified teachers. The ability to petition for H-1B visas attracts more qualified candidates to apply. H-1B visas provide stability for international teachers willing to leave their country, families, friends, and jobs with the hope of a teaching job, and also provides staffing stability to rural and American Indian communities such our District.

10. For spring of 2026 and the 2026-27 school year, BUSD intended to submit H-1B petitions for international teachers, including for teachers that may be outside the United States.

11. If it were not subject to a $100,000 fee, BUSD would rely on the H-1B to fill upcoming vacancies, which historically, have been filled by international candidates. If the $100,000 fee is in place, BUSD cannot afford to sponsor any H1-B petition. This will result in vacancies for all six schools in all areas. For the upcoming 2026-2027 school year, the district will face additional difficulty, as ten out of our sixty teachers will be finishing the allowable term of their visas and must return to their country of origin, plus an additional 7 teachers that will retire or seek a job opportunity closer to their home, that's 28% of BUSD entire teaching staff. In the following year, BUSD will face at least another ten vacancies due to visas expiring. BUSD had intended to attempt to fill these vacancies with H-1B candidates.

12. International teachers have greatly improved educational outcomes for BUSD students, and BUSD has invested accordingly. In the last three years, BUSD increased its Arizona

3

Department of Education School Letter Grades from D's and C's to B's thanks to our staff, including international teachers. BUSD invested over $150,000 providing quality training to our international teachers, resulting not only in substantial growth in all schools, but also an increase of our daily attendance and decrease of chronic absenteeism rates. This improvement has greatly impacted how our rural and American Indian District is perceived. One of our international teachers was recognized as the Teacher of Year last May. Our families in BUSD see that our schools are working diligently on improving the educational experiences of our students.

13. If in the likely event that BUSD is unable to fill these positions, students will suffer. As Superintendent, I fear that if the District is unable to tap into the pool of H-1B international teachers, the District will face academic regression of our students and instability.

Executed on February 4, 2026, in Sells, Arizona.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

By _____/s/ Rubén Díaz_____
Rubén Díaz
Superintendent
Baboquivari Unified School District