# Exhibit CA-1

<u>Declaration of Pamela Brown</u>

I, Pamela Hope Brown, hereby declare:

1. I am a resident of the State of California. I am over 18 years of age.

2. Since 2013, I have been employed by the University of California (UC), Office of the President, as Vice President of Institutional Research and Academic Planning (IRAP). Previously I was employed by UC at its Berkeley campus in the Office of Planning and Analysis, initially as Principal Administrative Analyst (1997-2000), then as Assistant Director (2000-2011), and then as Executive Director (2011-2013). I worked for the U.S. General Accounting Office from 1991-1997. I have degrees in Applied Mathematics (B.A. 1989) and Public Policy (M.A. 1991) from UC Berkeley.

3. UC is a public university system in the State of California. As the UC system's Vice President of IRAP, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by UC staff. If called as a witness, I could and would testify competently to the matters set forth below.

4. I am submitting this Declaration in support of the States' Motion for Summary Judgment.

<u>Institutional Research and Academic Planning (IRAP)</u>

5. IRAP works with all locations in the UC system, including its 10 research-intensive campuses, six academic medical centers, 21 health professional sciences schools, multiple student health centers, a statewide agriculture research and extension division, and the Lawrence Berkeley National Laboratory ("LBNL"). At present, UC employs more than 250,000 employees and is California's second-largest employer.

6. IRAP's mission, and its regular practice, is to collect data from across the UC system and produce trustworthy, unbiased, relevant, and thorough analyses that provide context, inform policy, assist program development, and guide decision-making at UC. As Vice President of IRAP, I supervise 34 data management, institutional research, survey administration, and academic planning staff who review data and produce analyses. In this role, I am familiar with UC's and IRAP's data collection, data management, and record-keeping practices and procedures.

<u>The University of California and Its Hiring</u>

7. The University of California is widely recognized as one of the top research universities in the world.  Maintaining status as a world-class research institution often requires

hiring faculty and personnel who may not currently reside in or have been trained in the United States.

8.  Accordingly, UC has often needed to employ faculty, researchers, and engineers, among others, on H-1B visas to carry out its mission of teaching, research, healthcare, and public service. As of September 2025, the University of California employed 1,724 individuals on H-1B (specialty occupation) visas, representing about 0.6% of its workforce. More than two-thirds of these employees are based at UC San Francisco (426), UCLA (334), UC Berkeley (190), and LBNL (187). The remaining H1-B employees are based at UC San Diego (167), UC Davis (153), UC Irvine (69), UC Santa Cruz (66), UC Riverside (52), UC Santa Barbara (43), Agriculture and Natural Resources (17), UC Merced (13), and the UC Office of the President (7).

9.  H1-B employees are integral to UC's core operations, encompassing faculty (24%), researchers (30%), postdoctoral scholars (17%), as well as librarians, medical residents, IT specialists, and laboratory professionals, among others. Collectively, they sustain the university's strategic capacity in teaching, research, healthcare, and public service, directly reinforcing UC's long-term institutional mission and impact.

## H1-B Policy and Its Impact

10. On September 19, 2025, President Trump issued a Proclamation, Restriction on Entry of Certain Nonimmigrant Workers ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." The Department of Homeland Security then issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa (the "Policy").

11. About half of UC employees on H-1B visas (820) earn less than $100,000 annually, emphasizing the potential impact on this group if future versions of the policy extend to visa renewals. There are 815 H-1B employees that earn between $100,000 and $200,000, 62 earn between $200,000 and $250,000, and 27 earn between $250,000 and $400,000.

12. The recruitment of H-1B employees at the University of California has grown in the last few years after dipping during the pandemic. In 2019, there were 542 new H1-B visa hires; in 2020, 496 new hires; in 2021, 512 new hires; in 2022, 601 new hires; in 2023, 632 new hires; and in 2024, 616 new hires. Based on hiring patterns and assuming no further policy changes, UC is projected to hire approximately 612 individuals needing new H-1B petitions annually. The estimated financial impact to hire new employees on H-1B visas with the fees imposed by the September 19, 2025 Proclamation is $12.8 million for UC San Francisco, $9.5 million for UCLA, $7.4 million for UC San Diego, $7.2 million for UC Berkeley, $6.9 million

for UC Irvine, $4.6 million for UC Davis, $3.8 million for UC Santa Cruz, $3.2 million for LBNL, $2.6 million for UC Riverside, $2.0 million for UC Santa Barbara, $600,000 for UC Merced, and $600,000 for Agriculture and Natural Resources. Hence, this Policy is potentially disruptive to UC's mission in that it would impose an estimated annual cost of $61.2 million on UC's talent acquisition efforts.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

      Executed this 5th day of February, 2026, in Oakland, California.

*Pamela Brown*

Pamela Brown
Vice President for Institutional Research and Planning, University of California