# Exhibit CA-2

## DECLARATION OF NATHAN EVANS

I, Nathan S. Evans, hereby declare as follows

1. I am the Associate Vice Chancellor, Academic Affairs for the California State University ("California State University"). I have been employed in that position since July 2021 except for the period 2023-2025 when I served as the Deputy Vice Chancellor, Academic Affairs.

2. My current responsibilities include, but are not limited to, leadership and strategic guidance for matters related to academic programs, accreditation, professional and continuing education, online education, educator and leadership programs, faculty development, academic technology, student transfer, articulation, graduate education, and student and academic business systems for the CSU system.

3. California State University creates and maintains business records created in the ordinary course of business at or near the time of the act, condition, or event including records relating to and documenting employee hiring.

4. All of the facts and information provided herein are based on my personal knowledge, or are facts and information gathered by California State University employees based on their review of business records maintained and created in the ordinary course of business. I am informed and believe that California State University employees have used their best efforts in gathering the facts and information they provided to me, and that those facts and information are true and correct.

5. If called upon to testify, I could and would testify competently and completely to the facts, information and matters set forth below.

6. I am submitting this Declaration in support of the States' Motion for Summary Judgment.

**California State University And H-1B Faculty**

7.  California State University is the United States' largest four-year public university with 23 universities and seven off-campus centers located throughout the State of California. Currently, there are approximately 470,000 students and 56,000 faculty and staff who study, work, and/or conduct research at the undergraduate, graduate and postgraduate levels.

8.  California State University was created in 1960 under the California Master Plan for Higher Education. The university system draws its students from the top third of the state's high school graduates and is California's primary undergraduate teaching institution. In continuing to expand its educational scope and help meet the state's workforce demands for skilled professionals, California State University offers independent doctorates in audiology, education, nursing practice, occupational therapy, physical therapy, and public health.

9.  California State University currently employs approximately 510 faculty members holding an H-1B visa. Those faculty members teach in approximately 106 unique Undergraduate and 84 unique Graduate programs such as Nursing and Health Sciences, Audiology, Speech Language Pathology, Special Education, Computer Engineering and Sciences, Industrial and Systems Engineering, Aerospace Engineering, Cyber and Information Security, Software Engineering, Trajectory Design in Cislunar Space, and Physics.

10. During Academic Years 2022-2023, 2023-2024, 2024-2025 and 2025-2026, there were approximately 467 newly hired H-1B faculty members. California State University has continually hired new faculty to support the academic offerings, research capabilities, and the numerous other student programs required to meet the academic and related needs of the hundreds of thousands of students annually enrolled in its system.

**Impact of the H-1B Policy on University Hiring**

11. California State University relies on the H-1B visa program to fill employment vacancies, primarily faculty positions. California State University employs individuals on H-1B visas in faculty positions because in certain instances, it is difficult to find qualified applicants within the United States. In some instances, California State University campuses such as Cal State Monterey Bay and San Diego State University have hired H-1B faculty members because those persons were the only candidates that had the required qualifications.

12. I understand that earlier this year the Department of Homeland Security implemented a policy requiring employers to pay a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa (the "Policy").

13. I understand that on September 19, 2025, President Trump issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

14. The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe California State University's hiring practices. California State University does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, all California State University H-1B faculty members have a graduate degree and/or training in a specialized field. Additionally, H-1B faculty members at California State University are unionized and subject to a

3

collective bargaining agreement which ensures they are paid at the same level and range as non-H-1B faculty members.

15. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to California State University. California State University is not a tech company, and it does not and has not used the H-1B visa program as a vehicle or a way to lay off domestic workers or replace domestic workers with international employees.

16. The Proclamation also addresses claimed "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." California State University has not relied and has no intention of relying on "outsourcing companies" in order to fill employment vacancies.

17. In addition, the H-1B Visa Program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, California State University must complete a Labor Condition Application ("LCA") for Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA contains multiple requirements, including that the employer pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for nonproductive time," and "provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. See 20 C.F.R. §§ 655.731 & 655.732. Moreover, because faculty members at California State University are subject to a collective bargaining agreement, notice in the form of the LCA or other means must be provided to the applicable bargaining representative. The bargaining representative is

able to object to the hiring if the representative believes the hiring improperly displaces existing U.S. workers.

18.     California State University operates consistently with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

19.     The Policy has and will continue to adversely impact the ability of California State University to hire qualified applicants.  The fee of $100,000 is prohibitive for California State University which is a non-profit educational institution that operates with a tight budget. In many instances, the $100,000 fee would effectively double or even more than double California State University's hiring cost for a faculty member.

20.     The financial burden created and imposed by the Policy will force, and in fact has forced, California State University campuses to stop hiring candidates who require an H-1B visa subject to the fee.  For all practical purposes, the $100,000 fee imposed by the Policy means that California State University is and will be unable to hire any candidate who requires an H-1B visa to work within the United States, even if the candidate is the only qualified applicant.

21.     As a result of the $100,000 fee, California State University has been forced to halt the hiring of international faculty and researchers, particularly in critical fields, like science and technology.  The inability of California State University to recruit necessary talent due to the fee will ultimately curtail specialized instruction and research, making California State University less competitive in the California and national academic landscape.

22.     The fee imposed by the Policy compounds the existing difficulty for California State University to hire employees in hard-to-fill vacant positions by adding a financial burden. Because California State University campuses will in some cases be forced to stop sponsoring H-1B applicants, it will result in fewer course offerings, a

greater service workload on faculty due to unfilled vacancies, and increased class sizes, particularly in science, technology, engineering and mathematics ("STEM") courses.

23.     The Policy has already begun to impact California State University's ability to recruit and hire international candidates for vacant positions. . At the time the Policy went into effect, there were numerous open faculty positions which California State University was actively attempting to fill.  As a result of the financial burden created by the Policy, California State University was forced to stop considering or hiring highly qualified applicants who required an H-1B visa for those positions.

24.     Universities, including California State University, often compete to hire a handful of eligible applicants some of whom are individuals who require an H-1B visa to work within the United States.  In such situations, California State University is already at a disadvantage in competing with private universities which generally have greater financial resources than California State University, a state public institution.  The $100,000 fee imposed by the Policy increases and worsens the existing disadvantage faced by California State University in competing for eligible candidates who require an H-1B visa to work within the United States.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of January 2026, in San Diego, California.

_____
NATHAN EVANS