# Exhibit CA-3

## **DECLARATION OF CHIEF DEPUTY SUPERINTENDENT INGRID ROBERSON**

I, Ingrid Roberson, declare as follows:

1. I am a resident of California. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the California Department of Education (CDE) as Chief Deputy Superintendent. In my role, I supervise CDE divisions that oversee the following in TK-12 education in California: curriculum, professional learning, multilingual, State Special Schools, career and college transition, student achievement, expanded learning, accountability, technology services, educational data management, assessment, literacy, nutrition, special education and early education.

3. I submit this declaration in support of Plaintiffs' Motion for Summary Judgment. As Chief Deputy Superintendent, I have personal knowledge of the matters set forth below; with respect to the matters for which I do not have personal knowledge, I have reviewed information gathered from the CDE's records by others within the organization.

### California Department of Education Background

4. The CDE is a state agency whose work supports the State's efforts to carry out the State's constitutional responsibility to provide Californians with a free public education. Cal. Const. art. IX, §§ 5-6. The CDE's mission is to provide a world-class education for all of California's 5.8 million public school students – across more than 9,000 schools – from early childhood to adulthood. The CDE innovates and collaborates with educators, schools, parents, and community partners to prepare students to live, work, and thrive in a multicultural, multilingual, and highly connected world.

5.     In California, the CDE supports nearly 2,000 local educational agencies ("LEAs"), including school districts, county offices of education, and charter schools. Consistent with federal and state laws, LEAs within the State serve all school-age children, regardless of their race, nationality, ethnic origin, sex, gender, religion, disability, or immigration status. An LEA – such as a school district – is a public authority legally constituted by the State as an administrative agency to provide control of and direction for kindergarten through grade twelve public educational institutions.

### The Policy

6.     I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplement fee in conjunction with any new petition for an H-1B visa (the "Policy").

7.     As described below, it is my understanding that the Policy will inflict significant harm upon California's efforts to provide a high-quality education to all children.

8.     On September 19, 2025, President Trump issued a Proclamation, Restriction on Entry of Certain Nonimmigrant Workers ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

### Teacher Shortage in California and Role of H-1B Workers

9.     Like many states, California faces persistent teacher shortages, and many LEAs face challenges filling vacancies with fully credentialed teachers, especially in math, science, special education, and bilingual education. To address these shortages, LEAs historically have had to hire inexperienced or substitute teachers, increase class sizes, and reduce course offerings.

Teacher shortages are often most severe in schools serving students of color and students from low-income backgrounds.

10. The H-1B program has been an important tool for LEAs to fill teacher vacancies where hiring has been challenging. During the 2024-25 school year, 110 LEAs submitted a request for H-1B teacher work visas in California. A total of 403 work visas were requested by LEAs, and 371 work visas were granted. That total represented an increase in need from the 2023-24 school year, when 89 LEAs in California submitted a total of 317 H-1B teacher work visas, and 287 work visas were granted.

11. LEAs in California have reported that teachers on H-1B visas have filled much-needed gaps in their teaching force, and that these teachers have been placed in important dual-language and special education programs.

## Impact on LEAs and Their Students

12. The $100,000 fee for new H-1B petitions will cause irreparable harm and jeopardize programs and services that support thousands of children and youths across the State.

13. If the Policy remains in place, California's LEAs will face an insurmountable financial barrier to hiring teachers on H-1B visas. These LEAs will likely have to rely on underprepared, inexperienced, and substitute teachers to fill vacant positions, and may need to cut course offerings, especially in the programs made possible by educators on H-1B visas.

14. The lack of clarity over how the H-1B program will be implemented will create significant challenges for LEAs that employ teachers on H-1B visas, leading to challenges budgeting and preparing for the upcoming school year, and potentially an inability to implement programs where teachers on H-1B visas are staffed.

15. For LEAs where educators on H-1B visas make dual-language public schools possible, giving families in California a unique multicultural education, the lack of clarity over the program and potential loss of teachers on H-1B visas will be detrimental to their ability to run the program entirely.

16. For LEAs that rely on teachers on H-1B visas as special education teachers, a shortage of teachers resulting from the Policy would cause immediate and irreparable harm to students with disabilities by depriving them of time-sensitive, necessary educational services for which there is no adequate remedy at law. The loss of special education teachers could delay implementation of individualized education programs (IEPs) for students with disabilities or special needs. LEAs with teachers on H-1B visas serving "hard to serve" students would be especially impacted, as regional programs for students with complex or intensive needs, which are not easily addressed in a regular school environment, may be scaled back or eliminated. Delays in or denials of IEP services inflict irreparable harm by interrupting individualized progress.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2026, at Sacramento, CA.

Ingrid Roberson