# Exhibit CA-4

## DECLARATION OF DR. SYLVIA GREENWOOD

I, Sylvia Greenwood declare as follows:

1.     I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.     I am the Acting Associate Superintendent of Human Resources for West Contra Costa Unified School District ("WCCUSD"), a public school district in California. In my capacity as Acting Associate Superintendent of Human Resources for West Contra Costa Unified School District, I am responsible for recruitment and staffing, legal compliance, compensation and benefits, negotiations, and the entire human resources department.

3.     I have been employed by WCCUSD since 1991, and I have served as Acting Associate Superintendent of Human Resources since August 2025. I have worked at WCCUSD my entire career, I held the following positions: Instructional Assistant, Campus Security Officer, Teacher, Vice Principal, Principal and Director.

4.     I submit this declaration in support of the Plaintiffs' Motion for Summary Judgment. As Acting Associate Superintendent of Human Resources, I have personal knowledge of the matters set forth below; with respect to the matters for which I do not have personal knowledge, I have reviewed information gathered from WCCUSD's records by others within the organization.

**Background on West Contra Costa Unified School District**

5.     Nestled in the heart of the San Francisco Bay Area, WCCUSD is a dynamic, diverse, and vibrant district that serves a thriving community of over 28,000 students. With 56

1

schools spread across five cities and unincorporated areas in the Bay Area, we offer an exceptional educational experience that reflects the rich diversity of our region.

6. WCCUSD serves families who speak more than 50 different languages. With approximately 54% Latino, 18% African American, 10% Asian, 10% White, and 6% Filipino students, our schools are a true reflection of the vibrant multicultural landscape of the Bay Area.

7. Our mission is to provide an equitable, rigorous, and supportive educational experience for all students, while fostering an inclusive environment that celebrates diversity and encourages lifelong learning. We are committed to preparing students to succeed in college, career, and beyond through high standards of academic achievement, social-emotional learning, and community engagement.

8. Consistent with federal and state laws, WCCUSD serves all school-age children, regardless of their race, nationality, ethnic origin, sex, gender, religion, disability, or immigration status. WCCUSD is a public authority legally constituted by the State as an administrative agency to provide control of and direction for kindergarten through grade twelve public educational institutions.

**The Policy**

9. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplement fee in conjunction with any new petition for an H-1B visa (the "Policy").

10. As described below, it is my understanding that the Policy will inflict significant harm upon WCCUSD's efforts to provide a high-quality education to all children.

11. On September 19, 2025, President Trump issued a Proclamation, Restriction on Entry of Certain Nonimmigrant Workers ("Proclamation"), that restricts the entry of certain

applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

12. The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe WCCUSD's hiring practices. WCCUSD does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly specialized training and advanced degrees.

13. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to WCCUSD twice over: WCCUSD is not a tech company, and it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

14. The Proclamation also addresses claimed "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." WCCUSD has not and does not intend to rely on "outsourcing companies" in order to fill employment vacancies. To the best of my knowledge, WCCUSD has never relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency.

3

**Teacher Shortage in WCCUSD and Role of H-1B Workers**

15. WCCUSD faces a significant teacher shortage crisis with the most common shortages in special education and bilingual education. Though WCCUSD works diligently to recruit qualified educators, filling vacancies has been difficult, as there is not a large enough pool of applicants.

16. Like many school districts, WCCUSD has seen a decline in enrollment in educator preparation programs, and therefore WCCUSD faces persistent challenges recruiting candidates to fill vacancies, especially in special education. In addition, WCCUSD's location in the Bay Area next to other school districts with more resources, has made it difficult to attract job candidates.

17. The H-1B program has thus been an important tool to fill vacancies where hiring a domestic worker has been challenging. In 2023, WCCUSD had 711 vacancies, leading the district to turn to teachers on H-1B visas to teach in mostly special education and dual-language programs. For the 2023-2024 school year, WCCUSD submitted a total of 28 H-1B visa requests, and was granted 20. Likewise, in the 2024-2025 school year, WCCUSD submitted a total of 20 H-1B visa requests, and was granted 18.

18. The majority of H-1B teachers at WCCUSD are in Special Education. WCCUSD currently has about 81 Special Education teachers on H-1B visas out of the 250 in the Special Education program.

19. H-1B educators are working at the following sites Bayview Elementary, Cameron Elementary, Chavez Elementary, Collins Elementary, Coronado Elementary, De Anza High School DeJean Middle School Dover Elementary, downer Elementary, El Cerrito High School, Ellerhorst Elementary, Grant Elementary, Greenwood Academy, Helms Middle School,

Hercules High School, Kennedy HS, King Elementary, Korematsu MS, Lincoln Elementary, Lupine Elementary, Madera Elementary, Middle College, Mira Vista Elementary, Murphy Elementary, Peres Elementary, Pinole MS, Pinole HS, Richmond High, Shannon Elementary, Soskin MS, Special Education, Stege Elementary, Stewart Elementary, Tara Hills Elementary, Transition, Valley View Elementary, Verde Elementary, West County Mandarin. They cover the following fields: Special Education, Dual Language Immersion, Speech Therapy, Assistant Principal, Coordinator of Transition.

20. H-1B educators are specialized educators that serve as a critical bridge for underserved communities that struggle to fill high-need roles. In rural and low-income communities, these educators address chronic staffing shortages that would otherwise lead to increased caseloads or elimination of essential services.

### Impact on WCCUSD and Its Students

21. The $100,000 fee for H-1B petitions will cause irreparable harm and jeopardize programs and services that support millions of children and youths across the district.

22. If the Policy remains in place, WCCUSD will be unable to pay the $100,000 fee. WCCUSD has already had to stop all of its recruitment efforts for applicants who would require new H-1B visas for the 2026-2027 school year as the district is unable to pay the $100,000 fee.

23. At a minimum, I expect that WCCUSD's inability to seek employees through the H-1B visa program will increase the likelihood that vacancies persist into the next school year. As a majority of H-1B teachers fill vacancies in special education, being unable to rely on the H-1B visa program means that WCCUSD will face challenges supporting some of our most vulnerable students.

5

24. Losing H-1B educators will lead to critical staffing shortages and compromise student support. For schools that rely on international hires, the new H-1B fee of up to $100,000, may make recruitment and retention financially impossible.

25. The Policy will cause significant organizational harm primarily by disrupting financial planning and the delivery of legally mandated services to our special education students. The drastic fee increases have left our school district unable to account for hiring costs in our current and future budgets.

26. The fee will also have an impact on student's learning if positions have to go unfilled. Learning loss during critical developmental windows can have a long-lasting effect, especially for students with disabilities and English learners, who are vulnerable to more severe setbacks than the general student population. If students' foundational skills like reading and comprehension are not mastered during their formative years, they are likely to not become fluent readers, which will then hinder their future educational career.

27. Although we are looking at ways to redesign and improve the efficiency of programs to meet contractual guidelines and to ensure that we can still meet our student needs, due to the fiscal solvency of the district, we are unable to pay the $100,000 fee for incoming international teachers to support programs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2026, at Richmond, California

*Sylvia J. Greenwood*

_____
Sylvia J. Greenwood

6