# Exhibit CO-1

## DECLARATION OF DR. MATT GIANNESCHI

1. I am a resident of the State of Colorado. I am over the age of eighteen.

2. I am the President of Colorado Mountain College. I have held this position since July 1, 2024. As president, I oversee the college's operations including finance and administration, human resources, and student and academic affairs. Prior to my role as president, for ten years I served as Colorado Mountain College's Chief Operating Officer and Chief of Staff.

3. As President for Colorado Mountain College, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by Colorado Mountain College' employees and I believe that information to be true.

4. Colorado Mountain College maintains business records in the ordinary course of business which include, *inter alia,* records concerning hiring at the college.

5. I submit this Declaration in support of the States' Motion for Summary Judgment.

## Colorado Mountain College and Its Hiring

6. Colorado Mountain College is a public institution granting two- and four-year degrees at eleven campuses located in eight counties covering 7,500 square miles throughout the north-central Rocky Mountain region of Colorado. Organized in 1965, the college offers classes in a variety of areas, ranging from traditional bachelor's degrees in subjects such as nursing, business administration, education, and human services to associates degrees in early childhood and elementary teacher education, health sciences, paramedic, and hospitality management to certificates in law enforcement training, automotive service, medical assistance, and the ski and snowboard industry. Colorado Mountain College has approximately 12,875 students and about

1

1608 full and part time employees and adjunct faculty who study and work on its eleven campuses. There are individuals who hold an H-1B visa who work at Colorado Mountain College in such functions as information technology, institutional research, administration, and faculty members who teach in fields such as applied economics, mathematics, business, and accounting.

7. Each year, Colorado Mountain College hires approximately 354 new faculty and staff. Colorado Mountain College must continually hire new faculty and staff to support its academic offerings and student programs to meet the academic and related needs of its approximately 12,875 students.

**Impact of the H-1B Policy on College Hiring**

8. Colorado Mountain College relies on the H-1B visa program to fill employment vacancies. Today, Colorado Mountain College employs approximately six faculty and staff who are holders of H-1B visas. Colorado Mountain College plans to continue to rely on the H-1B visa process to fill vacant positions for staff and faculty.

9. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa (the "Policy"). The Policy will adversely impact the ability of Colorado Mountain College to hire qualified applicants because as a public institution with limited funding, the college cannot pay the $100,000 fee for new and existing employees.

10. On September 19, 2025, President Trump issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

11. The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe Colorado Mountain College' hiring practices. Colorado Mountain College does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly specialized training and advanced degrees; of the six H-1B visa holders currently employed by Colorado Mountain College, all six of those employees are faculty or staff who hold advanced degrees.

12. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to Colorado Mountain College because the college is not a tech company, and more importantly it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

13. The Proclamation also addresses claimed "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." Colorado Mountain College has not and does not intend to rely on "outsourcing companies" in order to fill employment vacancies and therefore has never relied on an outsourcing company accused of fraud by any state or federal agency.

14. In addition, the H-1B Visa Program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, Colorado Mountain College must complete a Labor Condition Application ("LCA") for Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA has multiple

requirements, including that the employer pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for nonproductive time," and "provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. *See* 20 C.F.R. §§ 655.731 & 655.732.

15. Colorado Mountain College complies with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

16. Many vacant and hard to fill positions at Colorado Mountain College within areas such as institutional research, data analytics, accounting, and economics—have highly technical and specialized requirements. For example, these positions require applicants, *inter alia,* to possess advanced research capabilities, have teaching experience, have a track record of publications, and/or have the appropriate academic credentials. Depending on the vacancy, only a handful of applicants may satisfy these requirements. The college's applicant pool is further negatively affected by the rural geographical region and cost of living where the college's eleven campuses are located, such as in Aspen, Vail, and Steamboat Springs, Colorado. The fee imposed by the Policy will further limit the pool of applicants that Colorado Mountain College can consider as the college is not in a position to pay the $100,000 fee for any position given fiscal constraints. The result will be the frustration of Colorado Mountain College' ability to employ qualified individuals necessary to support the educational offerings it provides to its students in the rural Rocky Mountain region in Colorado.

17. Colorado Mountain College has used the H-1B via program to fill positions that otherwise may go vacant due to lack of other qualified candidates. For example, in late 2022, Colorado Mountain College sought to hire a Professor of Accounting, and the only two qualified candidates both required a H-1B visa sponsorship. As another example, in April of 2025, the

4

college sought to hire for an Institutional Research Data Architect position and out of twenty-two applicants, two of the three finalists were international candidates who required an H-1B visa.

18. Given the specialized nature of staff and faculty positions and the limited number of eligible candidates, many universities and colleges often vie to hire a handful of eligible applicants. In such situations, Colorado Mountain College must compete with private institutions and companies, some of which have more expansive financial resources than does Colorado Mountain College, which is a public institution. Colorado Mountain College' inability to pay the $100,000 fee imposed by the Policy will further limit its ability to hire candidates for these positions.

19. The fee imposed by the Policy will preclude Colorado Mountain College from hiring individuals outside of the United States and requiring an H-1B visa to work within the United States.

20. Depending on experience and specialty, faculty at Colorado Mountain College are typically paid an average annual salary of $100,722 and staff are typically paid an average annual salary of $87,756. The fee would double the costs for faculty and more than double the costs for staff to Colorado Mountain College to hire new candidates requiring an H-1B visa, reducing the overall number of new hires that it could afford.

21. The Policy will have a significant and irreparable impact on Colorado Mountain College beginning in January 2026. With certain exceptions, hiring for staff and faculty positions is cyclical. Many departments, including biological science and business faculty have posted vacancies and are expecting to hire new candidates over the upcoming months. With the H-1B program being prohibitively costly, Colorado Mountain College may not be able to fill some of

these positions. Colorado Mountain College requires relief from the fee imposed by the Policy to ensure that it can hire for these essential positions.

      22.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

      Executed this 3rd day of February, 2026, in Glenwood Springs, Colorado.

/s/ _____
Matt Giannceschi, President
Colorado Mountain College
802 Grand Avenue
Glenwood Springs, CO 81601