# Exhibit CO-2

## DECLARATION OF LETICIA LEVI, SENIOR MANAGER OF THE EDUCATOR PATHWAYS AND DEVELOPMENT FOR DENVER PUBLIC SCHOOLS

I, Leticia Levi, declare as follows:

1. I am a resident of the State of Colorado. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Senior Manager of the Educator Pathways and Development who leads all of our efforts for the International Educator Institute in Denver Public Schools. In my capacity as the Senior Manager, I am responsible for leading and managing our strategies and efforts in recruitment, learning and development, and retention of educators from our different pathways. Specifically related to the International Educator Institute, I am responsible for not only creating quality candidate rigorous selection and preparation, ensuring well-being in a new setting, promoting growth and expertise, but also leading the team members who operate and support the visa sponsorship programming and processes.

3. I have been employed by Denver Public Schools since April 2011, and I have served as a Director and Senior Manager of this work since November 2023, and visa sponsorship since 2012. Before starting at Denver Public Schools, I worked in various HR roles in creating pipelines and employee training and professional development.

4. I submit this declaration in support of the Plaintiffs' Motion for Summary Judgment. As Senior Manager, I have personal knowledge of the matters set forth below; with respect to the matters for which I do not have personal knowledge, I have reviewed information gathered from Denver Public Schools records by others within the organization.

**Background on Denver Public Schools**

5. Denver Public Schools, also known as School District No. 1, located in the City and County of Denver, Colorado, is a Colorado public school district and political subdivision of the State of Colorado. DPS is the local education agency responsible for providing public education services to students residing within its geographic boundaries and for operating a system of public schools in Denver.

6. DPS is governed by an elected Board of Education. The Board establishes district policy, adopts the district's budget, and provides overall governance and oversight consistent with authorities granted to Colorado school districts. The Superintendent serves as the district's chief executive and is responsible for the day-to-day administration of DPS, including implementing Board policy and managing district operations and personnel.

7. DPS exists to provide free public education to eligible students. Colorado's Constitution establishes the State's obligation to maintain a thorough and uniform system of free public schools, and Colorado statutes assign local school districts the responsibility to deliver public education to resident students. *See* Colo. Const. art. IX, §§ 2, 15; C.R.S. §§ 22-1-102(1), 22-32-109(1)(f)(I), (t), (v), (aa). DPS carries out that public mandate by operating schools, employing and supervising educators and staff, delivering instruction aligned to state academic standards, and providing educational supports and services necessary for students to access learning.

8. DPS's mission is to ensure that all students in Denver have access to a high-quality public education that prepares them for postsecondary success, civic participation, and meaningful opportunity. DPS pursues that mission by delivering instruction and educational programming, providing safe and supportive learning environments, and working with families and community partners to meet student needs.

9. DPS is subject to extensive federal and state requirements governing the provision of educational services. These include obligations to provide equal access and nondiscrimination in district programs and activities, and to provide language access and meaningful participation for students and families where required. DPS also has specific legal obligations to identify and serve eligible students with disabilities and to provide a free appropriate public education through individualized supports and services. DPS is further responsible for protecting student records and privacy consistent with applicable law.

10. DPS fulfills these obligations by allocating resources across schools and programs, maintaining systems of accountability and compliance, contracting for services when appropriate, and ensuring staffing levels and specialized expertise sufficient to provide required instruction and student supports. Recruiting and retaining qualified staff is necessary to maintain continuity of educational services and to meet DPS's legal obligations to students. DPS's ability to attract and retain specialized employees, including roles that support instruction and student services, directly affects its capacity to deliver educational services and to comply with its legal obligations to Denver students.

11. Denver Public Schools serves a large, diverse student population across the City and County of Denver. DPS educates approximately 90,000 students each year through a portfolio of roughly 200 district operated and district authorized schools, including elementary, middle, and high schools, as well as charter schools authorized by the Board. DPS employs approximately 5000 educators and staff and manages an annual operating budget of approximately $1.4 billion, with responsibility for delivering instruction, special education services, multilingual learner supports, transportation, food service, and other student facing programs at districtwide scale. In addition to day-to-day school operations, DPS oversees facilities across Denver, administers state

and federally funded programs, and is accountable for districtwide student outcomes and compliance obligations across all schools and programs it operates or authorizes.

12. Denver Public Schools serves students and families from every neighborhood in the City and County of Denver, encompassing a wide range of communities with diverse racial, ethnic, cultural, linguistic, and socioeconomic backgrounds. DPS students and families include long established Denver residents as well as newcomers to the region, and many families speak languages other than English at home. DPS also serves students with disabilities, students experiencing housing instability, students in foster care, and other students who require additional supports to access education. Because DPS is the primary public education provider for Denver, the district's programs and services must be accessible and responsive to the full spectrum of student needs across the city, including ensuring meaningful family engagement and equitable access to educational opportunities.

