# Exhibit CT-1

## **DECLARATION OF CONNECTICUT STATE COLLEGES AND UNIVERSITIES**

## **(CSCU)**

1.      I am a resident of Connecticut. I am over the age of eighteen.

2.      I am currently employed by the CSCU system Office as the General Counsel and Secretary to the Board of Regents.

3.      As General Counsel and Board Secretary for the CSCU system, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by the CSCU system employees and I believe that information to be true.

4.      The CSCU system maintains business records in the ordinary course of business which include, *inter alia,* records concerning hiring at the CSCU System Office and at each of the six institutions within the CSCU System.

5.      I submit this Declaration in support of the States' Motion for Summary Judgment.

### **The Connecticut State Colleges and Universities System and Its Hiring**

6.      The CSCU system is the public college and university system within the State of Connecticut with six institutions across 16 campuses and has approximately, as of the Fall of the 2025-2026 Academic Year, 75,600 undergraduate and graduate students. In addition, another 2,226 students are enrolled in certificate programs. The CSCU System has about 17,020 full and part time employees who study, work, and/or conduct research work at each of its four universities and its on-line college campuses at the undergraduate, graduate, postgraduate, and doctoral levels and within the System Office. At the Connecticut State Community College, undergraduate and certificate programs are offered. The CSCU system academic programs with the largest number

1

of students and faculty who hold H-1B visas are in science, mathematics, technology, engineering, accounting, finance, marketing, management information systems, and management & organization development.

7. Each year, the CSCU system hires new full-time faculty based on a number of factors. For example, the universities within the CSCU system are hiring over 40 faculty positions. CT State Community College is advertising for over 18 full-time faculty positions. The CSCU system must continually hire new faculty and staff to support its academic offerings, research capabilities, and student programs to meet the academic and related needs of its over 75,000 students.

### Impact of the H-1B Policy on University Hiring

8. The CSCU system relies on the H-1B visa program to fill employment vacancies. Today, the CSCU system employs approximately 39 faculty and staff who are holders of H-1B visas. The CSCU system plans to continue to rely on the H-1B visa process to fill vacant positions for staff and faculty.

9. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa (the "Policy"). The Policy will adversely impact the ability of the CSCU system to hire qualified applicants. In fact, it has already done so as the institutions within the CSCU System either do not have current resources to support the $100,000 payment or have made the decision to utilize available funding to support other operations. In fact, for current position announcements, at least one institution advertises employment openings with the language: "WCSU is unable to sponsor applicants for work visas at this time. Applicants must currently be authorized to work in the United States on a full-time basis."

2

10. On September 19, 2025, President Trump issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

11. The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe the CSCU system hiring practices. The CSCU system does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly-specialized training and advanced degrees; the approximately 39 H-1B visa holders are faculty.

12. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to the CSCU system twice over: the CSCU system is not a tech company, and it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

13. The Proclamation also addresses claimed "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." The CSCU system has not and does not intend to rely on "outsourcing companies" in order to fill employment vacancies. To the best of my

3

knowledge, the CSCU system has never relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency.

14. In addition, the H-1B visa program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, the CSCU must complete a Labor Condition Application ("LCA") for Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA contains multiple requirements, including that the employer pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for nonproductive time," and "provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. *See* 20 C.F.R. §§ 655.731 & 655.732.

15. CSCU operates consistently with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

16. Many vacant CSCU system faculty—particularly those in science, technology, engineering and mathematics ("STEM")—have highly technical and specialized requirements. For example, these positions require applicants, *inter alia,* to possess advanced research capabilities, have teaching experience, have a track record of publications, and/or have the appropriate academic credentials. Depending on the vacancy, it is possible that only a handful of applicants in the world may satisfy these requirements. The fee imposed by the Policy will further limit the pool of applicants that the CSCU system can consider. The result will be the frustration for the institutions within the CSCU system, one of whom has recently qualified as an R-2 institution based on it research portfolio, based on their ability to employ the individuals necessary to support the research activities and educational offerings it provides to over its 35,378 university undergraduate and graduate students.

