# Exhibit CT-2

# DECLARATION OF NANCY NAVARRETTA FOR DEPARTMENT OF MENTAL HEALTH AND ADDICTION SERVICES (DMHAS)

I, Nancy Navarretta, declare as follows:

1. I am a resident of the State of Connecticut. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Commissioner of the State of Connecticut Department of Mental Health and Addiction Services ("DMHAS").

3. As the Commissioner I am responsible for leading DMHAS in its role in promoting and administering comprehensive, recovery-oriented services in the areas of mental health and substance use health promotion and prevention, treatment and recovery supports throughout Connecticut.

4. I have compiled the information in the statements set forth below through personal knowledge, through agency personnel who have assisted me in gathering this information from our agency, and based on documents that have been provided to and/or reviewed by me.

## DMHAS's Role in Meeting Connecticut's Health Care Needs

5. DMHAS promotes and administers comprehensive, recovery-oriented services in the areas of mental health treatment and substance abuse prevention and treatment throughout Connecticut. DMHAS is responsible for providing a wide range of services in each of the five DMHAS regions in Connecticut including inpatient hospitalization, outpatient clinical services, 24-hour emergency care, day treatment, psychosocial and vocational rehabilitation, restoration to competence and forensic services, outreach services for persons with serious mental illness who

1

are homeless, and comprehensive, community-based mental health treatment and support services.

## The Policy

6.      I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa (the "Policy").

7.      As described below, I believe that the Policy will have significant impacts on DMHAS and its mission to promote the overall health and wellness of persons in Connecticut with behavioral health needs through an integrated network of holistic, comprehensive, effective, and efficient services and supports that foster dignity, respect, and self-sufficiency in those we serve. The DMHAS system offers high quality behavioral health care that offers residents choices from an array of accessible services and effective supports for each individual to establish or reestablish a safe, dignified, and meaningful life in the community of their choice. DMHAS operates two state hospitals, including Connecticut Valley Hospital (CVH), the state's oldest and largest psychiatric hospital with 361 inpatient beds and Whiting Forensic Hospital which provides maximum security and enhanced security psychiatric care for adults referred by the courts, DMHAS, and correctional facilities with 239 inpatient beds.  The agency also operates an additional 6 facilities that offer inpatient and outpatient services.  Collectively the agency serves approximately 10,000 inpatient and outpatient clients annually on average through its state operated facilities, with 9,263 clients served in 2025.

8.      On September 19, 2025, President Trump issued a Proclamation, Restriction on Entry of Certain Nonimmigrant Workers ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose

2

petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

9. The Policy purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe DMHAS's hiring practices. DMHAS does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. On the contrary, many of our employees currently in possession of H-1B visas have highly specialized training and advanced degrees; DMHAS currently has two individuals on an H-1B visa, both are psychiatrists with medical degrees and board certifications.

10. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to DMHAS twice over: DMHAS is not a tech company, and it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

11. The Proclamation also claims "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." DMHAS has not and does not intend to rely on "outsourcing companies" in order to fill employment vacancies. To the best of my knowledge, DMHAS has never relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency.

3

12. In addition, the H-1B visa program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, DMHAS must complete a Labor Condition Application ("LCA") for Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA contains multiple requirements, including that the employer pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for nonproductive time," and "provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. *See* 20 C.F.R. §§ 655.731 & 655.732.

13. DMHAS operates consistently with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

## The Role of H-1B Workers at DMHAS

14. DMHAS currently employs two H-1B visa holders, both board certified psychiatrists. While there were no petitions submitted in 2024, one petition was submitted in 2025 for a psychiatrist.

15. All DMHAS locations are within Health Professional Shortage Areas (HPSAs) as classified by the Health Resources and Services Administration (HRSA). HPSAs are defined as geographic areas, population groups, or facilities with shortages of primary care, dental, or mental health providers

16. The HRSA estimates the supply of adult Psychiatrists to decrease by 20% by 2030, while demand for psychiatric services increases.[1]

---

[1] *State of the Behavioral Health Workforce, 2024*, HRSA (Nov. 2024), https://bhw.hrsa.gov/sites/default/files/bureau-health-workforce/state-of-the-behavioral-health-workforce-report-2024.pdf.

