# Exhibit DE-1

## **DECLARATION OF SECRETARY OF EDUCATION CYNTHIA MARTEN.**

I, Cynthia Marten, declare as follows:

1. I am a resident of the State of Delaware. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the Delaware Department of Education (DDOE) as Secretary of Education.

3. DDOE, as the State Educational Agency (SEA) for Delaware, is responsible for overseeing public education, which includes the recruitment and retention of the public education educator workforce.

4. I submit this declaration in support of the Plaintiff's Motion for Summary Judgment. As the Secretary, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

### **Background on Delaware Department of Education**

5. The Delaware Department of Education is the state's central administrative body, statutorily mandated to exercise general control and supervision over all public schools to ensure every learner receives a high-quality education. For the 2024–2025 school year, the DDOE oversees a statewide network of 19 school districts and 23 charter schools, serving approximately 142,495 students from Pre-K through grade 12.

6. This vast scope includes managing an educator workforce of over 11,000 instructional educators and maintaining critical oversight of licensing, federal compliance, and specialized programs for adult and prison education.

7. The communities served by the DDOE are highly diverse, reflecting a demographic landscape that is roughly 31% Black, 20% Hispanic, and 38% White. Geographically, the agency's jurisdiction spans from the dense urban centers of Wilmington to the remote rural agricultural regions of Sussex County. This diversity requires the DDOE to fulfill specific statutory obligations for vulnerable populations, including specialized support for students with disabilities and the state's rapidly growing population of Multilingual Learners.

8. By centralizing resources and technical assistance, the DDOE aims to bridge the gap between these varying environments, ensuring that whether a student is in a high-need urban school or a rural district, they have access to the same standard of instructional excellence.

**The Policy**

9. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplement fee in conjunction with any new petition for an H-1B visa (the "Policy").

10. As described below, it is my understanding that the Policy will inflict significant harm upon the Delaware Department of Education's efforts to provide a high-quality education to all children.

11. On September 19, 2025, President Trump issued a Proclamation, Restriction on Entry of Certain Nonimmigrant Workers ("Proclamation"), that restricts the entry of certain

applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

12. The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe our hiring practices. The Delaware Department of Education and its representative LEAs do not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly specialized training and advanced degrees. In fact, becoming a teacher in Delaware requires a combination of academic degrees, supervised field experience, and state-specific licensing, including:

    a. A bachelor's degree (or higher) in a teaching and/or education related field from a Council for the Accreditation of Educator Preparation (CAEP) accredited college or university;

        i. Elementary: Delaware requires a degree in elementary education;

        ii. Secondary: High school and middle school teachers often need a degree in the specific subject they intend to teach (e.g., math, biology);

    b. Student Teaching: Delaware requires a period of fieldwork, often at least a semester long, where you teach under the supervision of a mentor.

13. Further, if teaching in Dual Language Immersion, teachers must demonstrate near-native proficiency in either Chinese, Greek, or Spanish and pass both an oral proficiency interview and a writing proficiency test. They must also be proficient in English. These bilingual skills are often hard to find in domestic candidates.

## Teacher Shortage in Delaware and Role of H-1B Workers

14. Among the approximately 11,000 instructional teachers in Delaware, there is a well-documented teacher shortage. In the past 5 years, many efforts have been taken to close the teacher shortage gap, especially by focusing on recruiting new educators to the field and retaining the existing educators working. Additional programmatic efforts included paid teacher residencies, registered apprenticeship programs, and a strategic four-year plan to raise starting teacher salaries to match competitive wages of neighboring states. For school year 2023-2024, the state reported approximately 400 teacher vacancies remaining across its districts.

15. Teacher shortages remain persistent in critical subject areas such as world language, dual language immersion, high school math, science, and special education. Furthermore, while job satisfaction has marginally improved with recent pay raises, many educators still report concerns regarding student behavioral challenges and difficult working conditions, which continue to impact long-term retention across the state.

16. H-1B workers address teacher shortages by filling specialized, high-need positions that school districts often struggle to staff with domestic candidates. In Delaware, these educators provide critical stability in subjects like world language instruction, dual language immersion, STEM (science, technology, engineering, math) and Special Education. Because H-1B visas are designed for "specialty occupations" requiring a bachelor's degree or

higher, they ensure that students have access to highly qualified experts even when local labor supplies are low.

17. The inclusion of rural and underserved communities within Local Education Agency (LEA) jurisdictions highlights the critical role of educators in addressing systemic inequities. These communities often face the highest vacancy rates and struggle to compete with wealthier districts for domestic talent, particularly in specialized fields. For example, for school year 2024-2025, we estimate that over 4,000 low-income and English learner students in DLI programs were supported by 85 teachers employed on H-1B visas.

18. The H-1B program has been an important tool to fill vacancies where hiring a domestic worker has been challenging. For school years 2022-2023 to current, we estimate that 65 teachers applied for teaching licensure in the state that may have required an H-1B visa.

19. Further, within the specialized DLI teaching area, in the school year 2023-2024, a minimum of 8 Delaware Local Education Agencies (LEAs) requested 33 H-1B visas for teachers due to a lack of qualified local candidates. This represents 15.2% of DLI-focused teachers.

## Substantial and Irreparable Harm

20. The $100,000 fee for H-1B petitions will cause irreparable harm and jeopardize programs and services that support children and youths across the district.

21. If the Policy remains in place, some LEAs may face additional and significant challenges in filling specialized teaching positions. This could lead to a reliance on long-term substitutes or an increase in class sizes, potentially impacting the quality of instruction for students in high-need subjects such as STEM and Special Education. Without bilingual

teachers, DLI programs may be forced to close or reduce the number of students they serve. Additionally, the inability to recruit from a wider pool of candidates could limit opportunities to offer specialized courses and reduce the capacity for professional development and training efforts aimed at enhancing teacher effectiveness.

22. The loss of H-1B personnel would severely disrupt instructional continuity. This interference creates a "revolving door" effect that erodes the state and schools' reputation for stability, making it harder to attract future talent and leading to a reliance on underprepared staff or increased class sizes that further undermine learning.

23. Confusion about fees for visa programs, such as the H-1B, can create uncertainty for large hiring organizations including school districts and charter schools. When the requirements for fees are unclear, particularly when those fees can be substantial, organizations may become hesitant to use the program.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on February 5, 2026, at Dover, Delaware.

*Cynthia Marten*
Cynthia Marten, Secretary of Education
Delaware Department of Education