# Exhibit HI-1

## DECLARATION OF JAN N.S. GOUVEIA

1. I am a resident of the State of Hawai'i. I am over the age of eighteen.

2. I am currently employed by the University of Hawai'i ("UH") as its Vice President for Administration for the University of Hawai'i System. In that role, I manage risk management, capital improvements, communications, and human resources.

3. As the Vice President for Administration for the University of Hawai'i System, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by UH employees and I believe that information to be true.

4. The University of Hawai'i maintains business records in the ordinary course of business which include, *inter alia,* records concerning hiring at the University of Hawai'i.

5. I submit this Declaration in support of the States' Motion for Summary Judgment.

### The University of Hawai'i and Its Hiring

6. The University of Hawai'i is the only public university system within the State of Hawai'i. As of Fall, 2025, there were 51,411 enrolled students across the ten-campus System, and about 10,846 full and part time employees who study, work, and/or conduct research at the undergraduate, graduate, postgraduate, and doctoral levels across its ten campuses (UH Mānoa, UH Hilo, UH West O'ahu, Hawai'i Community College, Honolulu Community College, Kapi'olani Community College, Kaua'i Community College, Leeward Community College, UH Maui College, and Windward Community College). The University of Hawai'i's academic programs with the largest number of faculty and staff who hold H-1B visas are the Colleges of Engineering, Natural Sciences, and Tropical Agriculture and Human Resilience.

1

7.   Each year, the University of Hawai'i hires approximately 507 new faculty and staff (average for past five years). The University of Hawai'i must continually hire new faculty and staff to support its academic offerings, research capabilities, and student programs to meet the academic and related needs of its over 50,000 students.

### Impact of the H-1B Policy on University Hiring

8.   The University of Hawai'i relies on the H-1B visa program to fill employment vacancies for highly specialized positions. Across our ten campuses, the University of Hawai'i currently employs 94 faculty and staff who are holders of H-1B visas.

9.   I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa (the "Policy"). Specifically, on September 19, 2025, President Trump issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied or supplemented by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

10.  The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe the University of Hawai'i's hiring practices. The University of Hawai'i does not and has not used the H-1B visa program to hire "lower-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly specialized training and

2

advanced degrees; of the 94 H-1B visa holders currently employed by the University of Hawaiʻi, 84 of those employees are members of the faculty.

11. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to the University of Hawaiʻi twice over: the University of Hawaiʻi is not a tech company, and it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

12. The Proclamation also addresses claimed "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." The University of Hawaiʻi has not and does not intend to rely on such "H-1B reliant outsourcing companies" in order to fill employment vacancies. To the best of my knowledge, the University of Hawaiʻi has never relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency.

13. In addition, the H-1B visa program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, the University of Hawaiʻi must complete a Labor Condition Application ("LCA") for Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA contains multiple requirements, including that the employer pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for non-productive time," and "provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. *See* 20 C.F.R. §§ 655.731 & 655.732.

14. The University of Hawaiʻi operates consistently within the requirements set forth in the LCA and all applicable H-1B laws and regulations.

15. As a state agency, the University of Hawaiʻi has a finite budget each year from which it must make business decisions related to hiring of faculty and staff. From a staff perspective, the University of Hawaiʻi may not be able to afford to pay the $100,000 fee imposed by the Policy for the hiring of staff.

16. The fee imposed by the Policy may preclude the University of Hawaiʻi from hiring staff outside of the United States who require an H-1B visa to work within the United States.

17. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of February, 2026, in Honolulu, Hawaiʻi

Jan N.S. Gouveia
University of Hawaiʻi
Office of the Vice President for Administration
2444 Dole Street
Bachman Hall 102
Honolulu, HI 96822