# Exhibit HI-2

## DECLARATION OF DEBORA HALBERT

1. I am a resident of the State of Hawaiʻi. I am over the age of eighteen.

2. I am currently employed by the University of Hawaiʻi ("UH") System as the Vice President for Academic Strategy. In that role, I serve as the chief academic officer for the UH System with the overall responsibility for leadership, planning, and intercampus coordination of academic affairs, student affairs, policy and planning, institutional research and analysis, and international and strategic initiatives.

3. As the Vice President for Academic Strategy, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by UH employees and I believe that information to be true. Among the items I reviewed to provide this declaration is the Declaration of Jan N.S. Gouveia, the Vice President for Administration for the UH System.

4. The University of Hawaiʻi maintains business records in the ordinary course of business which include, *inter alia,* records concerning hiring at the University of Hawaiʻi.

5. I submit this Declaration in support of the States' Motion for Summary Judgment.

## The University of Hawaiʻi and Its Hiring

6. The University of Hawaiʻi is the only public university system within the State of Hawaiʻi. It has approximately 51,411 enrolled students and about 10,846 full and part time employees who study, work, and/or conduct research at the undergraduate, graduate, postgraduate, and doctoral levels across its ten campuses (UH Mānoa, UH Hilo, UH West Oʻahu, Hawaiʻi Community College, Honolulu Community College, Kapiʻolani Community College, Kauaʻi Community College, Leeward Community College, UH Maui College, and Windward Community College). The University of Hawaiʻi's academic programs with the largest number of

1

faculty and staff who hold H-1B visas reside in the College of Engineering, the College of Natural Sciences, and the College of Tropical Agriculture and Human Resilience at the University of Hawai'i at Mānoa.

7. The University of Hawai'i has approximately 3,400 faculty across all campuses, and of those, approximately 84 are international and here on H1-B visas.

8. Each year, the University of Hawai'i hires approximately 507 new faculty and staff. The University of Hawai'i must continually hire new faculty and staff to support its academic offerings, research capabilities, and student programs to meet the academic and related needs of its over 50,000 students.

9. The University of Hawai'i relies on the H-1B visa program to fill employment vacancies. The University of Hawai'i plans to continue to rely on the H-1B visa process to fill vacant positions for faculty when those needs are so specialized that recruitment must be on an international basis.

## **The H-1B Policy**

10. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa (the "Policy"). The Policy will adversely impact the ability of the University of Hawai'i to hire qualified applicants. In fact, it has already done so.

11. On September 19, 2025, President Trump issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied or supplemented by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

12. As discussed in the Declaration of Jan Gouveia, several of the Proclamation's claims do not apply to the University of Hawaiʻi and so are not discussed here. In addition, the H-1B visa program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, the University of Hawaiʻi must complete a Labor Condition Application ("LCA") for Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA contains multiple requirements, including that the employer pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for non-productive time," and "provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. *See* 20 C.F.R. §§ 655.731 & 655.732.

13. The University of Hawaiʻi operates consistently with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

**The Impact of the H-1B Policy on Faculty Hiring**

14. Many vacant University of Hawaiʻi faculty or post-doctoral positions—particularly those in science, technology, engineering and mathematics ("STEM")—have highly technical and specialized requirements. For example, these positions require applicants, *inter alia*, to possess advanced research capabilities, have teaching experience, have a track record of publications, and/or have the appropriate academic credentials. Depending on the vacancy, only a handful of applicants in the world may satisfy these requirements.

15. The fee imposed by the Policy will further limit the pool of applicants that the University of Hawaiʻi can consider. The pool of applicants will be further limited because the University will be forced to decide not just that an international applicant is the only qualified candidate for a specialized position, but also that the international applicant is so vital that the

3

University will make cuts elsewhere to pay the $100,000 fee. Effectively, the choice to fill a specialized faculty vacancy with an international candidate may be the best for the needs of the students at UH, but will come at a budgetary cost.

16. The University of Hawaiʻi's flagship campus at Mānoa employs the vast majority of faculty on H1-B visas in the University of Hawaiʻi System. The University of Hawaiʻi, Mānoa has agreed to hire two faculty on H1-B visas subject to the $100,000 fee due to extenuating circumstances; however, moving forward, the Mānoa campus will not use institutional funds to hire any faculty subject to the $100,000 fee. As a matter of policy and budget, the flagship campus cannot afford to pay the $100,000 fee without sacrificing elsewhere and ultimately affecting its ability to provide services to students.

17. Given the highly specialized nature of many faculty positions and the limited number of eligible candidates, many universities often vie to hire a handful of eligible applicants. In such situations, the University of Hawaiʻi must compete with private universities, some of which have more expansive financial resources than does the University of Hawaiʻi, which is a public institution.

18. The fee imposed by the Policy will preclude the University of Hawaiʻi from hiring individuals outside of the United States and requiring an H-1B visa to work within the United States.

19. The University as a public institution receives state General Funds to cover faculty salaries and fringe benefits but such funds do not cover the costs of H-1B visa application.

    a. For the University of Hawaiʻi to pay the $100,000 fee would unduly restrict the number of employees that it could onboard in any given year to continue to meet academic needs, programming, and research goals.

        Nor can the University of Hawaiʻi simply increase the amount of funds for hiring without potentially depleting other necessary funding.

    b.    The fee would drastically increase the costs to the University of Hawaiʻi necessary to hire new candidates requiring a H-1B visa, reducing the overall number of new hires that it could afford.

20.    The Policy will have a significant and irreparable impact on the University of Hawaiʻi beginning in January 2026. In addition to fiscal and budgetary issues, the harm is irreparable from a reputational perspective. For every internationally ranked scholar we are unable to hire, UH's national and international reputation is diminished. The lasting impacts of the Policy will be far reaching for the University, including in the areas of research and scholarship.

21.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of January, 2026, in Honolulu, Hawaiʻi

_____
Debora Halbert
University of Hawaiʻi
Office of Academic Strategy
2444 Dole Street
Bachman Hall 204
Honolulu, HI 96822

5