Exhibit IL-1

## DECLARATION OF DR. MARIE LYNN MIRANDA

I, Dr. Marie Lynn Miranda., pursuant to 28 U.S.C. § 1746 declare that the following is true and correct:

1. I am a resident of the State of Illinois. I am over the age of 18.

2. I am the Chancellor of the University of Illinois Chicago ("UIC" or "University") and vice president, University of Illinois System ("System"). I have held that position since July 5, 2023.

3. In my role as Chancellor, I have personal knowledge of the contents of this declaration or have knowledge of the matters based on my review of information and records gathered by University personnel and could testify thereto.

4. The University of Illinois Chicago is a university within the System, which is governed by the Board of Trustees of the University of Illinois, a body corporate and politic established by the Illinois General Assembly (110 ILCS 305). The System is composed principally of its three best-in-class universities located in Urbana-Champaign (UIUC"), Chicago ("UIC"), and Springfield ("UIS").

5. I am familiar with the presidential proclamation of September 19, 2025, *Restriction on Entry of Certain Nonimmigrant Workers* (the "Proclamation"). I understand that the Proclamation requires a $100,000 payment to accompany certain new H-1B petitions filed on or after 12:01 a.m. EDT on September 21, 2025. Specifically, the fee applies to petitions for beneficiaries who are outside the United States and do not already hold a valid H-1B visa. In effect, the Proclamation imposes a substantial new cost on many future H-1B petitions, which may limit the ability of such individuals to enter the United States unless the fee is paid.

6. UIC is Chicago's largest university campus, with more than 35,000 students, 13,000 faculty and staff, and 16 academic colleges, including one of the nation's largest medical

1

schools and Chicago's first and only public law school. UIC also operates the state's major academic health enterprise, the University of Illinois Hospital & Health Sciences System ("UI Health"), along with a network of federally qualified health centers and regional health sciences campuses in Peoria, Rockford, Springfield, and Urbana-Champaign. UIC is also the City's largest and only public university that holds the distinguished R1 research status in the Carnegie Classification of Institutions of Higher Education.

7.     UIC participates in the H-1B visa program by submitting petitions for such visas to employ individuals with highly specialized knowledge, training, and skills that are not readily available in the United States' labor market. These employees fill unique knowledge gaps and often emerge as top candidates from highly competitive searches where domestic applicant pools are limited. Through the H-1B visa program, the University can attract exceptional talent from around the world to participate in scientific and medical research and development that benefits both Illinois and the United States.

8.     Currently, UIC employs a total of 296 H-1B visa holders. There are 267 H-1B visa holders employed at our Chicago campus, of whom 121 are faculty; 101 are staff members; and 45 hold clinical or patient-facing positions. UIC employs 19 H-1B visa holders at our Peoria campus of whom six are faculty, two are staff members, and 11 hold clinical or patient-facing positions. And at our Rockford campus, UIC employs six H-1B visa holders of whom six are staff, and three hold clinical or patient-facing positions. Across all campuses, 187 of our H-1B visa holders work at UIC's applied health colleges (i.e. the colleges of Medicine, Dentistry, Pharmacy, Applied Health Sciences, and/or Nursing) and/or in our hospital or clinics.

9.     In particular, the University's H-1B visa holders play a critical role in health science research, teaching, and service at UIC's College of Medicine. Recently, the University has hired 17 H-1B holders for positions in hard-to-fill research and teaching appointments in the College's

Departments of Anatomy and Cell Biology, Microbiology and Immunology, Physiology and Biophysics, and Biochemistry and Molecular Genetics. These acclaimed scientists and practitioners not only have advanced degrees in these subjects but also have acquired specific skill sets to engage in the complex and sophisticated areas of research undertaken at the various labs within the College of Medicine.

10.     Some examples of the complex scientific study of our H-1B visa holders include the medical research conducted by the College's Department of Anatomy and Cell Biology and Department of Microbiology. The College's Department of Anatomy and Cell Biology's research labs primarily focus on the development and aging of the human brain. This includes the study of neurodegenerative disease such as Alzheimer's, Parkinsons, and Huntington's and demyelinating diseases, such as Multiple Sclerosis, and their genetic, immunological or developmental origins; the biology of brain synapses; the study of human sensory synaptic mechanisms and motor systems; and the neurodevelopment, neurogenesis and plasticity of the brain, including neurodevelopmental vulnerability to drug addiction.

