# Exhibit IL-3

**DECLARATION OF CHRISTINE MURPHY JUDSON**

I, Christine Murphy Judson, declare as follows:

1.      I am a resident of the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am the Executive Director, Talent Acquisition for the Chicago Public Schools ("CPS"). In my capacity as Executive Director, Talent Acquisition, I am responsible for guiding strategic staffing policy for over 40,000 positions. My professional background includes a Master of Arts in Teaching from Dominican University and extensive experience in federal grant management for teacher and clinical recruitment. I am the Responsible Officer for the district's J-1 visa program under the US Department of State. I oversee all visa processing and work authorization for foreign national employees in the district. I hold a Senior Professional in Human Resources certification from the Human Resources Certification Institute.

3.      I have been employed by CPS since February 2016, and I have served as Executive Director, Talent Acquisition since June 2023. Within the CPS Talent Office, I have also held positions as the Director of Talent Acquisition, Manager of Talent Acquisition, and Senior Recruiter. Before starting at CPS, I held several roles with the Academy for Urban School Leadership (November 2013 – January 2016), United Neighborhood Organization Charter Schools (June 2011 – June 2013), and Teach For America (August 2010 – August 2011).

4.      I submit this declaration in support of the Plaintiff's Motion for Summary Judgment. As Executive Director, Talent Acquisition, I have personal knowledge of the matters set forth below; with respect to the matters for which I do not have personal knowledge, I have reviewed information gathered from CPS's records by others within the organization.

1

**Background on Chicago Public Schools**

5.      CPS was established in 1837 and currently has over 600 schools with over 315,000 students. The district's school system has an operating budget of approximately $6.9 billion and employs over 44,000 employees. The district's mission is to provide a high-quality public education for every child, in every neighborhood, that prepares each for success in college, career, and civic life. We define student success by robust measures connected to daily learning experiences, creating strong support systems to meet students' diverse needs. CPS serves students from a diverse range of countries and backgrounds. 86,172 of our students are learning English as a second language.

**The Policy**

6.      I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplement fee in conjunction with any new petition for an H-1B visa (the "Policy").

7.      As described below, it is my understanding that the Policy will inflict significant harm upon CPS's efforts to provide a high-quality education to all children.

8.      On September 19, 2025, President Trump issued a Proclamation, Restriction on Entry of Certain Nonimmigrant Workers ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

9.      The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately

2

describe CPS's hiring practices. CPS does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly specialized training and advanced degrees; specifically, we use the program to hire specialized staff licensed through the Illinois State Board of Education such as Bilingual Teachers (Spanish/Mandarin), Special Education Teachers, and bilingual Speech-Language Pathologists.

10. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to CPS twice over: CPS is not a tech company, and it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

11. The Proclamation also addresses claimed "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." CPS has not and does not intend to rely on "outsourcing companies" in order to fill employment vacancies. To the best of my knowledge, CPS has never utilized an outsourcing company to recruit H-1B holders, nor have we relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency. CPS actively uses the H-1B program to hire specialized staff directly, targeting positions that are difficult to fill locally, and exercises direct oversight on the recruitment and verification process for new hires.

12. In addition, the H-1B visa program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee

3

hired through the H-1B visa program, Chicago Public Schools must complete a Labor Condition Application ("LCA") for Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA contains multiple requirements, including that the employer pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for nonproductive time," and "provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. See 20 C.F.R. §§ 655.731 & 655.732.

13. CPS operates consistently with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

### Teacher Shortage in Chicago Public Schools and Role of H-1B Workers

14. CPS faces a significant teacher shortage crisis with the most common shortages in Special Education, Science, Bilingual Education, Math and the clinical roles of School Psychology and Speech Language Pathology.

15. The 2024-2025 Illinois Educator Shortage Report found that 3,864 teaching positions were unfilled statewide as of Fall 2024, with shortages occurring in 55% of education entities in Illinois. As of December 8, 2025, CPS has 711 teacher vacancies. H-1B petitions frequently target positions that are difficult to fill locally, serving as a vital pipeline for educators. Of the 711 teacher vacancies currently facing the district, 446 are in high needs subject areas: 248 in Special Education, 50 in Bilingual Education, and 27 for Related Service Providers. The average length of time to fill these high needs vacancies is 146 days—nearly 5 months.

16. These shortages disproportionately impact disadvantaged students who are already more likely to attend schools with high vacancy rates.

4

17. The H-1B program has been an important tool to fill vacancies where hiring a domestic worker has been challenging. During the 2024-2025 school year, CPS submitted a total of 37 H-1B visa requests, and was granted 100%. CPS currently employs 82 H-1B visa holders, representing 30 different countries. While the exact number fluctuates, we actively use the program to hire specialized staff.

18. Of these H-1B visa holders, 58 are teachers or clinicians/related service providers in school-based roles, and 24 are highly skilled technical workers in the central office providing critical district-wide services. These staff members fill essential roles, including Bilingual Teachers (Spanish/Mandarin), Special Education Teachers, and bilingual Speech-Language Pathologists.

19. These roles are essential for teaching our diverse student population and meeting legal mandates for service delivery.

20. Currently, new H-1B petitions have been stalled or cancelled for applicants who are in the country due to the vagueness and uncertainties of the policy, to whom the fee applies, and whether future international travel will trigger the fee requirement. We are also not initiating new H-1B cases for at least 15 external applicants outside of the U.S. who have expressed interest. The de facto result is a suspension of potential sponsorship for more than 3 dozen new candidates who would otherwise be contributing to student success in CPS.

**Impact on Chicago Public Schools**

21. The $100,000 fee for H-1B petitions will cause irreparable harm and jeopardize programs and services that support millions of children and youths across the district.

22. If the Policy remains in place, CPS will be unable to absorb the cost, as a public school district operating on a limited budget cannot pay a $100,000 fee for a single hire - a cost

5

that exceeds the annual salary and benefits of new teachers in the district. Consequently, the fee effectively eliminates the H-1B visa program as a viable recruitment pipeline. Without this program, critical vacancies will remain open, leading to increased class sizes, reduced course offerings (e.g., specialized math, science, or world language classes), and greater reliance on temporary staff.

23. The policy also causes organizational harm by preventing the re-hiring of international teachers with U.S. teaching experience who wish to return. For years, the district has hosted cultural exchange teachers from various countries who have learned about the United States educational system. Dozens have expressed interest in coming back to Chicago to work with students after the conclusion of their home residency requirement and successful completion of a J-1 program. This fee prevents successful previous visa holders from working in our schools again with students they are familiar with, and who have strong experience in our district.

24. The loss of H-1B personnel and the inability to fill these vacancies interferes with learning and disproportionately impacts disadvantaged students. The policy disrupts the continuity of education and prevents the district from meeting legal mandates for bilingual and special education services. As extensive research has noted, learning loss at critical ages cannot be repaired later in life.

25. Impacts are being felt now: new H-1B petitions for applicants currently in the country have been stalled or cancelled due to the uncertainty of the fee. As mentioned above, we have effectively suspended sponsorship for over three dozen candidates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2026, at Chicago, Illinois.

_____
Christine Murphy Judson

7