# Exhibit MD-2

## DECLARATION OF AMY RAMIREZ

I, Amy Ramirez, declare as follows:

1. I am a resident of the State of Maryland. I am over the age of eighteen.

2. I am currently employed as Executive Director, Global Learning and International Services for the University of Maryland, Baltimore ("UMB"), a constituent institution of the University System of Maryland, the State of Maryland's public system of higher education.

3. As Executive Director of International Services for UMB, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by UMB's employees and I believe that information to be true.

4. UMB maintains business records in the ordinary course of business which include, among other things, records concerning hiring at UMB.

5. I submit this Declaration in support of the States' Motion for Summary Judgment.

## UMB and Its Hiring

6. Opened in 1807, UMB is Maryland's public health, law, and human services university, dedicated to excellence in education, research, clinical care, and service. During the current 2025–2026 academic year, UMB enrolls nearly 6,700 students in six nationally ranked professional schools—dentistry, law, medicine, nursing, pharmacy, and social work—and an interdisciplinary School of Graduate Studies. UMB offers 97 doctoral, master's, baccalaureate, and certificate programs and confers most of the professional practice doctoral degrees awarded in Maryland. UMB employs more than 8,200 full- and part-time employees who study, work, and/or conduct research at the undergraduate, graduate, postgraduate, and doctoral levels.

1

7. Each year, UMB hires approximately 1,138 new faculty and staff. UMB must continually hire new faculty and staff to support its academic offerings, research capabilities, and student programs to meet the academic and related needs of its students.

## Impact of the H-1B Policy on UMB Hiring

8. UMB relies on the H-1B visa program to fill employment vacancies. Today, UMB employs approximately 146 faculty and staff who are holders of H-1B visas, including faculty physicians that recently completed medical residency and fellowship training. UMB plans to continue to rely on the H-1B visa process to fill vacant positions for staff and faculty.

9. UMB's academic programs with the largest number of faculty who hold H-1B visas are Graduate Programs in Life Sciences. In addition, there are a significant number of H-1B visa holders working at UMB in such functions as postdoctoral fellows and physicians, contributing to UMB's education, research and patient care missions.

10. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee with any new petition for an H-1B visa (the "Policy"). The Policy will adversely impact UMB's ability to hire qualified applicants. In fact, it has already done so.

11. On September 19, 2025, President Trump issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

12. The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement,

American workers with lower-paid, lower-skilled labor." This description does not accurately describe UMB's hiring practices. UMB does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly specialized training and advanced degrees. Of the approximately 146 H-1B visa holders currently employed by UMB, 140 of those employees are faculty, post-doctoral employees, or staff holding advanced degrees.

13. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to UMB. It is not a tech company, and it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

14. The Proclamation also addresses claimed "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." UMB has not relied and does not intend to rely on "outsourcing companies" in order to fill employment vacancies. To the best of my knowledge, UMB has never relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency.

15. In addition, the H-1B Visa Program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, UMB must complete a Labor Condition Application ("LCA") for Nonimmigrant Workers (Form ETA 9035E). The LCA provides that an employer will pay the greater of the actual wage rate or the prevailing wage rate. *See* 20 CFR § 655.731(a).

16. The wage requirements governing the H-1B visa program encourages employers to identify U.S. workers to fill positions, as sponsoring H-1B visas imposes additional sponsorship costs as well as potential salary differentials for H-1B employees to meet prevailing wage requirements. Consistent with the LCA and the regulations governing the H-1B visa program, UMB does not use the H-1B Visa program to displace domestic workers, and it undertakes every required effort to employ domestic workers when it makes hiring decisions.

17. Many vacant UMB faculty or post-doctoral positions—particularly those in science, technology, engineering and mathematics ("STEM")—have highly technical and specialized requirements. For example, these positions require applicants to, among other things, possess advanced research capabilities, have teaching experience, have a track record of publications, and/or have the appropriate academic credentials. Depending on the vacancy, only a handful of applicants in the world may satisfy these requirements. The fee imposed by the Policy will further limit the pool of applicants that UMB can consider. The result will be the frustration of UMB's ability to employ the individuals necessary to support the research activities, patient care services and educational offerings it provides to its students.

18. For example, similar to institutions across the country, UMB is encountering challenges hiring radiologists in our School of Medicine. This is a field experiencing severe U.S. physician shortages where there are nearly twice as many radiology vacancies as there are available radiologists in the United States. Radiologists hired by UMB are required to have the skills necessary to educate medical students and meet urgent patient care needs. One employment offer that UMB made to a Canadian nuclear medicine specialist is on hold due to UMB's inability to pay the $100,000 H-1B visa fee. There is currently only one nuclear medicine specialist at UMB, and that specialist is approaching retirement. If UMB is unable to timely fill this position and

positions like it, it will not only negatively impact patient care; it will also compromise UMB's ability to educate future radiologists and nuclear medicine specialists. Further, radiology is a specialty on which many other specialties rely so unfilled vacancies create delays and compromise medical education and patient care in multiple arenas.

19. Given the highly specialized nature of many faculty and staff positions and the limited number of eligible candidates, many universities compete to hire from among a handful of eligible applicants. In such situations, UMB must compete with private universities, some of which have more expansive financial resources than does UMB, which is a public institution. UMB's inability to pay the $100,000 fee imposed by the Policy will further limit its ability to hire candidates for these positions.

20. For example, UMB's School of Dentistry was forced to withdraw several job offers to prospective faculty members outside the U.S. because the school is unable to afford the $100,000 fee. The School of Dentistry faces challenges filling vacancies for qualified academic dentists who serve as teaching faculty members due to labor market shortages. In turn, these unfilled vacancies compromise the School of Dentistry's ability to educate students, to ensure appropriate faculty to student teaching ratios that are critical to successful preparation of future dentists, and to serve patients that rely upon the School's dental clinics.

21. The fee imposed by the Policy will preclude UMB from hiring individuals outside of the United States and requiring an H-1B visa to work within the United States.

22. The Policy has started to have a significant and irreparable impact on UMB beginning in January 2026. Many UMB programs in the School of Graduate Students and School of Dentistry, including Genomics and Bioinformatics and Cancer Biostatistics, and many clinical departments in the School of Medicine have posted vacancies and are expecting to hire new

candidates by July, August, and September 2026. UMB requires relief from the fee imposed by the Policy to ensure that it can hire for these essential positions.

23. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5 day of February 2026, in Baltimore, Md.

*Amy B. Ramirez*

Amy Ramirez
Executive Director, Global
Learning & International Services
University of Maryland, Baltimore
620 West Lexington Street
Baltimore, MD 21201