# Exhibit MD-3

## **DECLARATION OF EMILY NIELSON**

I, Emily Nielson, declare as follows:

1.  I am a resident of the State of Maryland. I am over the age of 18 and have personal knowledge of the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.  I am the Chief Human Capital Officer for Baltimore City Public Schools, a system of public schools in Baltimore, Maryland, which is operated by the Baltimore City Board of School Commissioners (hereinafter "BCBSC" or "City Schools"). As the Chief Human Capital Officer, I lead City Schools' efforts to attract, develop, and retain high-quality staff at all levels of the system.

3.  Prior to becoming the Chief Human Capital Officer for City Schools in 2022, I served as Senior Vice President of Talent Acquisition for IDEA Public Schools, a Texas-based network of free, college preparatory public charter schools operating in four states. Previously, I served as the Chief Talent Officer for Camden City School District in New Jersey for three years. I started my career as a ninth-grade geography teacher in a small town on the Texas/Mexico border. I received my bachelor's degree and a master's degree in public policy from Harvard University.

4.  I submit this declaration in support of Plaintiffs' Motion for Summary Judgment. As Chief Human Capital Officer, I have personal knowledge of the matters set forth below; with respect to the matters for which I do not have personal knowledge, I have reviewed and familiarized myself with City Schools' records compiled by others within the school system.

5.  City Schools is responsible for providing public education to the students of Baltimore City. For the 2025-2026 school year, City Schools operates more than 159 schools and programs, which enroll more than 76,000 students, pre-kindergarten through twelfth grade, many

from urban neighborhoods of highly concentrated poverty. City Schools employs more than 10,000 employees, of whom more than 5,300 are teachers.

6. I understand that the U.S. Department of Homeland Security issued a policy requiring employers to pay a $100,000 supplement fee in conjunction with any new petition for an H-1B visa for temporary workers with experience in specialized occupations (the "Policy").

7. The Policy was promulgated after President Trump issued a Proclamation on September 19, 2025, entitled Restriction on Entry of Certain Nonimmigrant Workers ("Proclamation"), which restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000."

8. As described below, it is my understanding that the Policy will significantly harm City Schools' efforts to provide a high-quality education to all of its students.

9. Like other school systems throughout the nation, City Schools has long relied on highly qualified teachers employed through the H-1B visa program to meet chronic staffing shortages. City Schools used the H-1B visa program between 2001 and 2019, and the majority of teachers that City Schools sponsored have historically come from the Philippines. After a several-year hiatus, the Office of Human Capital relaunched its H-1B visa program in 2023, and it has recently focused on broadening recruitment efforts in Africa, South America, and elsewhere.

10. City Schools relies on the H-1B visa program to hire teachers not by preference, but out of necessity. Each year, City Schools must replace hundreds of educators due to retirements, relocations, and career changes, yet Maryland colleges and universities produce only a fraction of the teacher candidates required to meet the staffing needs of City Schools and other Maryland school systems. Although City Schools has invested in multiple pipeline initiatives,

including "grow-your-own" pathways for current employees and students, and programs supporting career changers, these efforts have not historically and do not currently generate enough qualified educators to keep pace with persistent vacancies. As a result, City Schools must recruit internationally and hire highly qualified teachers through the H-1B visa program to fill positions that would otherwise remain vacant.

11. City Schools has a strategy to build and sustain a strong, diverse, multi-faceted pipeline of educators from U.S. institutions, including graduates of Baltimore's public schools, as well as paraeducators and other staff seeking to transition into teaching roles. However, these efforts require time to develop a sufficient pool of qualified candidates. Without access to the international educators hired through the H-1B visa program, City Schools' ability to maintain adequate staffing levels will be significantly impeded.

12. Currently, City Schools sponsors 80 H-1B visa holders for the 2025-2026 school year, including 78 teachers filling positions in hard-to-staff areas like math, science, and English as a Second Language or English Language Development. These teachers are essential to City Schools' ability to provide legally required educational services to Maryland students.

13. The recruitment season to fully staff schools for the upcoming 2026-2027 school year has already begun, and it will intensify in the coming months. As part of our active and targeted recruitment strategy, City Schools intends to and has made progress toward hiring approximately 58 new educators who will need H-1B visas to teach in the school system. Under the new Policy, City Schools would be forced to pay an estimated $5.8 million to sponsor these teachers, in addition to their salaries – an amount that would vastly exceed available budgetary resources.

14. Accordingly, if the Policy remains, City Schools will be unable to afford the H-1B visa fee imposed for new H-1B petitions and will be unable to hire these highly qualified candidates.

15. Losing access to this pathway for hiring qualified teachers would create the grave risk that more Baltimore City classrooms would go unstaffed for the 2026–2027 school year. This gap in teacher recruitment and hiring would likely result in student-to-teacher ratios rising and course offerings being reduced, as well as additional burdens that would fall on the remaining teachers, and the Baltimore City students and families who depend on qualified public-school teachers would not receive the resources and attention that they deserve. For these reasons, the H-1B program provides a critical supplement to City Schools' workforce strategy and is essential to ensuring that classrooms remain staffed.

16. Thus, the $100,000 fee for new H-1B petitions will cause irreparable harm and jeopardize the educational programming and services that City Schools provides.

I solemnly affirm under the penalties of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on January 28, 2026, at Baltimore, Maryland.

*Emily Nielson* (signature)

Emily Nielson