# Exhibit MA-1

## DECLARATION OF DENISE BARTON

1. I am a resident of the Commonwealth of Massachusetts. I am over the age of eighteen. I have been an attorney since 1994 and am licensed to practice in the Commonwealth of Massachusetts.

2. I am currently employed by the University of Massachusetts in its Office of the General Counsel as its Chief Deputy General Counsel.

3. As Chief Deputy General Counsel for the University of Massachusetts I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by University of Massachusetts' employees and I believe that information to be true.

4. The University of Massachusetts maintains business records in the ordinary course of business which include, *inter alia,* records concerning international student enrollment and hiring and employment information for the University of Massachusetts.

5. I submit this Declaration in support of the States' Motion for Summary Judgment.

### The University of Massachusetts and Its Hiring

6. The University of Massachusetts is the largest public university system within the Commonwealth of Massachusetts and has approximately 73,555 students and about 26,615 full and part time employees who study, work, and/or conduct research on its five campuses at the undergraduate, graduate, postgraduate, and doctoral levels (University of Massachusetts Amherst, University of Massachusetts Boston, University of Massachusetts Chan Medical School, University of Massachusetts Dartmouth, and University of Massachusetts Lowell), as well as the University of Massachusetts Office of the President. *See* M.G.L. c. 75. Some of the

University of Massachusetts' academic programs with the largest number of staff and faculty who hold H-1B visas are Graduate Medical Education, Genetics & Cellular Medicine, Engineering (multiple disciplines), Biochemistry & Molecular Biotechnology, Molecular Medicine, Computer Science, and Mathematics & Statistics. In addition, there are many H-1B visa holders working at the University of Massachusetts in various administrative functions.

7.  In fiscal year 2025, the University of Massachusetts hired at least 2,000 new faculty and staff. The University of Massachusetts must continually hire new faculty and staff to support its academic offerings, research capabilities, and student programs to meet the academic and related needs of its over 73,000 students.

## Impact of the H-1B Policy on University Hiring

8.  The University of Massachusetts relies on the H-1B visa program to fill employment vacancies. Today, the University of Massachusetts employs approximately 340 faculty and staff who are holders of H-1B visas, importantly including medical residents. The University of Massachusetts plans to continue to rely on the H-1B visa program to fill vacant positions for staff and faculty.

9.  On September 19, 2025, President Trump issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* ("Proclamation"), that restricts the entry of certain foreign nationals seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of Department of Homeland Security memoranda and guidance requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa (the "Policy"). The Policy will adversely impact the ability of the University of Massachusetts to hire qualified

applicants because as a public institution with limited funding, the university cannot pay the $100,000 fee for new employees without considerable harm and disruption.

10. The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe the University of Massachusetts' hiring practices. The University of Massachusetts does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly-specialized training and advanced degrees; of the approximately 340 H-1B visa holders currently employed by the University of Massachusetts, over 200 of those employees are faculty, post-doctoral employees, or medical residents holding advanced degrees.

11. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to the University of Massachusetts twice over: the University of Massachusetts is not a tech company, and it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

12. In addition, the H-1B visa program already contains conditions designed to protect domestic workers which predate the Policy. For example, for every employee hired through the H-1B visa program, the University of Massachusetts must complete a Labor Condition Application ("LCA") for Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA has multiple requirements, including that the employer pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for nonproductive time," and "provide

3

working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. *See* 20 C.F.R. §§ 655.731 & 655.732.

13. The University of Massachusetts complies with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

14. Many vacant University of Massachusetts faculty or post-doctoral positions—particularly those in science, technology, engineering and mathematics ("STEM")—have highly technical and specialized requirements. For example, these positions require applicants, *inter alia,* to possess advanced research capabilities, have teaching experience, have a track record of publications, and/or have the appropriate academic credentials. Depending on the vacancy, only a handful of applicants in the world may satisfy these requirements. The fee imposed by the Policy will further limit the pool of applicants that the University of Massachusetts can consider and, in some cases, leave the University of Massachusetts with no applicants who meet the minimum qualifications of the position. The result will be the frustration of the University of Massachusetts' ability to employ the individuals necessary to support the research activities and educational offerings it provides to over 73,000 students in the Commonwealth.

15. For example, in October 2024, the University of Massachusetts Medical School sought to hire a Senior Research Scientist for Neurology. For a candidate to be considered, they needed to meet the minimum qualifications of the position, which included, *inter alia,* a Bachelor's degree in a Biological Science or the equivalent; seven years of research experience in gene modulation therapy; and expertise in procedures and instrumentation necessary to complete specific research programs. In addition to meeting these qualifications, candidates also needed to be willing to live in or commute to central Massachusetts (where the campus is located) and accept a salary lower than what they could expect to receive in the private sector for

4

comparable positions. The University of Massachusetts received 37 applications, only one of which met our minimum qualifications. That individual required H-1B sponsorship. The $100,000 fee would have made this hire unworkable or would have prevented the University of Massachusetts from hiring anyone to fill this position. Leaving the position vacant would have limited the research program and delayed data generation, research projects, and upcoming grant applications in Neurology.

16. Some teaching positions posted at University of Massachusetts require specialized professional backgrounds of which there are shortages across the United States. For some of these positions in recent years, the University of Massachusetts has received fewer than 10 qualified applications, many of which required visa sponsorship. In such scenarios, the University of Massachusetts must be able to assess and consider each application, regardless of nationality and citizenship status, in order to hire for the position and provide an effective education to students.

17. Given the highly specialized nature of many faculty and staff positions and the limited number of eligible candidates, many universities often vie to hire a handful of eligible applicants. In such situations, the University of Massachusetts must compete with private universities, some of which have more expansive financial resources than does the University of Massachusetts, which is a public institution. The University of Massachusetts' inability to pay the $100,000 fee imposed by the Policy will further limit its ability to hire candidates for these positions.

18. The fee imposed by the Policy will frustrate the ability of the University of Massachusetts from hiring individuals outside of the United States who require an H-1B visa.

19. Depending on experience and specialty, faculty at the University of Massachusetts are typically paid a median salary of less than $160,000. The fee would vastly increase the costs to the University of Massachusetts necessary to hire certain new candidates requiring a H-1B visa, reducing the overall number of new hires that it could afford.

20. The Policy will have a significant and irreparable impact on the University of Massachusetts. With certain exceptions, hiring for faculty positions is cyclical. Many departments, including Biology, Civil & Environmental Engineering, Biomedical Engineering, Mathematics, Physics, and Computer Science have posted vacancies and are required to hire new candidates over the next few months, as the new hires are expected to begin work in early September 2026 for the fall semester. The University of Massachusetts requires relief from the fee imposed by the Policy to ensure that it can hire for these essential positions.

21. The University of Massachusetts is also concerned that the H-1B visa fee will impact international students seeking to attend its programs. International students provide an important source of revenue for University of Massachusetts and help make it possible for the school to provide cost-effective tuition for in-state students and scholarships. Already, the University of Massachusetts has heard concerns from the international student population regarding the H-1B visa fee and seen decreases in applications from international students. While some students may be able to transition from a student visa to an H-1B visa without a fee, the University of Massachusetts is concerned that the H-1B visa fee will signal to international students that the United States does not welcome the international community and will further impact our international student population.

22. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of February 2026, in Westborough, Massachusetts

_____
Denise Barton
Chief Deputy General Counsel
University of Massachusetts
Office of the General Counsel
50 Washington Street
Westborough, Massachusetts 01581