# Exhibit MI-1

# DECLARATION OF ELIZABETH HERTEL

I, ELIZABETH HERTEL, declare as follows:

1. I am a resident of the State of Michigan. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Director of Michigan Department of Health and Human Services (MDHHS). MDHHS is responsible for providing services and administering programs to improve the health, safety, and prosperity of the residents of the State of Michigan. In my role as director, I oversee the entire department, including the State Hospital Administration, MDHHS Health Services (which oversees Michigan Medicaid), and human resources.

3. I make this declaration based on personal knowledge and on my review of information, consultation with MDHHS staff, and records gathered by agency staff.

## MDHHS's Role in Meeting Michigan's Health Care Needs

4. As noted above, MDHHS is responsible for providing services and administering programs to improve the health, safety, and prosperity of the residents of the State of Michigan.

5. Consistent with this mission, MDHHS operates four inpatient psychiatric hospitals. Michigan's state-operated psychiatric hospitals provide assessment, treatment, care, and services for individuals with serious mental illnesses who require a long-term inpatient stay to safely integrate back into the community. The state-operated hospitals serve a mixture of forensic and probate patients and work closely with community mental health partners throughout the state.

6. MDHHS also operates Michigan's Medicaid program, typically referred to as Michigan Medicaid. Michigan Medicaid covers more than twenty-five percent of the state's

1

population. In total, MDHHS insures approximately 2.6 million people, including over 1 million children—almost half of all of Michigan's kids—and almost half a million seniors and people with disabilities.

7. In addition, MDHHS provides public health services to promote and protect the health, wellness, and safety of all Michigan residents. MDHHS must be ready to provide timely and cost-effective responses to a variety of threats to public health, such as emerging infectious diseases, biological or chemical agents, and environmental exposure to toxic chemicals.

8. MDHHS is authorized to consult and work with the Michigan Public Health Institute (MPHI)—a statutorily established non-profit public health institute—in performing its duties and may contract with MPHI for the performance of specific functions if determined necessary by the director of the department. *See* Mich. Comp. Laws § 333.21787.

## The New H-1B Policy

9. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa (the "Policy").

10. As described below, I believe that the Policy will impact MDHHS and have significant impacts MDHHS's mission to improve the health of Michigan residents.

11. On September 19, 2025, President Trump issued a Proclamation, Restriction on Entry of Certain Nonimmigrant Workers ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

2

12. The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe MDHHS's hiring practices. MDHHS does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, employees in possession of H-1B visas have highly specialized training and advanced degrees.

13. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to MDHHS twice over: MDHHS is not a tech company, and it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

14. The Proclamation also addresses "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." MDHHS has not and does not intend to rely on "outsourcing companies" in order to fill employment vacancies. To the best of my knowledge, MDHHS has never relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency.

15. In addition, the H-1B Visa Program already contains conditions designed to protect domestic workers, which predate the Proclamation. For example, for every employee hired through the H-1B visa program, MDHHS must complete a Labor Condition Application (LCA) for Nonimmigrant Workers (Form ETA-9034 & 9035E). The LCA provides multiple requirements, including that the employer pay "at least the prevailing wage or the employer's

3

actual wage, whichever is higher, and pay for nonproductive time," and "provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other requirements. *See* 20 C.F.R. § 655.731; 20 C.F.R. § 655.732.

16. MDHHS operates consistently with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

**The Role of H-1B Workers at MDHHS and in Michigan's Healthcare System**

17. MDHHS currently employs two H-1B visa holders at its state-operated hospitals.

18. At MDHHS, H-1B visa holders are typically employed as psychiatrists or other highly specialized professionals.

19. Recruitment in MDHHS's state-operated hospitals is an ongoing challenge. Some positions are posted but sit vacant for months, or even years.

20. In addition, as there are fewer Americans pursuing medical degrees in primary care, and the portion of citizens in the applicant pool compared to international applicants is decreasing, it is more difficult to fill vacancies with domestic workers.

21. Thus, MDHHS has relied, and intended to continue to rely, on the H-1B program to fill vacancies at MDHHS's state-operated hospitals.

22. Before turning to the H-1B program to fill these vacancies, MDHHS exhausts all recruitment and hiring strategies available. In some roles, traditional recruitment of classified state employees does not result in any qualified candidates. As such, the H-1B program is utilized to fill these positions in rare circumstances.

23. Additionally, although MDHHS's public health programs do not employ H-1B visa holders as state employees, the H-1B program has been critical to MPHI in bringing in specialized expertise in laboratory science, epidemiology, and data modernization. MPHI

4

currently employs 11 H-1B visa holders who provide support to MDHHS's public health activities.

24. Statewide, more than 500 H-1B workers were employed by 165 employers throughout Michigan's healthcare system in 2025.[1] The healthcare employers that employ the most H-1B workers are located in Health Professional Shortage Areas, which are areas experiencing a shortage of primary care, dental, or mental health providers, and which are designated as such by the U.S. Health Resources and Services Administration. The number of healthcare providers available in Health Professional Shortage Areas is insufficient to meet the needs of the specific geography or population; therefore, Health Professional Shortage Areas are considered underserved areas. These areas experience a disproportionate difficulty in recruiting and retaining medical professionals for a wide variety of reasons. The H-1B workers in the Health Professional Shortage Areas of Michigan and in other areas of the state are essential to meeting the state's healthcare needs. Without the ability to utilize H-1B workers to care for Michigan's patients, these areas would be further impacted by shortages. Notably, these same areas that need the H-1B workforce are less likely to be able to afford an increase in fees for H-1B applications.

### The Impact on MDHHS and Michigan's Healthcare System

25. The Policy has placed an unnecessary financial burden on MDHHS, limiting its ability to sponsor international candidates.

26. The $100,000 fee for an H-1B petition will force MDHHS to stop sponsoring H-1B visa holders or will unduly limit MDHHS in the jobs it sponsors.

---

[1] See U.S. Citizenship and Immigration Services, *H-1B Employer Data Hub*, available at: https://www.uscis.gov/tools/reports-and-studies/h-1b-employer-data-hub (last accessed January 21, 2026).

5

27.     The $100,000 fee per H-1B petition is a significant amount that MDHHS will be unable to cover without redirecting funds from medical services or medical research programs. Because of the fee, MDHHS will not be able to hire highly specialized professionals through the H-1B program who provide essential services in this state.

28.     Beyond the impacts to MDHHS, the Policy will have widespread ramifications for Michigan's healthcare system.  The H-1B healthcare professionals practicing in Michigan fill critical gaps in the healthcare safety net for underserved citizens.  The increased fees will stifle the recruitment and retention of H-1B candidates, which will worsen existing workforce shortages.  Without H-1B workers, many healthcare systems will struggle to provide critical, timely care to Michigan's residents.  Recruiting H-1B healthcare providers is a very important tool widely used throughout Michigan's healthcare system to address staffing shortages for highly skilled workers.  With a significant fee increase, Michigan's healthcare system would not be able to afford to recruit and retain H-1B workers, and patient care will therefore suffer. Without utilizing a strong H-1B workforce, many Michigan patients will need to travel further and wait longer to access the care they need to live a healthy life.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2026, at Lansing, Michigan.

_____
Elizabeth Hertel
Director
MDHHS