# Exhibit MN-1

## **DECLARATION OF ERIC DAVIS**

1. I am a resident of the State of Minnesota. I am over the age of eighteen.

2. I am currently employed by the Minnesota State Colleges and Universities as Vice Chancellor for Human Resources.

3. As Vice Chancellor for Human Resources for the Minnesota State Colleges and Universities, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by Minnesota State Colleges and Universities' employees and I believe that information to be true.

4. I submit this Declaration in support of the States' Motion for Summary Judgment.

### **The Minnesota State Colleges and Universities**

5. The Minnesota State Colleges and Universities ("Minnesota State") is the third largest system of state colleges and universities in the United States with twenty-six colleges, seven universities, and fifty-four campuses. Minnesota State serves 270,000 students each year and employs 14,500 faculty and staff. Minnesota State provides nearly 4,000 academic programs and awards more than 34,000 degrees, certificates, and diplomas annually.

6. Minnesota State institutions must continually hire new faculty and staff to support its academic offerings and student programs to meet the academic and related needs of its over 270,000 students.

### **Impact of the H-1B Policy on Minnesota State Hiring**

7. This year, ten Minnesota State institutions collectively employ approximately 62 faculty and staff who are holders of H-1B visas. Minnesota State institutions plan to continue to rely on the H-1B visa process to fill vacant positions for staff and faculty.

8. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new

petition for an H-1B visa (the "Policy"). The Policy will adversely impact the ability of Minnesota State institutions to hire qualified applicants.

9. On September 19, 2025, President Trump issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

10. Minnesota State does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly-specialized training and advanced degrees; of the approximately 62 H-1B visa holders currently employed by Minnesota State, most of those employees are faculty.

11. Minnesota State is not a tech company, and it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

12. In addition, the H-1B visa program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, Minnesota State institutions must complete a Labor Condition Application ("LCA") for Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA contains multiple requirements, including that the employer pay to all nonimmigrant workers "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for nonproductive time," and "provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. *See* 20 C.F.R. §§ 655.731 & 655.732.

13. Minnesota State operates consistently with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

14. Many vacant Minnesota State faculty positions—particularly those in science, technology (like computer science and cybersecurity), engineering and mathematics ("STEM")—have highly technical and specialized requirements. For example, these positions require applicants, *inter alia,* to possess advanced research capabilities, have teaching experience, have a track record of publications, and/or have the appropriate academic credentials. The fee imposed by the Proclamation will limit the pool of applicants that Minnesota State can consider, particularly in emerging fields like cybersecurity. Many of these programs we offer are in high demand by our students and many employers who look to hire our students. The new $100,000 fee will hamper the Minnesota State Colleges and Universities' ability to employ the individuals necessary to support the educational offerings it provides to over 270,000 students in Minnesota.

15. Given the highly specialized nature of many faculty and staff positions and the limited number of eligible candidates, often many colleges and universities vie to hire a handful of eligible applicants. In such situations, Minnesota State must compete with private universities, some of which have more expansive financial resources than does Minnesota State, which is a system of public colleges and universities. Minnesota State Colleges and Universities' inability to pay the $100,000 fee imposed by the Proclamation will further limit its ability to hire candidates for these positions.

16. The fee imposed by the Proclamation will preclude Minnesota State from hiring individuals outside of the United States who require an H-1B visa to work within the United States.

17. If Minnesota State institutions were to pay the $100,000 fee for each worker necessarily hired to meet its academic needs, programming, and research goals, given its budgetary

restrictions, it would unduly restrict the number of employees that it could onboard in any given year. Nor can Minnesota State simply increase the amount of funds for hiring without potentially depleting other necessary funding.

18. The Proclamation will have a significant and irreparable impact on Minnesota State.

19. With certain exceptions, hiring for faculty positions is cyclical. Many academic departments at our colleges and universities post vacancies and are expecting to hire new candidates this spring. Minnesota requires relief from the fee imposed by the Proclamation immediately to ensure that it can hire for these essential positions.

20. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of January, 2026, in St. Paul, Minnesota.

Eric Davis
Vice Chancellor for Human Resources
30 E 7th Street, Suite 350
St. Paul, MN 55101