# Exhibit MN-2

## DECLARATION OF DIANE RYDRYCH

1. I am the Division Director for the Health Policy Division of the Minnesota Department of Health ("MDH"), a position I have held since 2023. I have been at MDH since the year 2000.

2. I make this declaration in my official capacity. I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff. Our work regularly relies on statistical data gathered by sources other than MDH itself, and those sources are also relied upon in MDH's analysis of effects on Minnesota.

3. I submit this Declaration in support of the States' Motion for Summary Judgment.

## The Minnesota Department of Health

4. In Minnesota, MDH is responsible for protecting, maintaining and improving the health of all Minnesotans. Among other things, our agency is responsible for ensuring that nursing homes, hospitals, and other facilities are providing quality care to Minnesotans. In that capacity, we collect data, we inspect facilities, manage the statewide trauma system, and more.

5. The Office of Rural Health and Primary Care ("ORHPC") is a unit within the Health Policy Division at MDH and is primarily responsible for promoting access to quality health care for all Minnesotans. ORHPC is focused on improving healthcare access and outcomes for rural Minnesotans by supporting providers, managing loan forgiveness programs, and fostering rural health initiatives, including recruiting providers for

1

underserved areas. It works on increasing the supply of culturally competent primary care, managing grants, and addressing rural hospital sustainability through strategic plans.

### Impact of the H-1B Policy on the State of Minnesota's Access to Healthcare

6. I am providing this declaration to explain some of the adverse impacts on Minnesota based on the Trump Administration significantly increasing the barrier to obtain H1B visas by imposition of a $100,000 supplemental fee for any new visa applicant.

7. MDH collects and analyzes data about the licensed health care workforce, which shows information about the population-to-provider ratio in regions of Minnesota. As of 2024, for every 100,000 people in metro areas, there are close to 33 family medicine physicians. In rural areas, there are only 2.5. In internal medicine, per 100,000 people, there are around 31 physicians in metro areas and 0.2 in rural areas. There are similarly striking disparities across other specialties including pediatrics, psychiatry, general surgery, obstetrics and gynecology. Almost 1 in 3 rural physicians plan to leave the workforce within the next 5 years.

8. In 2024, there were 13,700 job vacancies in Minnesota for healthcare practitioners and technical occupations according to the data reported by the Minnesota Department of Employment and Economic Development.[1]

9. According to data from a 2017 article in the Journal of the American Medical Association, which collected H1B data across all states, as of 2016, approximately 1.5% of physicians in Minnesota held H1B visas - approximately 200 physicians.[2] The H1B visa

---

[1] https://apps.deed.state.mn.us/lmi/jvs/Results.aspx
[2] https://pmc.ncbi.nlm.nih.gov/articles/PMC5815043/

2

program has grown bigger since 2016. According to ORHPC's own data, in 2019, 16.5% of physicians practicing in Minnesota were internationally trained. National data estimates that approximately 77% of those physicians were from other countries, with the rest likely to be U.S. citizens training abroad.

10. In many locations in the United States, including Minnesota, and especially in parts of Northwest Minnesota, at least half of the doctors are foreign-trained. This is according to data from the American Immigration Council.[3]

11. According to a Cicero Institute article[4], approximately 30% of Minnesota physicians are within retirement age, and by 2030, we are projected to be short 2260 physicians in the state. This is a major public health issue for Minnesota. The H1B program is one of many tools that helps Minnesota fill its need for medical care for all.

12. With nearly constant shortages in the health care workforce in Minnesota, especially in the rural areas, the impact of the H1B visa fee increase will have significant negative consequences, including health consequences, for Minnesotans.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2026, at St. Paul, Minnesota.

*Diane Rydrych*
Diane Rydrych
Health Policy Division Director
Minnesota Department of Health

---

[3] https://www.americanimmigrationcouncil.org/wp-content/uploads/2025/01/foreign-trained_doctors_are_critical_to_serving_many_us_communities.pdf
[4] https://ciceroinstitute.org/research/minnesota-physician-shortage-facts/

3