# Exhibit NV-1

## DECLARATION OF KATE KORGAN
## ACTING EXECUTIVE VICE PRESIDENT AND PROVOST, UNLV

1. I, Kate Korgan, am a resident of the State of Nevada. I am over the age of 18.

2. I am currently employed by the University of Nevada, Las Vegas (the "University"), a public institution within the Nevada System of Higher Education.

3. As Acting Executive Vice President and Provost of the University, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by University employees and I believe that information to be true.

4. I submit this Declaration in support of the States' Motion for Summary Judgment.

### The University and Its Hiring

5. Founded in 1957, UNLV is a doctoral-degree-granting institution comprised of approximately 34,000 students and more than 4,451 faculty and staff. To date, UNLV has conferred more than 186,000 degrees, producing more than 151,000 alumni around the world. UNLV is classified by the Carnegie Foundation for the Advancement of Teaching as an R1 research university with very high research activity, and is a recipient of the Carnegie Classification for Community Engagement. The University is committed to recruiting and retaining top students and faculty, educating the region's diversifying population and workforce, driving economic activity through increased research and community partnerships, and creating an academic health center for Southern Nevada that includes the launch of a new UNLV School of Medicine. UNLV is located on a 332-acre main campus and two satellite campuses in Southern Nevada.

1

6. The University's academic programs with the largest number of faculty who hold H-1B status are Geoscience, Hospitality, Engineering (multiple departments), Chemistry and Biochemistry, and Public Health, among others. In addition, there are numerous H-1B scholars working at the University in administrative functions in a number of offices, including but not limited to Athletics, the Barrick Museum, Counseling and Psychological Services (CAPS), the School of Medicine, and the Office of Information Technology (OIT).

7. Each year, the University hires approximately 500 new faculty and staff. It must continually hire new faculty and staff to support its academic offerings, research capabilities, and student programs to meet the academic and related needs of its approximately 34,000 students.

## Impact of the H-1B Policy on University Hiring

8. The University relies on the H-1B visa program to fill employment vacancies. Today, it employs approximately 75 faculty and staff who are holders of H-1B visas. The University plans to continue to rely on the H-1B visa process to fill vacant positions for staff and faculty.

9. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa (the "Policy"). The Policy will adversely impact the ability of the University to hire qualified applicants.

10. Many vacant University faculty or post-doctoral positions—particularly those in science, technology, engineering and mathematics ("STEM")—have highly technical and specialized requirements. For example, these positions require applicants to (among other things) possess advanced research capabilities, have teaching experience, have a track record of publications, and/or have the appropriate academic credentials. Depending on the vacancy, only

2

a handful of applicants in the world may satisfy these requirements. The fee imposed by the Policy will further limit the pool of applicants that the University can consider. The result will be the frustration of the University's ability to employ the individuals necessary to support the research activities and educational offerings it provides to approximately 34,000 students at UNLV.

11. Given the highly specialized and competitive nature of many positions at the University, we routinely have job openings that have very specific requirements that cannot be filled with U.S. citizens. If we are unable to hire qualified H-1B candidates, the University will be at a significant disadvantage, and it will be challenging to fulfill our mission.

12. Given the highly specialized nature of many faculty and staff positions and the limited number of eligible candidates, many universities often vie to hire a handful of eligible applicants. In such situations, the University must compete with private universities, some of which have more expansive financial resources than does the University, which is a public institution. The University's difficulty in paying the $100,000 fee imposed by the Policy will further limit its ability to hire candidates for these positions.

13. The fee imposed by the Policy will make it difficult if not impossible for the University to hire individuals outside of the United States and requiring an H-1B visa to work within the United States.

14. Funds available for hiring each Fiscal Year are limited. As a state university, in recent years we have only been able to support approximately 50% of our position needs across campus. For this reason, we make difficult decisions and prioritize positions that we most need and that most positively impact our mission to support students. When the best qualified person to fill one of these high-need, high-priority positions is international, it is very important that we are able to hire them. For the University to pay the $100,000 fee would unduly restrict the number

of employees that it could onboard in any given year and hinder our ability to successfully and strategically meet academic needs, programming, and research goals.

15. Depending on experience and specialty, faculty at the University receive a median salary, including executives and faculty in our professional schools, is approximately $100,000. The $100,000 H-1B fee would thus significantly and materially increase the cost of employing new candidates requiring a H-1B visa, reducing the overall number of new hires that the university could afford.

16. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of January, 2026, in Las Vegas, Nevada.

_____

Kate Korgan, Ph.D.
Acting Executive Vice President and Provost
University of Nevada, Las Vegas
4505 S. Maryland Parkway
Las Vegas, NV 89154