# Exhibit NJ-1

## DECLARATION OF JOHN A. PELESKO, PH.D.

I, JOHN A. PELESKO, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am a resident of New Jersey. I am over the age of eighteen.

2. I am the Provost and Executive Vice President for Academic Affairs at the New Jersey Institute for Technology ("NJIT"). I have served in this capacity since 2023. Previously, I served as the Dean of the College of Arts and Sciences at the University of Delaware. I have also held a faculty position at Georgia Institute of Technology and a post-doctoral position at California Institute of Technology.

3. As Provost, I sit at the intersection of academic strategy and financial realities. I have broad responsibility for Academic Affairs and research and provide oversight and guidance for the university's academic and research budgets. I have knowledge of both the overall financial landscape of NJIT and the specific mechanisms of indirect cost allocation and rate calculation. This knowledge is vital for me to provide effective resource management for the advancement of the university's academic mission. I am responsible for the development and management of the university's academic budget, which encompasses a significant portion of the university's overall budget including faculty salaries, academic programs, research initiatives, and academic support services like libraries and technology. I work closely with the President and other senior administrators to make critical decisions about how the university's financial resources are allocated across various colleges, departments, and units. This involves understanding diverse funding sources, including tuition revenue, state appropriations, federal and private grants, and endowment income, and a strong understanding of financial data, such as enrollment trends, research funding success rates, and cost-effectiveness of academic operations.

1

4. As Provost and Executive Vice President for Academic Affairs for NJIT, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by NJIT's employees and I believe that information to be true.

5. NJIT maintains business records in the ordinary course of business which include, *inter alia,* records concerning hiring at NJIT.

6. I submit this Declaration in support of the States' Motion for Summary Judgment.

## New Jersey Institute of Technology and Its Hiring

7. NJIT was founded in 1881 as the Newark Technical School, becoming the Newark College of Engineering in 1930. Today, NJIT has six schools and colleges: Newark College of Engineering (1930), the Hillier College of Architecture and Design (1973), the College of Science and Liberal Arts (1982), the Martin Tuchman School of Management (1988), the Albert Dorman Honors College (1993), and the Ying Wu College of Computing (2001).

8. NJIT is a polytechnic university and its designation as a Very High "R1" Research Activity doctoral institution was reaffirmed by the Carnegie Classification of Institutions of Higher Education, placing NJIT among 146 of the most elite and productive research institutions in the nation and one of three in New Jersey. As New Jersey's public, polytechnic research university, NJIT enrolls approximately 12,000 students across its six schools and colleges.

9. As an "R1" research-active university, NJIT's vision is to provide undergraduate students with a STEM focused education through research training and mentorship in order to produce the future generation of scientists and engineers. NJIT is also one of the largest producers of engineers and computer scientists in the tri-state area.

10. NJIT has over 140 labs, centers, and institutes that strive to lead in five areas of multidisciplinary research: bioscience and bioengineering, data science and management,

environment and sustainability, material science and engineering, and robotics and machine intelligence. NJIT is continuously growing its research enterprise with approximately $167 million of annual research expenditures in FY2023. NJIT aims for national and international prominence in research through new discoveries in areas ranging from medical sensors and devices to robotics, nanotechnology, and cybersecurity, to next-generation materials, among other topics of vital importance in basic, applied, and translational research.

11. NJIT's statutory mission is as a public research university, deemed to be public and essential governmental functions necessary for the welfare of the State and the people of New Jersey.

12. NJIT stands as the state's preeminent public polytechnic research university, distinguished by its strong emphasis on science, technology, engineering, and mathematics fields.

13. NJIT employs 560 researchers and 230 technicians.

14. In 2025, NJIT hired approximately 195 new faculty and staff. NJIT must continually hire new faculty and staff to support its academic offerings, research capabilities, and student programs to meet the academic and related needs of its over 12,000 students.

## Impact of the H-1B Policy on University Hiring

15. NJIT relies on the H-1B visa program to fill employment vacancies. NJIT currently employs 76 H-1B visa holders, 9 of whom started their employment in the 2025 calendar year. NJIT plans to continue to rely on the H-1B visa process to fill vacant positions for staff and faculty.

16. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new

petition for an H-1B visa (the "Policy"). The Policy will adversely impact the ability of NJIT to hire qualified applicants. In fact, it has already done so.

17. On September 19, 2025, President Trump issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

18. The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe NJIT's hiring practices. NJIT does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly-specialized training and advanced degrees; of the approximately 76 H-1B visa holders currently employed by NJIT, over 62 of those employees are faculty or post-doctoral employees.

19. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to NJIT twice over: NJIT is not a tech company, and it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

20. The Proclamation also claimed there are "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt

Organizations Act, and other illicit activities." NJIT has not and does not intend to rely on "outsourcing companies" in order to fill employment vacancies. To the best of my knowledge, NJIT has never relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency.

21. In addition, the H-1B Visa Program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, NJIT must complete a Labor Condition Application ("LCA") for Nonimmigrant Workers (Form ETA-9035 & 9035E). Under the LCA, NJIT attests to multiple wage and labor condition requirements designed to protect both H-1B workers and the U.S. labor market. Specifically, NJIT certifies that the employer will pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for nonproductive time," and "provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. *See* 20 C.F.R. §§ 655.731 & 655.732. These requirements ensure that the employment of H-1B workers does not adversely affect wages or working conditions and does not create unfair competition with U.S. employees. NJIT fully complies with these wage and labor condition requirements, demonstrating its commitment to transparency, equity, and regulatory compliance, and reinforcing that the H-1B program is used to hire qualified individuals based on merit and institutional need while safeguarding the rights, wages, and working conditions of U.S. workers.

22. Consistent with the LCA and regulations governing the H-1B visa program, NJIT does not use the H-1B Visa program to displace domestic workers and it undertakes every required effort to employ domestic workers when it makes hiring decisions.

5

23.     Many vacant NJIT faculty or post-doctoral positions—particularly those in science, technology, engineering and mathematics ("STEM")—have highly technical and specialized requirements. For example, these positions require applicants, *inter alia,* to possess advanced research capabilities, have teaching experience, have a track record of publications, and/or have the appropriate academic credentials. Depending on the vacancy, only a handful of applicants in the world may satisfy these requirements. The fee imposed by the Policy will further limit the pool of applicants that NJIT can consider. The result will be the frustration of NJIT's ability to employ the individuals necessary to support the research activities and educational offerings it provides to over 12,000 students in New Jersey.

24.     NJIT has had multiple faculty and staff hires in highly specialized fields where recruitment efforts yielded a limited pool of qualified applicants, requiring NJIT to rely on international talent. Across both faculty and staff searches, certain roles demand highly specialized expertise, advanced technical skills, or niche research backgrounds that are not widely available in the domestic labor market. In these cases, applicant pools are often small, and a significant percentage of qualified candidates are international.

25.     Given the highly specialized nature of many faculty and staff positions and the limited number of eligible candidates, many universities often vie to hire a handful of eligible applicants. In such situations, NJIT must compete with private universities, some of which have more expansive financial resources than does NJIT, which is a public institution. NJIT's inability to pay the $100,000 fee imposed by the Policy will further limit its ability to hire candidates for these positions.

26.     The fee imposed by the Policy will preclude NJIT from hiring individuals outside of the United States and requiring an H-1B visa to work within the United States.

6

27. Faculty hiring at NJIT proceeds on annual cycle with each of our six colleges presenting plans for approval in early spring of each year. At the start of each new fiscal year (the fiscal year runs July 1 - June 30), colleges are authorized to hire based upon projected available budget capacity. Across the institution the total number of new faculty hires ranges from ten to thirty positions. Depending on experience and specialty, faculty at NJIT typically have a starting salary on order of $100,000. For NJIT to pay the $100,000 fee would unduly restrict the number of new faculty that could be hired in any given year to continue to meet academic and research goals of the institution.

28. The Policy will have a significant and irreparable impact on NJIT beginning in January 2026. Many departments, including Computer Science, Data Science, Applied Engineering and Technology, Mechanical and Industrial Engineering, Mathematical Sciences, Biological Sciences, and Chemistry and Environmental Science, have posted vacancies and are expecting to hire new candidates by August 2026. NJIT requires relief from the fee imposed by the Policy to ensure that it can hire for these essential positions.

