# Exhibit NJ-2

## **DECLARATION OF ERIC GARFUNKEL**

1. I am a resident of New Jersey. I am over the age of eighteen.

2. I am currently employed by Rutgers University as the Vice President for Global Affairs.

3. As the Vice President for Global Affairs at Rutgers University, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by Rutgers University employees and I believe that information to be true.

4. Rutgers University maintains business records in the ordinary course of business which include, *inter alia,* records concerning hiring at Rutgers.

5. I submit this Declaration in support of the States' Motion for Summary Judgment.

**University Hospital's Role in Meeting New Jersey's Health Care Needs**

6. Pursuant to New Jersey Statutes Annotated Title 18A, Subchapter 9, Chapter 64G, University Hospital is an instrumentality of the State of New Jersey and is a body corporate and politic separate from Rutgers University.

7. University Hospital is the principal hospital of New Jersey Medical School (NJMS) and Rutgers School of Dental Medicine (RSDM), which are both units within Rutgers University.

8. Rutgers University hires the faculty of NJMS and RSDM and if applicable, manages the immigration sponsorship and associated compliance of the clinical faculty working at University Hospital.

**The Policy**

9. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa (the "Policy").

10. As described below, I believe that the Policy will have significant impacts on Rutgers University's ability to hire clinical faculty working at University Hospital.

11. President Trump's September 19, 2025 Proclamation "Restriction on Entry of Certain Nonimmigrant Workers" ("Proclamation") states that it is intended to address "systemic abuse of the [H-1B] program." This description does not accurately describe Rutgers University's hiring practices for clinical faculty working at University Hospital. Rutgers University does not use the H-1B program to hire "lower-paid, lower-skilled" employees as stated in the Proclamation. To the contrary, all Rutgers University clinical faculty working at University Hospital have the equivalent of a doctorate degree in the United States.

12. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to Rutgers University: Rutgers University is not a tech company, and it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

13. The Proclamation also claimed there are "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." To the best of my knowledge, Rutgers University

has never relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency.

### The Role of H-1B Workers at University Hospital

14. Rutgers University currently employs 20 clinical faculty working at University Hospital who hold H-1B status. These clinical faculty members who hold H-1B status are employed in the medicine, pathology, neurology, surgery, radiology, and pediatrics departments.

15. In addition, as there are fewer Americans pursuing Doctor of Medicine degrees (MDs) in primary care, the portion of citizens in the applicant pool compared to international applicants is decreasing, making it more difficult to fill vacancies with domestic workers.

### Impact on Rutgers University and University Hospital

16. Both Rutgers University and University Hospital are instrumentalities of the state. The Policy has placed an unnecessary financial burden on Rutgers University, limiting its ability to sponsor international candidates.

17. Since September, Rutgers University has been unable to sponsor two prospective clinical faculty members to work at University Hospital whose sponsorship would have been subject to the Policy and related fee.

18. The $100,000 fee for an H-1B petition will force Rutgers University to limit H-1B sponsorship and will negatively impact our ability to hire clinical faculty for necessary health care positions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 5, 2026, at New Brunswick, New Jersey.

*[Signature: Eric Garfunkel]*

Eric Garfunkel, Vice President for Global Affairs

Rutgers, the State University of New Jersey