# Exhibit NY-1

## DECLARATION OF CHRISTOPHER COULSTON

1. I am a resident of the State of New York. I am over the age of eighteen.

2. I am currently employed by the City University of New York ("CUNY") in its Office of the General Counsel as its University Executive Deputy General Counsel.

3. As University Executive Deputy General Counsel for CUNY, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by CUNY employees and discussions with CUNY employees, and I believe that information to be true.

4. CUNY's constituent colleges maintain business records in the ordinary course of business which include, *inter alia,* records concerning hiring at its 26 colleges and the hiring of employees on H-1B visas.

5. I submit this Declaration in support of the Plaintiff States' Motion for Summary Judgment.

## The City University of New York and Its Hiring

6. The City University of New York is the public university system of New York City and is the largest urban university system in the United States. CUNY has approximately 240,000 students and about 40,000 full and part time employees who study, work, and/or conduct research on its 26 colleges at the undergraduate, graduate, postgraduate, and doctoral levels. These colleges include the City College of New York, Baruch College, Borough of Manhattan Community College, Bronx Community College, Brooklyn College, the CUNY Graduate Center, CUNY Graduate School of Public Health and Health Policy, CUNY School of Medicine, CUNY School

of Professional Studies, Hunter College, and New York City College of Technology, among others.[1]

7.  CUNY currently employs more than 125 faculty on H-1B visas. These faculty members teach across an array of disciplines including Accountancy, Information Systems & Statistics, Marketing and International Business, Mathematics, Physics, and Chemistry. Within the CUNY System, Baruch College currently employs the most H-1B faculty members (33) while Lehman College employs the second most (19).

8.  Each year, CUNY colleges must continually hire new faculty and staff to support its academic offerings, research capabilities, and student programs to meet the academic and related needs of its over 240,000 students.

### Impact of the H-1B Policy on University Hiring

9.  Many colleges within the CUNY system rely on the H-1B visa program to fill employment vacancies, relying on this expanded pool of talent to identify qualified applicants to conduct cutting edge research and teach students. Today, CUNY employs more than 125 faculty and staff who are holders of H-1B visas. CUNY seeks to continue to rely on the H-1B visa process to fill vacant positions for staff and faculty.

10. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new

---

[1] A full list of CUNY's 26 colleges is available here: https://www.cuny.edu/about/colleges/

2

petition for an H-1B visa (the "Policy"). The Policy will adversely impact the ability of CUNY to hire qualified applicants. In fact, it has already done so.

11. On September 19, 2025, President Trump issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

12. The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe CUNY's hiring practices. To the contrary, many of our employees currently in possession of H-1B visas have highly specialized training and advanced degrees.

13. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to CUNY twice over: CUNY is not a tech company, and it does not use the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

14. In addition, the H-1B visa program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, CUNY must complete a Labor Condition Application ("LCA") for Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA contains multiple requirements, including that the employer pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for nonproductive time," and "provide working conditions for

3

nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. See 20 C.F.R. §§ 655.731 & 655.732.

15. CUNY operates consistently with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

16. Many vacant CUNY faculty or post-doctoral positions—particularly those in science, technology, engineering and mathematics ("STEM")—have highly technical and specialized requirements. For example, these positions require applicants, *inter alia,* to possess advanced research capabilities, have teaching experience, have a track record of publications, and/or have the appropriate academic credentials. Depending on the vacancy, only a small number of applicants may satisfy these requirements. The fee imposed by the Proclamation will further limit the pool of applicants that CUNY can consider. The result will be the frustration of CUNY's ability to employ the individuals necessary to support the research activities and educational offerings it provides to over 240,000 students in the State of New York.

17. Given the highly specialized nature of many faculty and staff positions and the limited number of eligible candidates, many universities often vie to hire a handful of eligible applicants. In such situations, colleges within the CUNY system must compete with private universities, some of which have more expansive financial resources than our colleges, which are public institutions. CUNY's inability to pay the $100,000 fee imposed by the Proclamation will further limit its ability to hire candidates for these positions.

18. The $100,000 fee imposed by the Policy is prohibitively expensive for colleges within the CUNY system. For CUNY to pay the $100,000 fee would unduly restrict the number of employees that it could onboard in any given year to continue to meet academic needs, programming, and research goals. Nor can CUNY increase the amount of funds for hiring without

4

potentially depleting other necessary funding. CUNY maintains annual tuition at low rates relative to other college and university systems, and passing on any additional costs to students would make CUNY less affordable and accessible. Consequently, the Policy effectively prohibits CUNY from hiring individuals outside of the United States who need an H-1B visa to work within the United States.

19. At Baruch College, administrators anticipate that some of the college's 30 open faculty roles—many of which are in STEM and business disciplines—may remain unfilled because the College is unable to hire talent on an H-1B visa. Losing access to this talent pool would negatively impact Baruch's academic output: Between Fall 2024 and Fall 2025, 49 faculty members who had at one point received H-1B visas produced more than 68 peer-reviewed articles, two books, and 12 book chapters.

20. Lehman College also anticipates that it will have difficulty filling roles in STEM-related areas including Speech and Hearing Sciences, Chemistry, Physics, and other similar disciplines. Lehman's Department of Speech and Hearing Sciences is uniquely burdened by the Policy: The Department must hire a specific number of faculty with certain terminal degrees to meet the credentialing standards of the American Speech-Language-Hearing Association. These degree requirements often result in a limited pool of qualified candidates who are citizens and permanent residents. Historically, Lehman has been able to expand this pool by considering talent that could be sponsored on an H-1B visa, but because of the Policy Lehman may now face the difficult financial decision of paying a $100,000 fee to avoid jeopardizing the accreditation of a critical program.

21. Collectively, CUNY's inability to fill highly specialized roles ultimately impacts students, endangering the system's ability to offer robust course offerings, lower student-to-faculty

ratios, and smaller classes. By making it harder to hire and recruit faculty, the Policy makes it harder for CUNY students to enroll in the courses they need to graduate and succeed in them when they do.

22. The Policy will have a significant and irreparable impact on CUNY beginning in January 2026. With certain exceptions, hiring for faculty positions is cyclical. Many departments, including Physics, Astrophysics, Mathematics, AI Computing, Neuroscience, Photonics, and others, have posted vacancies and are expecting to hire new candidates by the beginning of the Fall 2026 Semester. CUNY requires relief from the fee imposed by the Proclamation to ensure that it can hire for these essential positions.

23. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of February, 2026, in New York, New York

*[signature]*
Christopher Coulston