# Exhibit NY-2

## DECLARATION OF ANNE BINK

1. I am a resident of the State of New York. I am over the age of eighteen.

2. I am currently employed by the State University of New York ("SUNY") at its System Administration location as its Senior Vice Chancellor for Operations and Management & Chief Operating Officer.

3. As Senior Vice Chancellor for Operations and Management & Chief Operating Officer for SUNY, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by SUNY employees and I believe that information to be true.

4. SUNY maintains business records in the ordinary course of business which include, *inter alia,* records concerning hiring at its System Administration and 29 State-operated campuses. For purposes of SUNY's hiring, employment, and workforce matters addressed in this Declaration, my references to "SUNY" mean SUNY System Administration and SUNY's 29 state-operated campuses, unless I state otherwise.

5. I submit this Declaration in support of the States' Motion for Summary Judgment.

### The State University of New York

6. The State University of New York is New York's public university system and the largest comprehensive university system in the United States. SUNY's system includes 64 campuses comprised of 29-State-Operated campuses, five statutory colleges and 30 community colleges. The SUNY State-Operated campuses include one law school, 20 university and technology colleges, 30 community colleges, and four academic medical centers, three of which integrate its medical school with a SUNY-operated university hospital. SUNY serves nearly 1.3 million students in more than 7,500-degree, certificate, & continuing education programs

1

throughout New York State and employs approximately 87,956 full and part time employees who teach, work, and/or conduct research at its campuses at the undergraduate, graduate, postgraduate, and doctoral levels.

7. SUNY is committed to offering educational services of the highest quality through a geographically distributed comprehensive system of campuses dedicated to serving both traditional and non-traditional students and addressing local, regional, and state needs. SUNY executes this mission by bringing educational opportunity within commuting distance of nearly all New Yorkers and by operating several public hospitals, including Upstate University Hospital, Stony Brook University Hospital, and University Hospital at Downstate.

8. Across SUNY's 64 colleges, universities, and medical centers, our system is committed to serving New York state's diverse populations in its rural, suburban, and urban regions.

9. SUNY's student population is also diverse. In Fall 2025, 48.0% of SUNY students identify as White, 17.3% identify as Hispanic/Latino, 11.1% as Black or African American, 8.8% as Asian, and 5.3% as International. SUNY awarded 81,777 degrees in the 2023–2024 academic year and 84,313 degrees awarded in 2024–2025 (as of December 15, 2025).

10. SUNY hospitals have the distinction of being the leading providers of medical care in the regions they serve. Located in Syracuse, Upstate University Hospital is the only Level-1 Trauma Center in Central New York and operates New York state's designated Stroke, Burn, AIDS, and Poison Centers. Stony Brook University Hospital serves as Suffolk County's only tertiary care and Regional Trauma Center and operates the state-designated AIDS, Comprehensive Psychiatric Emergency Program, and Burn Centers in the region. Downstate Health Sciences University is the only academic medical center in Brooklyn and is a leader in health equity and research. All three

of these hospitals are also home to medical, nursing, and health professions schools, playing an integral role in developing New York state's next generation of doctors, nurses, scientists, and public health leaders.

### The Role of H-1B Workers at SUNY

11. SUNY's ability to recruit and hire qualified talent to work in all regions of our state directly influences SUNY's ability to serve the nearly 1.3 million students and provide medical care to countless patients. Each year, SUNY hires approximately 12,000 new faculty and staff.

12. H-1B visas have helped SUNY to recruit and retain qualified employees to fulfill its mission and address the educational and medical needs of New York. At present, SUNY employs 693 individuals in H-1B status. The employees are primarily faculty members (396), health sciences and clinical faculty (110), and medical residents (90).

13. SUNY relies on talent with H-1B visas to serve rural and suburban regions of the state. A total of 156 H-1B employees work at Stony Brook University with the second- and third-highest totals working at Upstate Medical University (116) and University at Buffalo (89), respectively.

14. It is notable that many H-1B employees work in healthcare roles in upstate New York. At Upstate Medical University in Syracuse, 61 H1-B visa holders are clinical and health science faculty and 48 are medical residents. At the University at Buffalo, 19 of the university's 89 H1-B visa holders are clinical and health science faculty. Healthcare workforce shortages persist throughout New York and SUNY faces these shortages most acutely in the upstate region. Recruiting and hiring U.S. citizen or permanent resident medical professionals to work in these regions has been challenging. As a result, SUNY has had to rely extensively on expensive contract nurses and locum tenens physicians to maintain patient care coverage.

3

15. For example, based on information provided to me by SUNY Upstate Medical University ("Upstate") personnel involved in physician and faculty recruitment, Upstate experiences significant difficulty recruiting physician and faculty talent due to national workforce shortages, strong market competition, and Upstate's geographic location. Upstate's designation as a Level I Trauma Center requires coverage by subspecialty physicians, and Upstate has seen a shrinking candidate pool for these roles. Upstate uses recruitment firms, specialty journals, and professional networking to recruit candidates, and the candidate pool for both clinical and research positions, which includes foreign nationals. Upstate also relies on candidates requiring H-1B sponsorship to fill certain medical residency positions, which are filled through the national residency match process.

16. In SUNY's experience, recruiting for certain physician roles—particularly in primary care and other hard-to-fill specialties—has become more difficult as the domestic applicant pool has narrowed. Access to qualified international candidates through H-1B sponsorship helps SUNY address these shortages.

17. SUNY's academic institutions also rely on the H-1B program to fill employment vacancies in specialized fields, allowing it to hire qualified candidates to conduct cutting edge research and teach its students. Indeed, many of SUNY's state-operated campuses employ faculty and staff in H-1B status.

