# Exhibit NY-3

## DECLARATION OF DR. SEWIT TECKIE

I, Dr. Sewit Teckie, declare as follows:

1. I am the Vice President, Clinical Operations at New York City Health and Hospitals Corporation ("NYC H+H"), a position that I have held since November 2025. NYC H+H is a public benefit corporation that operates eleven acute care hospitals, five long-term care facilities, four skilled nursing facilities, six large diagnostic and treatment centers, and about 30 community clinics. Each year, NYC H+H provides essential inpatient, outpatient, and home-based services to over one million New Yorkers. We are the largest municipal health care system in the United States, and we care for individuals without regard to ability to pay.

2. Before joining NYC H+H as System Chief of Radiation Oncology in February 2022, I was an Attending Physician Member at Northwell Health Physician Partners and the Director of Head and Neck Radiation Oncology at Lenox Hill Hospital, a facility consistently recognized nationally for excellence in its cancer care and other specialty areas.

3. I am also a practicing radiation oncologist, a Clinical Associate Professor of Radiation Oncology at NYU Grossman School of Medicine, and have been a member of the Editorial Board of the International Journal of Radiation Oncology, Biology & Physics and ASTROnews. I am a graduate of Harvard College, cum laude, and Harvard Medical School, and a member of numerous scientific and medical societies. I completed my residency in radiation oncology at the Memorial Sloan-Kettering Cancer Center where I was also selected Chief Resident. I also hold an executive MBA with highest honors from Columbia University.

4. I am familiar with the matters set forth herein, either from professional knowledge, conversations with NYC H+H staff, or on the basis of documents that have been provided and reviewed by me.

**NYC H+H's Role in Meeting New York's Health Care Needs**

5.      NYC H+H is a public health care system funded by insurance payments and direct government support. The system receives federal funds in the form of Medicaid and Medicare payments, disproportionate share payments and various federally funded grants. Some of the System's funds are provided by New York State, and other funds are provided by New York City.

6.      NYC H+H is New York City's municipal hospital system and the largest municipal health care system in the United States. Our dedicated, culturally competent workforce of 42,000-plus health care workers protects and promotes the health and well-being of 8.5 million New York City residents across all five boroughs. In its role as the public health care safety net, NYC H+H's mission is to deliver the best care for all patients, regardless of ability to pay.

7.      NYC H+H serves the communities most in need of medical care. Many of its hospitals are located in a Health Professional Shortage Area or Medically Underserved Area as designated by the U.S. Department of Health and Human Services, which are areas that lack sufficient health professionals to meet the needs of the population.

**The Role of H-1B Workers in NYC H+H's Medical Residency Programs**

8.      NYC H+H currently relies heavily on the H-1B Visa program to fill each year's incoming class of medical residents who are engaged in graduate medical education residency programs, critical professional training programs, and who also fill crucial staffing needs at its hospitals ("Medical Residency Programs"). As of May 2025, NYC H+H operates over 349 accredited residency programs of varying sizes independently and through academic affiliate

institutions. Every July, a new class of medical residents enter Medical Residency Programs, which generally last for three to five years (sometimes more, for residents pursuing medical careers in certain specialties). During their time in Medical Residency Programs, medical residents receive training and education and may be involved in all aspects of patient care, including inpatient, critical care, emergency department, and outpatient care, under the supervision of an attending physician. After completing a Medical Residency Program, many of the medical residents are then hired by NYC H+H affiliates and continue to work at NYC H+H's hospitals as physicians. Thus, H-1B Visas allow NYC H+H to staff its Medical Residency Programs each year, and to create a pipeline of physicians who will be available to staff its hospitals after completing their Medical Residency Programs and becoming licensed doctors.

9. In 2024, NYC H+H submitted 91 H-1B Visa petitions for its incoming medical residents across its hospitals. In 2025, this number was even larger, totaling 122.

10. The United States is already seeing a shortage of physicians. This shortage disproportionately affects the population NYC H+H serves.

11. Thus, NYC H+H relies on the H-1B program to allow it to fill the Medical Residency Programs at its hospitals.

**The Policy**

12. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B Visa (the "Policy").

13. As described below, I believe that the Policy will have significant impacts on NYC H+H and its mission to deliver the best care for all patients, regardless of ability to pay.

14. On September 19, 2025, President Trump issued a Proclamation, Restriction on Entry of Certain Nonimmigrant Workers ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B Visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

15. The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe how NYC H+H uses the H-1B Visa Program. All of the medical residents who are currently in possession of an H-1B Visa have attained a medical degree or the equivalent. In fact, the U.S. does not educate enough American citizens to meet the healthcare needs of the American population. Therefore, we and other hospital systems must often look to international medical degree holders to meet the demand for medical professionals in the U.S.

16. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to NYC H+H twice over: NYC H+H is not a tech company, and it does not and has not used the H-1B Visa program to lay off domestic workers or replace domestic workers with international employees.

17. The Proclamation also addresses "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." NYC H+H has not and does not intend to rely on "outsourcing companies" in order to fill its medical residency programs. To the best of

4

my knowledge, NYC H+H has never relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency.

18.     NYC H+H does not use the H-1B Visa program to displace domestic workers; instead, it uses the H-1B Visa program to fill vacancies in its Medical Residency Program that it cannot fill through domestic workers alone.

## Impact on NYC H+H

19.     NYC H+H is a public benefit corporation. The Policy places an unnecessary, and unsustainable, financial burden on NYC H+H, limiting the ability to sponsor international medical graduates to join its medical residency programs.

20.     Assuming NYC H+H submitted a similar number of H-1B petitions this year as it did last year, the new fee would result in the need for NYC H+H to pay millions of dollars in additional fees. This is a significant amount that NYC H+H would be unable to cover each year without putting into jeopardy its ability to provide medical care to vulnerable populations who are unable to pay for medical services.

21.     The effects of the Policy are already being felt. NYC H+H made the decision that it could not pay such an exorbitant fee and will not sponsor any individuals for H-1B Visas that are subject to that fee, making it difficult to fill its Medical Residency Programs, and ultimately putting in peril the training-to-physician pipeline it counts on for physicians to staff its hospitals.[1]

22.     Thus, not only will this affect NYC H+H's ability to fill its Medical Residency Programs in the short-term, but it will have devastating effects on the ability for NYC H+H's affiliates to fill the physician positions in NYC H+H's hospitals.

---

[1] While the majority of H-1B Visas benefitting international medical graduates for an incoming resident class will be subject to the $100,000 fee, a relatively small number of H-1B petitions are for change of status, extension, or amendment and therefore not subject to the fee.

5

23. The Policy's disruption to the training pipeline and NYC H+H's affiliates' ability to staff hospitals can be expected to lead to reduced staffing, increased hours for existing staff, and a diminished capacity for NYC H+H to continue to serve underserved communities.

24. The Policy will thus hamper NYC H+H's ability to fulfill its mission of providing medical care to all individuals, without regard to ability to pay.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2026, at New York City, New York.

_____
Dr. Sewit Teckie

6