Exhibit NC-2

## DECLARATION OF ERIC L. CUNNINGHAM

I, Dr. Eric L. Cunningham, declare as follows:

1.      I am a resident of North Carolina. I am over the age of 18 and have personal knowledge of all the facts stated herein, except as to those matters stated upon information and belief. If called as a witness, I could and would testify competently to the matters set forth below. I have served as the Superintendent of Halifax County Schools since 2016 and, prior to that, I served as Associate Superintendent of Nash County Public Schools for four years and Assistant Superintendent of Caroline County Schools (Virginia) for four years.

2.      In my capacity as Superintendent of Halifax County Schools, I am responsible for the overall leadership, administration, and supervision of district operations, including instructional programming, staffing, school performance, and ensuring compliance with federal and state education laws and requirements.

3.      I have dedicated my career to supporting and improving outcomes for children, schools, and the communities in which students live. I believe in leading by example while providing guidance, motivation, and support to advance educational excellence for all students served by Halifax County Schools.

4.      I submit this declaration in support of Plaintiffs' Motion for Summary Judgment. As Superintendent, I have personal knowledge of the matters set forth below; with respect to the matters for which I do not have personal knowledge, I have reviewed information gathered from Halifax County Schools records compiled by others within the organization.

1

**Halifax County Schools Background**

5.     Halifax County Schools is a county school district located in North Carolina. Halifax County Schools is governed by the Halifax County Board of Education, which is composed of individuals elected by the eligible residents of the jurisdiction served by the LEA. *See* N.C. Gen. Stat. § 115C-37. The Halifax County Board of Education has "general control and supervision of all matters pertaining to the public schools" in Halifax County and is responsible for enforcing relevant laws applicable to the district. *See* N.C. Gen. Stat. § 115C-36. The specific responsibilities of the board include hiring teachers and other public school personnel within Halifax County Schools and ensuring compliance with all federal and state employment laws.

6.     Halifax County Schools is a rural district that has eleven school sites and serves more than 2,000 students.  The district covers more than 750 square miles. Halifax County Schools is committed to providing every student with access to a sound, basic education, in alignment with the three tenets of the *Leandro* mandate:

        a.   hiring highly qualified principals,

        b.   hiring highly qualified teachers, and

        c.   ensuring teachers have adequate resources to be successful.

**The Policy**

7.     I understand that earlier this year the United States Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplement fee in conjunction with certain new petitions for an H-1B visa (the "Policy").

8.     As described below, the Policy will inflict significant harm upon North Carolina's efforts to provide a high-quality education to all children. The North Carolina State Constitution provides that the people of our State "have a right to the privilege of education, and it is the duty of the State to guard and maintain that right." N.C. Const. art. I, sec. 15. The North Carolina Supreme Court has interpreted this provision to guarantee the right to every North Carolinian of a "sound basic education." *Leandro v. State*, 346, N.C. 336, 345, 488 S.E.2d 249 (1997).

9.     On September 19, 2025, United States President Donald Trump issued a Proclamation, Restriction on Entry of Certain Nonimmigrant Workers ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

**Teacher Shortage in Halifax County Schools and Role of H-1B Workers**

10.     Meeting the requirement to hire "highly qualified" teachers has presented ongoing challenges for our district. As a rural school system, Halifax County often experiences a limited pool of applicants who meet state licensure and qualification requirements, particularly in high-need and tested subject areas.

11.     To address these challenges, Halifax County Schools petitioned and received authorization from the State Board of Education to operate eight of our eleven schools with the same flexibility and statutory exemptions afforded to charter schools in North Carolina. *See* N.C. Gen. Stat. § 115C-105.37B. This flexibility allows us to hire teachers who may not initially meet

3

the "highly qualified" designation, but who are employed with a clear pathway and support to work toward meeting those requirements.

12.    When teacher vacancies arise, Halifax County Schools advertises positions in multiple venues for several weeks before considering the recruitment of international teachers. In every instance where an American applicant has applied and either met the required qualifications or was eligible to obtain them within the required timeframe, that individual has been hired. Despite these efforts, our rural location often limits our ability to attract enough qualified American applicants to meet staffing needs.

13.    Currently, Halifax County Schools employs 75 teachers under the H-1B visa program. Of those, 53 were hired from 2023 to the present; 22 were hired prior to 2023 and remain employed. Of these, 96 percent are teaching in tested subject areas and have demonstrated strong instructional effectiveness, with students under their purview having "Met Expected Growth" or "Exceeded Expected Growth" for one or more years across the past three academic tracking years. *See* N.C. Gen. Stat. § 115C-83.15. These data confirm that these teachers are value-added educators who positively impact student achievement and meet the intent of the "highly qualified" standard.

14.    It is important to note that, when possible, hiring American teachers is preferable for Halifax County Schools. American teachers often share cultural, linguistic, and community connections that may enhance student relatability and engagement. However, in the absence of qualified national applicants, the employment of H-1B visa holders as teachers has been essential in ensuring that classrooms are staffed with effective, high-quality educators who support student learning and academic growth. Halifax County Schools remains committed to prioritizing

American hires whenever feasible while continuing to fulfill its legal and moral obligation to provide all students with highly effective teachers.

15.    Halifax County Schools faces a significant teacher shortage due to its location in a very rural district in northeastern North Carolina. It continues to experience significant and persistent teacher shortages that directly impact our ability to provide a high-quality education for all students. Due to the limited local labor pool and ongoing challenges in recruiting licensed educators to rural communities, the district has relied heavily on H-1B teachers to meet critical instructional needs. From January 2023 through current year, Halifax County Schools hired 53 H-1B teachers, of which 52 have had visas approved and one remains pending. These educators serve in high-need classrooms across the district, including elementary (K–5), middle and high school mathematics, English Language Arts, Exceptional Children's programs, and essential elective areas such as Career and Technical Education, Music, Art, and Spanish. The need for Spanish-speaking educators is particularly vital, as the district operates one dual language school, the Aurelian Springs Institute of Global Learning, where Spanish is taught at every grade level, and ensures at least one Spanish teacher is assigned to each of the 11 schools. The continued use of H-1B teachers is essential to maintaining instructional continuity, meeting state and federal requirements, and supporting the academic success of students in this rural community.

**Substantial and Irreparable Harm**

16.    The $100,000 fee for certain new H-1B petitions will cause irreparable harm and jeopardize programs and services that support millions of children and youths across the State.

5

17.     If the Policy remains in place, Halifax County Schools will not be able to pay these fees, some positions will go unfilled, some course offerings will be cut, substitute coverage will increase, class sizes will grow, personnel will be lost, and the district will need to reduce training and other efforts to strengthen teacher effectiveness. This will violate the *Leandro* tenet of having a highly qualified teacher for each class.

18.     In addition, Halifax County Schools would not have been able to meet the requirement to provide a free appropriate education to students with disabilities without the H-1B visa program as it would have been more difficult, if not impossible to fill positions working with Exceptional Children with qualified teachers. We currently have eight H-1B visa holders serving as Exceptional Children teachers across our district and anticipate continuing to rely on them to fill these critical positions. The inability to do so would risk the loss of hundreds of thousands of dollars in federal funding in our district alone.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2026, at Halifax, North Carolina

_Eric L. Cunla_
_____
Dr. Eric L. Cunningham, Superintendent

6