# Exhibit OR-1

## DECLARATION OF ROY HAGGERTY

1. I, Dr. Roy Haggerty, am a resident of the State of Oregon and over the age of eighteen.

2. I am currently employed by Oregon State University ("OSU") as Provost and Executive Vice President, where I serve as the university's chief academic and operating officer and senior international officer.

3. As Provost and Executive Vice President for OSU, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by OSU's employees and I believe that information to be true.

4. OSU maintains business records in the ordinary course of business, which include records concerning hiring at OSU.

5. I submit this Declaration in support of the States' Motion for Summary Judgment.

### Oregon State University and Its Hiring

6. OSU is a public research university within the State of Oregon and has approximately 36,000 students and about 17,000 full and part time employees who study, work, and/or conduct research on its two campuses and at other research and outreach locations across Oregon. Faculty teach students at the undergraduate, graduate, postgraduate, and doctoral levels. OSU sponsors H-1B visas for faculty working mainly in the Colleges of: Engineering, Agricultural Sciences, Science, Veterinary Medicine, and Earth, Ocean and Atmospheric Sciences. In addition, there are a significant number of H-1B visa holders working at OSU in student support and administrative functions.

7.  In 2025 alone, OSU hired approximately 1,600 new faculty and staff. The university must continually hire new faculty and staff to support its academic offerings, research capabilities, and student programs to meet the academic and related needs of its students.

## Impact of the H-1B Policy on University Hiring

8.  OSU relies on the H-1B visa program to fill some employment vacancies. As of today, OSU sponsors approximately 161 employees on H-1B visas. OSU plans to continue to rely on the H-1B visa process to fill vacant positions for staff and faculty for reasons more fully explained below.

9.  I understand that last year the Department of Homeland Security issued a policy restricting the entry of new H-1B specialty occupation workers unless employers pay a $100,000 supplemental fee in conjunction with applicable new petitions for an H-1B visa (the "Policy"). The Policy will adversely impact the ability of OSU to hire qualified applicants. In fact, it has already done so.

10. On September 19, 2025, President Trump issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

11. The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe OSU's hiring practices. OSU does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, many of our employees currently in

possession of H-1B visas have highly specialized training and advanced degrees; of the approximately 160 H-1B visa holders currently employed by OSU, 127 of those employees hold advanced degrees. Under federal law, OSU is required to pay H-1B visa holders the regional prevailing wage or the actual wage, whichever is higher. There is also no financial advantage to hiring a specialty occupation worker on H-1B visas in a second respect: before the Policy, hiring units typically spent between $3,000 and $25,000 to sponsor and retain these non-domestic employees.

12. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to OSU. OSU is not a tech company, and it does not, and has not, used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

13. The Proclamation also addresses claimed "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." OSU has only hired H-1B visa holders directly without any intermediary. OSU has never relied on "H-1B reliant outsourcing companies" to fill employment vacancies and does not plan to do so in the future. To the best of my knowledge, OSU has never relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency.

14. Many vacant faculty or post-doctoral positions—particularly those in science, technology, engineering and mathematics ("STEM")—have highly technical and specialized requirements. For example, these positions require applicants to possess advanced research

capabilities, have teaching experience, have a track record of publications, and/or have the appropriate academic credentials. Depending on the vacancy, only a handful of applicants in the world may satisfy these requirements. The fee imposed by the Proclamation will further limit the pool of applicants that OSU can hire for the specialized role. The result will be the frustration of OSU's ability to employ the individuals necessary to support the research activities and educational offerings it provides to students in the State.

15. For example, filling highly specialized veterinary faculty positions is difficult; searches often yield only one or two qualified applicants and can take more than two years. These roles require board certification, which involves a 3–4-year residency and a national exam, limiting the pool of eligible candidates and increasing demand. Private-sector compensation typically exceeds public university salaries and start-up costs for these faculty exceed $200,000 annually. Many vacancies attract predominantly international applicants—for a recent critical care opening, only three candidates were qualified and all were international. These faculty train U.S. veterinary students and most international hires completed their specialty training in the United States. At $100,000 per hire, the College of Veterinary Medicine cannot afford even a single H-1B supplemental fee.

16. Given the highly specialized nature of many faculty and staff positions and the limited number of eligible candidates, many universities often vie to hire a handful of eligible applicants. In such situations, OSU must compete with private universities, some of which have more expansive financial resources than does OSU, which is a public institution. OSU's inability to pay the $100,000 fee imposed by the Proclamation will further limit its ability to hire candidates for these positions. As a public university, this added cost affects the class offerings and research

opportunities available to our tens of thousands of domestic students seeking an affordable education.

17. This month, the mechanical engineering department was unable to hire an international academic with important and rare expertise in the Artificial Intelligence (AI) field due to the inability to afford the $100,000 fee, resulting in research cancelled and a class unoffered to mainly domestic students (88% of the students in this department are from the United States). The research and training for domestic students on using AI in manufacturing design would have aided the reshoring goals of increasing United States manufacturing capacity. The individual needing an H-1B visa was the only qualified candidate.

18. In the College of Agricultural Sciences, a high proportion of recent hires were international. They were the top candidates in competitive searches, and if the $100,000 fee is in place in future searches, the college's ability to hire the best talent and in turn its ability to address grower, producer and consumer needs will be hampered.

19. The fee imposed by the Policy will preclude OSU from hiring individuals in specialty occupations who are outside of the United States and require an H-1B visa to work within the United States.

20. Even if another visa is available for the same talented faculty, the O-1 visa process for individuals with extraordinary ability or achievement takes additional months and expense (involving hiring immigration attorneys), putting hiring of sought-after, talented academics outside the United States out of reach for a public research university like OSU.

21. The University structures its budget two years in advance because Oregon operates on a biennial state budget cycle. State Education and General Funds supplement tuition to support instruction, research, and outreach, and these appropriations directly influence college personnel

budgets. For example, when the Legislature approved the 2025–2027 budget in June 2025, that decision essentially determined funding available for hiring in 2026. Each College receives its annual budget allocation, including personnel resources, before the July 1 start of the fiscal year. Because OSU cannot increase personnel funds without reducing other essential budget areas, paying the $100,000 fee would significantly limit the number of employees the University could hire to meet academic, programmatic, and research needs.

22. Depending on experience and specialty, the average annual faculty salary at OSU is approximately $100,000, not including benefits. The $100,000 fee would double the costs to OSU when hiring a top candidate requiring an H-1B visa, reducing the overall ability to hire.

23. The Policy will continue to have a significant and irreparable impact on OSU beginning in January 2026. Hiring for faculty occurs constantly and not at fixed periods and the process takes many months. Many departments, including Physics, Mathematics, Psychology (with focus on Human-AI interaction), Robotics engineering, and Electrical Engineering and Computer Science (in high performance computing and Artificial Intelligence), have posted vacancies and are expecting to hire new candidates by June 2026. Inability to hire some H-1B positions can imperil grants, which in turn could imperil chiefly domestic hires in roles such as Research Assistants, in addition to detrimental effects on key research and course offerings for domestic students. OSU requires relief from the fee imposed by the Proclamation to ensure that it can hire for these essential positions.

24. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of February, 2026, in Benton Oregon.

*[signature]*

Dr. Roy Haggerty
Provost and Executive Vice President
Oregon State University
624 Kerr Administration Building
Corvallis, OR 97331