# Exhibit OR-2

## DECLARATION OF UNIVERSITY OF OREGON

1. I am a resident of the State of Oregon and over the age of eighteen.

2. I am currently employed by the University of Oregon ("UO") in the Division of Global Engagement as its Director of International Scholar Services.

3. As Director of Scholar Services for UO, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by UO's employees and I believe that information to be true.

4. UO maintains business records in the ordinary course of business which include, records concerning hiring at UO.

5. I submit this Declaration in support of the States' Motion for Summary Judgment.

### University of Oregon and Its Hiring

6. UO is a public research university within the State of Oregon and has approximately 24,462 students and about 11,000 full and part time employees who study, work, and/or conduct research on its two campuses at the undergraduate, graduate, postgraduate, and doctoral levels. UO's academic programs with staff and faculty who hold H-1B visas include the Lundquist College of Business, the College of Arts and Sciences, College of Design, College of Education, School of Journalism and Communication, the School of Law, and the Phil and Penney Knight Campus for Accelerating Scientific Impact. In addition, there are a significant number of H-1B visa holders working at UO in functions across campus including various research institutes, Athletics, and other advising and student support services offices.

7. Each year, UO hires new faculty and staff. The university must continually hire new faculty and staff to support its academic offerings, research capabilities, and student programs to meet the academic and related needs of its students.

### Impact of the H-1B Policy on University Hiring

8. UO relies on the H-1B visa program to fill employment vacancies. Today, UO employs approximately 60 faculty and staff who are holders of H-1B visas. UO plans to continue to rely on the H-1B visa process to fill vacant positions for staff and faculty.

9. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa (the "Policy"). The Policy will adversely impact the ability of UO to hire qualified applicants. In fact, it has already done so.

10. On September 19, 2025, President Trump issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

11. The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe UO's hiring practices. UO does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, many of our employees currently in

possession of H-1B visas have highly-specialized training and advanced degrees; of the approximately 60 H-1B visa holders currently employed by UO, over 50 of those employees are faculty, post-doctoral employees.

12. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to UO. UO is not a tech company, and it does not, and has not, used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

13. The Proclamation also addresses claimed "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." UO has never relied on "outsourcing companies" to fill employment vacancies and does not plan to do so in the future. To the best of my knowledge, UO has never relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency.

14. In addition, the H-1B visa program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, UO must complete a Labor Condition Application ("LCA") for Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA contains multiple requirements, including that the employer pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for nonproductive time," and "provide working

conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. *See* 20 C.F.R. §§ 655.731 & 655.732.

15. UO operates consistently with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

16. Many vacant faculty or post-doctoral positions—particularly those in science, technology, engineering and mathematics ("STEM")—have highly technical and specialized requirements. For example, these positions require applicants to possess advanced research capabilities, have teaching experience, have a track record of publications, and/or have the appropriate academic credentials. Depending on the vacancy, only a handful of applicants in the world may satisfy these requirements. The fee imposed by the Proclamation will further limit the pool of applicants that UO can consider. The result will be the frustration of UO's ability to employ the individuals necessary to support the research activities and educational offerings it provides to students in the State.

17. The University of Oregon's Jordan Schnitzer Museum of Art began the first round of its search for an inaugural Curator of Contemporary & Traditional Chinese Art with applications received in December 2022. At the time, there were 5 applicants, however, none met minimum qualifications, so the search failed. During a second search in July 2023, again, the committee received a total of 5 applications, but only one candidate met requirements, and that candidate required H-1B sponsorship. The position requires a very specific academic area knowledge in modern and contemporary Chinese art, language ability (fluency in English and Chinese), plus relevant publication, curatorial, and teaching experience—a combination that

very few have.

18. Given the highly specialized nature of many faculty and staff positions and the limited number of eligible candidates, many universities often vie to hire a handful of eligible applicants. In such situations, UO must compete with private universities, some of which have more expansive financial resources than does UO, which is a public institution. UO's inability to pay the $100,000 fee imposed by the Proclamation will further limit its ability to hire candidates for these positions.

19. The fee imposed by the Policy will preclude UO from hiring individuals outside of the United States who require an H-1B visa to work within the United States.

20. Funds available to schools and colleges for each Fiscal Year ("FY") are determined by enrollment and fixed for each FY (July 1 to June 30th) during the winter before the beginning of the FY. Under current conditions, labor costs are increasing faster than funding available to schools and colleges, so funding is already insufficient for replacement costs for faculty and staff who leave every year. For UO to pay the $100,000 fee would unduly restrict the number of employees that it could onboard in any given year to continue to meet academic needs, programming, and research goals. Nor can UO simply increase the amount of funds for hiring without potentially depleting other necessary funding.

21. Depending on experience and specialty, faculty at UO can be paid salaries in the $50,000-$60,000 range. The fee would double or triple the costs to UO necessary to hire new candidates requiring a H-1B visa, reducing the overall number of new hires that it could afford.

22. The Policy will have a significant and irreparable impact on UO beginning in

January 2026. With certain exceptions, hiring for faculty positions is cyclical. Many departments, including Chemistry, the Institute of Neuroscience, and Data Science, have posted vacancies and are expecting to hire new candidates by June 2026. UO requires relief from the fee imposed by the Proclamation to ensure that it can hire for these essential positions.

### Impact of the Policy on Student Enrollment

23. In addition to adversely impacting the ability of UO to hire, the Policy will also reduce the number of the international students who apply to attend UO and thus will adversely impact the revenues that UO receives from tuition each year.

24. International students are an integral part of the student population – at all levels – who attend UO. Currently, 1.4% of undergraduate students and 13% of graduate students at UO are from outside the United States.

25. Tuition and fees at UO—as at many public universities—is much lower for Oregon residents (currently averaging $16,000 per year for undergraduates) than for out-of-state residents (currently over $45,000 per year for undergraduates). International students must pay out-of-state tuition and must show advance proof of funding sufficient for a full academic year, according to United States student visa regulations. In addition, because international students are ineligible for need-based federal aid, they are much more likely to pay full tuition than domestic students. Accordingly, the tuition and fees received from international students constitute a significant source of revenue for UO and ensures that UO can continue to provide affordable in-state tuition for Oregon residents and scholarships to students who may otherwise lack the financial resources to attend college.

26. Many international students attend UO with the expectation that they will be able to secure employment in the United States following graduation. The fee imposed by the Policy will make it much more difficult for international students to remain in the United States and will likely deter such students from seeking an education in the United States, including at UO.

27. Applications for first-year regular decision applicants and transfer applicants are due on May 1. UO requires relief from the Policy prior to these dates to ensure that it can continue to enroll adequate numbers of international students.

28. The decline in the number of international students resulting from the Policy will harm UO by reducing the amount of tuition and fees that it receives per year, thereby adversely impacting UO's budget and its ability to provide affordable in-state tuition and merit-based scholarships.

29. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of February, 2026, in Lane County, Eugene, Oregon.

/s/ *signature*
Lindsay Pepper
Director of Scholar Services
University of Oregon