# Exhibit RI-1

## DECLARATION OF Kristin Johnson

1. I am a resident of Rhode Island. I am over the age of eighteen.

2. I am currently employed by the University of Rhode Island in its Office of the Provost as its Vice Provost for Global Initiatives.

3. As Vice Provost at the University of Rhode Island, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by University of Rhode Island's employees and I believe that information to be true.

4. The University of Rhode Island maintains business records in the ordinary course of business which include, *inter alia,* records concerning hiring at the University of Rhode Island.

5. I submit this Declaration in support of the States' Motion for Summary Judgment.

## The University of Rhode Island and Its Hiring

6. The University of Rhode Island is the largest public university system within Rhode Island and has approximately 17,441 students and about 2,898 full and part time employees who study, work, and/or conduct research on its 3 campuses at the undergraduate, graduate, postgraduate, and doctoral levels. The University of Rhode Island's academic programs with the largest number of students and faculty who hold H-1B visas are College of Engineering, College of Pharmacy, College of Arts & Sciences and College of Environment & Life Sciences. In addition, there are a significant number of H-1B visa holders working at the University of Rhode Island in such functions as Financial Strategy & Planning and Institutional Research Offices.

7. In Fiscal year 2025, the University of Rhode Island hired approximately 293 new faculty and staff. The University of Rhode Island must continually hire new faculty and staff to

1

support its academic offerings, research capabilities, and student programs to meet the academic and related needs of its over 17,000 students.

### **Impact of the H-1B Policy on University Hiring**

8. The University of Rhode Island relies on the H-1B visa program to fill employment vacancies. Today, the University of Rhode Island employs approximately 59 faculty and staff who are holders of H-1B visas. The University of Rhode Island plans to continue to rely on the H-1B visa process to fill vacant positions for staff and faculty.

9. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa (the "Policy"). The Policy will adversely impact the ability of the University of Rhode Island to hire qualified applicants. In fact, it has already done so.

10. On September 19, 2025, President Trump issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

11. The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe the University of Rhode Island's hiring practices. The University of Rhode Island does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly specialized training and advanced degrees; of the 58 H-1B visa holders currently employed by the University

2

of Rhode Island, approximately 48 of those employees are faculty, post-doctoral employees holding advanced degrees.

12. In addition, the H-1B visa program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, the University of Rhode Island must complete a Labor Condition Application ("LCA") for Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA contains multiple requirements, including that the employer pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for nonproductive time," and "provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. *See* 20 C.F.R. §§ 655.731 & 655.732.

13. The University of Rhode Island operates consistently with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

14. Given the highly specialized nature of many faculty and staff positions and the limited number of eligible candidates, many universities often vie to hire a handful of eligible applicants. In such situations, the University of Rhode Island must compete with private universities, some of which have more expansive financial resources than does the University of Rhode Island, which is a public institution. The University of Rhode Island's inability to pay the $100,000 fee imposed by the Policy will further limit its ability to hire candidates for these positions.

15. Since 2025, we have seen a wide range of positions that have been difficult to fill due to a limited number of applicants with the required qualifications. This has been especially true for faculty and across fields such as Chemistry, Nursing, Physical Therapy, and Political Science.

16.     The fee imposed by the Policy will preclude the University of Rhode Island from hiring individuals outside of the United States and requiring an H-1B visa to work within the United States.

17.     Depending on experience and specialty, faculty at the University of Rhode Island are typically paid a salary of $117,000.  The fee would double the costs to the University of Rhode Island necessary to hire new candidates requiring a H-1B visa, reducing the overall number of new hires that it could afford.

18.     The Policy will have a significant and irreparable impact on the University of Rhode Island beginning in January 2026.  With certain exceptions, hiring for faculty positions is cyclical.  Many departments, including Research Assistants and Port-Doctoral Fellows in the university's College of Environment and Life Sciences, have posted vacancies and are expecting to hire new candidates between January and September 2026.  The University of Rhode Island requires relief from the fee imposed by the Policy to ensure that it can hire for these essential positions.

**Impact of the Policy on Student Enrollment**

19.     In addition to adversely impacting the ability of the University of Rhode Island to hire, the Proclamation will also reduce the number of the international students who apply to attend the University of Rhode Island and thus will adversely impact the revenues that the University of Rhode Island receives from tuition each year.

20.     International students are an integral part of the student population – at all levels – who attend the University of Rhode Island.  Currently, 1% of undergraduate students and 13% of graduate students at the University of Rhode Island are from outside the United States.

21. Tuition and fees at the University of Rhode Island—as at many public universities—is much lower for Rhode Island residents (currently averaging $17,984 per year for undergraduates) than for out-of-state residents (currently over $39,544 per year for undergraduates). International students must pay out-of-state tuition (with certain, limited exceptions for humanitarian entrants residing in Rhode Island) and must show advance proof of funding sufficient for a full academic year, according to United States student visa regulations. In addition, because international students are ineligible for need-based federal aid, they are much more likely to pay full tuition than domestic students. Accordingly, the tuition and fees received from international students constitute a significant source of revenue for the University of Rhode Island and ensures that the University of Rhode Island can continue to provide affordable in-state tuition for Rhode Island residents and scholarships to students who may otherwise lack the financial resources to attend college.

22. Many international students attend the University of Rhode Island with the expectation that they will be able to secure employment in the United States following graduation. The fee imposed by the Proclamation will make it much more difficult for international students to remain in the United States and will likely deter such students from seeking an education in the United States, including at the University of Rhode Island.

23. Already, the University of Rhode Island is seeing impacts on the number of international students seeking admission. The deadline for First-Year Action for the Spring 2026 semester was December 15, 2025, and the deadline for First-Year Early Decision (FEA) for September 2026 was November 1, 2026. There has been a decrease of about 21% in FEA applications received from 2025 to 2026. Graduate applications have also seen a decrease of about

53.7%. Last year, there were 770 international students who applied by these deadlines. This year, following issuance of the Proclamation, only 356 applied.

24.     Applications for first-year regular decision applicants are due on February 1 and transfer applications are due on July 31. The University of Rhode Island requires relief from the Policy prior to these dates to ensure that it can continue to enroll adequate numbers of international students.

25.     The decline in the number of international students resulting from the Policy will harm the University of Rhode Island by reducing the amount of tuition and fees that it receives per year, thereby adversely impacting the University of Rhode Island's budget and its ability to provide affordable in-state tuition and merit-based scholarships.

26.     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of January, 2026, in Kingston, Rhode Island

*Kristin Johnson* (signature)

---

Kristin Johnson
Vice Provost for Global Initiatives
University of Rhode Island
Office of the Provost
35 Campus Ave.
Kingston, Rhode Island 02881