# Exhibit VT-1

## DECLARATION OF DR. KIRK DOMBROWSKI

1. I am a resident of the State of Vermont. I am over the age of eighteen.

2. I am currently employed by the University of Vermont (UVM) in its Office of Vice President for Research as its Vice President for Research and Economic Development.

3. As Vice President for UVM, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by UVM's employees and I believe that information to be true.

4. UVM maintains business records in the ordinary course of business which include, *inter alia,* records concerning hiring at UVM.

5. I submit this Declaration in support of the States' Motion for Summary Judgment.

## UVM and Its Hiring

6. UVM is the State of Vermont's public-instrumentality state university and has approximately 14,425 students and about 5,431 full and part time employees who study, work, and/or conduct research at the undergraduate, graduate, postgraduate, and doctoral levels.

7. UVM must continually hire new faculty and staff to support its academic offerings, research capabilities, and student programs to meet the academic and related needs of its students.

## Impact of the H-1B Policy on University Hiring

8. UVM relies on the H-1B visa program to fill employment vacancies, particularly for highly technical and specialized positions. Today, UVM employs approximately 97 faculty and staff who are holders of H-1B visas. UVM plans to continue to rely on the H-1B visa process to fill vacant positions for staff and faculty.

9. The largest number of current UVM employees who hold H-1B visas work within the Larner College of Medicine at UVM, where they are engaged in cutting-edge biomedical

research, education of the next generation of medical practitioners, and direct patient care in affiliation with the UVM Health Network. In addition, there are a significant number of H-1B visa holders who hold faculty positions in UVM's other academic colleges and who are essential for advancing the teaching and research missions of the university.

10. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa (the "Policy"). The Policy will adversely impact the ability of UVM to hire qualified applicants. In fact, it has already done so.

11. On September 19, 2025, President Trump issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* ("Proclamation"), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

12. The Proclamation purports to address "systematic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe UVM's hiring practices. UVM does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly-specialized training and advanced degrees; of the approximately 97 H-1B visa holders currently employed by UVM, over 80 of those employees are faculty and post-doctoral employees holding advanced degrees.

13. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B

workers." That description does not apply to UVM: UVM is not a tech company, and it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

14. The Proclamation also addresses claimed "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." UVM has not and does not intend to rely on "outsourcing companies" in order to fill employment vacancies. To the best of my knowledge, the UVM has never relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency.

15. In addition, the H-1B Visa Program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, UVM must complete a Labor Condition Application ("LCA") for Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA contains multiple requirements, including that the employer pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for nonproductive time," and "provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. *See* 20 C.F.R. §§ 655.731 & 655.732.

16. UVM operates consistently with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

17. Many vacant UVM faculty or post-doctoral positions—particularly those in science, technology, engineering, and mathematics ("STEM")—have highly technical and specialized requirements. For example, these positions require applicants, *inter alia,* to possess

advanced research capabilities, have teaching experience, have a track record of publications, and/or have the appropriate academic credentials. Depending on the vacancy, only a handful of applicants in the world may satisfy these requirements. The fee imposed by the Policy will further limit the pool of applicants UVM can consider. The result will be the frustration of the UVM's ability to employ the individuals necessary to support the research activities and educational offerings it provides to its students in Vermont.

18. In highly technical fields, such as biomedical sciences, UVM's hiring draws from a relatively small global scientific community of experts suited to fulfill a highly specialized research need. As a result, applicant pools have historically been small. The Policy has further limited the talent pipeline, compounding the difficulty of attracting and hiring the strongest candidates for these roles.

19. On three recent recruitments for the UVM Department of Medicine, the ability to sponsor H-1B visas allowed UVM to make successful hires even with a low number of qualified applicants..

20. Given the highly specialized nature of many faculty and staff positions and the limited number of eligible candidates, many universities often seek to hire a handful of eligible applicants. In such situations, UVM must compete with private universities, some of which have more expansive financial resources than does UVM, which is a public institution. The $100,000 fee imposed by the Policy will further limit UVM's ability to hire candidates for these positions.

21. The Policy has started to have a significant and irreparable impact on UVM beginning in January 2026. With certain exceptions, hiring for faculty positions is cyclical. Many departments, including the College of Engineering and Mathematical Sciences and the College of Medicine —historically subject matters for which UVM has had to turn to candidates who will

{V0043276.1}

require an H-1B visa—will soon post vacancies and expect to hire new candidates by August 2026. UVM's Department of Medicine has several open faculty recruitments, and of the five who have accepted offers, two will require visa sponsorships. Without relief from the fee imposed by the Policy, UVM will be undermined in hiring for these essential positions.

22.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of February, 2026, in Burlington, Vermont

/s/ _____
Dr. Kirk Dombrowski
Vice President for Research
   and Economic Development
University of Vermont

{V0043276.1}