Exhibit WA-1

## DECLARATION OF DR. TIM DELLIT, MD

I, Timothy H. Dellit, MD, declare as follows:

1.    I am a resident of the State of Washington. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.    I am employed by the University of Washington (UW) as the Chief Executive Officer of UW School of Medicine, Executive Vice President for Medical Affairs, and Paul G. Ramsey Endowed Dean of the UW School of Medicine. I have held this position since December 1, 2023. As Dean of the School of Medicine, I oversee one of the nation's leading medical schools.

3.    I previously served as Chief Medical Officer for UW Medicine, Executive Vice Dean for Clinical Affairs for the School of Medicine, Vice President for Medical Affairs for UW, and President of UW Physicians, the physician group practice for faculty in the School of Medicine. I earned my medical degree from Cornell University Medical College and am board-certified in Infectious Diseases.

4.    I have compiled the information in the statements set forth below through personal knowledge, UW personnel who have assisted me in gathering this information, and systems available to me.

### The Policy

5.    The University of Washington is the flagship university in the state of Washington. Since its founding in 1861, it has been a hub for learning, innovation, problem solving, economic development and community building. Driven by a mission to serve the greater good, UW's students, faculty and staff tackle today's most pressing challenges with courage and creativity,

making a difference across Washington state – and around the world. As part of its mission, UW engages in research and direct service, which frequently rely on H-1B visa holders to accomplish its mission.

6.    I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa holder coming from outside the U.S. (the Policy).

7.    As described below, I believe that the Policy will have significant impacts on UW and its mission to serve the greater good.

8.    On September 19, 2025, President Trump issued a Proclamation, Restriction on Entry of Certain Nonimmigrant Workers (Proclamation), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied or supplemented by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

9.    The Proclamation purports to address "systemic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe UW's hiring practices. UW does not and has not used the H-1B visa program to hire "lower-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly specialized training and advanced degrees.

### UW's Role in Meeting Washington's Health Care Needs

10.    The UW School of Medicine is dedicated to improving the general health and well-being of the public. In pursuit of its goals, the School of Medicine is committed to excellence in

biomedical education, research and healthcare. The School of Medicine is also dedicated to ethical conduct in all of its activities.

11.     The UW School of Medicine is a component entity of UW Medicine, an integrated clinical, research and learning health system with a single mission to improve the health of the public. UW Medicine is a family of organizations that are operated or managed as part of an integrated health system. These organizations include UW Medical Center (Montlake and Northwest campuses), UW Medicine Primary Care, the UW School of Medicine, UW Physicians, Harborview Medical Center, and Airlift Northwest. The UW School of Medicine conducts world-leading research across thirty-one clinical and biomedical research departments and multiple research institutes and centers with areas of focus including behavioral health, neuroscience and Alzheimer's disease, heart disease and stroke, infectious diseases, cancer, health metrics, genomics and precision medicine, protein design and regenerative medicine.

12.     As the preeminent academic medical center in our region and as a national leader in biomedical research, UW places a special emphasis on educating and training physicians, scientists and allied health professionals dedicated to two distinct goals: (1) meeting the healthcare needs of our region, especially by recognizing the importance of primary care and providing service to underserved populations; and (2) advancing knowledge and assuming leadership in the biomedical sciences and in academic medicine. As the only comprehensive clinical, research and learning health system in the five-state WWAMI region (Washington, Wyoming, Alaska, Montana, Idaho), UW Medicine provides a higher degree of healthcare, ranging from primary and preventive care to the most highly specialized care for the most complex medical conditions.

13.     No matter what type of care is needed—primary, specialty, urgent or emergent care or air medical transport—UW Medicine's world-class healthcare professionals are nearby, at more than 300 locations around the Puget Sound region.

14.     With one of the largest medical research programs in the world, UW Medicine enables scientists to advance knowledge and health innovations with groundbreaking discoveries. The research community at the UW School of Medicine has access to comprehensive instrumentation, facilities and services at multiple research locations in Seattle, and our faculty and staff collaborate widely with thousands of colleagues nationally and around the world.

15.     UW School of Medicine also supports research to underserved communities, especially rural and tribal populations throughout the Pacific Northwest. Through our partnerships in the WWAMI region, we work to extend research on cutting edge therapies and innovative methods of healthcare delivery to every corner of the Pacific Northwest. The Institute for Translational Health Science (ITHS) has a vast regional network of academic and clinical partners that support these efforts, including delivery of experimental drugs and vaccines to rural regions during the recent pandemic.

16.     UW sponsors H-1B visas to support its research, teaching, and clinical care mission. UW looks for world class experts in fields aligned with our strategic initiatives, and sometimes those individuals are from other countries.

