# Exhibit WA-2

## DECLARATION OF URSULA ELSPETH OWEN, JD

I, Ursula Elspeth Owen, declare as follows:

1.  I am a resident of the State of Washington. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.  I am employed by the University of Washington (UW) as the International Scholars Operations Manager. The International Scholars Operations team (ISO) processes employment-based visas for UW employees, including H-1B temporary workers. My job duties include managing this team in furtherance of UW's teaching, research, and service mission; reporting and data and policy analysis regarding UW visa sponsorship; and managing an individual caseload that includes hands-on processing of H-1Bs. I report to the university's Vice Provost for Academic Personnel and Faculty.

3.  I have been employed by UW since October 1, 2011, and I have served as the International Scholars Operations Manager since 2020. Before my role as International Scholars Operations Manager, I served as an International Scholar Advisor in ISO. Prior to joining UW, I worked in and for various immigration law firms as a contract attorney and paralegal. I have a Juris Doctor, hold an active membership in the Washington State Bar Association, and belong to the American Immigration Lawyers Association. I am also an active participant in the National Association of Foreign Student Advisors community.

4.  I have compiled the information in the statements set forth below through personal knowledge and systems available to me.

1

**University of Washington and Its Hiring**

5.   In the 2024–25 academic year, UW had approximately 37,400 full-time-equivalent employees across its three campuses (UW Seattle, UW Bothell and UW Tacoma). The vast majority of these employees are eligible to work as U.S. nationals. A smaller, but still significant portion, hold an independent employment authorization, for example F-1 Optional Practical Training. UW estimates its H-1B employee population at under 1% of its total employee count. The UW colleges with the largest number of H-1B employees are the School of Medicine, the College of Arts and Sciences, and the College of Engineering.

6.   All UW-sponsored H-1Bs are processed through ISO. Of the 199 H-1B sponsorship requests ISO received and processed in the 2024–25 academic year, forty-eight of those included some element of clinical training or patient care. Other common H-1B job duties at UW are undergraduate and graduate teaching and clinical or laboratory research.

7.   UW must continually hire new faculty and staff to support its academic and clinical offerings, research capabilities, and student programs to meet the academic and related needs of its over 62,700 students.

**The Policy**

8.   I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa holder coming from outside the U.S. (the Policy).

9.   As described below, I believe that the Policy will have significant impacts on UW and its mission to serve the greater good.

10.  On September 19, 2025, President Trump issued a Proclamation, Restriction on Entry of Certain Nonimmigrant Workers (Proclamation), that restricts the entry of certain

applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied or supplemented by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

11.     The Proclamation purports to address "systemic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe UW's hiring practices. UW does not and has not used the H-1B visa program to hire "low-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly specialized training and advanced degrees. For example, of the 199 H-1B visa requests that ISO received in the 2024–25 academic year, the highest degrees held by the beneficiaries were as follows:

| Bachelor's | 1 |
|---|---|
| Master's | 12 |
| MD or MD equivalent | 41 |
| PhD | 145 |

12.     The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to UW twice over: UW is not a tech company, and it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

13.     The Proclamation also addresses claimed "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." While UW does occasionally use third-party

staffing services to assist with sourcing and screening in some situations, UW has not and does not intend to rely on "outsourcing companies" in order to fill employment vacancies. To the best of my knowledge, UW has never relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency.

14. The H-1B Visa Program already contains specific provisions that apply to employers that over-rely on H-1B visas. The Department of Labor's regulations define an "H-1B-dependent employer" at 20 C.F.R. § 655.736 as, for employers with at least fifty-one full-time equivalent employees who are employed in the U.S., one that employs H-1B nonimmigrants equal to at least 15% of that total. H-1B employees represent approximately 1% of UW's full-time equivalent employee population; UW is therefore not an H-1B-dependent employer.

15. In addition, the H-1B Visa Program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, UW must complete a Labor Condition Application (LCA) for Nonimmigrant Workers (Form ETA-9035 & 9035E). In order to submit the LCA, UW must provide notice to U.S. workers and make other attestations confirming that employment of the H-1B worker will not adversely affect pay, benefits, and working conditions for U.S. workers, and that the H-1B employee will not replace striking workers. *See* 20 C.F.R. §§ 655.731–.734.

