# Exhibit WA-3

## DECLARATION OF KATHERINE HELLMANN

I, Katherine Hellmann, declare as follows:

1. I am a resident of the State of Idaho. I am over the age of eighteen and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by Washington State University (WSU) as the Director of International Student and Scholar Services. My team manages the processing of employment visas and H-1B visas. My job duties include supporting the retention of the international community including international students and scholars with immigration regulations, language support, events and activities among other things. I report to the Interim Vice President of International Programs, Dr. Paul Whitney.

3. I have been employed by WSU since October 2012, and I have served as the Director of International Student and Scholar Services since October 2020. Before my role as Director of International Student and Scholar Services, I served as Director of the Intensive American Language Center, Associate Director of International Programs and International Center Coordinator at Washington State University. I have held various leadership positions in NAFSA: Association of International Educators' Teaching, Learning and Scholarship Knowledge Community since 2015. NAFSA, formerly called the National Association of Foreign Student Advisers, is the professional organization for international education in the United States. I have over two decades of experience at six schools working in international education in the United States.

1

4.  I have compiled the information in the statements set forth below through personal knowledge, through university personnel who have assisted me in gathering this information from our university, and on the basis of documents that have been provided to and/or reviewed by me.

## Washington State University and Its Hiring

5.  WSU has approximately 25,477 students and about 7,000 full- and part-time employees who study, work, and/or conduct research on its six campuses at the undergraduate, graduate, postgraduate, and doctoral levels (WSU Pullman, WSU Spokane, WSU Tri-Cities, WSU Vancouver, WSU Global Campus). WSU's academic programs with the largest number of faculty who hold H-1B visas are Veterinary Medicine, Arts & Sciences, Engineering & Architecture and the College of Agricultural, Human and Natural Resources Sciences; these faculty members include tenure-track assistant professors and post-doctoral research associates.

6.  Each year, WSU hires approximately 1,000 new faculty and staff each year, with between 200–300 of those being international faculty and staff, of which some are H-1B visa holders. WSU must continually hire new faculty and staff to support its academic offerings, research capabilities, and student programs to meet the academic and related needs of its over 25,000 students.

## Impact of the H-1B Policy on University Hiring

7.  I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa (the Policy).

8.  As described below, I believe that the Policy will have significant impacts on WSU and its mission to serve the greater good.

2

9. On September 19, 2025, President Trump issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* (Proclamation), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied or supplemented by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

10. The Proclamation purports to address "systemic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe WSU's hiring practices. WSU does not and has not used the H-1B visa program to hire "lower-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly specialized training and advanced degrees; of the approximately 121 H-1B visa holders currently employed by WSU, over 95% of those employees are faculty or post-doctoral employees holding advanced degrees. To be a postdoctoral researcher, one must hold a Ph.D. degree. The vast majority of faculty hires at WSU hold a Ph.D.

11. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to WSU twice over: WSU is not a tech company, and it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

12. The Proclamation also addresses claimed "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." WSU has not and does not intend to rely on

3

"outsourcing companies" in order to fill employment vacancies. To the best of my knowledge, WSU has never relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency.

13. In addition, the H-1B visa program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, WSU must complete a Labor Condition Application (LCA) for Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA contains multiple requirements, including that the employer pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for nonproductive time," and "provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. *See* 20 C.F.R. §§ 655.731 & 655.732.

14. WSU operates consistently with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

### The Role of H-1B Workers at Washington State University

15. Today, WSU employs approximately 121 faculty and staff who are holders of H-1B visas, and WSU relies on the H-1B visa program to fill employment vacancies. For example, WSU recently hired an Assistant Professor in the School of Design and Construction on an H-1B in the fall of 2025 and that search had thirty applicants, only three of which were U.S. applicants. In another example, from 2022, there were only four applicants for a faculty hire for Veterinary Medicine, all of which were foreign nationals, due to the required specialization. These situations are typical of faculty searches at WSU and elsewhere, with increasing numbers of foreign nationals in candidacy pools as compared to domestic applicants. WSU plans to continue to rely on the H-1B visa process to fill vacant positions for staff and faculty.

16. In 2024, WSU submitted ninety-one H-1B visa petitions. H-1B visa holders are mostly employed as faculty and post-doctoral researchers in science, technology, engineering, and mathematics (STEM), and other key areas that support major research initiatives and degree programs with large enrollments.

