# Exhibit WA-4

## **DECLARATION OF FAYE-LYNN GALLANT**

I, Faye-Lynn Gallant, declare as follows:

1. I am a resident of the State of Washington. I am over the age of eighteen and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by Western Washington University (WWU) as its Associate Vice President of Strategy, Management and Budget. I manage the university's budget, including the cost of faculty and staff employment visas and H-1B visas. I am jointly responsible for the development and administration of procedures and processes surrounding the immigration program for faculty and staff in conjunction with the Provost, Human Resources, hiring departments and state-approved attorneys. I report to the Vice President for Business and Financial Affairs, Joyce Lopes.

3. I have been employed by WWU since January 6, 2020, and I have served as the Associate Vice President since July 16, 2025. Before my role as Associate Vice President, I served as an Assistant Vice President and Executive Director for Budget and Financial Planning. Prior to coming to WWU, I was employed by the University of Alaska.

4. I have compiled the information in the statements set forth below through personal knowledge, through university personnel who have assisted me in gathering this information from our university, and on the basis of documents that have been provided to and/or reviewed by me.

**Western Washington University and Its Hiring**

5.  WWU has approximately 14,651 students and about 2,450 full- and part-time employees including faculty, staff, and graduate assistants, who study, work, and/or conduct research at its main campus and educational locations in Everett, Poulsbo, Bremerton and Port Angeles at the undergraduate, graduate, and postgraduate levels. WWU's academic programs with the largest number of students and faculty who hold H-1B visas are in computer science and engineering. In addition, there are a number of H-1B visa holders working at WWU in humanities and social sciences, business and economics, education, fine and performing arts, and student services.

6.  Each year, WWU hires or rehires approximately 350–450 faculty and staff. WWU must continually hire new faculty and staff to support its academic offerings, research capabilities, and student programs to meet the academic and related needs of its over 14,000 students.

**Impact of the H-1B Policy on University Hiring**

7.  I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa (the Policy).

8.  As described below, I believe that the Policy will have significant impacts on WWU and its mission to serve the greater good.

9.  On September 19, 2025, President Trump issued a Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* (Proclamation), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied or supplemented by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

10. The Proclamation purports to address "systemic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately describe WWU's hiring practices. WWU does not and has not used the H-1B visa program to hire "lower-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly specialized training and advanced degrees; of the approximately forty H-1B visa holders currently employed by WWU, over thirty-five of those employees are faculty or post-doctoral employees holding advanced degrees.

11. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to WWU twice over: WWU is not a tech company, and it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

12. The Proclamation also addresses claimed "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." WWU has not and does not intend to rely on "outsourcing companies" in order to fill employment vacancies. To the best of my knowledge, WWU has never relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency.

13. In addition, the H-1B visa program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, WWU must complete a Labor Condition Application (LCA) for

3

Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA contains multiple requirements, including that the employer pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for nonproductive time," and "provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. *See* 20 C.F.R. §§ 655.731 & 655.732.

14. WWU operates consistently with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

### The Role of H-1B Workers at Western Washington University

15. WWU relies on the H-1B visa program to fill employment vacancies. Today, WWU employs thirty-six faculty and staff who are holders of H-1B visas. WWU plans to continue to utilize the H-1B visa process, if needed, to fill vacant positions for staff and faculty.

16. In 2025, WWU submitted approximately 12 H-1B visa petitions and extensions. H-1B visa holders are mostly employed as tenured-track faculty, non-tenured track faculty, and staff.

17. Many vacant WWU faculty or post-doctoral positions—particularly those in science, technology, engineering and mathematics (STEM)—have highly technical and specialized requirements. For example, these positions require applicants, *inter alia,* to possess advanced research capabilities, have teaching experience, have a track record of publications, and/or have the appropriate academic credentials. Depending on the vacancy, only a handful of applicants in the world may satisfy these requirements. The fee imposed by the Policy will further limit the pool of applicants that WWU can consider. The result will be the frustration of WWU's ability to employ the individuals necessary to support the research activities and educational offerings it provides to over 14,000 students in the State of Washington.

18. Given the highly specialized nature of many faculty and staff positions and the limited number of eligible candidates, many universities often vie to hire a handful of eligible applicants. In such situations, WWU must compete with private universities, some of which have more expansive financial resources than does WWU, which is a public institution. WWU's inability to pay the $100,000 fee imposed by the Proclamation will further limit its ability to hire candidates for these positions.

19. H-1B holders are critical to WWU's programs. Without them, students are not getting a world class education and will lose out competitively to students that have that expertise available. Exposure to leading faculty researchers through robust undergraduate research experiences is a core aspect of a WWU education, preparing Washington students to pursue high demand careers and to continue to doctoral research of their own, which further strengthens the quality of research occurring nationally. WWU is ranked third in the U.S., second in the West, and first in the Pacific Northwest among master's-granting universities for the number of graduates who go on to earn doctoral degrees.

**Substantial and Irreparable Harm**

20. WWU is a public university of the state of Washington. The Policy has placed an unnecessary financial burden on WWU, limiting the university's ability to fill essential positions in high demand degree programs.

21. Western Washington University is a state funded, public institution of higher education. State appropriations are approved on a biennial basis, with annual adjustments; tuition rates are also set a year in advance and are limited by both state law and affordability pressures.

    a. Funds available for faculty hiring each Fiscal Year (FY) are fixed per year one year in advance, given the standard national recruitment cycle for

5

        faculty. For example, in FY 2024, WWU had funding allocated in its budget for 29 faculty hires, with searches authorized in FY 2023. For WWU to pay the $100,000 fee would unduly restrict the number of employees that it could onboard in any given year to continue to meet academic needs, programming, and research goals. Nor can WWU simply increase the amount of funds for hiring without depleting other necessary funding.

    b.    Depending on experience and specialty, new permanent faculty at WWU are typically paid a salary of approximately $75,000 plus benefits. The fee would double the costs to WWU necessary to hire new candidates requiring a H-1B visa, reducing the overall number of new hires that it could afford.

22.    Assuming WWU submits a similar number of H-1B petitions this year as it did last year, the new fee would result in the need for WWU to pay approximately $200,000 in additional fees. This would double the annual costs associated with immigration cases for our institution.

23.    This is a significant amount that WWU will be unable to cover without redirecting funds from other employee salary lines, reducing the number of positions available to all candidates. Reserves are not available for use as they have been significantly reduced by impacts of the pandemic on operations and enrollments, and goods and services budgets have already been reduced to historical lows.

24.    The Policy will have other impacts as well, such as lowering our required qualifications standards, adversely changing availability of courses, cutting of academic programs, impacts on research, and being unable to serve student needs.

25.    The Policy will have a significant and irreparable impact on WWU beginning in January 2026. With certain exceptions, hiring for faculty positions is cyclical. Many departments

have posted vacancy pools and several have assistant/associate professor openings to hire new candidates by fall of 2026. WWU requires relief from the fee imposed by the Policy to ensure that it can hire for these essential positions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29 day of January 2026.

FAYE-LYNN GALLANT
Associate Vice President
Western Washington University