# Exhibit WA-5

## DECLARATION OF CAREN LINCOLN

I, Caren Lincoln, declare as follows:

1. I am a resident of the State of Washington. I am over the age of eighteen, have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by Eastern Washington University (EWU) as the Senior Director of Human Resources. My team manages the processing of employment visas and H-1B visas. My job duties include providing advice and counsel to supervisors and managers relating to university policy, laws and processes relevant to assigned functions; managing the university compensation programs; facilitating personnel actions; facilitating immigration process; managing the Human Resource Services system; and supervising staff. I report to the Vice President of People and Culture.

3. I have been employed by EWU since January 27, 1983, and I have served as the Senior Director of Human Resources since September 23, 2019. Before my role as Senior Director of Human Resources, I served as the Human Resources Supervisor/Manager from 2003 to 2019 and in various other Human Resources staff roles from 1983 to 2003.

4. I have compiled the information in the statements set forth below through personal knowledge, through university personnel who have assisted me in gathering this information from our university, and on the basis of documents that have been provided to and/or reviewed by me.

## Eastern Washington University and Its Hiring

5. EWU is a state regional comprehensive university in Washington and has approximately 10,000 students and about 1221 full and part-time employees who study, work, and/or conduct research on its campuses at the undergraduate, graduate, postgraduate, and doctoral levels. EWU's academic programs with the largest number of faculty who hold H-1B visas are in the College of Science, Technology, Engineering, and Math (STEM) and business. In addition, there are a number of H-1B visa holders working at EWU in such functions as coaching, teaching, information technology, and student support services.

6. Each year, EWU hires approximately 120 new faculty and staff. EWU must continually hire new faculty and staff to support its academic offerings, research capabilities, and student programs to meet the academic and related needs of its over 10,000 students.

## Impact of the H-1B Policy on University Hiring

7. I understand that earlier this year the Department of Homeland Security issued a policy requiring employer payment of a $100,000 supplemental fee in conjunction with any new petition for an H-1B visa (the Policy).

8. As described below, I believe that the Policy will have significant impacts on EWU and its mission to serve the greater good.

9. On September 19, 2025, President Trump issued a Proclamation, Restriction on Entry of Certain Nonimmigrant Workers (Proclamation), that restricts the entry of certain applicants seeking to enter the United States with H-1B visas "except for those aliens whose petitions are accompanied or supplemented by a payment of $100,000." I understand that this Proclamation provided the basis for the promulgation and implementation of the Policy.

10. The Proclamation purports to address "systemic abuse of the [H-1B] program" that, according to the Proclamation, allows industries to "replace, rather than supplement, American workers with lower-paid, lower-skilled labor." This description does not accurately

describe EWU's hiring practices. EWU does not and has not used the H-1B visa program to hire "lower-paid, lower-skilled" employees. To the contrary, many of our employees currently in possession of H-1B visas have highly specialized training and advanced degrees; of the approximately 15 H-1B visa holders currently employed by EWU, the majority of those employees are faculty, and the others are employees holding advanced degrees.

11. The Proclamation also claims that "many American tech companies have laid off their qualified and highly skilled American workers and simultaneously hired thousands of H-1B workers." That description does not apply to EWU twice over: EWU is not a tech company, and it does not and has not used the H-1B visa program to lay off domestic workers or replace domestic workers with international employees.

12. The Proclamation also addresses claimed "national security threat[s]" arising from reliance on "H-1B-reliant outsourcing companies" that have been "investigated . . . for engaging in visa fraud, conspiracy to launder money, conspiracy under the Racketeer Influenced and Corrupt Organizations Act, and other illicit activities." EWU has not and does not intend to rely on "outsourcing companies" in order to fill employment vacancies. To the best of my knowledge, EWU has never relied on an outsourcing company for hiring that was accused of fraud by any state or federal agency.

13. In addition, the H-1B visa program already contains conditions designed to protect domestic workers which predate the Proclamation. For example, for every employee hired through the H-1B visa program, EWU must complete a Labor Condition Application (LCA) for Nonimmigrant Workers (Form ETA-9035 & 9035E). The LCA contains multiple requirements, including that the employer pay "at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for nonproductive time," and "provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed," among other things. *See* 20 C.F.R. §§ 655.731 & 655.732.

