**To,**

Clerk Tracy McLaughlin

Clerk's Office,

United States District Court

One Courthouse Way

Boston, MA 02210

**Date:** 02/09/2026

**Subject:** Request for Administrative PACER Fee Exemption for Case No. 1:25-cv-13829

Dear Clerk of Court,

I am writing to respectfully request guidance and consideration regarding a limited exemption from PACER/Electronic Public Access fees for a single case pending in the District of Massachusetts: *State of California v. Noem*, No. 1:25-cv-13829.

I am not a party to this litigation and do not intend to participate in the proceedings. I am monitoring the docket solely for personal, noncommercial, and research-oriented purposes, as the outcome of this case has significant professional and public-interest implications for me. I do not redistribute court filings and would comply fully with any conditions the Court may impose.

In response to my earlier email inquiry, the Clerk's Office kindly directed me to a [link](#) from PACER's website stating that courts may grant exemptions upon a showing of cause. The PACER website explains that:

> *"A court will grant an exemption upon finding that the requesting party has demonstrated that an exemption is necessary to avoid unreasonable burdens and to promote public access to information."*

I respectfully submit that this standard applies here. The docket in this matter is extensive, and meaningful review of the filings exceeds the quarterly $30 PACER fee waiver. I have made good-faith efforts to access documents through publicly available sources, including CourtListener/RECAP and outreach to counsel, but these efforts

have not resulted in consistent or complete access to the filings. Additionally, I am currently located outside the United States, making in-person access to courthouse terminals infeasible.

Without a limited exemption, PACER fees impose an unreasonable burden on my ability to follow this case, notwithstanding its public significance. My request is narrowly tailored to this single docket only and is intended solely to facilitate access to judicial records in a manner consistent with the policy goal of promoting public access to court information.

If the District has a preferred form or specific procedure for submitting such requests (similar to the exemption request form used by some other federal courts), I would be grateful if I'm pointed to fill and resubmit my request through that. Otherwise, I respectfully ask that this letter be considered as an administrative request for a case-specific PACER fee exemption.

Thank you for your time and consideration.

Respectfully,

Rajiv Panda
**Email**: **rpanda@smu.edu**
**PACER Account #:** **8778064**