**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-13829-LTS |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, MOTION TO DISMISS, AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants hereby cross-move for summary judgment, oppose Plaintiffs' motion for summary judgment, and move to dismiss the above captioned case. The bases for these motions and arguments in opposition are set forth in the memorandum of points and authorities and supporting declarations, filed herewith.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendants request oral argument because this case involves complex questions of statutory and constitutional interpretation. The Court would benefit from oral argument to clarify the specific points of disagreement between the parties and to address the Supreme Court's recent opinion in *Learning Res., Inc. v. Trump*, No. 24-1287, 2026 U.S. LEXIS 714 (2026) which may expedite the resolution of this matter. For the foregoing reasons, Defendants respectfully request that the Court schedule oral argument on the parties' pending motions.

Respectfully submitted,

| | |
|---|---|
| **Brett A. Shumate**<br>Assistant Attorney General<br>Civil Division | **Glenn Girdharry**<br>Acting Deputy Director |
| **Drew C. Ensign**<br>Deputy Assistant Attorney General<br>Office of Immigration Litigation | **Alexandra McTague**<br>Senior Litigation Counsel |
| **August Flentje**<br>Special Counsel for Immigration | By: */s/ Jeffrey Alderette*<br>**Jeffrey Alderette**<br>Trial Attorney (D.C. No. 1738711)<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation |
| **Tiberius Davis**<br>Counsel to the Assistant Attorney General | P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 860-9941<br>Jeffrey.Alderette@usdoj.gov<br>*Counsel for Defendants* |