UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*, *et al.*, <br><br> Defendants. | [JUDGE NAME] <br><br> No. 1:25-cv-13829-LTS |

## DECLARATION OF JEFFREY ALDERETTE

I, Jeffrey Alderette, declare and state as follows:

1. I am an attorney with the United States Department of Justice.

2. I make this declaration in support of Defendants' opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment in the above-captioned case.

3. Attached as **Exhibit 1** is a true and correct printout of a screenshot of the webpage located at https://travel.state.gov/content/travel/en/News/visas-news/restriction-on-entry-of-certain-nonimmigrant-workers.html as of February 25, 2026.

4. Attached as **Exhibit 2** is a true and correct copy of the Plaintiffs' Complaint in *Chamber of Commerce of the United States of America et al. v. U.S. Department of Homeland Security, et al.*, 25-cv-3675 (D.D.C.).

5. Attached as **Exhibit 3** is a true and correct copy of the Association of American Universities membership list, downloaded from its website: https://www.aau.edu/who-we-are/our-members/aau-member-universities-year-entry.

6. Attached as **Exhibit 4** is a true and correct copy of the Plaintiffs' Motion for Class Certification under Federal Rule of Civil Procedure 23(b)(2) in *Global Nurse Force, et al. v. Donald J. Trump, et al.*, 4:25-cv-08454-HSG (N.D. Cal. 2025).

7. Attached as **Exhibit 5** is a true and correct copy of the Plaintiffs' Complaint in *Global Nurse Force, et al. v. Donald J. Trump, et al.*, 4:25-cv-08454-HSG (N.D. Cal. 2025).

8. Attached as **Exhibit 6** is a true and correct copy of the declaration of Cara M. Selby, Acting Associate Director of USCIS Service Center Operations, dated March 4, 2026.

9. Attached as **Exhibit 7** is a true and correct copy of the declaration of Jerome Jackson, Branch Manager of the Budget Reporting Branch in the Central Accounting and Reporting Division at the Department of the Treasury's Bureau of the Fiscal Services, dated December 1, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of March, 2026.

JEFFREY ALDERETTE
Digitally signed by JEFFREY ALDERETTE
Date: 2026.03.09 16:14:04 -04'00'

/s/ Jeffrey Alderette
Jeffrey Alderette
Trial Attorney
U.S. Department of Justice
Civil Division