## **TABLE OF EXHIBITS**

| Exhibit | Description |
|---|---|
| Ex. 1 | A screenshot of the webpage located at https://travel.state.gov/content/travel/en/News/visas-news/restriction-on-entry-of-certain-nonimmigrant-workers.html as of February 25, 2026. |
| Ex. 2 | Plaintiffs' Complaint in *Chamber of Commerce of the United States of America et al. v. U.S. Department of Homeland Security*, *et al.*, 25-cv-3675 (D.D.C.). |
| Ex. 3 | The Association of American Universities membership list, downloaded from its website: https://www.aau.edu/who-we-are/our-members/aau-member-universities-year-entry. |
| Ex. 4 | Plaintiffs' Motion for Class Certification under Federal Rule of Civil Procedure 23(b)(2) in *Global Nurse Force*, *et al. v. Donald J. Trump, et al.*, 4:25-cv-08454-HSG (N.D. Cal. 2025). |
| Ex. 5 | Plaintiffs' Complaint in *Global Nurse Force*, *et al. v. Donald J. Trump, et al.*, 4:25-cv-08454-HSG (N.D. Cal. 2025). |
| Ex. 6 | Declaration of Cara M. Selby, Acting Associate Director of USCIS Service Center Operations, dated March 4, 2026. |
| Ex. 7 | Declaration of Jerome Jackson, Branch Manager of the Budget Reporting Branch in the Central Accounting and Reporting Division at the Department of the Treasury's Bureau of the Fiscal Services, dated December 1, 2025. |