# Exhibit 1

