# Exhibit 3

Home (/) > Who We Are: America's Leading Research Universities (/who-we-are-americas-leading-research-universities) > Our Members (/who-we-are/our-members) > AAU Member Universities By Year of Entry

November 20, 2024

# AAU Member Universities By Year of Entry

## Public

Arizona State University (2023)

Georgia Institute of Technology (2010)

Indiana University (1909)

Michigan State University (1964)

The Ohio State University (1916)

The Pennsylvania State University (1958)

Purdue University (1958)

Rutgers University – New Brunswick (1989)

Stony Brook University – The State University of New York (2001)

Texas A&M University (2001)

The University of Arizona (1985)

University at Buffalo – The State University of New York (1989)

University of California, Berkeley (1900)

University of California, Davis (1996)

University of California, Irvine (1996)

University of California, Los Angeles (1974)

University of California, Riverside (2023)

University of California, San Diego (1982)

University of California, Santa Barbara (1995)

University of California, Santa Cruz (2019)

University of Colorado, Boulder (1966)

University of Florida (1985)

University of Illinois Urbana-Champaign (1908)

The University of Iowa (1909)

The University of Kansas (1909)

University of Maryland at College Park (1969)

University of Michigan (1900)

University of Minnesota, Twin Cities (1908)

University of Missouri, Columbia (1908)

The University of North Carolina at Chapel Hill (1922)

University of Oregon (1969)

University of Pittsburgh (1974)

University of South Florida (2023)

The University of Texas at Austin (1929)

The University of Utah (2019)

University of Virginia (1904)

University of Washington (1950)

The University of Wisconsin – Madison (1900)

**Private**

Boston University (2012)

Brandeis University (1985)

Brown University (1933)

California Institute of Technology (1934)

Carnegie Mellon University (1982)

Case Western Reserve University (1969)

Columbia University (1900)

Cornell University (1900)

Dartmouth (2019)

Duke University (1938)

Emory University (1995)

The George Washington University (2023)

Harvard University (1900)

The Johns Hopkins University (1900)

Massachusetts Institute of Technology (1934)

New York University (1950)

Northwestern University (1917)

Princeton University (1900)

Rice University (1985)

Stanford University (1900)

Tufts University (2021)

Tulane University (1958)

The University of Chicago (1900)

University of Miami (2023)

University of Notre Dame (2023)

University of Pennsylvania (1900)

University of Rochester (1941)

University of Southern California (1969)

Vanderbilt University (1950)

Washington University in St. Louis (1923)

Yale University (1900)

## Canadian

McGill University (1926)

University of Toronto (1926)

# Tools

Cookie settings

## Sign Up for Leading Research Universities Report

AAU members transform lives through education, research, and innovation. Get weekly updates from America's leading research universities.

example@example.com

**Confirmation** *

☐ I understand I am subscribing to this newsletter.

Subscribe

Affordability & Student Aid (/affordability-and-student-aid)

Student Loans (/issues/student-loans)

Student Aid (https://www.aau.edu/key-issues/student-aid)

Key Issues (/key-issues)

Advocacy Priorities (/key-issues/advocacy-priorities)

Accreditation & Accountability (/key-issues/accreditation-accountability)

Campus Climate and Safety (/key-issues/campus-climate-and-safety)

Federal Budget (/key-issues/federal-budget)

Higher Education Legislation (/key-issues/higher-education-legislation)

Higher Education Regulation (/key-issues/higher-education-regulation)

Humanities (/key-issues/humanities)

Immigration (/key-issues/immigration)

Innovation & Competitiveness (/key-issues/innovation-competitiveness)

Intellectual Property (/key-issues/intellectual-property)

Research Administration & Regulation (/key-issues/research-administration-regulation)

Science & Security (/key-issues/science-and-security)

Taxation & Finance (/key-issues/taxation-finance)

Newsroom (/newsroom)

Articles & Op Eds

Research (/research)

Featured Research

(/newsroom/articles-op-eds)

(/research/featured-research)

Barbara's Blog (/newsroom/blog/barbaras-blog)

Immigrant Spotlight (/newsroom/immigrant-spotlight)

Leading Research Universities Report (https://www.aau.edu/newsroom/leading-research-universities-report/leading-research-universities-report)

Press Releases (/newsroom/press-releases)

University Research (/research/university-research)

Why University Research Matters (/research/why-university-research-matters)

The Government-University Partnership (/research/government-university-partnership)

Education & Community Impact (/education-community-impact)

Community Impact (/education-community-impact/community-impact)

International (/education-community-impact/international-collaborations)

Graduate Education (/education-community-impact/graduate-education)

Undergraduate Education (/education-community-impact/undergraduate-education)

Who We Are (/who-we-are-americas-leading-research-universities)

Our Members (/who-we-are/our-members)

Membership Policy (/who-we-are/membership-policy)

Leadership (/who-we-are/leadership)

Jobs (/who-we-are/jobs)

By the Numbers (/aau-numbers)

Key Documents (/who-we-are/key-documents)

Values (/who-we-are/aau-values)

1200 New York Ave NW, Suite 500

Washington, DC 20005

Terms of Use and Privacy Policy (/website-terms-use-and-privacy-policy)

**Phone**   202.408.7500

© The Association of American Universities (AAU)

Social