*sub nom. Doe #1 v. Biden*, 2 F.4th 1284 (9th Cir. 2021), and *vacated as moot sub nom. Doe #1 v. Trump*, No. 3:19-CV-1743-SI, 2021 WL 12392716 (D. Or. Oct. 25, 2021); *Batalla Vidal v. Wolf*, 501 F.Supp.3d 117 (E.D.N.Y. 2020); *Valle del Sol Inc. v. Whiting*, 732 F.3d 1006 (9th Cir. 2013); *Unknown Parties v. Johnson*, 163 F.Supp.3d 630 (D. Ariz. 2016); *Orantes-Hernandez v. Gonzales*, 504 F.Supp.2d 825 (C.D. Cal. 2007), *aff'd sub nom. Orantes-Hernandez v. Holder*, 321 F.App'x 625 (9th Cir. 2009).

11.     Karen C. Tumlin is the Founder and Director of JAC and a nationally recognized impact litigator focusing on immigrants' rights. She has successfully litigated numerous cases of national significance, including litigating a challenge to the Trump Administration's effort to end the DACA program, filing the first major legal challenge to the Muslim Ban, and bringing the constitutional challenge to Arizona's notorious anti-immigrant law, SB 1070. She formerly served as the Director of Legal Strategy and Legal Director for the National Immigration Law Center, where she built up and led a legal department of over 15 staff members. Ms. Tumlin earned her J.D. and M.P.P. from U.C. Berkeley's School of Law and Goldman School of Public Policy, respectively, and clerked for the Honorable Dorothy Nelson on the United States Ninth Circuit Court of Appeals. She has served as class counsel for classes in multiple class actions, including *Doe v. Noem*, 1:25-cv-10495-IT (D. Mass. filed Feb. 28, 2025); *Batalla Vidal v. Wolf*, 501 F.Supp.3d 117; *Valle del Sol Inc. v. Whiting*, 732 F.3d 1006; and *Orantes-Hernandez v. Gonzales*, 504 F.Supp.2d 825.

12.     Esther H. Sung is the Legal Director of JAC and has litigated a number of groundbreaking cases, including lawsuits challenging the Trump Administration's Muslim and Refugee Bans and Arizona's anti-immigrant SB 1070 law. Before becoming an immigrants' rights impact litigator, Esther practiced at a litigation firm in Los Angeles for six years, where her clients included the Getty Museum, Southern California Edison, and Transocean. She graduated *magna cum laude* from the University of Texas School of Law and clerked for the Honorable Lee H. Rosenthal on the United States District Court for the Southern District of Texas and the Honorable Allyson K. Duncan on the United States Fourth Circuit Court of Appeals. Ms. Sung has served as class counsel

1  in multiple class actions, including *Doe v. Noem*, 1:25-cv-10495-IT; *Doe 1 v. Trump*, <u>418 F.Supp.3d</u>

2  <u>573</u>; and *Gomez v. Trump*, <u>490 F.Supp.3d 276</u>.

3      13.    Laura Flores-Perilla is a Staff Attorney at JAC. She received her J.D. from UC Irvine,

4  School of Law and has developed her expertise in immigration law, civil rights law, and administrative

5  law through her work in UC Irvine's Immigrant Rights Clinic and COVID-19 Civil Rights Clinic,

6  internships at the National Center for Youth Law and Public Advocates, and a Skadden Fellowship

7  with JAC. She is now serving as class counsel in *Doe v. Noem*, 1:25-cv-10495-IT, and has litigated

8  and advocated to defend, among others, the rights of unaccompanied children, humanitarian parole

9  beneficiaries, and DACA recipients.

10      14.    Hillary Li serves as Counsel for JAC. She has litigated many complex civil rights suits,

11  including class action and multi-plaintiff cases. She currently serves as class counsel in *Doe v. Noem*,

12  1:25-cv-10495-IT. Ms. Li earned her law degree from the University of North Carolina School of Law

13  in 2017, after which she litigated complex securities cases for approximately one year and litigated for

14  three years with Asian Americans Advancing Justice-Atlanta. At Advancing Justice-Atlanta, she

15  litigated impact cases related to immigrant justice and voting rights, including challenging the mass

16  detention of Asian immigrants; the detention of medically vulnerable immigrants during the COVID-

17  19 pandemic; and state voter suppression bills. She also served as Policy Counsel with Detention

18  Watch Network for three years, where she led congressional advocacy related to immigration

19  detention and enforcement issues. Ms. Li has experience with litigation involving administrative law,

20  immigration law, and constitutional claims.

21      15.    Brandon Galli-Graves is a Staff Attorney at JAC. He received his JD from Brigham

22  Young University J. Reuben Clark Law School and has experience in immigration, civil rights,

23  constitutional, and administrative law. Prior to joining JAC, Mr. Galli-Graves was an Immigrant

24  Justice Corps fellow on RAICES's federal litigation team, where his work centered on holding the

25  government accountable for harm inflicted on immigrants and pursuing systemic change in the federal

26  courts. Mr. Galli-Graves has been counsel in tort lawsuits against Immigration and Customs

27  DECLARATION OF HARINI SRINIVASAN IN SUPPORT
   OF PLAINTIFFS BAE INDUSTRIES, NEPHROLOGY ASSOCIATES
28  OF THE CAROLINAS, PA, AND LOWER BRULE DAY SCHOOL'S
   MOTION FOR CLASS CERTIFICATION              Case No. 4:25-cv-08454-HSG

Enforcement (ICE) and private prison companies, lawsuits defending humanitarian immigration parole pathways, and lawsuits challenging immigration enforcement in sensitive locations such as churches and schools. He currently serves as class counsel in *Doe v. Noem*, 1:25-cv-10495-IT.

16.    Emily Satifka serves as Counsel for JAC. Prior to joining JAC, she litigated civil rights matters in federal court at both Youth Law Center and Juvenile Law Center addressing systemic failures in youth detention systems. At Youth Law Center, she also worked to address issues impacting immigrant youth in need of legal representation. Ms. Satifka earned her law degree from University of California, Irvine School of Law in 2019. In addition to her litigation experience, she also worked at Philadelphia Lawyers for Social Equity and the New Jersey Office of the Public Defenders, focusing on post-conviction representation and removing barriers created by contact with the criminal legal system, including working closely with immigrant and mixed-status families. Ms. Satifka has experience with litigation involving constitutional claims and policy-oriented litigation.

17.    DFF is a nonprofit national legal organization that advances democracy and social progress through litigation, policy and public education, and regulatory engagement. DFF represents clients, including nonprofits, local governments, tribes, small businesses, unions, and individuals, in challenging harmful and unlawful governmental action and in supporting governmental action. DFF has successfully litigated dozens of constitutional and administrative law challenges to government programs and agency actions.

18.    DFF has the resources to adequately represent the plaintiff class. With a staff totaling 160 people, DFF employs approximately 80 full-time lawyers and numerous support staff. DFF is committed to providing the resources necessary to represent the members of the Plaintiff class fairly and adequately. We have already devoted substantial effort to identifying and investigating the claims in this case and working with the Plaintiffs and our co-counsel, including developing the complaint, declarations, motion for a preliminary injunction, and motion for class certification.

