**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.<br><br>                    *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.<br><br>                    *Defendants*. | Case No. 1:25-cv-13829-LTS<br>Judge Leo T. Sorokin |

**[PROPOSED] ORDER**

Before the Court is Federation for American Immigration Reform's motion for leave to file a brief as *amicus curiae* in support of Defendants' cross-motion for summary judgment. For the reasons stated therein, it is ORDERED that the motion is GRANTED. The Clerk shall file the proposed brief submitted with the motion.

SO ORDERED.

Dated: March ___, 2026

_____
**LEO T. SOROKIN**
**UNITED STATES DISTRICT JUDGE**