AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| State of California, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-13829 |
| Kristi Noem, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federation for American Immigration Reform                                                                    .

Date:     03/17/2026

s/ Matthew J. O'Brien
*Attorney's signature*

Matthew J. O'Brien, BBO 635162
*Printed name and bar number*
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001

*Address*

mobrien@fairus.org
*E-mail address*

(202) 328-7004
*Telephone number*

(202) 387-3447
*FAX number*