AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| STATE OF CALIFORNIA, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-13829-LTS |
| KRISTI NOEM, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 All Defendants                                                                                                                        .

Date:      03/31/2026                                                        TIberius Davis
                                                                                        *Attorney's signature*

                                                                              Tiberius Davis, D.C. Bar 90020605
                                                                                      *Printed name and bar number*
                                                                            950 Pennsylvania Avenue NW, Washington, D.C.
                                                                                                      20530


                                                                                                      *Address*


                                                                              Tiberius.davis@usdoj.gov
                                                                                              *E-mail address*


                                                                                    (202) 514-4357
                                                                                      *Telephone number*


                                                                                          *FAX number*