AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | ) |
| *Plaintiff* | ) |
| v. | )  Case No.   1:25-cv-13829-LTS |
| Markwayne Mullin, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                                              .

Date:    05/12/2026

/s/ Tiberius Davis
*Attorney's signature*

Tiberius Davis, DC Bar No. 90020605
*Printed name and bar number*
950 Pennsylvania Avenue NW,
Washington, DC 20004

*Address*

Tiberius.Davis@usdoj.gov
*E-mail address*

(202) 860-9670
*Telephone number*

*FAX number*