**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>*Defendants.* | No. 1:25-cv-13829 |

**JOINT MOTION FOR CONTINUANCE OF HEARING**

All Parties respectfully move the Court to enter an order rescheduling the hearing on the Parties' cross-motions for summary judgment, presently scheduled for May 20.  Having met and conferred, the Parties agree and stipulate as follows:

1. Plaintiffs represent that their lead counsel, James E. Richardson, is scheduled to undergo a medical procedure on Friday, May 15, that will impede his ability to travel to the presently scheduled hearing.

2. The Parties are available on the following dates in May and June: the week of May 25; June 1, 3, 4, and 5; and the weeks of June 8, 15, 22, and 29.

3. The Parties can share further availability after June upon request from the Court.

THEREORE, the Parties respectfully request that the Court enter an order continuing the hearing on the Parties' cross-motions for summary judgment from May 20 to any date in the following ranges: the week of May 25; June 1, 3, 4, or 5; or the weeks of June 8, 15, 22, and 29.

May 14, 2026

Respectfully submitted,

ROB BONTA
  *Attorney General of California*

 /s/ *Marissa Malouff*
Michael L. Newman*
  *Senior Assistant Attorney General*
Marissa Malouff*
James E. Stanley*
  *Supervising Deputy Attorneys General*
Denise Levey*
Lorraine Lopez*
Jeanelly Orozco Alcalá*
James E. Richardson*
  *Deputy Attorneys General*
Office of the Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
(213) 269-6467
marissa.malouff@doj.ca.gov

*Counsel for the State of California*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General

ALEXANDRA McTAGUE
Senior Litigation Counsel

/s/ *Jeffrey Alderette*
JEFFREY ALDERETTE
Trial Attorney (D.C. No. 1738711)
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 860-9941
E-mail: Jeffrey.Alderette@usdoj.gov

*Attorneys for Defendant*

ANDREA JOY CAMPBELL
  *Attorney General of Massachusetts*

 /s/ *Gerard J. Cedrone*
Michelle Pascucci (BBO No. 690889)
Nita K. Kludner (BBO No. 689304)
  *State Trial Counsels*
Gerard J. Cedrone (BBO No. 699674)
  *Deputy State Solicitor*
Julia S. Canney (BBO No. 717328)
  *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for the*
  *Commonwealth of Massachusetts*

PHILIP J. WEISER
  *Attorney General of Colorado*

 /s/ *David Moskowitz*
DAVID MOSKOWITZ*
  *Deputy Solicitor General*
NORA PASSAMANECK*
  *Senior Assistant Attorney General*
  Colorado Department of Law
  1300 Broadway, #10
  Denver, CO 80203
  (720) 508-6000
  david.moskowitz@coag.gov

*Counsel for the State of Colorado*

KRISTIN K. MAYES
  *Attorney General of Arizona*

 /s/ *Joshua G. Nomkin*
JOSHUA G. NOMKIN*
  *Assistant Attorney General*
Office of the Attorney General
2005 North Central Avenue
  Phoenix, AZ 85004
  (602) 542-3333
  joshua.nomkin@azag.gov

*Counsel for the State of Arizona*

WILLIAM TONG
  *Attorney General of Connecticut*

 /s/ *Francesca Testa*
FRANCESCA TESTA*
  *Assistant Attorney General*
165 Capitol Avenue
  Hartford, CT 06106
  (860) 808-5210
  francesca.testa@ct.gov

*Counsel for the State of Connecticut*

KATHLEEN JENNINGS
 *Attorney General of Delaware*

 /s/ *Vanessa L. Kassab*
IAN R. LISTON*
 *Director of Impact Litigation*
VANESSA L. KASSAB*
 *Deputy Attorney General*
 Delaware Department of Justice
 820 N. French Street
 Wilmington, DE 19801
 (302) 683-8899
 vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

KWAME RAOUL
 *Attorney General of Illinois*

 /s/ *Aleeza Strubel*
ALEEZA STRUBEL*
 *Complex Litigation Counsel*
ELIZABETH MORRIS*
 *Deputy Chief, Special Litigation Bureau*
 Office of the Illinois Attorney General
 115 S. LaSalle St., 35th Floor
 Chicago, IL 60603
 (312) 814-3000
 aleeza.strubel@ilag.gov

 *Counsel for the State of Illinois*

ANNE E. LOPEZ
 *Attorney General of Hawaiʻi*

 /s/ *Kalikoʻonālani D. Fernandes*
DAVID D. DAY*
 *Special Assistant to the Attorney General*
KALIKOʻONĀLANI D. FERNANDES*
 *Solicitor General*
 425 Queen Street
 Honolulu, HI 96813
 (808) 586-1360
 kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

