UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STATE OF CALIFORNIA et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No. 25-13829-LTS |
| MARKWAYNE MULLIN et al., | ) | |
| Defendants. | ) | |

JUDGMENT

June 8, 2026

SOROKIN, J.

Pursuant to the Court's Order, Doc. No. 106, dated June 8, 2026, it is hereby ordered:

1) Plaintiffs' claims against the Department of Justice, the Attorney General, the Department of Labor, and the Secretary of Labor are DISMISSED WITHOUT PREJUDICE.

2) Judgment is entered in favor of Plaintiffs and against the remaining Defendants on all claims in the complaint.

3) The following agency actions are VACATED pursuant to the Administrative Procedure Act and declared unlawful insofar as they impose a $100,000 payment obligation on H-1B petitions: (i) Memorandum from Matthew S. Davies to Executive Directors, Field Operations Directors, and Office of Field Operations (issued on September 20, 2025); (ii) Bureau of Consular Affairs' email to the Visa Office (issued on September 19, 2025); (iii) Bureau of Consular Affairs' action request (issued on September 20, 2025); (iv) the

Department of State's "H-1B FAQ" document (issued on September 21, 2025); (v) the

Department of State's "Restriction on Entry of Certain Nonimmigrant Workers" webpage

(issued on September 21, 2025); (vi) U.S. Citizenship and Immigration Services'

memorandum on the Proclamation (issued on September 20, 2025); (vii) U.S. Citizenship

and Immigration Services' "H-1B FAQ" document (issued on September 21, 2025); (viii)

U.S. Citizenship and Immigration Services' "H-1B Specialty Occupations" webpage

(issued on October 15, 2025); (ix) U.S. Citizenship and Immigration Services' G-1055

Fee Schedule (issued on October 20, 2025); and (x) U.S. Citizenship and Immigration

Services' H-1B visa payment website (issued on October 20, 2025).

All parties shall bear their own fees and costs.

SO ORDERED.

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge