**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:25-cv-13829-LTS |
| MARKWAYNE MULLIN, *et al.*, | **DEFENDANTS' NOTICE OF APPEAL** |
| Defendants. | |

Notice is hereby given that Markwayne Mullin, et al., hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 8th day of June 2026.

1

DATE: June 11, 2026                          Respectfully Submitted,

**Brett A. Shumate**                         **Tiberius Davis**
Assistant Attorney General                   Counsel to the Assistant Attorney General
Civil Division
                                             **David J. Byerley**
**Drew C. Ensign**                           Senior Litigation Counsel
Deputy Assistant Attorney General            U.S. Department of Justice, Civil Division
Office of Immigration Litigation             Office of Immigration Litigation

**August Flentje**                           By: */s/ Jeffrey Alderette*
Special Counsel for Immigration              **Jeffrey Alderette**
                                             Trial Attorney (D.C. No. 1738711)
                                             U.S. Department of Justice, Civil Division
                                             Office of Immigration Litigation
                                             P.O. Box 868, Ben Franklin Station
                                             Washington, DC 20044
                                             (202) 860-9941
                                             Jeffrey.Alderette@usdoj.gov
                                             *Counsel for Appellants-Defendants*