# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:                    State of California et al v. Noem et al

District Court Number:           1:25-cv-13829-LTS

Fee:    Paid?   Yes _____  No _____   Government filer _X_   *In Forma Pauperis* Yes _____   No _X_

Motions Pending        Yes _____ No _X_          Sealed documents        Yes _____ No _X_
*If yes, document #*   _____          *If yes, document #*     _____

*Ex parte* documents   Yes _____ No _X_          Transcripts             Yes _____ No _X_
*If yes, document #*   _____          *If yes, document #*     _____

Notice of Appeal filed by: Plaintiff/Petitioner _____   Defendant/Respondent _X_   Other: _____

Appeal from:

ECF No. 106 M&O on Plaintiff's Motion for Summary Judgment; 107 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _108_____ filed on _06/11/2026_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _06/11/2026_____.

**ROBERT M. FARRELL**
Clerk of Court

Erika Gutierrez
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**