**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-13829-LTS |

**<u>DEFENDANTS' MOTION TO STAY PENDING APPEAL</u>**

Pursuant to Local Rule 7.1(b)(1), Defendants respectfully move for a stay of the district court's order pending appeal. *See* Doc. Nos. 106, 107 (June 8, 2026). The Court's order will, if not stayed, cause irreparable injury to Defendants. Accordingly, Defendants seek an order staying the Court's order pending appeal to the U.S. Court of Appeals for the First Circuit.

Reasons and support for this Motion are more fully set forth in the accompanying memorandum of law and in the Declaration of Cara M. Selby, Associate Director of the USCIS, U.S. Department of Homeland Security in support of same.

**Local Rule 7.1(a)(2) Certification**

Defense counsel conferred with Plaintiffs' counsel regarding this motion, and were informed that Plaintiffs will oppose the motion.

DATE: June 12, 2026                                  Respectfully Submitted,

**Brett A. Shumate**                        **Tiberius Davis**
Assistant Attorney General           Counsel to the Assistant Attorney General
Civil Division

                                                          **David J. Byerley**
**Drew C. Ensign**                          Senior Litigation Counsel
Deputy Assistant Attorney General    U.S. Department of Justice, Civil Division
Office of Immigration Litigation        Office of Immigration Litigation

**August Flentje**                           By: */s/ Jeffrey Alderette*
Special Counsel for Immigration      **Jeffrey Alderette**
                                                          Trial Attorney (D.C. No. 1738711)
                                                          U.S. Department of Justice, Civil Division
                                                          Office of Immigration Litigation
                                                          P.O. Box 868, Ben Franklin Station
                                                          Washington, DC 20044
                                                          (202) 860-9941
                                                          Jeffrey.Alderette@usdoj.gov
                                                          *Counsel for Appellants-Defendants*