**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*, et al.,<br><br>   Defendants. | Judge Leo T. Sorokin<br><br>Civil Action No. 1:25-cv-13829-LTS |

## DECLARATION OF JEFFREY ALDERETTE

I, Jeffrey Alderette, declare and state as follows:

1.  I am an attorney with the United States Department of Justice.

2.  I make this declaration in support of Defendants' Motion to Stay Pending Appeal in the above-captioned case.

3.  Attached as **Exhibit A** is a true and correct copy of the declaration of Cara M. Selby, Associate Director of the USCIS at the Department of Homeland Security, dated June 11, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of June, 2026.

JEFFREY ALDERETTE
Digitally signed by JEFFREY ALDERETTE
Date: 2026.06.12 00:38:01 -04'00'

/s/ Jeffrey Alderette
Jeffrey Alderette
Trial Attorney
U.S. Department of Justice
Civil Division