**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:25-cv-13829-LTS |
| MARKWAYNE MULLIN, *et al.*, | |
| Defendants. | |

**NOTICE OF STAY MOTION**

Defendants file this notice to inform the Court that Defendants filed for a stay pending appeal (attached) in the First Circuit Court of Appeals. As a result, this Court's administrative stay (ECF 113) remains in effect until the First Circuit resolves that motion.

Dated: June 18, 2026                                 Respectfully submitted,

**Brett A. Shumate**                              **David Byerley**
Assistant Attorney General                     Senior Litigation Counsel
Civil Division

**Drew C. Ensign**                                **Jeffrey Alderette**
Deputy Assistant Attorney General             Trial Attorney
Office of Immigration Litigation

**August Flentje**
Special Counsel for Immigration

*/s/Tiberius Davis*
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
202-860-8970
tiberius.davis@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 21, 2025, a true and correct copy of the foregoing document was

electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all

counsel of record.

s/Tiberius Davis
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Counsel for Defendants*