**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF CALIFORNIA, *et al.*,

Plaintiffs,

v.

MARKWAYNE MULLIN, *et al.*,

Defendants.

No. 1:25-cv-13829-LTS

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.5.2(c), and having provided notice to the State of Hawaiʻi, the undersigned attorney, David D. Day, is hereby withdrawn as counsel for Plaintiff State of Hawaiʻi in the above-captioned matter. The State of Hawaiʻi will continue to be represented by counsel of record State of Hawaiʻi Solicitor General Kalikoʻonālani D. Fernandes.

DATED: August 19, 2026

Respectfully submitted,

/s/ *David D. Day*
DAVID D. DAY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 19, 2026, a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system.

DATED: August 19, 2026.

/s/ *David D. Day*
DAVID D. DAY

Counsel for Plaintiff STATE OF HAWAI'I