13. As a public education agency, DPS must plan staffing and programming on an annual cycle, including hiring educators and specialized service providers, assigning staff to schools based on student enrollment and individualized needs, and ensuring appropriate credentials and compliance with state and federal requirements. DPS also must respond to changing student needs throughout the year, including serving students who enroll after the start of the school year and maintaining continuity of instruction and required student services. The district's ability to meet these obligations depends on recruiting and retaining qualified personnel across a range of hard to fill positions, including specialized roles that support instruction and legally required services. Unanticipated and substantial increases in employment related costs can disrupt staffing plans, divert resources from student services, and impair the district's capacity to provide consistent

educational programming and to meet its statutory and regulatory obligations to Denver students and families.

**The Policy**

14. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplement fee in conjunction with any new petition for an H-1B visa (the "Policy").

15. As described below, it is my understanding that the Policy will inflict significant harm upon Denver Public Schools' efforts to provide a high-quality education to all children.

16. On September 19, 2025, President Trump issued a Proclamation, Restriction on Entry of Certain Nonimmigrant Workers ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

17. The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe Denver Public Schools hiring practices. Denver Public Schools does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly specialized training and advanced degrees; Bachelor's, Master's degrees as well as meeting the Colorado Department of Education state licensing requirements.

18. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B

workers." That description does not apply to Denver Public Schools twice over: DPS is not a tech company, and it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

19. The Proclamation also addresses claimed "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." Denver Public Schools has not and does not intend to rely on "outsourcing companies" in order to fill employment vacancies. To the best of my knowledge, Denver Public Schools has never relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency.

20. In addition, the H-1B Visa Program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, Denver Public Schools must complete a Labor Condition Application ("LCA") for Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA contains multiple requirements, including that the employer pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for nonproductive time," and "provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. *See* 20 C.F.R. §§ 655.731 & 655.732.

21. Denver Public Schools operates consistently with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

### Teacher Shortage in Denver Public Schools and Role of H-1B Workers

22. In the state of Colorado, we have experienced educator shortages. In Denver Public Schools (The Denver County 1 district), recruiting qualified educators is a constant struggle.

23. In general, identifying and retaining qualified, skilled educators and other hard to fill school based staff has become increasingly difficult. Like many school systems, Denver Public Schools has seen a decline in enrollment in traditional educator preparation programs, and we face persistent challenges recruiting candidates with the specialized credentials and experience our students need.

24. Against that backdrop, DPS has taken proactive steps to build a more resilient recruitment and retention ecosystem. We have implemented structures that support strategic recruitment, selection, and development, including talent pipelines from within our workforce and partnerships with educational institutions abroad that align with our shared goals of cross cultural exchange and educational excellence.

25. The H-1B program is an important part of that strategy because it helps address positions that would otherwise remain unfilled or be filled after prolonged vacancies. By allowing DPS to recruit and retain highly qualified international educators for hard to staff roles, the program helps prevent critical shortages, sustain continuity of services, and support student outcomes, while also advancing our commitment to global competency.

26. As the largest urban school district in Colorado, Denver Public Schools serves a diverse community where the majority of campuses are Title I schools, with over 30% of our student body identified as English Language Learners, and 34% primarily Spanish-speaking, it is vital that we recruit and hire educators capable of providing the robust linguistic support necessary for academic success.

27. Denver Public Schools faces a significant teacher shortage crisis with the most common shortages in our ELA-S designated classroom (bilingual in Spanish), Math, Science and Special Education.

28. I am familiar with DPS staffing levels and vacancy data for the 2025 to 2026 school year, including positions required to deliver instruction and legally required student services. DPS competes in a constrained labor market for qualified educators and specialized staff. In that environment, the district relies on all lawful recruiting pathways, including the ability to recruit and retain qualified candidates through the H-1B program for certain hard to fill roles. When vacancies persist, DPS must either reassign existing staff, increase caseloads, reduce service minutes, rely on substitutes, or contract for services, each of which can affect educational quality, continuity, and compliance obligations.

29. For the 2025 to 2026 school year, DPS has identified 199 special education teacher positions as vacant or projected vacancies. One month into the second semester, DPS had filled only approximately 94 percent of special education teacher positions. Special education teacher vacancies create immediate compliance risk because special education services are required by law to be delivered consistent with individualized education programs and applicable federal and state requirements. When DPS cannot staff required positions with qualified personnel, the district faces heightened risk of missed or delayed services, inability to meet legally required timelines, increased due process and complaint exposure, and potential state oversight or corrective action related to special education compliance.

30. For the 2025 to 2026 school year, DPS has identified 676 special education paraprofessional positions, including one to one assignments, as vacant or projected vacancies. One month into the second semester, DPS had filled only approximately 87 percent of these positions. Special education paraprofessionals are often necessary to implement IEP services, provide required student supports, and maintain safe and appropriate learning environments for students with disabilities. Persistent vacancies in these roles can result in the district being unable

to deliver services as written, requiring emergency staffing adjustments that disrupt student programming, and increasing legal and regulatory risk associated with service delivery, student safety, and compliance monitoring by state authorities.