4

17. Given the highly specialized nature of many faculty and staff positions and the limited number of eligible candidates, many universities often vie to hire a handful of eligible applicants. In such situations, the CSCU system must compete with private universities, some of which have more expansive financial resources than does the CSCU system, which is a public institution. The CSCU system inability to pay the $100,000 fee imposed by the Policy will further limit its ability to hire candidates for these positions.

18. The fee imposed by the Policy will preclude the CSCU system from hiring individuals outside of the United States and requiring an H-1B visa to work within the United States.

19. The CSCU system are public institutions that rely on a variety of funding sources including tuition and fees, federal and state funding, and grants. The CSCU System for the current fiscal year 25-26 in order to meet its needs across the system has relied on institutional reserves to balance its current year budget.

20. The Policy will have a significant and irreparable impact on the CSCU system beginning in January 2026. With certain exceptions, hiring for faculty positions is cyclical. Many departments, including Chemistry, Biochemistry and Molecular Biology, Biology, Mathematics, Business Information Systems, Finance, Management and International Business, have posted vacancies and are expecting to hire new candidates for Academic Year 26-27. The CSCU system requires relief from the fee imposed by the Policy to ensure that it can hire for these essential positions.

### Impact of the Policy on Student Enrollment

21. In addition to adversely impacting the ability of the CSCU system to hire, the Policy will also reduce the number of the international students who apply to attend the institutions in the

5

CSCU system and thus will adversely impact the revenues that the CSCU system receives from tuition each year.

22. International students are an integral part of the student population – at all levels – who attend the CSCU system. Currently, 1% of undergraduate students and graduate students at the CSCU system are from outside the United States.

23. Tuition and fees at the institutions in the CSCU system —as at many public universities—is much lower for Connecticut residents (currently averaging $13,474 per year for undergraduates) than for international students (currently average $20,676 per year for undergraduates). International students typically pay the out-of-state tuition rate and must show advance proof of funding sufficient for a full academic year, according to United States student visa regulations. In addition, because international students are ineligible for need-based federal aid, they are much more likely to pay full tuition than domestic students. Accordingly, the tuition and fees received from international students constitute a significant source of revenue for the CSCU system and ensures that the CSCU system can continue to provide affordable in-state tuition for Connecticut residents and scholarships to students who may otherwise lack the financial resources to attend college.

24. Many international students attend the CSCU system with the expectation that they will be able to secure employment in the United States following graduation. The fee imposed by the Policy will make it much more difficult for international students to remain in the United States and will likely deter such students from seeking an education in the United States, including in the CSCU system

25. Already, the CSCU system is seeing impacts to the number of international students seeking admission. The total number of international students enrolled in credit bearing courses

at the undergraduate and graduate level for Academic Year 24-25 was 924 students. For the fall semester of the 25-26 Academic Year, the number of international students is 860 enrolled in credit bearing courses at the graduate and undergraduate level.

26. Applications for first-year regular decision applicants for the fall semester of the 26-27 academic year are typically on a rolling basis for each institution with priority deadlines varying between March 1st and April 1st, and certain institutions have transfer applications due on June 1st. International student application deadlines vary within the institutions in the CSCU system such as June 1st and July 15th for fall admission. The CSCU system requires relief from the Policy prior to these dates to ensure that it can continue to enroll adequate numbers of international students.

27. The decline in the number of international students resulting from the Policy will harm the CSCU system by reducing the amount of tuition and fees that it receives per year, thereby adversely impacting the CSCU system budget and its ability to provide affordable in-state tuition and merit-based scholarships.

28. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 30th th day of January, 2026, in Hartford, Connecticut

/s/
Karen K. Buffkin
System Office
Connecticut State Colleges and Universities
Office of the General Counsel
61 Woodland Street
Hartford, CT 06105