4

17. By 2036, the US will be short 42,130 psychiatrists, according to research from the federal National Center for Health Workforce.[2]

18. More than 60% of psychiatrists are 55 or older.[3]

19. The shortage of healthcare professionals, including psychiatrists, is affecting patients' ability to find care and placing a greater burden on healthcare professionals who provide mental health care. As of November 2024, about 59 million Americans, or nearly a quarter of the population, had a mental illness — yet 46% received no treatment.[4]

20. DMHAS' recruitment efforts are also affected by the new opportunities for employment in telehealth. Many professionals are attracted to this kind of structure for their work/life balance. However, DMHAS client's level of need and lack of resources make it difficult to provide those options to employees. DMHAS has increased resources for recruitment of psychiatrists, nurses and licensed social workers. Strategies include paid national advertising in specialty outlets, virtual and regional job fairs hosted by third parties, placing job listings in paid list serves, retaining an external recruitment firm, hiring a clinical recruiter, organizing agency sponsored job fairs, and online advertising. DMHAS has also developed programs to upskill its current workforce. Psychiatrists provide supervision to nurses pursuing their APRN.

21. The scarcity of qualified psychiatrists and sharp increase in demand for mental health services has driven up market rate for salaries. Historically, this puts us at a disadvantage when competing with private employers. H-1B visas require psychiatrists to accept positions in public service health care shortage areas and have become one of the most important resources

---

[2] *Health Workforce Projections*, HRSA, (Nov. 2024), https://bhw.hrsa.gov/data-research/projecting-health-workforce-supply-demand.
[3] *Id.*
[4] *Id.*

5

for the agency's recruitment for these positions. The H-1B visa employees make a multiyear commitment upon hire and are assigned to a single facility, which adds greater stability to our system for patient care.

## Impact on DMHAS

22. DMHAS is a Connecticut state agency, operating state-run facilities. The Policy has placed an unnecessary financial burden on DMHAS, limiting the ability to sponsor international candidates.

23. DMHAS currently has 3 Psychiatrist candidates potentially impacted by the $100,000 fee for the H-1B non-immigrant visa petition. These 3 Psychiatrists are current fellows (2) and fourth-year resident (1) on J1 visas looking to be employed by DMHAS at the finish of their programs in 2026. The $100,000 fee far exceeds agency funding available.

24. The $100,000 fee for an H-1B petition will force DMHAS to stop sponsoring H-1B visa holders or be unduly limited in the jobs they sponsor.

25. Assuming DMHAS submits a similar number of H-1B petitions this year as it did last year, the new fee would result in the need for DMHAS to pay approximately $300,000 in additional fees.

26. This is a significant amount that DMHAS will be unable to cover without redirecting funds from medical services or medical research programs, which will disrupt the agency's availability of resources. If the agency is unable to recruit and hire the necessary qualified personnel, it will force DMHAS to rely upon locum tenens (temporary workers) and result in increased costs. Market rate for locum tenens is $250 an hour and up. Furthermore, the locum tenens are not eligible to support on-call requirements of hospitals.

27. The Policy will have other impacts as well, including the agency's ability to meet minimum staffing, fulfill the requirements of a hospital on-call system, increased caseloads, increased overtime hours and increased risk for medical error. DMHAS' clients who come from underserved communities will be most negatively impacted. They have very little resources and are medically complex, often with co-occurring diagnosis of mental health and addiction. They often have traumatic experiences and for their care to be successful DMHAS must be able to build a trusting relationship. Staffing shortages, especially in key titles, fuel low morale, increase employee turnover, and ultimately undermine the consistency of patient care and the stability of our programs.

28. DMHAS hospitals and its six other facilities are required to meet regulatory and statutory requirements for staffing ratios, standards of care, the scope of professional licenses, as well as other operational requirements. Failure to comply may result in loss of industry accreditation, inability to bill, and other penalties. These public failures will cause reputational harm to the agency's facilities, and, in turn, discourage patients to seek care and discourage healthcare professionals from working at DMHAS.

29. As a public healthcare agency, DMHAS is, for many, the only available option. Without these necessary, qualified professionals, Connecticut residents living with serious, pervasive mental illness, substance use, or co-occurring conditions would have no other healthcare options and will be unable to build a stable, independent life in the community. They may become unhoused, extremely vulnerable to exploitation by others, or involved in criminal activity or the justice system. The DMHAS system of care offers them care and support to realize a healthier, more independent future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2026, at Hartford, Connecticut.

_____
Nancy Navarretta, *Commissioner*
Connecticut Department of
Mental Health and Addiction
Services

8