11.     The Department of Microbiology and Immunology's research labs concentrate on the biology, transmission and pathogenesis of viruses and bacteria, and the innate and adaptive immune systems that contribute to both health and disease. Specific areas of study include the pathogenic bacterium Staphylococcus aureus (commonly known as Staph infections) and the development of novel therapeutics designed to treat diseases caused by Staphylococcus aureus and similar pathogens, as well as researching endemic retro-viruses in mice to study new world hemorrhagic fever arenaviruses such as Junín virus (currently widespread in new world rodents in South America with potential to spread to humans via aerosolization).

12.     Additionally, H-1B visa holders provide valuable patient clinical and surgical care at UI Health's hospital and clinics. For example, UIC has hired H-1B visa holders in the

3

departments of Pediatric Surgery - providing surgical care for children and infants with complex congenital diseases; Neurosurgery - performing complex vascular and endovascular surgical procedures; and Pulmonary, treating patients identified by the University's lung cancer screening program and those with thoracic malignancies, as well as performing the highly specialized procedures of flexible and rigid bronchoscopy, therapeutic bronchoscopy, thoracoscopy, and advanced diagnostic and robotic bronchoscopy.  These accomplished doctors and surgeons also teach University medical students, residents, and fellows in their respective fields enhancing the education and clinical training offered at our University.

13.     The H-1B visas holders employed by the College of Medicine in these departments, and other several other departments across the University, provide a substantive contribution to the University's impactful medical and scientific research, clinical services, as well as invaluable instruction to our students based on their world-renown experience and expertise in their subject areas.

14.     In 2025, the University submitted 162 H-1B visa petitions, including 14 petitions that I understand would have been subject to the $100,000 fee had the Proclamation been in effect at the time. This represents approximately 11% of the total H-1B petitions submitted.

15.     UIC intends to submit H-1B petitions in 2026 and in future years to come. But for the Policy, the University reasonably anticipates that it would submit H-1B petitions at a similar rate in the coming years as it has in recent years. However, the Policy introduces significant uncertainty and potential financial burden into the hiring process, particularly as academic units begin recruitment for the next academic year.

16.    Before the Proclamation was issued, based on past hiring trends, UIC anticipated employing similar proportions of new employees requiring H-1B status following global searches for qualified candidates, but petitions for certain prospective employees who need an H-1B visa are now subject to a $100,000 fee per petition. These positions would contribute to critical functions including researching, teaching and clinical services in highly specialized subject matters that are integral to the university's mission to be a leader in learning, discovery, engagement, and economic development.

17.    By imposing a $100,000 fee on certain H-1B petitions, the Policy has complicated the University's ability to recruit outstanding international talent and its plans to employ those critical workers without adversely impacting other university programs.

18.    If the Policy remains in effect, UIC will have to choose between paying a $100,000 fee for certain prospective H-1B visa holders, hiring a less-qualified candidate, or leaving the position unfilled. Each of these outcomes would negatively affect the university's mission and operations. Paying the fee will necessarily require using funds that would have otherwise been used to support the university's educational, research, or healthcare mission. Hiring a less-qualified candidate would impact the University's ability to hire based on merit alone and would compromise academic excellence. Leaving the positions unfilled, which is a particular concern in certain disciplines that have a persistent shortage of domestic applicants, would compromise the University's ability to continue its work as a pre-eminent public research university and healthcare provider.

19.     If the Policy remains in effect, UIC's ability to attract qualified employees from around the world and conduct high-impact research, specifically in the fields of health sciences, will be compromised. Institutional risks include a decline in research capacity, fewer successful applications for funding, slower innovation, and weakened relationships with funding partners. Economic and social risks involve fewer high-skill professionals available for critical roles, which would ultimately limit Illinois' and the United States' ability to respond to pressing medical and scientific challenges.

20.     Even if the University paid the fees, doing so would require reductions in programs and services supporting UIC's faculty, students, staff, research, and teaching infrastructure and community health.

21.     The requirement to pay $100,000 to hire certain H-1B employees compromises the University's ability to hire scientists and practitioners not otherwise available in the United States. This in turn could make it easier for competitor nations to recruit highly qualified individuals away from the United States. UIC has already anecdotally observed a general increase in reluctance from international students and scholars to apply to positions at the University and elsewhere within the System.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 2nd of February, 2026, at Chicago, Illinois.


_____
 Dr. Marie Lynn Miranda