## Impact of the Policy on Student Enrollment

29. In addition to adversely impacting the ability of NJIT to hire, the Policy will also reduce the number of the international students who apply to attend NJIT and thus will adversely impact the revenues that NJIT receives from tuition each year.

30. International students are an integral part of the student population—at all levels—who attend NJIT. Currently, 7.2% of undergraduate students and 41.62% of graduate students at the NJIT are from outside the United States, as of Fall 2025.

31. Tuition and fees at NJIT—as at many public universities—are much lower for New Jersey residents (currently averaging $17,312 per year for undergraduates) than for out-of-state

7

residents (currently over $39,920 per year for undergraduates). International students must pay out-of-state tuition (with certain, limited exceptions based on New Jersey guidelines) and must show advance proof of funding sufficient for a full academic year, according to United States student visa regulations. In addition, because international students are ineligible for need-based federal aid, they are much more likely to pay full tuition than domestic students. Accordingly, the tuition and fees received from international students constitute a significant source of revenue for NJIT and ensures that NJIT can continue to provide affordable in-state tuition for New Jersey residents and scholarships to students who may otherwise lack the financial resources to attend college.

32.    Many international students attend NJIT with the expectation that they will be able to secure employment in the United States following graduation. The fee imposed by the Policy may make it more difficult for international students to remain in the United States and, regardless, will likely deter such students from seeking an education in the United States, including at NJIT.

33.    Already, NJIT is seeing impacts to the number of international students seeking admission. For the Spring 2026 semester, the deadline for First-Year and Transfer students was November 16. Last year, 28% of NJIT's applicants were international students. This year, following issuance of the Policy, only 15% of NJIT's applicants were international students. More specifically, NJIT experienced a 40.5% decrease in applications from international undergraduate students (-171). NJIT experienced an enrollment decline of 58% (-8) for international undergraduate students: 19 international undergraduate students in Spring 2025 vs. 11 international undergraduate students in Spring 2026. As a result, NJIT is preparing for an expected loss of $159,648 in undergraduate tuition and fees for the Spring 2026 semester based on these declines. NJIT also experienced a 61% decrease in applications from international graduate students (-

8

2,298). NJIT experienced an enrollment decline of 65% (-45) for international graduate students: 69 international graduate students in Spring 2025 vs. 24 international graduate students registered Spring 2026. As a result, NJIT is preparing for an expected loss of $916,515 in graduate tuition and fees for the Spring 2026 semester based on these declines. Thus, NJIT's total expected loss of tuition and mandatory fees for Spring 2026 for international undergraduate and graduate students is approximately $1,076,163.

34.  For the Fall 2026 semester, NJIT's application deadline for First-Year and Transfer Students is March 1, 2026. At the undergraduate level, NJIT has already experienced a 33% decrease in international applications and 21.7% expected decrease in admission offers as compared to Fall 2025. As a result, NJIT is preparing for an expected loss of $239,520 in undergraduate tuition and fees based on these declines. At the graduate level, NJIT has experienced a 60% decrease in international applications and 40% expected decrease in admission offers as compared to Fall 2025. As a result, NJIT is preparing for an expected loss of $1,873,764 in graduate tuition and fees based on these declines. Overall, NJIT's current total expected loss of tuition and mandatory fees for Fall 2026 based on declining international undergraduate and graduate enrollment is approximately $2,113,284.

35.  Applications for first-year regular decision applicants for the Fall 2026 semester are due on March 1, 2026 and transfer applications are due on June 1, 2026. NJIT requires relief from the Policy prior to these dates to ensure that it can continue to enroll adequate numbers of international students.

36.  The decline in the number of international students resulting from the Policy will harm NJIT by reducing the amount of tuition and fees that it receives per year, thereby adversely

impacting NJIT's budget and its ability to provide affordable in-state tuition and merit-based scholarships.

37. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this _6_ day of February, 2026, in Newark, New Jersey.

*[signature]*
John A. Pelesko, Ph.D.
Provost and Executive Vice President for
Academic Affairs at NJIT