18. At both its hospitals and academic institutions, SUNY expects to continue relying on the H-1B process to fill vacant positions for staff and faculty that would otherwise remain vacant. For example, Stony Brook hospital recently hired 12 Clinical Lab Technologists from the Philippines after unsuccessful efforts to fill these positions locally.

4

## Impact of the H-1B Policy on SUNY Hiring

19. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with certain new H-1B petitions that require consular visa issuance and entry under the Policy, including petitions filed for beneficiaries outside the United States (and certain petitions requesting consular notification) (the "Policy"). The Policy will adversely impact the ability of SUNY to hire qualified applicants.

20. On September 19, 2025, President Trump issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

21. The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe SUNY's hiring practices. SUNY does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, many SUNY employees currently in H-1B status have specialized training and advanced degrees; SUNY's 396 faculty H-1B employees are faculty, post-doctoral employees, or graduate students holding advanced degrees.

22. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to SUNY twice over: SUNY is not a tech company, and

it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

23. In addition, the H-1B visa program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, the [University] must complete a Labor Condition Application ("LCA") for Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA contains multiple requirements, including that the employer pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for nonproductive time," and "provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. See 20 C.F.R. §§ 655.731 & 655.732.

24. SUNY operates consistently with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

25. Many vacant SUNY faculty and post-doctoral positions—particularly those in science, technology, engineering and mathematics ("STEM")—have highly technical and specialized requirements. For example, these positions require applicants, *inter alia,* to possess advanced research capabilities, have teaching experience, have a track record of publications, and/or have the appropriate academic credentials. Depending on the vacancy, only a handful of applicants in the world may satisfy these requirements. The fee imposed by the Policy will further limit the pool of applicants that SUNY can consider. The same is true of many clinical faculty and medical positions. The result will be the frustration of SUNY's ability to employ the individuals necessary to support the research activities and educational offerings it provides to its nearly 1.3 million students in the State of New York.

26. Given the highly specialized nature of many faculty, staff, and medical positions and the limited number of eligible domestic candidates, many universities and hospitals often compete for a small number of eligible applicants. SUNY must compete with private hospitals and universities, some of which have far greater financial resources. SUNY's inability to pay the $100,000 supplemental fee will further limit its ability to hire candidates for these positions.

27. The $100,000 supplemental fee imposed by the Policy is prohibitively expensive for public institutions such as SUNY. It would materially restrict the number of employees that it could onboard in any given year to continue to meet academic, clinical, programming, research, and operational needs. SUNY cannot increase hiring funds to cover this fee without diverting funds from other necessary purposes. As a result, the Policy effectively prevents SUNY from hiring otherwise qualified candidates who require H-1B sponsorship.

28. With a limited talent pool, hospitals within the SUNY system will be less able to address healthcare workforce shortages throughout New York, particularly in the state's rural and suburban areas. In this way, the Policy will impact the provision of healthcare by reducing staffing, increasing workloads for existing staff, and limiting SUNY's ability to serve underserved communities, and increase patient wait times.

29. The Policy will also impact SUNY's ability to serve students. A shortage of faculty members, particular in the sciences, will increase class sizes and the student-to-faculty ratio and ultimately result in the limitation of SUNY's robust and flexible course offerings. This jeopardizes SUNY's mission to offer a high-quality education to New York's diverse student population.

30. The Policy will have a significant and irreparable harm on SUNY beginning in January 2026. With certain exceptions, hiring for faculty positions is cyclical based on the academic year. Many departments, including Neurology, Pediatrics, Genetics, Psychology,

Cardiology, Infectious Disease, have posted vacancies and are expecting to hire new candidates in time for the Fall 2026 semester. Thus, SUNY requires relief from the fee imposed by the Policy to ensure that it can hire for these essential positions.

### Impact of the Policy on Student Enrollment

31. In addition to impairing SUNY's ability to hire, the Policy will likely reduce the number of international students who apply to SUNY and will adversely affect tuition revenue.

32. International students are an integral part of SUNY's student body. SUNY enrolls nearly 18,000 international students per year from approximately 180 nations.

33. Tuition and fees at SUNY are lower for New York residents than for non-residents. For example, for 2025–2026 baccalaureate programs at SUNY state-operated campuses, tuition is approximately $7,070 per year for New York residents and approximately $17,730 per year for non-residents, plus mandatory fees. International students generally pay non-resident rates and must show proof of sufficient funding for at least one academic year under federal student visa requirements. Because international students are ineligible for need-based federal aid, they are more likely to pay full tuition. As a result, tuition and fees from international students are a meaningful revenue source that supports SUNY's operations, and helps SUNY to continue to provide affordable in-state tuition for New York residents and scholarships to students who may otherwise lack the financial resources to attend college.

34. Many international students attend SUNY in part based on the expectation that they will have a realistic opportunity to work in the United States after graduation, including through employment-based sponsorship. The Policy imposes a $100,000 cost in connection with certain new H-1B cases that require visa issuance and entry, including cases processed through consular notification. That cost and the uncertainty surrounding post-graduation sponsorship will deter

some prospective international students from seeking an education in the United States, including at SUNY.

35. Applications for first-year international applicants are ongoing, and admissions decisions are made on a rolling basis at many SUNY campuses. SUNY requires relief from the Policy to avoid immediate harm to international student enrollment.

36. A decline in international student enrollment resulting from the Policy and the Policy will harm SUNY by reducing the amount of tuition and fees that it receives each year, thereby adversely impacting SUNY's budget and its ability to provide affordable in-state tuition and scholarships.

37. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of February 2026, in Albany, New York.

*/s/ Anne Bink*
ANNE BINK