**Impact of the Policy**

17.     UW Medicine, similar to other academic medical centers nationwide, is experiencing severe shortages of physicians in certain specialties. *See*, *e.g.*, *New AAMC Report Shows Continuing Projected Physician Shortage*, AAMC (March 21, 2024) https://www.aamc.org/news/press-releases/new-aamc-report-shows-continuing-projected-physici

an-shortage ("The United States will face a physician shortage of up to 86,000 physicians by 2036.") Across the country, academic medical centers are grappling with an unprecedented shortage of physicians and in particular, anesthesiologists, radiologists, and neurologists, resulting in the need to look for an international workforce due to the limited availability within the United States and leading to operating room closures, long waitlists, and requiring departments to offer significant compensation increases. Despite significant ongoing and robust recruitment efforts, with high demand to hire for these specialties we have not been able to achieve full staffing in years. This places more significant workload on our existing workforce, in turn leading to burnout and more separations. The specialty of transplant surgery has had a two-year accredited fellowship through the American Society for Transplant Surgeons (ASTS) for many years, and in the most recent decade, the predominant number of applicants were and are foreign medical graduates. These fellows go on to seek positions as transplant surgeons in the United States, having benefited from the rigorous training and desiring to contribute to our mission.

18.    In addition, as there are fewer Americans pursuing medical practice in primary care, the portion of citizens in the applicant pool compared to international applicants is decreasing, making it more difficult to fill vacancies with domestic workers, especially in rural communities.

19.    H-1B visa holders bring highly specialized, extensive medical training to their employment with UW, many of which are in a skill set of one - they may be the only person who can do what they do in their areas of expertise. Some are coming as teachers, necessary to the development of their field. They are physicians and scientists with specialized training or knowledge that are willing to come to the United States and share their expertise. This specialized training and knowledge they bring benefits students and patients across the Pacific Northwest.

20.    The Policy will have other impacts as well, such as reduced staffing, increased hours for existing staff, projected shortages, cutting of programs and/or the ability to staff service lines such as transplant surgery, inability to serve underserved communities, and increased wait times. For research hospitals like UW Medical Center, it will create a shortage of qualified researchers to staff critical medical research projects and lead innovative cutting-edge research that will shape and transform the future of the healthcare field.

21.    I made the decision to pay the $100,000 fee in only one pending H-1B application, for a transplant surgeon to support the Department of Surgery's and UW Medical Center—Montlake's abdominal transplant service line. UW Medical Center—Montlake and the Department of Surgery have waitlists for solid organ transplants, including pancreas, kidneys and livers. Patients on the wait lists are from all over the region, not just Washington state. The current surgeon complement in the Department of Surgery is shifting, with two surgeons on the verge of retirement. The need for another transplant surgeon is critical not just to the institution but to the broader regional community to continue to save and prolong lives. This money will now not be available to pay for other necessary infrastructure or employees in that unit.

22.    The new fee has also created a chilling effect for hiring of foreign nationals across the UW. While the fee ostensibly applies only to new H-1Bs for persons coming from outside the United States, hiring units cannot easily separate foreign national candidates who would be subject to the fee from those who would not. It is therefore likely that units will consider not hiring anyone requiring H-1B visa sponsorship in order to avoid the chance of either paying the fee or having the hire fail.

23.    The $100,000 fee for any new H-1B employee coming from outside the U.S. will force UW Medicine to stop sponsoring H-1B visas for high-priority hires from abroad. UW

Medicine may have to consider other, more restrictive visas (like the O-1A) as an alternative. In very limited instances, like the one described above, UW Medicine would be forced to pay the fee because a specific position is critical to UW's mission to improve the health of the public. In other instances, positions would remain vacant. Teaching and patient care will suffer as a result.

24.    A significant number of H-1B visas sponsored by UW are for individuals within the School of Medicine. The new $100,000 H-1B visa fee is a significant amount that UW Medicine would be unable to cover without redirecting funds from other institutional funds intended for teaching, research, or medical care. It would be passed on, either to students through their tuition, or to Washington State or U.S. taxpayers through the grants and other payments that support UW's research and clinical care missions. Alternatively, programs may need to be eliminated or reduced to fund the new H-1B fees.

25.    A shortage of qualified researchers will force UW to eliminate projects that develop new treatments and therapies, severely limit the availability of clinical trials to assess the safety and efficacy of new treatments, and impede UW's ability to remain on the forefront of medical innovation that improves and protects the well-being of all residents across the five-state WWAMI (Washington, Wyoming, Alaska, Montana, Idaho) region.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _15_ day of January 2026.

TIMOTHY H. DELLIT, MD
CEO, UW Medicine
Executive Vice President for Medical Affairs and
Dean of the School of Medicine, University of
Washington