16. Consistent with the LCA and regulations governing the H-1B visa program, UW does not use the H-1B Visa program to displace domestic workers, and it complies with all relevant notice, wage, and benefits requirements for H-1B sponsorship.

**The Role of H-1B Workers at the University of Washington**

17.     UW relies on the H-1B visa program to fill a small, but very specialized, number of employment vacancies. During the 2024–25 academic year, for example, UW sponsored the following 199 positions for H-1Bs:

| | |
|---|---|
| Junior faculty | 25 |
| Medical trainees | 20 |
| Other professional staff | 4 |
| Postdoctoral researchers | 41 |
| Professional researchers | 17 |
| Professorial faculty | 92 |

18.     UW has relied on the H-1B program to fill vacancies in most of its 19 academic schools, colleges, and campuses, as well as some of its non-academic administrative units, its school of medicine, its hospitals and clinics and within its research departments. UW plans to continue to use the H-1B visa as part of its hiring strategy to fill vacant positions for faculty and staff.

19.     H-1B holders are critical to UW's programs. Without them, students are not getting a world class education and will lose out competitively to students that have that expertise available. Patients will lose access to critical specialized medical care. Entire practice groups for significant medical specialties will not be able to serve patients. Much of UW's grant funding comes through employees on H-1B visas. UW's research mission is supported in large part by researchers on H-1B visas who are publishing and receiving awards. These workers are not displacing qualified Americans; they are filling positions that would otherwise go unfilled, and staffing programs that would otherwise become unviable.

## Impact on the University of Washington

20. UW is a public university of the state of Washington. The Policy has placed an unnecessary financial burden on UW, limiting the university's ability to sponsor international candidates.

21. When the fee was initially announced, ISO identified eight ongoing H-1B cases that would hypothetically be subject to the fee. Of those eight, four were for medical care providers in specialties including anesthesiology, surgery, and radiology. Another three were for high-priority incoming faculty hires in the School of Medicine and the College of the Environment. All of the candidates in these cases held either a professional degree in medicine or a PhD.

22. UW leadership has made the decision to pay the $100,000 fee in only one of these eight cases, for a transplant surgeon to support the Department of Surgery's abdominal transplant practice. That money will then not be available to pay for other necessary tools, infrastructure, or employees in that unit.

23. The new fee has also created a chilling effect for hiring of foreign nationals across the University. While the fee ostensibly applies only to new H-1Bs for persons coming from outside the U.S., hiring units can't easily separate foreign national candidates who would be subject to the fee from those who wouldn't. It's therefore likely that units will consider not hiring anyone requiring H-1B visa sponsorship in order to avoid the chance of either paying the fee or having the hire fail.

24. The $100,000 fee for any new H-1B employee coming from outside the U.S. will force UW to stop sponsoring H-1B visas for high-priority hires from abroad. UW may have to consider other, more restrictive visas (like the O-1A) as an alternative. In very limited instances, like the one described above, UW would be forced to pay the fee because the position is critical to

UW's mission and patient care activities. In other instances, positions would remain vacant. Teaching and patient care will suffer as a result.

25. In the 2024–25 academic year, ISO processed twenty-two H-1B visa requests for new employees coming from outside the U.S. If UW were to sponsor the same number of new H-1Bs from abroad this year, and pay the new fee for all of them, it would pay approximately $2.2 million in additional fees.

26. This is a significant amount that UW would be unable to cover without redirecting funds from other institutional funds intended for teaching, research, or medical care. There is no centralized funding source that can be used to bear this cost. It would be passed on to Washington State or U.S. taxpayers through the grants and other payments that support UW's research and clinical care missions.

27. A shortage of qualified researchers will force UW to eliminate projects that develop new treatments and therapies, severely limit the availability of clinical trials to assess the safety and efficacy of new treatments, and impede UW's ability to remain on the forefront of medical innovation that improves and protects the well-being of all Washington residents.

28. More broadly, the fee represents yet another disincentive to highly-skilled workers considering making a life in the U.S. The loss of these professionals will have a significant negative impact not only on the UW community, but on Washington State and the United States as a whole.

I declare under penalty of perjury Under the Laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 15 day of January, 2026.

Ursula Elspeth Owen, JD
International Scholars Operations Manager