17. Many vacant WSU faculty or post-doctoral positions—particularly those STEM fields—have highly technical and specialized requirements. For example, these positions require applicants, *inter alia,* to possess advanced research capabilities, have teaching experience, have a track record of publications, and/or have the appropriate academic credentials. Depending on the vacancy, only a handful of applicants in the world may satisfy these requirements. The fee imposed by the Policy will further limit the pool of applicants from which WSU needs to hire, or even force WSU to leave positions unfilled. The result will be the frustration of WSU's ability to employ the individuals necessary to support the research activities and educational offerings it provides to over 25,000 students on its campuses in the State of Washington.

18. Given the highly specialized nature of many faculty and staff positions and the limited number of eligible candidates, many universities often vie to hire a handful of eligible applicants. In such situations, WSU must compete with private universities, some of which have more expansive financial resources than does WSU, which is a public institution. WSU's inability to pay the $100,000 fee imposed by the Policy will further limit its ability to hire candidates for these positions.

19. Applications since 2025 for faculty positions show the same trend of foreign national applicants for STEM faculty and post-doctoral positions. However, WSU is receiving fewer applications for open positions because more attractive offers are available from Canada,

the U.K., Australia, China, and elsewhere, effectively pricing the United States out of top talent due to the financial obligations related to the Policy.

20.  H-1B holders are critical to WSU's programs. Without them, students are not getting a world class education and will lose out competitively to students that have that expertise available. Much of WSU's grant funding comes through employees on H-1B visas—WSU's research mission is supported in large part by researchers on H-1B visas who are publishing and receiving awards. A majority of WSU's top performing faculty in STEM and post-doctoral researchers began their careers at WSU on an employment-based visa such as the H-1B. These individuals make hugely significant contributions to WSU's research endeavors, bringing in millions in grant funding per year, as well as staffing and supporting educational efforts in labs, classrooms and other settings. The Policy will effectively cripple WSU's financial ability to support research and key high-interest degree programs.

## Substantial and Irreparable Harm

21.  WSU is a public university in the state of Washington. The Policy has placed an unnecessary financial burden on WSU, limiting the university's ability to sponsor international candidates.

22.  WSU is seeing fewer successful searches for faculty and staff due to this policy with fewer applicants overall in these key positions. WSU departments and colleges are already struggling financially and do not have an additional $100,000 to pay to hire faculty or post-doctoral positions. In fact, the new fee doubles or even triples the cost of employing such individuals in many cases, putting WSU in a situation where it cannot hire and must leave positions open for key research or teaching obligations. This situation impacts all WSU students and prevents WSU from

fulfilling its mission as the state's land-grant institution, with its significant contributions to the state economy among other effects.

23. WSU budgetary situation is such that it cannot redirect funds from other programs or departments in order to cover the Policy's $100,000 fee for new H-1B visa holders. Even taking into account the guidance received from the Department of Homeland Security following issuance of the Policy, WSU would be unable to absorb the additional cost. The guidance clarified that individuals in the United States seeking a change of status to H-1B visas are not impacted by the new fee, but those outside the U.S. who are subject to consular processing are impacted by the new fee. The new fee would still apply to approximately 5% of WSU's H-1B hires, which would add approximately $500,000 to WSU's hiring costs, and WSU simply cannot cover such an increase.

24. The Policy's prohibitive cost will in all likelihood result in vacant positions, which would be devastating to WSU's research and teaching mandates. The Policy will have other impacts as well, including reduced staffing, increased hours for existing staff, and potential closure of graduate programs that rely on H-1B visa holders to fill faculty positions; these impacts would be especially acute across STEM fields. The new fee may stop classes from running and potentially prevent students from completing degree programs as undergraduate or graduate students because of WSU's inability to hire key faculty and post-doctoral STEM field positions. Further, the Policy may precipitate the closure of WSU Extension Centers and carries major implications for the WSU Veterinary Teaching Hospital, up to and potentially including its closure.

25. The Policy will have a significant and irreparable impact on WSU beginning in 2026. With certain exceptions, hiring for faculty positions is cyclical. Many departments, including Electrical Engineering and Computer Science, Biological Systems and Engineering, Institute of Materials Research, Veterinary Microbiology and Pathology, Crop and Soil Sciences, Apparel,

7

Merchandising, Design and Textiles and a host of others, have posted vacancies with start dates in fall 2026 and are expecting to hire new candidates during the spring and summer of 2026 for those fall-start positions. WSU requires relief from the fee imposed by the Policy to ensure that it can hire for these essential positions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30 day of January 2026.

_____
KATHERINE HELLMANN
Director of International Student and Scholar Services
Washington State University