14. EWU operates consistently with the requirements set forth in the LCA and all applicable H-1B laws and regulations.

### The Role of H-1B Workers at Eastern Washington University

15. EWU relies on the H-1B visa program to fill employment vacancies. Today, EWU employs approximately 15 faculty and staff who are holders of H-1B visas. EWU plans to continue to rely on the H-1B visa process to fill vacant positions for staff and faculty.

16. In 2024, EWU submitted three H-1B visa petitions (including one new petition and two conversions) and in 2025, EWU submitted six H-1B visa petitions (including one renewal, three new petitions, and two conversions). H-1B visa holders are mostly employed in faculty positions in, Mathematics, Biology, Mechanical Engineering and Design. H-1B visa holders are also employed in Business, Information Technology, Management, Public Health, Athletics, Cybersecurity and Student Support areas.

17. Many vacant EWU faculty positions—particularly those in STEM—have highly technical and specialized requirements. For example, these positions require applicants, inter alia, to possess advanced research capabilities, have teaching experience, have a track record of publications, and/or have the appropriate academic credentials. Depending on the vacancy, only a handful of applicants may satisfy these requirements. The fee imposed by the Policy will further limit the pool of applicants that EWU can consider. The result will be the frustration of EWU's ability to employ the individuals necessary to support the research activities and educational offerings it provides to over 10,000 students in the State of Washington.

18. Given the highly specialized nature of many faculty and staff positions and the limited number of eligible candidates, many universities often vie to hire a handful of eligible applicants. In such situations, EWU must compete with private universities, some of which have more expansive financial resources than does EWU, which is a public institution. EWU's

inability to pay the $100,000 fee imposed by the Proclamation will further limit its ability to hire candidates for these positions.

19. H-1B holders are critical to EWU's programs. Without them, students are not getting a world class education and will lose out competitively to students that have that expertise available. Additionally, the inability to hire qualified faculty could lead to fewer course offerings which could increase the time to graduate for students; specialty courses may no longer be offered; class sizes could increase as fewer faculty may be hired harming the student to faculty ratio; and higher costs could be passed along to students.

## Substantial and Irreparable Harm

20. EWU is a public university of the state of Washington. The Policy has placed an unnecessary financial burden on EWU, limiting the university's ability to sponsor international candidates.

21. Our recruitment efforts are being affected as viable candidates are being reviewed and considered but we may not be able to proceed due to their need for sponsorship. Candidates have also withdrawn from applicant pools due to the potential inability for sponsorship. Additionally, we currently employ six faculty and staff members where future H-1B sponsorship is anticipated. The potential inability to sponsor them will create a gap in our workforce and require additional recruitment efforts to fill those positions, creating a disruption in our ability to fulfill our mission as the region's polytechnic university.

22. Faculty at EWU are paid based on the Collective Bargaining Agreement with the United Faculty of Eastern. The average salary of our faculty based on the current academic year is approximately $93,000. As the fee would exceed the average salary necessary to hire new candidates requiring a H-1B visa, it would reduce the overall number of new hires EWU could afford.

23. Assuming EWU submits a similar number of H-1B petitions this year as it did

last year, the new fee would result in the need for EWU to pay approximately $300,000 in additional fees.

24.     This is a significant amount that EWU will be unable to cover without redirecting funds from other sources. These costs are not planned in an already lean budget and would result in EWU not being able to hire the most qualified candidates for our positions. Additionally, there is an anticipated budgetary shortfall in Washington State which will affect the funding provided to higher education institutions potentially resulting in budgetary reductions. As a result, there would not be funds available for the new fee.

25.     The Proclamation will have a significant and irreparable impact on EWU beginning in January 2026. With certain exceptions, hiring for faculty positions is cyclical. Many departments, including Computer Science and Electrical Engineering, Chemistry, Management, Psychology and Public Health have posted vacancies and are expecting to hire new candidates by August 1, 2026. EWU requires relief from the fee imposed by the Policy to ensure that it can hire for these essential positions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of January 2026.

_____
CAREN LINCOLN
Senior Director of Human Resources
Eastern Washington University