19.    Cynthia Liao is Senior Counsel at DFF. She has extensive experience litigating constitutional and administrative law challenges to government programs and agency actions,

DECLARATION OF HARINI SRINIVASAN IN SUPPORT
OF PLAINTIFFS BAE INDUSTRIES, NEPHROLOGY ASSOCIATES
OF THE CAROLINAS, PA, AND LOWER BRULE DAY SCHOOL'S
MOTION FOR CLASS CERTIFICATION                                    Case No. 4:25-cv-08454-HSG

1 including as a Trial Attorney at the U.S. Department of Justice, Civil Division, Federal Programs

2 Branch, where she litigated high-stakes challenges to federal regulations and enforcement actions in

3 district courts across the country, including numerous cases involving structural constitutional

4 challenges to federal agencies' authority. Before that, she worked at the U.S. Department of Labor for

5 7 years, most recently as a senior counsel to the Solicitor of Labor. Her portfolio included

6 constitutional and administrative law issues affecting DOL programs, DOL's Supreme Court and

7 amicus docket, and workers' compensation, among others. Cynthia clerked for Judge David O. Carter

8 of the U.S. District Court for the Central District of California and Judge Michael D. Hawkins of the

9 U.S. Court of Appeals for the Ninth Circuit.

10    20.    Johanna M. Hickman is Senior Counsel at DFF. She has substantial experience

11 litigating constitutional and administrative law challenges to government programs and agency actions

12 and in complex civil litigation. Prior to joining DFF, Ms. Hickman was a senior enforcement attorney

13 at the Consumer Financial Protection Bureau, where she investigated and litigated violations of the

14 Consumer Financial Protection Act and other federal consumer financial protection laws. Prior to that,

15 she worked in private practice at Cohen Milstein and Willkie Farr & Gallagher, LLP. Ms. Hickman

16 clerked for Judge James I. Cohn of the U.S. District Court for the Southern District of Florida.

17    21.    Jennie Kneedler is Senior Counsel at DFF. She is a former Immigration Judge in the

18 U.S. Department of Justice's Executive Office of Immigration Review and has extensive experience

19 in federal district court litigation and immigration law, including as a managing attorney in the

20 Detained Adult Program at the Capital Area Immigrants' Rights Coalition (now Amica Center for

21 Immigrant Rights), director of policy and pro bono for the American Bar Association's Commission

22 on Immigration, a Trial Attorney and Senior Trial Counsel with the Federal Programs Branch in the

23 Civil Division at DOJ. Ms. Kneedler also previously worked in private practice at Steptoe & Johnson

24 LLP, and clerked for Judge Keith P. Ellison, United States District Judge for the Southern District of

25 Texas.

26

27

28

DECLARATION OF HARINI SRINIVASAN IN SUPPORT
OF PLAINTIFFS BAE INDUSTRIES, NEPHROLOGY ASSOCIATES
OF THE CAROLINAS, PA, AND LOWER BRULE DAY SCHOOL'S
MOTION FOR CLASS CERTIFICATION                    Case No. 4:25-cv-08454-HSG

22.     Steven Bressler is a Senior Legal Advisor at DFF. He has extensive experience litigating high-profile constitutional and administrative law challenges to government programs and agency actions. In his prior role in the Legal Division at the Consumer Financial Protection Bureau (Assistant Attorney General, 2017-2021; Acting Deputy General Counsel, 2021-2022; Deputy General Counsel, 2022-2025), he helped lead and then led all of the agency's appellate, defensive, and amicus litigation, including the CFPB's successful defense of its organic funding statute in various federal district and appellate courts and, with the Office of the Solicitor General, before the Supreme Court in *Consumer Fin. Prot. Bureau v. Cmty. Fin. Servs. Ass'n of Am., Ltd.*, 601 U.S. 416 (2024). Mr. Bressler also previously served in various roles at the U.S. Department of Justice, primarily as Trial Attorney then Senior Trial Counsel in the Civil Division, Federal Programs Branch, which represents federal agencies in cases raising constitutional, statutory, and regulatory issues, and he clerked in the U.S. District Court for the Eastern District of Pennsylvania.

23.     Elena Goldstein is a Legal Director at DFF. She previously served as Deputy Solicitor of Labor in the U.S. Department of Labor and as Deputy Chief of the Civil Rights Bureau in the New York State Office of the Attorney General, and senior staff attorney at the New York Legal Assistance Group, among other positions. Ms. Goldstein has extensive experience litigating significant administrative law cases. *See, e.g.*, *New York v. U.S. Dep't of Com.*, 351 F.Supp.3d 502 (S.D.N.Y.), *aff'd in part, rev'd in part and remanded sub nom. Dep't of Com. v. New York*, 588 U.S. 752 (2019); *New York v. U.S. Dep't of Homeland Sec.*, 974 F.3d 210 (2d Cir. 2020); *New York v. Trump*, 490 F.Supp.3d 225 (D.D.C. 2020), *order clarified*, No. 20-CV-2340, 2020 WL 6572675 (D.D.C. Oct. 22, 2020), and *opinion clarified*, No. 20-CV-2340, 2021 WL 7908123 (D.D.C. Apr. 3, 2021), and *opinion clarified sub nom. New York v. Biden*, No. CV 20-2340, 2021 WL 7908124 (D.D.C. Aug. 23, 2021). She also has complex civil litigation and class action experience; during her time at the New York Legal Assistance Group, she represented low-wage and immigrant workers in federal class action litigation.

DECLARATION OF HARINI SRINIVASAN IN SUPPORT
OF PLAINTIFFS BAE INDUSTRIES, NEPHROLOGY ASSOCIATES
OF THE CAROLINAS, PA, AND LOWER BRULE DAY SCHOOL'S
MOTION FOR CLASS CERTIFICATION          Case No. 4:25-cv-08454-HSG

8

24. Kalpana Peddibhotla is the Executive Director of SAAJCO, a national nonprofit dedicated to advancing the civil and human rights of the South Asian diaspora in the United States. Ms. Peddibhotla has practiced law for over 25 years, with nearly two decades focused on U.S. immigration law. Prior to joining SAAJCO, she oversaw the filing of thousands of H-1B petitions as a partner at her former law firm and has taught continuing legal education courses on H-1B practice for the American Immigration Lawyers Association and the South Asian Bar Association.

25. Charles H. Kuck is the Founder Partner of Kuck Baxter, LLC. He has served as class counsel for classes that include H-1B visa holders and Diversity Lottery Applicants, and in challenges to regulations under the APA. Mr. Kuck is a former national president of the American Immigration Lawyers Association, is Board Certified in Immigration Law by the National Board of Trial Advocacy, and has litigated in federal court on behalf of plaintiffs in more than 300 cases over the last 36 years.

26. Zachary R. New is a Partner at Joseph & Hall, P.C., where his practice focuses on employment-based immigration and federal litigation. He has worked on large scale immigration litigation ranging from class and mass actions to individual lawsuits for companies and individuals against immigration agencies. Mr. New has represented clients before DOL, USCIS, the Executive Office for Immigration Review ("EOIR"), the Board of Immigration Appeals, and in various federal courts. He also writes frequently about changes in immigration law. His scholarship has been published in the *Yale Law Journal* Forum and the *Southern California Interdisciplinary Law Journal*.