ANTHONY G. BROWN
 *Attorney General of Maryland*

 /s/ *Virginia A. Williamson*
VIRGINIA A. WILLIAMSON*
 *Assistant Attorney General*
 200 Saint Paul Place, 20th Floor
 Baltimore, MD 21202
 (410) 576-6584
 vwilliamson@oag.maryland.gov

*Counsel for the State of Maryland*

DANA NESSEL
  *Attorney General of Michigan*

 /s/ *Neil Giovanatti*
NEIL GIOVANATTI*
  *Assistant Attorney General*
Michigan Department of the Attorney
General
525 W. Ottawa Street
Lansing, MI 48909
(517) 335-7603
giovanattin@michigan.gov

*Counsel for the State of Michigan*

KEITH ELLISON
  *Attorney General of Minnesota*

 /s/ *Joseph R. Richie*
JOSEPH R. RICHIE*
  *Special Counsel*
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
(651) 300-0921
joseph.richie@ag.state.mn.us

*Counsel for the State of Minnesota*

AARON D. FORD
  *Attorney General of Nevada*

/s/ *K. Brunetti Ireland*
K. BRUNETTI IRELAND*
  *Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-3420
kireland@ag.nv.gov

*Counsel for the State of Nevada*

JENNIFER DAVENPORT
  *Acting Attorney General of New Jersey*

 /s/ *Max G. Lesser*
MAX G. LESSER*
  *Deputy Attorney General*
MELINA MENEGUIN LAYERENZA*
  *Assistant Attorney General*
  Office of the Attorney General
  25 Market Street
  Trenton, NJ 08625
  (609) 575-6143
  max.lesser@law.njoag.gov

*Counsel for the State of New Jersey*

LETITIA JAMES
  *Attorney General of New York*

 /s/ *Zoe Levine*
ZOE LEVINE*
  *Special Counsel for Immigrant Justice*
VICTORIA OCHOA*
  *Assistant Attorney General*
  28 Liberty St.
  New York, NY 10005
  (212) 416-8329
  zoe.levine@ag.ny.gov

*Counsel for the State of New York*

JEFF JACKSON
  *Attorney General of North Carolina*

 /s/ *Daniel P. Mosteller*
DANIEL P. MOSTELLER*
  *Associate Deputy Attorney General*
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
(919) 716-6026
dmosteller@ncdoj.gov

*Counsel for the State North Carolina*

DAN RAYFIELD
 *Attorney General of Oregon*

/s/ *Thomas H. Castelli*
THOMAS H. CASTELLI*
 *Senior Assistant Attorney General*
Oregon Department of Justice
100 S.W. Market Street
Portland, OR 97201
(971) 673-1880
thomas.castelli@doj.oregon.gov

*Counsel for the State of Oregon*


PETER F. NERONHA
 *Attorney General of Rhode Island*

/s/ *Kyla Duffy*
KYLA DUFFY*
 *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400
kduffy@riag.ri.gov

*Counsel for the State of Rhode Island*


CHARITY R. CLARK
 *Attorney General of Vermont*

/s/ *Jonathan T. Rose*
JONATHAN T. ROSE*
 *Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-3171
jonathan.rose@vermont.gov

*Counsel for the State of Vermont*


NICHOLAS W. BROWN
 *Attorney General of Washington*

/s/ *Sara L. Wilmot*
SARA L. WILMOT*
 *Assistant Attorney General*
KATE S. WORTHINGTON*
 *Assistant Attorney General*
 7141 Cleanwater Drive S.W.
 P.O. Box 40111
 Olympia, WA 98504
 (360) 709-6470
 sara.wilmot@atg.wa.gov

*Counsel for the State of Washington*


JOSHUA L. KAUL
 *Attorney General of Wisconsin*

/s/ *Faye B. Hipsman*
FAYE B. HIPSMAN*
 *Assistant Attorney General*
Wisconsin Department of Justice
P.O. Box 7857
 Madison, WI 53707
 (608) 264-9487
 faye.hipsman@wisdoj.gov

*Counsel for the State of Wisconsin*


* admitted *pro hac vice*

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with counsel for the Defendants and that the parties were able to resolve the issues presented by this motion.

Dated: May 14, 2026

/s/ Marissa Malouff
MARISSA MALOUFF
Attorney for Plaintiff State of California

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 14, 2026

<div style="margin-left:50%">

/s/ Marissa Malouff
MARISSA MALOUFF
Attorney for Plaintiff State of California

</div>