31. For the 2025 to 2026 school year, DPS has identified 242 positions in English language acquisition and support as vacant or projected vacancies. One month into the second semester, DPS had filled approximately 98 percent of these positions, largely due to the district's International Educator Initiative program, which supports recruitment of qualified educators, including through visa sponsorship where permitted. These roles are essential to ensuring meaningful access to instruction for multilingual learners and to meeting legal obligations to provide appropriate language services. DPS's experience with these positions demonstrates that specialized recruiting pipelines, including visa based pathways, can materially improve fill rates and reduce compliance risk.

32. For the 2025 to 2026 school year, DPS has identified 37 elementary, math, and science teacher positions as vacant or projected vacancies. These vacancies impact core instruction and can have cascading effects on class sizes, course availability, and the district's ability to provide consistent educational programming. In addition to educational harm, persistent vacancies can trigger additional legal risk where staffing shortages impede delivery of required services for students with disabilities or multilingual learners within general education settings and can increase the likelihood of complaints and enforcement activity tied to access and service delivery.

33. These vacancy numbers would be higher without our use of the H-1B program. During the 2024-2025 school year, DPS submitted a total of 69 H-1B visa requests, and was granted 68. This current school year, 2025-26, DPS submitted 62 petitions and only 49 have been approved.

34. Our H-1B visa sponsorship program helps address our highest needs subject areas. The two cohorts described above filled vacancies; 64 in Elementary ELA-S (bilingual in Spanish), 3 ECE ELA-S, 14 Math, 6 Science, 18 Secondary ELA-S, 9 SPED, and 3 Special Service Providers.

35. It is necessary for H-1B workers to support these areas where we have historically difficulty filling due to the lack of professionals with the experience and state teaching requirements.

36. In the last three years our H-1B visa hire projections have remained consistent year over year around 65-70 petitions. This will drastically impact our ability to fill vacancies in our hardest to staff roles.

**Substantial and Irreparable Harm**

37. The $100,000 fee for H-1B petitions will cause irreparable harm and jeopardize programs and services that support tens of thousands of children and youths across the district.

38. If the Policy remains in place, DPS will not be able to pay this fee and will miss out on providing highly qualified educators necessary for some of our most vulnerable classrooms. At a minimum, I expect the $100,000 fee and DPS's inability to seek employees through H-1B visas, would increase the likelihood that vacancies persist into the school year, thereby increasing the risk that DPS cannot consistently provide legally required services and supports to students and increasing the district's exposure to regulatory enforcement, complaints, and related remedial obligations. Further, DPS will potentially face drastic challenges supporting our students, including but not limited to meeting the dictates of the federally approved consent decree. See *Congress of Hispanic Educators v. DPS*, 1:95-cv-02313-RPM (D. Colo. 2012).

39. Denver Public Schools is the city's leading employer of H-1B visa holders, the potential loss of H-1B teachers is not merely an administrative hurdle; it is a direct interference with student

learning. We are currently in our recruitment window for the 2026-27 school year and are facing a crisis in our ability to fill upcoming vacancies, specifically in our bilingual classrooms where linguistic bridge-building is essential. Math is one of the core subjects where specialized instruction is prerequisite for graduation. And Special Education and Special Service Provider roles which are critical positions mandated by federal law to ensure every child has access to education. These roles are being filled by individuals who are far more than, "placeholders". Our H-1B colleagues are highly qualified professionals, often holding multiple advanced degrees and bringing decades of classroom experience. They consistently meet or exceed rigorous state licensure requirements, providing a level of expertise that cannot be easily replaced. The nation has recently experienced the irreparable cost of learning loss. I feel that the disruptions caused by prolonged vacancies mirror the catastrophic learning loss experienced during COVID-19. However, while the pandemic was a global anomaly, a failure to retain H-1B teachers creates a self-inflicted, structural deficit.

40. Beyond the classroom, this instability threatens the reputation of Denver Public Schools and the state of Colorado. A district that cannot reliably staff its most sensitive roles loses the trust of its community and its standing as a leader in educational innovation and global competencies. Furthermore, current federal policy shifts have introduced significant confusion regarding H-1B fees. The sudden introduction of a $100,000 supplemental fee for new petitions has created an atmosphere of uncertainty. This financial and administrative friction prevents us from planning for the future, leaving both the district and our dedicated international educators in a state of professional limbo. Without these experts, we cannot fully meet the needs of our district - and more importantly, we fail to meet the needs of our students.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2026, at Denver, Colorado.

*Leticia Levi*

Leticia Levi

Senior Manager, Educator Pathways and Development

Denver Public Schools