27. Jesse Matthew Bless is the Founding Partner of Bless Litigation, LLC. Mr. Bless has more than twenty years of immigration litigation experience and has previously served as class counsel in immigration-related cases, including those related to H-1B visas and a Presidential Proclamation issued pursuant to section 212(f) of the Immigration and Nationality Act. *See MadKudu Inc. v. U.S. Citizenship & Immigr. Servs.*, No. 20-cv-02653 (N.D. Cal. dismissed Oct. 22, 2021) (appointed class counsel for a class of U.S. employers seeking to employ market research analysts under the H-1B program); *Gomez v. Trump*, 490 F.Supp.3d 276 (appointed class counsel for a class of immigrants subject to a presidential suspension on entry); *Volkova v. U.S. Citizenship & Immigr. Servs.*, No. 23-

DECLARATION OF HARINI SRINIVASAN IN SUPPORT
OF PLAINTIFFS BAE INDUSTRIES, NEPHROLOGY ASSOCIATES
OF THE CAROLINAS, PA, AND LOWER BRULE DAY SCHOOL'S
MOTION FOR CLASS CERTIFICATION          Case No. 4:25-cv-08454-HSG

9

cv-7565, 2025 WL 1096918 (E.D.N.Y. Apr. 14, 2025) (appointed class counsel for a class of Ukrainian parolees seeking the return of fees improperly charged for employment authorization documents).

28.    Greg Siskind is the Founding Partner of Siskind Susser, P.C. He has previously served as class counsel in immigration-related cases and is also the author of five books on immigration law including the American Immigration Lawyers Association's 4,200-page Practice and Procedure Manual. He also served 12 years on the Board of Governors of the American Immigration Lawyers Association and is the current chairman of the International Bar Association's Immigration and Nationality Law Committee.

29.    I am aware of no conflicts of interest that would prevent me, my firm, or my co-counsel from zealously and aggressively pursuing the claims of the putative class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of December 2025, in the District of Columbia.


Harini Srinivasan (D.C. Bar No. 1032002)

# Exhibit A

COHEN MILSTEIN

# About the Firm

## We are trailblazers in plaintiff-side and class action litigation, often handling groundbreaking cases, resulting in landmark decisions.

We fight corporate abuse by pursuing litigation on behalf of individuals, investors, whistleblowers, small businesses, and other institutions in lawsuits that have raised significant and often novel legal issues.

With more than 100 attorneys in 10 practice areas in eight offices across the country, including Boston, Chicago, Minneapolis, New York, Palm Beach Gardens, Philadelphia, Raleigh, and Washington D.C., we are recognized as one of the largest and most diversified plaintiffs' firms in the country.

We regularly litigate complex matters across a wide range of practice areas:

- Antitrust
- Civil Rights & Employment
- Complex Tort Litigation
- Consumer Protection
- ERISA & Employee Benefits
- Ethics and Fiduciary Counseling

- Human Rights
- Public Client
- Securities Litigation & Investor Protection
- Whistleblower

In 2025, *The National Law Journal* named Cohen Milstein **Plaintiff Law Firm of the Year** and our Employment practice **Practice of the Year – Discrimination.** Also, *Law360* named both our Antitrust and Employment practices **Practice of the Year** for work accomplished in 2024.

*Chambers USA* and *Legal 500* consistently rank Cohen Milstein as a **Top Tier** and **Leading Firm** in Antitrust, Securities Litigation, Product Liability, Mass Torts, ERISA, and Employment Law. Likewise, the firm is consistently named in *Law360's* Glass Ceiling Report as one of the **Best Law Firms for Female Attorneys,** including 2025.

Our attorneys are also heralded as among the best in their practices by industry surveys and organizations, such as American Antitrust Institute, *The American Lawyer, Benchmark Litigation, Chambers USA, Global Competition Review, Law360, Lawdragon, Legal 500,* and *The National Law Journal*.

# |Civil Rights & Employment

**Our team includes civil rights and employment law visionaries and innovators who have litigated landmark civil rights and employment disputes before the highest courts in the nation and continue to actively shape civil rights and employment law.**

We represent individuals from all walks of life and across all industries, including agriculture, entertainment, finance, healthcare services, manufacturing, retail, technology, transportation, and other "white collar," "blue collar," and "pink collar" industries.

- **Employees:** We represent employees at all levels of employment – across all industries – who have been subjected to discrimination and unlawful bias in the workplace or who have been denied pay for all of the work they performed.

- **Individuals:** We also represent groups of individuals who have been denied access to places of public accommodation, housing, and/or equal access to credit because of unlawful bias and discriminatory practices.

We are often asked to litigate cutting-edge issues related to the Fair Labor Standards Act, Title VII, Equal Pay Act, Pregnancy Discrimination Act, Americans with Disabilities Act, Family and Medical Leave Act, as well as novel joint employer liability issues and class certification and class arbitration procedural issues.

We pursue civil rights and employment class actions in federal courts across the nation, including the U.S. Supreme Court. We bring an unshakeable commitment to serving our clients vigorously and passionately *for as long as the representation may require.*

**Scope of Our Services**

**Discrimination:**
– Age
– Disabilities and reasonable accommodations
– Gender, pregnancy, and family responsibilities
– Race and national origin
– Sexual orientation

**Wage and Hour:**
– Donning and doffing
– Overtime
– Pre-shift and post-shift time
– Worker misclassifications
– Seasonal workers and H-2B visas

**Making An Impact**

We have litigated some of the largest, most significant civil rights and employment matters in recent

U.S. history, including:

- **Department of Homeland Security v. Regents of the University of California (U.S.):** One of three cases consolidated before the Supreme Court, which ultimately blocked the Trump Administration's plan to rescind the Deferred Action for Childhood Arrivals (DACA) program, preserving immigration protections for approximately 650,000 current DACA recipients aka "Dreamers." The Court's 5–4 ruling upheld the partial summary judgment in our NAACP case before the D.D.C.

- **Jock v. Sterling Jewelers (A.A.A.; S.D.N.Y.):** A nationwide Title VII gender discrimination and Equal Pay Act class arbitration involving a certified class of more than 69,000 female employees of Sterling Jewelers, one of the nation's largest jewelry chains, resulting in the final approval of a $175 million settlement. The case involved novel legal issues and rulings related to class certification, class arbitration, and the threshold role of an arbitrator.

- **Keepseagle v. Vilsack (D.D.C.):** A more than decade-long nationwide class action on behalf of Native American farmers and ranchers against the U.S. Department of Agriculture for its systematic race-based discrimination and denial of access to low-interest rate government loans, resulting in a historic settlement of $760 million.

- **Dukes v. Walmart (N.D. Cal.):** A high-profile gender-based discrimination class action involving more than 1.6 million women that went up to the Supreme Court in 2011 and further defined class action law. The litigation was profiled in the May 2019 issue of TIME, "Nearly Two Decades Ago, Women Across the Country Sued Walmart for Discrimination. They're Not Done Fighting."

We have helped conceive of ground-breaking innovations to foster diversity, equity, and inclusion:

- **The Inclusion Rider:** A novel contractual hiring addendum made famous by Frances McDormand in her 2018 Best Actress acceptance speech. The addendum stipulates that an employer tackle implicit bias of minorities in its hiring process by interviewing or auditioning minorities for open employment opportunities so that the workplace (and the products or services rendered), authentically reflect the world in which we actually live, while protecting creative sovereignty.

- **Gender-Affirming Surgery Coverage by Aetna:** A pivotal access-to-healthcare pre-litigation settlement negotiation on behalf of four transgender women, requiring Aetna to update its clinical policy bulletin to cover such medically necessary surgery for transfeminine members, such as breast augmentation. We worked in coordination with the Transgender Legal Defense & Education Fund.

COHEN MILSTEIN

# |Accolades

**Practice Achievement:** Our Civil Rights & Employment practice is recognized as one of the most preeminent in the country.

| | |
|---|---|
| · *The National Law Journal,* **Elite Trial Lawyers of the Year – Practice of the Year – Discrimination – Winner** (2022, 2025) | · *The National Law Journal,* **Elite Trial Lawyers of the Year – Practice of the Year – Employment Rights – Winner** (2023) |
| · *Law360,* **Practice Group of the Year – Employment Law** (2021, 2024) | · *Law360,* **Practice Group of the Year – Class Action** (2017, 2020, 2021) |
| · *Chambers USA,* **Litigation: Mainly Plaintiffs – Washington, D.C.** (2024) | · *The National Law Journal,* **Elite Trial Lawyers of the Year – Practice of the Year – Civil Rights – Finalist** (2021, 2022, 2024) |
| · *The National Law Journal,* **Elite Trial Lawyers of the Year – Practice of the Year – Civil Rights – Winner** (2023) | · *The National Law Journal,* **Elite Trial Lawyers of the Year – Practice of the Year – Employment Rights – Finalist** (2018, 2021, 2022) |

**Individual Achievement:** Our Civil Rights & Employment litigators are recognized as among the best in the industry.

| | |
|---|---|
| · *Law360,* **MVP – Employment** (2021, 2025) | · *The National Law Journal,* **Lifetime Achievement Award** (2023) |
| · *Forbes,* **America's Top 200 Lawyers** (2024) | · Lawdragon, **Hall of Fame** (2023) |
| · *Chambers USA,* **Labor and Employment: Mainly Plaintiffs – Washington, D.C.** (2023 – 2025) | · *The National Law Journal,* **Elite Women of the Plaintiffs Bar** (2022) |
| · *Chambers USA,* **Litigation: Mainly Plaintiffs – Washington, D.C.** (2024, 2025) | · *The National Law Journal,* **Rising Stars** (2025) |
| · Benchmark Litigation, **Litigation Star** (2025) | · Equal Rights Center, **Partner in Progress Award** (2025) |
| · Benchmark Litigation, **Labor and Employment Star** (2025) | · *Law360,* **Rising Stars – Employment** (2025) |
| · Best Lawyers in America, **Lawyer of the Year, Employment Law – Individuals, Washington, D.C.** (2022, 2024, 2026) | · Best Lawyers, **Ones to Watch in America** (2026) |

COHENMILSTEIN

| | |
|---|---|
| · Public Justice Center, **Outstanding Partner** (2019) | · *The American Lawyer,* **A Giant in the Plaintiffs Bar** (2017) |
| · Washington Lawyers' Committee for Civil Rights and Urban Affairs, **Roderic V.O. Boggs Award** (2019) | · Washington Lawyers' Committee for Civil Rights and Urban Affairs, **Outstanding Employment Achievement Award** (2016) |
| · NAACP, **Foot Soldier in the Sand Award** (2018) | · *Lawdragon,* **500 Leading Lawyers in America** (Since 2016) |
| · *Legal 500,* **Leading Lawyers** (Since 2018) | · Best Lawyers in America (Since 2016) |
| · Lawdragon, **500 Leading Plaintiff Employment & Civil Rights Lawyers** (Since 2019) | · Super Lawyers (Since 2007) |

COHENMILSTEIN

# |Representative Matters – Civil Rights & Employment Law

## We bring an unshakeable commitment to serving our clients for as long as the representation may require.

### Keepseagle v. Vilsack

Keepseagle, et al. v. Vilsack (D.D.C.): Cohen Milstein represented a certified class of Native American farmers and ranchers, who alleged that the USDA systematically denied the same opportunities to obtain farm loans and loan servicing that had been routinely afforded white farmers. On April 28, 2011, the Court granted final approval of a historic $760 million settlement with the USDA, which agreed to pay $680 million in damages to thousands of Native American farmers and ranchers and forgive up to $80 million worth of outstanding farm loan debt. On March 26, 2018 the U.S. Supreme Court declined to hear an appeal by two objectors for review of the Court of Appeals for the District of Columbia Circuit May 16, 2017 ruling, which affirmed the U.S. District Court's April 20, 2016 decision approving the plan for distribution of $380 million in unclaimed cy pres funds from the historic settlement.

### NAACP DACA Litigation

Department of Homeland Security, et al. v. Regents of the University of California, et al. (S. Ct. No. 18-587): On June 18, 2020, the Supreme Court blocked the Trump Administration's plan to rescind the Deferred Action for Childhood Arrivals (DACA) program, preserving immigration protections for approximately 650,000 current DACA recipients and opening the door for at least 130,000 new applicants to seek the protections afforded by DACA. Cohen Milstein represented the National Association for the Advancement of Colored People, the United Food & Commercial Workers International Union and the American Federation of Teachers in one of three cases consolidated before the Supreme Court.

### Jock et al. v. Sterling Jewelers Inc.

Jock, et al. v. Sterling Jewelers Inc. (A.A.A.; S.D.N.Y.): Cohen Milstein represented a certified class of more than 69,000 female employees of Sterling Jewelers, one of the nation's largest jewelry chains, in a nationwide Title VII gender discrimination and Equal Pay Act class arbitration. Claimants alleged that they were subjected to a pattern of gender-based pay and promotions discrimination. On November 15, 2022, the Arbitrator granted final approval of a $175 million settlement.

COHENMILSTEIN

### National Association of the Deaf v. Harvard & MIT

National Association of the Deaf v. Harvard & MIT (D. Mass.): In February 2020 and July 2020, Cohen Milstein and co-counsel successfully settled two groundbreaking class actions on behalf of deaf and hearing-impaired individuals. The landmark settlements are historic because they require two of the most lauded academic research institutions in the world to include closed captioning on all content, including videos and podcasts, available to the public online, establishing a precedent for academia and business worldwide.

### Beck, et al. v. Boeing

Bird, et al. v. Barr (D.D.C.): Cohen Milstein represented a group of about 29,000 female employees who had claims of sex discrimination against The Boeing Company, Inc. The certified claims address discrimination in compensation for salaried employees, access to overtime work for hourly IAM employees, and promotions for both. In granting class certification, the court noted that "the data yields statistically significant results of adverse impact on female employees in every facility and at every level within the Puget sound area." Boeing agreed to settle the class action for $72.5 million.

### U.S. Customs & Border Protection Agency Pregnancy Discrimination Litigation

Gabaldon, et al. V. Mayorkas, U.S. Department of Homeland Security (EEOC): Cohen Milstein represented U.S. Customs and Border agents in a certified class action against the U.S. Department of Homeland Security, U.S. Customs and Border Protection Agency, in which plaintiffs claim that the agency and its implementation of the temporary light duty policies discriminate against pregnant agents in violation of the Pregnancy Discrimination Act. On August 13, 2024, a class of over 1,000 agents reached a historic $45 million settlement, which includes an agreement by the agency to enact sweeping reforms to policies that will eliminate long-standing discriminatory practices.

### Disney Gender Discrimination Litigation

Rasmussen, et al. v. The Walt Disney Company, et al. (Cal. Sup., L.A. Cty.): Cohen Milstein represented a certified class of current and former female employees of The Walt Disney Company and all Disney subsidiaries in gender pay equity dispute. Plaintiffs alleged that Disney paid women workers in California tens of thousands of dollars less than their male counterparts in violation of California's Equal Pay Act. On September 15, 2025, the court granted final approval of a $43.25 million settlement. The terms of the settlement also included a number of best practices, including benchmarking jobs to external market data and organizing jobs within Disney's job architecture.

### Federal Aviation Administration Flight Service Litigation

Federal Aviation Administration (FAA) Flight Service Litigation (D.D.C.): Cohen Milstein represented plaintiffs in lawsuit against the Department of Transportation (DOT) and FAA for discrimination against 670 former Flight Service Specialists who live in nearly all 50 states after they were terminated by the

COHENMILSTEIN

FAA through the RIF. On April 28, 2021, the DOT and FAA agreed to a record-breaking $43.8 million settlement to end this 16-year-old age discrimination lawsuit.

### In Re Tyson Foods, Inc. FLSA Litigation

In re Tyson Foods FLSA MDL (M.D. Ga.): Cohen Milstein was lead counsel in a collective action involving FLSA claims at over 40 Tyson chicken processing plants, which ultimately resolved the claims of approximately 17,000 chicken processing workers who had been denied compensation for donning and doffing required safety and sanitary equipment. On September 15, 2011, the Court granted final approval to a $32 million settlement.

### McDonald's Wage & Hour Litigation

McDonald's Wage & Hour Litigation (N.D. Cal., Cal. Sup. Alameda Cty., Cal. Sup. L.A. Cty., E.D.N.Y.): Cohen Milstein represented McDonald's workers in California and New York wage and hour class actions in both federal and state courts. Total settlements exceeded $28 million. Plaintiffs claimed that the fast-food giant unlawfully denied payment for work and other benefits by failing to provide meal and rest breaks, failing to pay overtime, and failing to reimburse workers for the time and expense for cleaning uniforms. These suits addressed novel joint-employer issues. One suit involved a two week-long bench trial brought under the California Private Attorneys General Act (PAGA), a relatively uncharted area of law. As a result, we established legal precedents under PAGA and wage and hour law.

### Bird, et al. v. Garland

Bird, et al. v. Garland (D.D.C.): Cohen Milstein represented a class of women who claim they suffered systemic gender discrimination and subsequent termination from the FBI's Basic Training program for new agents. The women brought their claims of disparate treatment and disparate impact under the Title VII. On February 5, 2025, the court granted final approval of a $22.6 million settlement, including important injunctive relief against the FBI.

### Alvarez v. Chipotle Mexican Grill, Inc.

Alvarez v. Chipotle Mexican Grill Inc. et al. (D.N.J.): Cohen Milstein represented a class of managerial apprentices at Chipotle Mexican Grill restaurants in New Jersey who were denied the overtime pay to which they were entitled under federal and state law, including the newly enacted 2016 Overtime Rule, which was slated to take effect in December 2016 and would have doubled the salary threshold for executive, administrative and professional workers to be exempt from overtime pay requirements. On September 20, 2021, the Court approved a $15 million settlement against Chipotle to resolve the class claims and end the lawsuit.

COHEN MILSTEIN

### Temporary Staffing Agency Litigation

Temporary Employment Staffing Agency Litigation (N.D. Ill.): Cohen Milstein was involved in a series of race-based discrimination class actions in Chicago, representing African American laborers who allege that their temporary staffing agencies, and their factory clients, engaged in a repeated and collusive practice of excluding African Americans from temporary laborer positions. On April 19, 2024, the last of the cases concluded. Approved settlements total more than $14 million.

### Trotter v. Perdue Farms, Inc.

Trotter v. Perdue Farms, Inc. (D. Del.): Cohen Milstein was Co-Lead Counsel in this FLSA and state wage and hour class action brought on behalf of 15,000 hourly workers at Perdue's chicken processing facilities, across eight states. Plaintiffs claimed that Perdue did not pay workers for time spent "donning and doffing" required protective clothing and equipment to comply with worker safety and USDA regulations. In 2002, Perdue agreed to pay workers a $10 million settlement for lost wages. In addition, Perdue was required to issue retroactive credit under one of its retirement plans for "donning and doffing" work if the credit would improve employees' or former employees' eligibility for pension benefits. In a separate settlement with the DOL, Perdue agreed to change its pay practices.

### In re Pilgrim's Pride Fair Labor Standards Act Litigation

In re Pilgrim's Pride Fair Labor Standards Act Litigation (W.D. Ark.): Cohen Milstein represented 8,000 workers in 11 states in a wage and hour lawsuit, in which the workers sought redress for unpaid overtime. The $10 million settlement allowed class members to recover about 85% of the back pay owed them.

### Willis Group Holdings Gender Discrimination Litigation

Hnot et al. v. Willis Group et al. (S.D.N.Y.): Cohen Milstein represented a certified class of 180 current and former female officers in the Northeast Region of Willis Group Holdings Ltd., a global insurance and reinsurance brokerage firm, in this high-profile pay and promotion gender discrimination class action. On November 19, 2007, the court granted final approval to an $8.5 million settlement, roughly $50,000 for each class member, an amount covering 100% of the lost wages plaintiffs claimed. The settlement was reached weeks before a jury trial was scheduled to start.

### Amedisys FLSA Litigation

Cook et al v. Amedisys, Inc. (D. Conn.): Cohen Milstein represented approximately 2,000 home health care workers in a certified FLSA collective action and state wage and hour class action against Amedisys, Inc., a national home health care provider. Home healthcare workers alleged that Amedisys used a hybrid per-visit compensation model that violated FLSA and state wage and hour law requirements for overtime-exempt employees. On January 21, 2016, the court granted final approval to an $8 million settlement, approximately $2,400 per class member.

COHEN MILSTEIN

### Reynolds et al v. Fidelity Investments Institutional Operations Company

Reynolds et al v. Fidelity Investments Institutional Operations Company (M.D.N.C.): Cohen Milstein successfully negotiated a settlement of a nationwide FLSA class action involving thousands of employees at Fidelity Investments Institutional Operations Company, Inc. call centers who were not paid overtime for mandatory pre-shift work. The court granted final approval to the settlement in January 2020.

### Lopez, et al. v. Ham Farms, LLC, et al.

Lopez, et al. v. Ham Farms, LLC, et al. (E.D.N.C.): Cohen Milstein represented hundreds of migrant seasonal and H-2A farm labor workers in a wage and hour dispute under the FLSA, the Migrant and Seasonal Agricultural Worker Protection Act (MSPA), and the North Carolina Wage & Hour Act. On May 14, 2021, the Court granted final approval of a class action settlement with a total value of $1 million. At the final approval hearing on May 14, Judge James C. Dever III commended plaintiffs' counsel for the "excellent [settlement] papers."

### Gentiva Health Services

Gentiva Health Services (N.D. Ga.): Cohen Milstein represented hundreds of health care workers in a nationwide class action against Gentiva, one the country's largest home health care service providers. Plaintiffs sought unpaid overtime wages under FLSA. In June 2017, the court granted final approval of a confidential settlement.

### Stanley, et al. v. BarBri, Inc.

Stanley v. BarBri, Inc. (N.D. Tex.): Cohen Milstein represented a class of blind law students, who claimed that critical components of BarBri, Inc. attorney bar exam prep course offerings, including its mobile application, website and course materials, were not accessible to blind or sight impaired law students in violation of the ADA and Chpt. 121 of the Texas Human Resources. In January 2018, BarBri agreed to change its practices as a part of a settlement.

### Gender-Affirming Breast Surgery Coverage by Aetna

On January 26, 2021, Cohen Milstein and Transgender Legal Defense & Education Fund (TLDEF) successfully negotiated a pre-litigation resolution on behalf of several transgender healthcare beneficiaries of Aetna, a CVS Health company. As a part of the resolution, Aetna announced that it would expand its healthcare coverage of gender-affirming surgery to include breast augmentation for transfeminine members in most of its commercial plans.

### Cynthia Allen, et al. v. AT&T Mobility Services LLC

Cynthia Allen, et al. v. AT&T Mobility Services LLC, Case (N.D. Ga.): Cohen Milstein represented plaintiffs in a putative Title VII employment discrimination class action against AT&T Mobility LLC (AT&T) for violating the Pregnancy Discrimination Act (PDA), an amendment to Title VII of the Civil Rights Act of 1964. The lawsuit also included individual Title VII, Americans with Disabilities Act, and Family and Medical Leave Act claims on behalf of the named plaintiff.

# |Representative Matters –
# Class Actions

As lead/co-lead class counsel, we have led numerous class actions before Northern California courts. Many of these cases have addressed novel issues and concluded in historic recoveries.

## Current Cases – N.D. Cal.

- ***DZ Reserve et al. v. Meta Platforms* (N.D. Cal.):** Cohen Milstein, as Class Counsel, represents a certified class of advertisers who claim that Facebook's Potential Reach metric is false and misleading due to systemic inflation of the Potential Reach. On January 13, 2025, The U.S. Supreme Court declined Meta's petition to review the Ninth Circuit's 2023 opinion affirming the lower court's 2022 class certification. As of December 5, 2025, the jury trial originally scheduled for October 14, 2025 has been vacated pending an appeal for arbitration by Meta filed weeks before trial was to begin.

- ***In re Meta Pixel Healthcare Litigation* (N.D. Cal.):** Cohen Milstein is Interim Co-Lead Class Counsel in this putative class action, in which consumers claim that Meta's proprietary Meta Pixel tool intercepts and transmits protected patient health information to Facebook for advertising purposes in violation of state and federal consumer protection laws, including invasion of privacy, CDAFA, and ECPA.

- ***Belyea, et al. v. GreenSky, Inc., et al.* (N.D. Cal.):** Cohen Milstein, as Co-Lead Counsel, is reparenting consumers in this certified false advertising and unfair business practices class action, alleging that GreenSky, a financial technology company, operates in California as an unlicensed and unregistered credit services organization, finance lender, and broker in violation of California Financing Law the Credit Services Act of 1984, and other federal and state laws.

- ***Gonsalves v. Block, Inc., et al.* (N.D. Cal.):** Cohen Milstein, as Co-Lead Counsel, represents investors in a putative securities class action against Block, Inc., a financial technology company best known for its Square and Cash App platforms. Investors allege that Block and Block's CEO, Jack Dorsey, and CFO/COO, Amrita Ahuja, misled investors about the strength of Block's compliance protocols and the reliability of its reported user metrics for the Cash App platform. As investors came to realize that Cash App's reported growth was illusory, Block's stock price plummeted more than 80%, erasing billions of dollars in market value.

COHEN MILSTEIN

- ***In re Da Vinci Surgical Robot Antitrust Litigation* (N.D. Cal.):** Cohen Milstein serves as Interim Co-Lead Counsel in this consolidated antitrust class action against Intuitive Surgical, Inc. Plaintiffs allege that Intuitive engages in an anticompetitive scheme under which it ties the purchase or lease of its must-have, market-dominating da Vinci surgical robot to the additional purchases of (i) robot maintenance and repair services and (ii) unnecessarily large numbers of the surgical instruments, known as EndoWrists, used to perform surgery with the robot—a violation of Sections 1 and 2 of the Sherman Act.

- ***Scott, et al. v. AT&T Inc.* (N.D. Cal.):** Cohen Milstein represents participants and beneficiaries in the AT&T Pension Benefit Plan, one of the nation's largest retirement plans, who allege that AT&T failed comply with ERISA's actuarial equivalence requirements when providing married participants joint and survivor annuities. On July 9, 2025, the court largely denied AT&T's motion for summary judgment. Plaintiffs' motion for class certification is pending.

- ***Berkeley v. Intel Corporation et al.* (N.D. Cal.):** Cohen Milstein represents a certified class of pension plan participants and beneficiaries, who allege that the Intel Minimum Pension Plan utilized outdated mortality tables to determine the value of joint and survivor annuities, resulting in married retirees receiving less than the actuarial equivalent of the benefit that ERISA protects.

## Recent Settlements – N.D. Cal. & State Courts

- **Sutter Health Antitrust Litigation (San Fran. Cnty., Cal.):** On August 27, 2021, the court granted final approval of a $575 million eve-of-trial settlement, which included significant injunctive relief, in this closely watched antitrust class action against Sutter Health, one of the largest healthcare providers in California. Plaintiffs alleged that Sutter restrained hospital competition through anticompetitive contracting practices with insurance companies. We represented a certified class of self-insured employers and union trust funds. In 2018, California's attorney general joined the suit.

- **Animation Workers Litigation (N.D. Cal.):** We served as Co-Lead Counsel representing a class of animation and visual effects workers who alleged that Pixar, Lucasfilm, DreamWorks, Disney and other studios conspired to suppress their pay primarily through no-poach agreements. We secured $168.5 million in total settlements, yielding average awards of more than $14,000 per class member in this novel "no-poach" pay suppression class action.

- ***In Re Anthem, Inc. Data Breach Litigation* (N.D. Cal.):** On August 16, 2018, the court granted final approval to a $115 million settlement – the largest data breach settlement in U.S. history – ending claims that Anthem Inc., one of the nation's largest for-profit managed health care companies, put 79 million consumers' personal information, including social security numbers and health date, at risk in a 2015 data breach. Cohen Milstein was Co-Lead Counsel in this watershed nationwide class action.

COHEN MILSTEIN

- **Lidoderm Antitrust Litigation (N.D. Cal.):** Plaintiffs alleged that Endo and Teikoku, manufacturers of the Lidoderm patch, paid Watson Pharmaceuticals to delay its generic launch. The case settled on the eve of trial. On September 20, 2018, plaintiffs obtained final approval of a $104.75 million settlement – more than 40% of plaintiffs' best-case damages estimate and the largest end-payor settlement in a federal generic suppression case in over a decade.

- **Dignity Health Church Plan Litigation (N.D. Cal.):** Cohen Milstein represented a certified class of defined benefit participants, which alleges that Dignity Health is improperly claiming that its pension plans are exempt from ERISA's protections because they are "church plans," and as a result has underfunded its plans by over $1.2 billion. In 2016, the Supreme Court agreed to hear arguments on consolidated church plan cases, and in June 2017, it reversed previous rulings and ordered plaintiffs, in this case, to file an amended complaint. On July 15, 2022, the court granted final approval to the $100 million settlement.

- *In re Resistors Antitrust Litigation* **(N.D. Cal.):** Cohen Milstein served as Interim Co-Lead Counsel for the direct purchasers of resisters, who accused the world's largest manufacturers of resistors of fixing prices. In November 2019, the court granted final approval of a $50.25 million settlement – a remarkable recovery, reflecting 33% – 57% of estimated single damages according to plaintiffs' preliminary analysis. Estimated payments to class members would be an average payment of $46,850.64; a median payment of $768.39.

- *LLE One, LLC, et al. v. Facebook* **(N.D. Cal.):** Cohen Milstein served as Co-Lead Counsel representing a class of advertising purchasers who claimed that Facebook breached its implied duty to perform with reasonable care and violated California's Unfair Competition Law by intentionally miscalculating and inflating metrics related to its video advertisement services. If not for these miscalculations, plaintiffs claim, they would not have purchased more video advertisements and at a higher price than they otherwise would have paid. In June 2020, the court granted final approval of a $40 million settlement against Facebook.

- *Bayer ADR Securities Litigation* **(N.D. Cal.):** Cohen Milstein is Lead Counsel in this certified securities class action, in which plaintiffs allege that in connection with its $63 billion acquisition of Monsanto, Bayer misrepresented the rigor of its due diligence and the nature of the legal risk presented by Monsanto's flagship product, the herbicide Roundup. Bayer investors incurred significant losses after bellwether jury trials in toxic tort cases repeatedly found in favor of the plaintiffs against Monsanto, including finding that Roundup was a "substantial factor" in causing the plaintiffs' non-Hodgkin's lymphoma, and leading to jury awards totaling hundreds of millions of dollars. On October 30, 2025, the court granted final approval to a $38 million settlement.

COHEN MILSTEIN

- *Brooks, et al. v. Thomson Reuters* **(N.D. Cal.):** Cohen Milstein represented a certified class of consumers who claimed that Thomson Reuters's CLEAR platform not only surreptitiously collected vast quantities of Californians' personal data but then sold this information to third parties, including commercial and government entities. On February 21, 2025, the court granted final approval of a $27.5 million settlement plus injunctive relief.

- *In re Google LLC Street View Electronic Communications Litigation* **(N.D. Cal.):** Cohen Milstein was co-lead counsel in a nationwide class action alleging that Google violated the Wiretap Act when its Street View vehicles secretly collected payload data from unencrypted Wi-Fi networks. Plaintiffs defeated a motion to dismiss raising novel Wiretap Act issues, and the ruling was affirmed on interlocutory appeal to the Ninth Circuit. The court approved a $13 million settlement in March 2020.

- **BlackRock 401(k) Litigation (N.D. Cal.):** Cohen Milstein successfully settled this certified class action, in which plaintiffs alleged that the BlackRock 401(k) plan administrators engaged in corporate self-dealing—restricting plan options to BlackRock's own proprietary funds, and in many cases failing to provide the lowest cost versions of those funds. On November 3, 2021, the court granted final approval of a $9.65 million settlement.



COHEN¥11LSTEIN

## Harini Srinivasan

Partner

**WASHINGTON, DC**
**T** 202.408.4600
hsrinivasan@cohenmilstein.com

**PRACTICE AREAS**
Civil Rights&. Employment

**ADMISSIONS**
District of Columbia | New York

**EDUCATION**
American University Washington College **of** Law, J.D., cum laude, 2014 | University of Chicago, BA, With Honors, 2010

## Overview

Harini Srinivasan is a partner in Cohen Milstein's Civil Rights&. Employment Litigation practice and co-chair of the firm's Hiring&. Diversity Committee. She represents marginalized groups and supports workers in employment and civil rights class actions, often involving cutting-edge legal issues across a spectrum of discrimination and wage and hour statutes.

Prior to joining Cohen Milstein, Harini was an associate *at* a highly respected plaintiff-focused employment litigation firm, where she represented clients in employment discrimination cases involving claims under Title VII, the Age Discrimination Act, the Americans with Disabilities Act, the Fair Labor Standards Act, and state and federal wage theft statutes.

Prior to entering private practice, Harini was a Georgetown Law Center Women's Law and Public Policy Fellow and worked at the National Partnership for Women&. Families.

While in law school, Harini was on the editorial staff of the *American University Journal of Gender, Social Policy*.

COHEN MILSTEIN

## Current Cases

### Aetna Gender-Affirming Facial Surgery Litigation

Gordon, et al. v. Aetna Life Insurance (D. Conn.): Cohen Milstein is partnering with Transgender Legal Defense and Education Fund (TLDEF), now known as Advocates for Trans Equality (A4TE), and Wardenski P.C. in a putative civil rights class action against Aetna Life Insurance Company on behalf of three transgender women, who were denied coverage for medically necessary gender–affirming facial reconstruction procedures.

### Salvation Army ARC Unpaid Wages Litigation

Salvation Army ARC Unpaid Wages Litigation: Cohen Milstein represents participants in Salvation Army's adult rehabilitation centers (ARC), who perform labor in support of the organization as a condition of their enrollment, in three lawsuits alleging that The Salvation Army violated federal and state laws when it failed to pay minimum wage to ARC workers.

### Harris v. Medical Transportation Management, Inc.

Harris, et al. v. Medical Transportation Management, Inc. (D.D.C.): Cohen Milstein represents non-emergency medical transportation (NEMT) drivers in a certified class action alleging that their employer, Medical Transportation Management, Inc. (MTM), knowingly and willfully failed to pay proper wages to its NEMT drivers across Washington, D.C. under federal and District of Columbia law. This lawsuit seeks to hold MTM liable as a joint employer of the drivers.

## Past Cases

### U.S. Customs & Border Protection Agency Pregnancy Discrimination Litigation

Gabaldon, et al. V. Mayorkas, U.S. Department of Homeland Security (EEOC): Cohen Milstein represented U.S. Customs and Border agents in a certified class action against the U.S. Department of Homeland Security, U.S. Customs and Border Protection Agency, in which plaintiffs claim that the agency and its implementation of the temporary light duty policies discriminate against pregnant agents in violation of the Pregnancy Discrimination Act. On August 13, 2024, a class of over 1,000 agents reached a historic $45 million settlement, which includes an agreement by the agency to enact sweeping reforms to policies that will eliminate long–standing discriminatory practices.

### Jock et al. v. Sterling Jewelers Inc.

Jock, et al. v. Sterling Jewelers Inc. (A.A.A.; S.D.N.Y.): Cohen Milstein represented a certified class of more than 69,000 female employees of Sterling Jewelers, one of the nation's largest jewelry chains, in a nationwide Title VII gender discrimination and Equal Pay Act class arbitration. Claimants alleged that they were subjected to a pattern of gender–based pay and promotions discrimination. On November 15, 2022, the Arbitrator granted final approval of a $175 million settlement.

**Temporary Staffing Agency Litigation**

Temporary Employment Staffing Agency Litigation (N.D. Ill.): Cohen Milstein was involved in a series of race-based discrimination class actions in Chicago, representing African American laborers who allege that their temporary staffing agencies, and their factory clients, engaged in a repeated and collusive practice of excluding African Americans from temporary laborer positions. On April 19, 2024, the last of the cases concluded. Approved settlements total more than $14 million.

**Alvarez v. Chipotle Mexican Grill, Inc.**

Alvarez et al. v. Chipotle Mexican Grill Inc. et al. (D.N.J.): Cohen Milstein represented a class of managerial apprentices at Chipotle Mexican Grill restaurants in New Jersey who were denied the overtime pay to which they were entitled under federal and state law, including the newly enacted 2016 Overtime Rule, which was slated to take effect in December 2016 and would have doubled the salary threshold for executive, administrative and professional workers to be exempt from overtime pay requirements. On September 20, 2021, the Court approved a $15 million settlement against Chipotle to resolve the class claims and end the lawsuit.

**Cynthia Allen, et al. v. AT&T Mobility Services LLC**

Cynthia Allen, et al. v. AT&T Mobility Services LLC, Case (N.D. Ga.): Cohen Milstein represented plaintiffs in a putative Title VII employment discrimination class action against AT&T Mobility LLC (AT&T) for violating the Pregnancy Discrimination Act (PDA), an amendment to Title VII of the Civil Rights Act of 1964. The lawsuit also included individual Title VII, Americans with Disabilities Act, and Family and Medical Leave Act claims on behalf of the named plaintiff.



**COHEN MILSTEIN**

## Aniko R. Schwarcz

Director of Civil Rights and Employment Case Development

**WASHINGTON, DC**

**T** 202.408.4600

aschwarcz@cohenmilstein.com

**PRACTICE AREAS**

Civil Rights &. Employment

**ADMISSIONS**

District of Columbia | Maryland

**EDUCATION**

University of Maryland School of Law, J.D., 2011 | University of Maryland, **M.S.W.,** 2011 | Vanderbilt University, BA, cum laude, 2004

## Overview

Aniko R. Schwarcz is an attorney in Cohen Milstein's Civil Rights &. Employment practice where she serves ,as director of case development. She investigates and develops new cases involving the antidiscrimination provisions of Title VII, the Equal Pay Act, the Affordable Care Act, and the Fair Housing Act, as well ,as wage theft issues under the Fair Labor Standards Act and state law.

With over a decade of experience in employment law, interviewing and working with clients and witnesses and assessing the legal claims of prospective class members, **Aniko** directs and oversees the intake and evaluation of the firm's civil rights-related inquiries and case referrals. She also onboards, educates, and supports clients throughout the class action litigation process, from investigation through resolution.

Aniko's multi-disciplinary training and experience contribute to her unique insight and broad capacity for understanding both the social-emotional and economic effects of workplace discrimination.

She has been involved in matters on behalf of:

> **Female Retail Employees** - Investigation of pregnancy and gender-based discrimination in violation of the Equal Pay Act and Title VII.

> **LGBTQ+ Employees** - Investigation into denial of coverage for gender affirming healthcare.

COHEN MILSTEIN

- **Detained Immigrants** – Investigation into wage theft at Federal administrative detention facility.

- **Individuals Seeking Treatment for Substance Use Disorder** – Investigation into wage theft at adult rehabilitation centers.

She also represents others, including non-profit organizations, in conducting internal workplace investigations.

Aniko played a key role in *Jock, et al. v. Sterling Jewelers Inc.* (A.A.A.; S.D.N.Y.), a nationwide Title VII gender discrimination and Equal Pay Act case, in which the parties agreed to settle in 2022. She interviewed and collected affidavits from hundreds of the company's retail workers, which were produced in support of the team's successful motion for class certification. Aniko also interviewed and filed hundreds of EEOC charges on behalf of former class members in *Dukes v. Wal-Mart Stores, Inc.*

## Current Cases

### Aetna Gender-Affirming Facial Surgery Litigation

Gordon, et al. v. Aetna Life Insurance (D. Conn.): Cohen Milstein is partnering with Transgender Legal Defense and Education Fund (TLDEF), now known as Advocates for Trans Equality (A4TE), and Wardenski P.C. in a putative civil rights class action against Aetna Life Insurance Company on behalf of three transgender women, who were denied coverage for medically necessary gender-affirming facial reconstruction procedures.

## Past Cases

### Jock et al. v. Sterling Jewelers Inc.

Jock, et al. v. Sterling Jewelers Inc. (A.A.A.; S.D.N.Y.): Cohen Milstein represented a certified class of more than 69,000 female employees of Sterling Jewelers, one of the nation's largest jewelry chains, in a nationwide Title VII gender discrimination and Equal Pay Act class arbitration. Claimants alleged that they were subjected to a pattern of gender-based pay and promotions discrimination. On November 15, 2022, the Arbitrator granted final approval of a $175 million settlement.

### Gender-Affirming Breast Surgery Coverage by Aetna

On January 26, 2021, Cohen Milstein and Transgender Legal Defense & Education Fund (TLDEF) successfully negotiated a pre-litigation resolution on behalf of several transgender healthcare beneficiaries of Aetna, a CVS Health company. As a part of the resolution, Aetna announced that it would expand its healthcare coverage of gender-affirming surgery to include breast augmentation for transfeminine members in most of its commercial plans.



COHEN¥11LSTEIN

# Alexandra Gray
Associate

**NEW YORK**
**T** 212.838.7797
agray@cohenmilstein.com

**PRACTICE AREAS**
Securities Litigation &. Investor Protection

**ADMISSIONS**
New York

**EDUCATION**
New York University School of Law, J.D., cum laude, 2022 | Yenching Academy of Peking University, M.A., 2018 | Stanford University, BA, 2016

## Overview

Alexandra Gray is an associate in Cohen Milstein's Securities Litigation &. Investor Protection practice, where she represents investors in shareholder derivative lawsuits and securities class actions.

Prior to joining Cohen Milstein, Alexandra was a litigation associate at a prominent international law firm and engaged in diverse commercial matt,ers, including before the Delaware Chancery Court.

While in law school, Alexandra authored the note, *International Human Rights Law and the Equal Rights Amendment Litigation: Promise and Pitfalls under* Roper v. Simmons, NYU Journal of International Law and Politics, Vol. 53, No. 3,202t She also participated in civil rights clinics and was on the executive board of NYU Law Moot Court.

Prior to law school, Alexandra studied and received a master's degree in China and was named in 2016 *China* Hands 25 Under 25: Leader in US-China Relations, recognizing young individuals for their exceptional promise in furthering US-China relations and in China studies.

## Current Cases

### In re Orthofix Medical, Inc. Securities Litigation

In re Orthofix Medical, Inc. Securities Litigation (E.D. Tex.): Cohen Milstein, as sole Lead Counsel, represents investors in a securities fraud class action against Orthofix Medical Inc. and SeaSpine

Holdings Corporation and certain senior executives for entering a merger without conducting thorough due diligence. The newly appointed CEO, CFO, and CLO of Orthofix, formerly with SeaSpine, had allegedly fostered a hostile and misogynistic workplace at SeaSpine and were defendants in a California state court gender discrimination class action, which settled in 2021 — information that was publicly available. When the market learned that Orthofix terminated the executives, the stock plummeted by more than 30%.

## Past Cases

### In re EQT Corporation Securities Litigation

In re EQT Corporation Securities Litigation (W.D. Pa.): Cohen Milstein is Co-Lead Counsel in this securities class action, in which Plaintiffs allege that EQT misrepresented the "substantial synergies" that were expected to arise from a planned merger with rival natural gas producer Rice Energy due to "the contiguous and complementary nature of Rice's asset base with EQT's." On November 4, 2025, the court granted final approval of a $167.5 million all cash settlement.

### In re XL Fleet (Pivotal) Stockholder Litigation

In re XL Fleet (Pivotal) Stockholder Litigation (Del. Ch.): Cohen Milstein is co-lead counsel in a stockholder action against XL Fleet and certain current and former officers and directors. The action alleges that XL Fleet and Pivotal entered into a de-SPAC transaction harmful to stockholders. On April 30, 2024, the court granted final approval of a $19.5 million cash settlement.